UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60736-CIV-MARTINEZ-BROWN

LYNN WOLFE, as Personal Representative of
the ESTATE OF DANIEL WOLFE, on behalf
of the Estate, and on behalf of Daniel Wolfe's
Survivor, LYNN WOLFE,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant's Motion to Transfer Venue **(D.E. No. 7)**. Plaintiff does not oppose the transfer of venue, provided that it is transferred to the Ocala Division, rather than the Tampa Division. Transfer is in keeping with 28 U.S.C. § 1391 and § 1404. Furthermore, a transfer to the Ocala division of the Middle District of Florida is in keeping with the local rules for the Middle District of Florida. *See* L.R. 1.02(b)(2), M.D. Fla. Accordingly, after careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that Defendant's Motion to Transfer Venue **(D.E. No. 7)** is GRANTED. This matter shall be TRANSFERRED to the Middle District of Florida, Ocala Division.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of December, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record