# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**LYNN WOLFE as Personal Representative of the Estates of Daniel Wolfe, on behalf of the Estate, and on behalf of Daniel Wolfe's Survivor, Lynn Wolfe,**

        **Plaintiff,**

**-vs-**                                          **Case No.  5:10-cv-663-Oc-10DAB**

**Florida Department of Corrections,**

        **Defendant.**
_____/

## ORDER

On July 6, 2011, Plaintiff filed a motion to compel (Doc. No. 25) related to a scheduled inspection of Lake Correctional Institution on July 19, 2011.  Because Defendant is not required to respond to the motion to compel until after the scheduled inspection, the Court will require Defendant to respond on a more expedited basis.  Accordingly, Defendant shall file a response to Plaintiff's motion to compel (Doc. No. 25) on or before **July 15, 2011**.

**DONE** and **ORDERED** in Orlando, Florida on July 11, 2011.

*David A. Baker*
      DAVID A. BAKER
      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record