UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LYNN WOLFE as Personal Representative of
the Estates of Daniel Wolfe, on behalf of the
Estate, and on behalf of Daniel Wolfe's
Survivor, Lynn Wolfe,

       Plaintiff,

v.                Case No.  5:10-cv-663-Oc-10TBS

Florida Department of Corrections,

       Defendant.
_____/

## ORDER

  Pending before the Court is Plaintiff's Motion To Compel (Doc. 33) and the parties' Agreed Motion For Extension Of Court's Scheduling Order (Doc. 37).

  In her motion to compel, Plaintiff moves the Court to compel Defendant to fully respond to her First Request for Production of Documents, Second Set of Interrogatories, and Third Set of Interrogatories.  Based on the representations of defense counsel (see Docs. 34, 35, 36), it appears that Defendant has now fully responded to these discovery requests.  While the additional documents requested by Plaintiff – i.e., those documents related to Plaintiff's 2004 asthma attack – may have existed at one time, they subsequently have been purged in accordance with statutory, regulatory and internal guidelines.  Moreover, defense counsel represents that some of the discovery delays were caused by recent, extensive personnel changes at the Lake Correctional Institution.  Based on these representations, Plaintiff's Motion to Compel (Doc. 33) is due to be DENIED without prejudice.

Due to these discovery delays and the "complete turnover in the hierarchy" at the Lake Correctional Institution, the parties jointly request an extension of the remaining case deadlines.  While the Court is amenable to an extension of existing deadlines, the requested deadlines must be adjusted because there is not enough time between the proposed dispositive motion deadline and the final pretrial conference.  Accordingly, the parties' Agreed Motion For Extension Of Court's Scheduling Order (Doc. 37) is GRANTED and the following deadlines are hereby established:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2)(B) Expert Disclosure | January 2, 2012 |
| Defendant's Rule 26(a)(2)(B) Expert Disclosure | February 1, 2012 |
| Discovery Deadline | March 1, 2012 |
| Dispositive Motions | March 31, 2012 |
| Final Pretrial Conference | June 20, 2012 |
| Trial term beginning | July 2, 2012 |

The Clerk is directed to issue an Amended Case Management and Scheduling Order reflecting the foregoing deadlines.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on November 21, 2011.

Copies to:
   All Counsel