UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LYNN WOLFE as Personal Representative of
the Estates of Daniel Wolfe, on behalf of the
Estate, and on behalf of Daniel Wolfe's
Survivor, Lynn Wolfe,

    Plaintiff,

v.                                          Case No.  5:10-cv-663-Oc-10TBS

Florida Department of Corrections,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Unopposed Motion for Extension of Court's Scheduling Order (Doc. 41), and Supplement and Clarification to Motion for Extension (Doc. 42).  Defendant represents that despite diligent efforts the parties have been unable to complete discovery in the time provided for by the Amended Case Management and Scheduling Order (Doc. 40).  Thus, Defendant seeks an extension of the remaining case deadlines and represents that Plaintiff has no objection.

Accordingly, and upon due consideration, Defendant's Unopposed Motion For Extension Of Court's Scheduling Order (Doc. 41) is GRANTED.  The following deadlines hereby are established:

    Disclosure of Expert Witness(es) by Defendant    March 1, 2012

    Discovery deadline    April 30, 2012

    Dispositive motion deadline    May 31, 2012

       Pre-trial conference                    August 22, 2012

       Trial term beginning                  September 4, 2012
                                                            (jury trial)

The Clerk is directed to issue a second Amended Case Management and Scheduling Order reflecting the above dates.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on February 19, 2012.

                                                  THOMAS B. SMITH
                                                  United States Magistrate Judge

      Copies to:

          All Counsel
          Maurya McSheehy