UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
CASE NO. 5:10-cv-663-Oc-10DAB

LYNN WOLFE as Personal Representative
of the ESTATE OF DANIEL WOLFE, on behalf
of the Estate, and on behalf
of Daniel Wolfe's Survivor, Lynn Wolfe,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF CORRECTIONS,
an Agency of the State of Florida,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF MOTION FOR SPOLIATION SANCTIONS

Plaintiff, by and through undersigned counsel, hereby withdraws her Motion for Spoliation Sanctions (DE 45), without waiving her right to re-file it pending further discovery. After consultation with counsel for Defendant, new information has come to light that has required Plaintiff to investigate this matter further. Plaintiff may file an amended Motion once further discovery is completed.

                Respectfully submitted,

                Randall C. Berg, Jr., Esq.
                Florida Bar No. 318371
                Joshua A. Glickman, Esq.
                Florida Bar No. 43994
                Shawn A. Heller, Esq.
                Florida Bar No. 46346
                Dante P. Trevisani, Esq.
                Florida Bar No. 72912

{07049554;1}

Florida Justice Institute, Inc.
3750 Miami Tower
100 S.E. Second Street
Miami, Florida 33131-2309
305-358-2081
305-358-0910 (FAX)
E-mail: *RBerg@FloridaJusticeInstitute.org*
E-mail: *JGlickman@FloridaJusticeInstitute.org*
E-mail: *SHeller@FloridaJusticeInstitute.org*
E-mail: *DTrevisani@FloridaJusticeInstitute.org*

Attorneys for the Plaintiff

By: *s/Dante P. Trevisani*
    Dante P. Trevisani, Esq.
    Florida Bar No. 72912

{07049554;1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 *s/Dante P. Trevisani*
                 Dante P. Trevisani, Esq.

**SERVICE LIST**
*Wolfe vs. Florida Department of Corrections*
**Case No. 5:10-CV-663-Oc-10DAB**
**Middle District of Florida, Ocala Division**

**Served via CM/ECF**
Scott K. Hewitt, Esq.
Stephen Spaid, Esq.
Sam Mandelbaum, Esq.
skh@manfitzlaw.com
sas@manfitzlaw.com
srm@manfitzlaw.com
Mandelbaum, Fitzsimmons & Hewitt, P.A.
P.O. Box 3373
Tampa, Florida 33601
813-221-0200
813-221-8558 fax

Counsel for Defendant, Florida Department of Corrections

{07049554;1}