UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LYNN WOLFE as Personal Representative of
the Estates of Daniel Wolfe, on behalf of the
Estate, and on behalf of Daniel Wolfe's
Survivor, Lynn Wolfe,

    Plaintiff,

v.  Case No. 5:10-cv-663-Oc-10TBS

Florida Department of Corrections,

    Defendant.
_____/

## ORDER

Pending before the Court is the Motion for Extension of Court's Scheduling Order (Doc. 48) in which Defendant seeks a ten-day extension of the dispositive motion deadline, which is currently May 31, 2012. Plaintiff has no objection.

Upon due consideration, the Motion for Extension of Court's Scheduling Order (Doc. 48) is GRANTED. The deadline for filing dispositive motions is extended until June 11, 2012.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 25, 2012.

*/s/ Thomas B. Smith*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel