UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LYNN WOLFE, as Personal
Representative of the ESTATE OF
DANIEL WOLFE, on behalf of the
Estate, and on behalf of Daniel Wolfe's
Survivor, LYNN WOLFE,

        CASE NO.: 5:10-CV-663-Oc-10DAB

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## FLORIDA DEPARTMENT OF CORRECTIONS NOTICE OF FILING EXHIBITS TO MOTION FOR SUMMARY JUDGMENT AS TO COUNTS II AND III OF PLAINTIFF'S FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that the Defendant FLORIDA DEPARTMENT OF

CORRECTIONS, by and through undersigned counsel, and hereby gives notice of filing the

following Exhibits in Support of their Motion FOR Summary Judgment as to Counts II and III of

Plaintiff's First Amended Complaint:

# EXHIBITS TO MOTION FOR SUMMARY JUDGMENT AS TO COUNTS II AND III OF PLAINTIFF'S FIRST AMENDED COMPLAINT

1. EXHIBIT 1 - Uniform Commitment to Custody of Department of Corrections records

2. EXHIBIT 2 – Deposition Transcript of Lynn Wolfe; taken July 15, 2011

3. EXHIBIT 3 – Broward County School Board Records

4. EXHIBIT 4 – Bio-Psycho Assessment, Bate Stamped #569

5. EXHIBIT 5 – Deposition Transcript of Jay Falk; taken on February 24, 2012

6. EXHIBIT 6 – Daniel Wolfe's petition filed with Department, a request for protection services, seeking transfer; Bate Stamped #1733

7. EXHIBIT 7 – Deposition Transcript of Scott Ackerman; taken on July 20, 2011

8. EXHIBIT 8 – Deposition Transcript of Paul Rhoden; taken on April 10, 2012

9. EXHIBIT 9 – Deposition Transcript of Rose Harmon-Palaile; taken on January 24, 2012

10. EXHIBIT 10 - Deposition Transcript of Erdem Aydur; taken on April 10, 2012

11. EXHIBIT 11 – Deposition Transcript of Ruben Berrios; taken on November 18, 2011

12. EXHIBIT 12 – Deposition Transcript of David Kitt; taken on November 22, 2011

13. EXHIBIT 13 – Main Control Room Log, Bate Stamped #86

14. EXHIBIT 14 – Property Receipt (Personal Inventory); Bate stamped #17 – 18

15. EXHIBIT 15 – Plaintiff Lynn Wolfe's Notice of Serving Responses and Objections to Defendant's Supplemental Interrogatories to Plaintiff; dated April 27, 2011

16. EXHIBIT 16 – Initial Physical Exam; dated December 20, 2002; Bate Stamped 0318 – 0321

17. EXHIBIT 17 – Respiratory Clinic (RC) Flow Sheet; Bate Stamped #0343 – 0345

18. EXHIBIT 18 – Daniel Wolfe's Request for Administrative Remedy or Appeal; Bate Stamped #1070 – 1073

19. EXHIBIT 19 – Letter to Lynn Wolfe from Ruben Berrios; dated May 5, 2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided via U.S. Mail to Shawn A. Heller, Esq., Florida Justice Institute, Inc., 100 S.E. 2nd Street, 3750 Miami Tower, Miami, Florida 33131-2309 this __11th__ day of June, 2012.

**MANDELBAUM, FITZSIMMONS & HEWITT, P.A.**

/s/ Samuel R. Mandelbaum
_____
**SAMUEL R. MANDELBAUM, ESQ. #270806**
**SRM@MANFITZLAW.COM**
**SCOTT K. HEWITT, ESQ. #164836**
**SKH@MANFITZLAW.COM**
**STEPHEN A. SPAID, ESQ. #0085432**
**SAS@MANFITZLAW.COM**
Post Office Box 3373
Tampa, Florida 33601
Telephone: (813) 221-0200
Facsimile: (813) 221-8558