UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LYNN WOLFE, as Personal
Representative of the ESTATE OF
DANIEL WOLFE, on behalf of the
Estate, and on behalf of Daniel Wolfe's
Survivor, LYNN WOLFE,

        Plaintiff,

CASE NO.: 5:10-CV-663-Oc-10DAB

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS,

        Defendant.
_____/

### DEFENDANT'S MOTION TO SUBSTITUTE EXHIBITS

**COMES NOW** the Defendant, FLORIDA DEPARTMENT OF CORRECTIONS, by and through undersigned counsel, and hereby moves this Honorable Court to remove and substitute exhibits to Defendant's Notice of Filing Exhibit's to Motion for Summary Judgement as to Counts II and II of Plaintiff's First Amended Complaint, Docket Entry 51, and in supports states the following:

    1.    On June 11, 2012, Defendant filed Notice of Filing Exhibit's to Motion for Summary Judgement as to Counts II and II of Plaintiff's First Amended Complaint. (D.E. 51.) The Notice had Exhibits 1-19 attached, thereto.

    2.    Upon completion of filing, it was noted that the incorrect versions of multiple exhibits mistakingly attached *in lieu* of the final version of the respective exhibits. The Defendant seeks leave to correct the misfiling, by removing those previously filed, and substituting the appropriate final version.

3. The exhibits at issue that should be removed and substituted are are:

>Exhibit 2 – Deposition Transcript of Lynn Wolfe
>Exhibit 3 – Broward County School Board Records
>Exhibit 4 – Bio-Psycho Assessment
>Exhibit 9 – Deposition Transcript of Rose Harmon-Palaile
>Exhibit 11 – Deposition Transcript of Ruben Berrios
>Exhibit 16 – Initial Physical Exam
>Exhibit 17 – Respiratory Clinic (RC) Flow Sheet

4. The exhibits to be substituted are attached to this motion, and identified under the same titiles as those to which they mean to replace. The order of exhibits are as follows:

>Exhibit 2 Corrected – Deposition Transcript of Lynn Wolfe
>Exhibit 3 Corrected – Broward County School Board Records
>Exhibit 4 Corrected – Bio-Psycho Assessment
>Exhibit 9 Corrected – Deposition Transcript of Rose Harmon-Palaile
>Exhibit 11 Corrected – Deposition Transcript of Ruben Berrios
>Exhibit 16 Corrected – Initial Physical Exam
>Exhibit 17 Corrected – Respiratory Clinic (RC) Flow Sheet

5. Removal of the original exhibits, and substitution of the attached exhibits will ensure that secure information remains protected, and that the parties are able to more forward without additional delay or confusion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14th, 2012, I electronically filed the foregoing document through the US District Court CM-ECF filing system which will electronically send copies to Shawn A. Heller, Esq., Florida Justice Institute, Inc., 100 S.E. 2nd Street, 3750 Miami Tower, Miami, Florida 33131-2309.

MANDELBAUM, FITZSIMMONS & HEWITT, P.A.

/s/ Samuel R. Mandelbaum
_____
**SAMUEL R. MANDELBAUM, ESQ. #270806**
**SRM@MANFITZLAW.COM**
**SCOTT K. HEWITT, ESQ. #164836**
**SKH@MANFITZLAW.COM**
**STEPHEN A. SPAID, ESQ. #0085432**
**SAS@MANFITZLAW.COM**
Post Office Box 3373
Tampa, Florida 33601
Telephone: (813) 221-0200
Facsimile: (813) 221-8558