UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:10-CV-663-OC-10DAB

LYNN WOLFE, as Personal Representative
of the ESTATE OF DANIEL WOLFE, on
behalf of the Estate, and on behalf of
Daniel Wolfe's Survivor, LYNN WOLFE,

          Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,

          Defendant.
_____/

DEPOSITION

OF

LYNN WOLFE

100 Southeast 2nd Street
Suite 3750
Miami, Florida 33131

Friday, July 15, 2011
10:12 a.m. to 2:46 p.m.

```
 1                          APPEARANCES

 2

 3     For the Plaintiff:

 4          JOSHUA A. GLICKMAN, ESQ.
            RANDALL CHALLEN BERG, JR., ESQ.
 5          Florida Justice Institute
            Miami Tower
 6          100 Southeast 2nd Street
            Suite 3750
 7          Miami, Florida 33131

 8

       For the Defendant:
 9
            STEPHEN A. SPAID, ESQ.
10          Mandelbaum, Fitzsimmons & Hewitt, P.A.
            Captrust Building
11          102 West Whiting Street
            Suite 201
12          Tampa, Florida 33601

13

14     ALSO PRESENT:

15          Maureen Fulton, law clerk

16

17                         I N D E X

18

19       WITNESS                DIRECT           CROSS

20
       LYNN WOLFE                  3              180
21

22

23

24

25
```

```
 1    THEREUPON:
 2                         LYNN WOLFE
 3    was called as a witness and, having been duly
 4    sworn, was examined and testified as follows:
 5                      DIRECT EXAMINATION
 6    BY MR. SPAID:
 7         Q.  Ms. Wolfe, we only had a brief second to
 8    meet.  My name is Steven Spaid and I'm here on
 9    behalf of Mandelbaum, Fitzsimmons & Hewitt, the
10    law firm retained to represent the Department of
11    Corrections in the matter that you filed.
12              For the record, could you please state
13    your full name and spell it for the court
14    reporter.
15         A.  Sure.
16              Lynn Wolfe, L-Y-N-N W-O-L-F-E.
17         Q.  Thank you, Ms. Wolfe.
18              Have you ever been deposed before?
19         A.  Yes.
20         Q.  How many times?
21         A.  Twice.
22         Q.  When did those take place?
23         A.  Long time ago for one of the companies
24    that I worked for --
25         Q.  Both of them were --
```

1          A.   -- as a witness.

2          Q.   And just so I'm clear, both of the

3     depositions were in relation to your work?

4          A.   Work.   One was in relation to my son.

5          Q.   And do you know the date of that?

6          A.   No.

7          Q.   And you're also a witness in that one,

8     correct?

9          A.   Yes.

10         Q.   Well, being that they were some time ago,

11    I'm going to go over some ground rules real quick.

12    And at any point throughout this entire day I say

13    anything that is unclear or you are confused

14    about, please let me know and I'll do my best to

15    fix it.   And if I can't, we will come up with

16    something and maybe your attorneys will help me

17    out.

18              But throughout the day they will also be

19    making, likely be making some comments, mostly in

20    the form of objection to form, when they say that

21    they are putting that on the record and the court

22    reporter will type it down.   Most likely they will

23    also instruct you to answer the question after

24    they have had a chance to make their objection.

25              Do you understand?

1        A.  Yes, I believe so.

2        Q.  Everything that you're going to say today

3   will be taken down by madam court reporter and it

4   will be on the record.

5            Do you understand?

6        A.  Yes.

7        Q.  If at any point I ask a question that is

8   unclear, please tell me that it is unclear.  If

9   you answer it, I'm going to assume that you

10  understood the question and your answer accurately

11  reflects your understanding, correct?

12       A.  I'll do my best.

13       Q.  Thank you very much.

14           Hopefully we won't be here too long

15  today, but if at any point you need a break or

16  need some water, or at any point you just need a

17  second to yourself, let me know, and I'll step

18  outside, okay?

19       A.  Thank you.

20       Q.  Can you please, and this is always a

21  touchy question, can you please tell us your age?

22       A.  53.

23       Q.  And what is your date of birth?

24       A.  ... . .

25       Q.  And where were you born?

```
 1              A.   Washington, D.C.

 2              Q.   And when did you move to Florida?

 3              A.   When I was four years old.

 4              Q.   Have you remained a resident of Florida

 5      since you were four years old?

 6              A.   Excluding approximately three years, I'd

 7      say 15, 16, 17, somewhere around in there, but

 8      other than that, I've been here.

 9              Q.   Where do you currently live?

10              A.   Davie, Florida.

11              Q.   What is your home address?

12              A.

13      Apa                                          .

14              Q.   Thank you very much.

15                   How long have you lived at that address?

16              A.   14 years in October.

17              Q.   And before you lived there, what was your

18      past address?

19              A.   33rd Avenue in Dania, Florida.  I don't

20      remember the exact building.

21              Q.   That's fine.

22                   How long did you live at that address?

23              A.   Six years.

24              Q.   Are you married?

25              A.   No.
```

```
 1              Q.  Divorced?

 2              A.  Yes.

 3              Q.  When were you divorced?

 4              A.  1982.

 5              Q.  And who were you married to?

 6              A.  Stuart Wolfe.

 7              Q.  Is Mr. Wolfe still alive?

 8              A.  Yes.

 9              Q.  Is he still living -- is Mr. Wolfe a

10     resident of the state of Florida?

11              A.  No.

12              Q.  Do you know where he currently resides?

13              A.  I don't have anything to do with him.

14              Q.  Fair enough.

15                  When was the last time you did have

16     contact from your former husband?  It doesn't have

17     to be exact, approximately.

18              A.  I don't recall exactly.

19              Q.  Could you give me an estimate of a year,

20     three years, ten years?

21              A.  He was at the funeral -- I don't know.

22              Q.  And going back before the funeral, before

23     your son's passing, when was the -- from that date

24     going back, when was the last time you had contact

25     with your ex-husband?
```

1    A.  I don't recall exactly.

2    Q.  Do you know if your son had any contact

3  from him in the past?

4    A.  Very little.

5    Q.  Do you have any, say in the last ten

6  years of your son's life, do you know if his

7  father contacted him?

8    A.  I hid from him for eight years.  At eight

9  years old I let him call his father.  And then he

10  got to see how his father was for himself.  He is

11  an alcoholic.

12    Q.  And again, I'm sorry, I know this is a

13  personal area.  These are just some questions that

14  I need to get for a full background.

15    A.  I understand.

16    Q.  I believe you said that you hid from him

17  for eight years?

18    A.  Yes.  I divorced him and got total sole

19  custody of him.

20    Q.  Did you divorce him before your son was

21  born?

22    A.  After.

23    Q.  Right after?

24    A.  About, I don't know, a year after,

25  somewhere in there.

```
 1          Q.  And you were granted full custody,
 2     correct?
 3          A.  Yes.
 4          Q.  And at eight years old, and correct me if
 5     I'm wrong, I want to make sure that I'm clear.  At
 6     eight years old your son had a chance to meet his
 7     father?
 8          A.  Yes.
 9          Q.  And after that was there any form of
10     relationship between the two?
11          A.  He made him a lot of promises that he
12     didn't keep.
13          Q.  I understand.
14              After he was eight years old and after he
15     had a chance to meet with his father, was there a
16     period where they talked and then a period where
17     your ex-husband disappeared again or was no longer
18     a part of his life?
19          A.  Does this have anything to do with my
20     son's death?
21          Q.  I -- at this stage everything has to do
22     with your son, an accurate picture.  It helps us
23     understand him, the person he was, his entire life
24     before his death and thinking of life after if he
25     had not passed.
```

```
 1              Like I said, I know it is personal, but
 2    these are questions that I need to go through.
 3         A.   Okay.
 4         Q.   So after the age of eight, there is a
 5    period where your son had a chance to meet his
 6    father?
 7         A.   Yes.
 8         Q.   And as you indicated, promises were made,
 9    correct?
10         A.   Yes.
11         Q.   And not fulfilled?
12         A.   Yes.
13         Q.   Did the relationship cease at that point?
14         A.   They spoke occasionally, but not much.
15         Q.   From the time your son was about, let's
16    start with teenage years, age 13, was there any
17    significant contact between your son and his
18    father?
19         A.   He went to stay with his father for a
20    couple of months because at that age, you know, he
21    needs a man, and he was married at that time, I
22    thought he would do okay, until his wife called me
23    and told me that he was beating him up and to come
24    and get him.
25         Q.   And just so we are clear on the record,
```

```
 1    some of the references were to "he" or to "him,"
 2    and being that there are two males involved in the
 3    story.
 4             Could you clarify at what age your son
 5    went up to live with him for a few months?
 6        A.   Like 12, 13, in there.
 7        Q.   And you thought it would be okay because
 8    your former husband was remarried, correct?
 9        A.   Right.  And little by little, you know,
10    from eight I would go visit with him, it was, you
11    know, to let him go and see him.  I wouldn't let
12    him see him at first by himself, because he was
13    very violent when I was married to him.
14        Q.   I understand.
15        A.   And I feared for his life, but it seemed
16    that it would be okay at that time, but I was
17    wrong.
18        Q.   I understand.
19             And again, just to clarify, your former
20    husband again began abusive towards your son,
21    correct?
22        A.   Yes.
23        Q.   And at that time you went and got him?
24        A.   Yes.
25        Q.   From that point forward, until your son
```

```
 1    was 18, did he ever go back and stay with his
 2    father?
 3             A.   You know, I don't think he really, you
 4    know, stayed with him.  He may have spent the
 5    night occasional.  I honestly don't remember.  I
 6    don't remember.  I don't remember.
 7             Q.   But you don't recall any prolonged
 8    period?
 9             A.   All I remember is I thought his dad
10    should speak to him as an adult and the son
11    should, you know, the father should make an effort
12    and he didn't.  So, you know, the son was very
13    disappointed.
14             Q.   I understand.
15                  I want to get into your son's educational
16    background a little bit.
17             A.   Okay.
18             Q.   Can you please tell me the highest level
19    of education your son has.  Did he graduate high
20    school?
21             A.   He tried real hard.
22             Q.   How far through school did he get?
23             A.   I don't remember.
24             Q.   Can you give me an estimation, grade
25    level?
```

```
 1           A.   It's hard to say, because he kept trying
 2      and trying to get his GED.  He had a problem with
 3      math.  He would get high scores on everything
 4      else.  That's all I know.
 5           Q.   Did he make it to high school?
 6           A.   Yes.
 7           Q.   Do you recall, focusing on high school,
 8      was he involved in any extracurricular activities,
 9      sports, clubs?
10           A.   I know he liked to play football,
11      basketball.  He liked to play things like that.
12           Q.   Was it recreational or did he join like
13      the school --
14           A.   Recreational.
15           Q.   Do you recall any other activities or
16      clubs that he might have been involved in during
17      those years?
18           A.   I know he was in like the Webelos Boy
19      Scouts kind of things for a while.
20           Q.   What age was that?
21           A.   He was younger, so I don't know, maybe --
22      whatever Webelos are, and I don't know, that is
23      what they are called.
24           Q.   And that is what I was asking.  I wasn't
25      a Boy Scout.  I don't know if that is six years
```

```
1    old, ten years old?
2         A.   No, it was --
3         Q.   I know that Eagle Scout is more towards
4    18.
5         A.   I would say maybe 11.  I don't know.  I
6    honestly can't remember.
7         Q.   Did he work during high school?
8         A.   During high school, no.
9         Q.   Did he have his own car?
10        A.   No.
11        Q.   Did he have any girlfriends?
12        A.   Yes.
13        Q.   One or two or was he a real lady's man?
14        A.   He dated different girls.  Had a lot of
15   friends.  One specific one at one time, her name
16   was Summer, I don't know what her last name was.
17   They went out for a while.  I know that they were
18   always calling the house though, the girls.
19        Q.   Could you describe your relationship with
20   your son during his high school years?
21        A.   We were close, you know, say good
22   morning, give him a hug.  He would go to school.
23   I would feed him.  We would go and have chicken
24   wings or, you know, go to the movies.
25        Q.   Hang out together on the weekends?
```

```
 1              A.   Talk, giggle, go to the beach.
 2              Q.   Where there ever any serious arguments
 3      between you and your son during that time in his
 4      life?
 5                   MR. HELLER:   Objection to form.
 6                   MR. SPAID:   What was wrong with the form?
 7                   MR. HELLER:   It was compound.
 8      BY MR. SPAID:
 9              Q.   Okay.   Strike that and let me correct it.
10                   Backtracking a little bit.
11                   I understand that you described your
12      relationship as good with your son, you were
13      close, you would see him in the mornings and give
14      him a hug goodbye.   He would go to school.   You
15      would feed him.   You would hang out.   You would go
16      and get wings.   You would go to the beach,
17      correct?
18              A.   Correct.
19              Q.   Did you ever fight with your son?
20              A.   No, I wouldn't say fight.
21              Q.   Were there any disagreements with your
22      son on any topic?
23              A.   Yes.
24              Q.   What were some topics that you would
25      disagree with your son?
```

```
1          A.  When he was supposed to go to school and
2    he didn't want to.
3          Q.  Was that often?
4          A.  Quite.
5          Q.  How -- when you say "Quite," could you
6    define that for me?  Was it --
7          A.  He didn't like school.
8          Q.  If we could get an approximation, once a
9    month, once a week, once or twice a day?
10              MR. HELLER:  Objection to the form.
11         A.  I'm not sure.
12   BY MR. SPAID:
13         Q.  Other than him not wanting to go to
14   school and assuming, correct me if I'm wrong, you
15   wanted him to go to school?
16         A.  Yes.
17         Q.  Were there any other areas that you two
18   disagreed on?
19              MR. HELLER:  Form.
20   BY MR. SPAID:
21         Q.  Go ahead.
22         A.  I can't think of anything.
23         Q.  You never got frustrated with the girls
24   calling regularly at the house?
25         A.  I would get frustrated when they would
```

```
 1      have the operator break into my call and say that
 2      it was an emergency.  And I would tell him, would
 3      you please tell that girl not to do that.
 4              Q.   Did that happen more than once?
 5              A.   Several times.
 6              Q.   Same girls?
 7              A.   Different ones in a while.
 8              Q.   They are smart.
 9              A.   Little stinkers.  Sorry.
10              Q.   I believe you said he didn't work.
11              Did he have any hobbies during his high
12      school years?
13              A.   Yes, he drew.  He likes to draw.  He's a
14      very good artist.  Music, he could play several
15      musical instruments.  He could sing.  Write music,
16      read music.  He was quite funny.
17              Q.   Going back, you said that he could play
18      several instruments.  Did you teach him?
19              A.   No.  Actually, I forgot about that, in
20      school he was in music.
21              Q.   Okay.  Do you know which instruments he
22      played?
23              A.   The violin, the cello, the saxophone, the
24      keyboard, the piano, the guitar.  That's all I can
25      think of right now.
```

```
 1            Q.  Fair enough.
 2                When was he projected to graduate high
 3     school?
 4                MR. HELLER:  Form.
 5            A.  I don't know.
 6     BY MR. SPAID:
 7            Q.  If he had successfully graduated high
 8     school on a regular track without repeating grades
 9     or being held back, do you know the year that he
10     was expected to graduate high school?
11            A.  Not without a calculator.  I would say 18
12     years old is the average.
13            Q.  18 to 19, I think.
14                Do you know what year that was?
15                I'm sorry.  My math, when I do age
16     calculation based off of date of birth I always --
17            A.  He was born in 1981.
18            Q.  Unless someone can figure that out, let's
19     assume that's 2000, 2001?
20                MR. HELLER:  Ish.
21     BY MR. SPAID:
22            Q.  Ish.  Okay.
23                And it's not going to be totally -- well,
24     it is not going to be a big issue, so if we are
25     off a little bit on our phrasing, but we will --
```

```
 1     I'm going to refer to it, and just so that we are
 2     all clear, if I refer to his graduation, we will
 3     assume that it is about 2000, 2001ish, fair?
 4          A.   Okay.
 5          Q.   I've had a chance to look at your son's
 6     criminal history.  And the records that I see
 7     online, I can -- I hope they are complete, but
 8     they may not be.
 9               Could you tell me from what your
10     recollection is, when was the first time that your
11     son had a run-in with law enforcement?
12               MR. HELLER:  Form.
13          A.   It's been so long I don't recall exactly
14     when.
15     BY MR. SPAID:
16          Q.   Starting with the earliest incidence that
17     you can remember, could you please tell me whether
18     your son was arrested?  What he might have been
19     arrested for?  When that was?
20          A.   I'm really not sure.
21          Q.   Was your son expelled from school?
22          A.   I don't think he was ever expelled.  I'm
23     not sure.  I know he got suspended before.
24          Q.   Do you recall how many times he may have
25     been suspended?
```

```
 1              A.   He didn't want to go to school, so he
 2       thought if he got suspended, he wouldn't have to
 3       go to school.
 4              Q.   Good logic.
 5                   Starting in 1999, do you recall your son
 6       ever being arrested?
 7              A.   1999, how old would he be then?
 8              Q.   18, approximately.  He was born in '81,
 9       depending on the month, we will say he was 17,
10       possibly.
11              A.   The court should have all of those
12       records.
13              Q.   I'm looking at some, and not going to
14       attach them as an exhibit mostly because the
15       printer ink was a little low, but first record I
16       have is from February 14, 1999 and it's for
17       burglary of a structure or attachment.
18                   Do you recall that?
19              A.   It's probably -- if it's on paper, yeah,
20       probably so.
21                   MR. HELLER:  I'm sorry.  I would like to
22              take a very short break.
23              (There was a discussion off the record.)
24       BY MR. SPAID:
25              Q.   Back on the record.
```

```
 1              Ms. Wolfe, we just took a brief recess
 2    and you stepped out with your -- I believe two of
 3    your attorneys, correct?
 4         A.  Yes, sir.
 5         Q.  Did you talk how to answer any of the
 6    questions here today?
 7              MR. HELLER:  Don't answer any questions
 8         with respect to any conversations that we may
 9         have had.
10              THE WITNESS:  Okay.
11    BY MR. SPAID:
12         Q.  But I am going to ask, any question that
13    I've asked previously, did he instruct you how to
14    answer?
15         A.  No.
16         Q.  That is a fair question though.
17              MR. HELLER:  Please don't answer any
18         question with respect to our conversations.
19    BY MR. SPAID:
20         Q.  Prior to the deposition here today, who
21    else aside from your attorneys did you meet with
22    or discuss this issue -- strike that.
23              Prior to the deposition today, other than
24    your attorneys, did you review any documents or
25    speak to any other individuals in preparation for
```

1    your deposition here today?

2         A.   No.

3         Q.   I believe we were going over and trying

4    to trace the beginning of your son's criminal

5    history starting in February of 1999.  You

6    indicated that if the record is on written paper,

7    then it is probably accurate.

8              But my understanding, and correct me if

9    I'm wrong, that you didn't have an accurate, a

10   clear recollection of that incident?

11        A.   It's been quite some time.  No, I don't.

12        Q.   Do you recall any arrests that your

13   son -- any time that your son may have been

14   arrested prior to 1999?

15        A.   I need to figure out how old he was at

16   that time.

17        Q.   Fair enough.  And let's break it up this

18   way.  And this might help.

19             Gauging off of when he was 18 years old,

20   his 18th birthday, do you recall if he was ever

21   arrested prior to his 18th birthday?

22        A.   Probably so.

23        Q.   How many times?  Do you have any idea how

24   many times?

25        A.   I don't remember.

 1          Q.  Do you recall if he was ever convicted of

 2     a crime prior to his 18th birthday?

 3          A.  I don't recall.

 4          Q.  Do you recall if he was ever sentenced to

 5     serve time in a jail prior to his 18th birthday?

 6          A.  Not jail, I don't think so.

 7          Q.  How about from your recollection, do you

 8     recall whether or not he was ever served time in a

 9     juvenile facility?

10          A.  Yes.

11          Q.  Where was that facility?

12          A.  I'm trying to remember the name of it.

13          Q.  Can you give me the geographic region?

14          A.  Somewhere kind of like in central

15     Florida, maybe.

16          Q.  Do you know how long he was there?

17          A.  Eight months.

18          Q.  In the --

19          A.  Pahokee.

20          Q.  Pahokee.

21               Is that the first time that you recall

22     your son being --

23          A.  That they sent him anywhere, yes.

24          Q.  -- that they sent him anywhere?

25               During the approximate eight months that

```
 1   you have identified that he was in the facility in
 2   Orlando, possibly Pahokee, did he have any medical
 3   emergencies that you're aware of?
 4        A.   I don't recall.
 5        Q.   Did you travel during that eight-month
 6   period where he was in the facility up in and
 7   around Orlando, did you travel to see him?
 8        A.   Yes.
 9        Q.   How many times did you go?
10        A.   I would say at least once a month.
11        Q.   How long would your visit normally be, if
12   there was normal time?
13        A.   Few hours.
14        Q.   Would that be on one day?
15        A.   One day.
16        Q.   Thank you.
17             Following the release from -- in
18   Orlando -- strike that.
19             Do you recall what he was sent to the
20   facility in Orlando for?
21        A.   No, sorry.
22        Q.   And just so we are clear, was it a
23   correctional facility?
24        A.   Juvenile correctional facility.
25        Q.   And I'm sorry if my distinction wasn't
```

```
 1    clear, he wasn't sent there for mental problems,
 2    correct?
 3         A.   No.
 4         Q.   It was -- he had done something illegal
 5    and they sent him --
 6         A.   More than likely.
 7         Q.   If at any point you do recall, if you
 8    could share that with me, I would appreciate it.
 9         A.   Okay.
10         Q.   Once he was released from that center in
11    Orlando after the approximate eight-month stint,
12    do you recall the next time that your son was sent
13    away for --
14              MR. HELLER:   Form.
15         A.   I don't recall exactly, it's been quite
16    some time.
17    BY MR. SPAID:
18         Q.   From your recollection, we are going to
19    no longer include the eight-month stint, just
20    going forward.
21              Do you recall approximately how many
22    times your son was sentenced to serve time in a
23    correctional institute?
24         A.   I don't remember exactly.
25         Q.   After he was returned from the facility
```

```
 1    in Orlando, did he return to living at your home?
 2         A.   Yes.
 3         Q.   And if you could -- from the time that
 4    your son was born up until April of 1999, did he
 5    ever live in any residence other than your home?
 6         A.   1999 we figure, what, he was 18 or 17?
 7         Q.   I think so.
 8         A.   He stayed with my ex-husband for a couple
 9    of months.
10         Q.   Fair enough.  I forgot about that stint
11    there.
12              Other than the few months with your
13    ex-husband, did he ever move out of your home?
14         A.   No.
15         Q.   And so it's fair to assume that after his
16    eight months in the Orlando facility he returned
17    to your house?
18         A.   Yes.
19         Q.   How was your relationship with him after
20    he returned from that facility?
21         A.   Good.
22         Q.   Could you elaborate a little bit on that?
23         A.   Normal.  Good.
24         Q.   Did you describe his conduct for me?
25         A.   He was always polite with me.
```

```
1              MR. SPAID:  Can we go off record for one
2         second?
3         (There was a discussion off the record.)
4    BY MR. SPAID:
5         Q.  Going back on the record.
6              And I believe we were at 1999 when we
7    calculated your son's age to be about 17 or 18
8    years old.  You said that he never lived, other
9    than with his father for a couple of months around
10   the ages of 12 to 13, or when he was placed in a
11   correctional facility for a period of time, he had
12   never lived any other place except in your house,
13   correct?
14        A.  Right.
15        Q.  And you were starting to describe your
16   relationship with him after he had returned from
17   the facility in Orlando.
18             Would you elaborate a little bit more and
19   maybe go through what was a normal day for your
20   son at that time?
21             MR. HELLER:  Form.
22             MR. SPAID:  What was wrong with the form?
23             MR. HELLER:  I'm not sure what "normal."
24             MR. SPAID:  I'm not either.  That is why
25        I'm asking.
```

1          Go ahead.

2      A.   A normal day, Monday through Friday, I

3  was probably working.  I know he had some jobs

4  here and there working.  I know he was trying to

5  get his GED and going to NOVA for a little while.

6  I don't remember the exact dates.  Other than

7  that, he would probably have his friends over.

8  Sometimes they would come and they would say, Mom,

9  what is for dinner?

10          And they weren't even my kids and I would

11 feed them.

12 BY MR. SPAID:

13     Q.   Going back to he was working some jobs at

14 that time.

15          Do you recall specifically where he was

16 working?

17     A.   Some air-conditioning company for a

18 while, couple of garages, Sunny's Car Wash, he did

19 some car washing.  He help build the Everglades

20 dam.  He went up way high where the grown men were

21 scared.  He worked hard.

22     Q.   I assume for all of these jobs he

23 received compensation, correct?

24     A.   Yes.

25     Q.   And did he help you with the bills at

```
 1    that time?
 2         A.   If he made money, I didn't make him pay,
 3    but he would usually throw me a couple of dollars.
 4         Q.   For anything in particular or just
 5    towards the general --
 6         A.   Yeah, towards the general, you know --
 7         Q.   Between the beginning of 1999 and the
 8    date of his sentencing, which I have down as
 9    November 26, 2002, focusing on that period of
10    time, did he reside with you during those years?
11         A.   Yes.
12         Q.   Was he continuing to maintain employment
13    during those years for -- and it doesn't have to
14    be continuous, was he working?
15         A.   Some of the time he was working and
16    before his sentence, of course, they didn't let
17    him come home before his sentence.  So he was
18    still in, you know, Broward County, they wouldn't
19    let him come home.
20         Q.   And that's something that the records
21    really don't show me and I was hoping that you can
22    clarify for me.
23              I have a number of arrest dates listed
24    here that span between 1999 and 2002.  If you feel
25    that you can remember them, I'll take the time and
```

```
 1    go through each one and see which ones you can
 2    recall and maybe you can clarify gaps in between.
 3              But I can't tell from this.  The first
 4    arrest date that I have listed is February 1999.
 5              Was he sent to jail at that point and did
 6    he remain in jail for some period of time?
 7         A.  He was in there for -- yeah, he was in
 8    there for -- altogether between that time, and
 9    then he was out for a little while, and that time,
10    I believe it was 863 days.
11         Q.  Can you say that number one more time for
12    me?
13         A.  863 days.
14         Q.  Between early 1999 --
15         A.  Approximately somewhere in there, I
16    remember that.
17         Q.  And that was in Broward County Jail?
18         A.  Between Broward County Jail, Conte and
19    the one that is right next to the Conte, I don't
20    know, they move them around.
21         Q.  And we can go from the records once I
22    have an idea that he was in or out.
23              Now, again, looking at this chart and not
24    assuming that it is accurate or correct, so please
25    correct me if I'm wrong.
```

```
 1                   I see additional charges in late 1999,
 2       specifically October and November of 1999?
 3            A.   I don't recall the -- I don't know.
 4            Q.   And I can try to read a few of these, and
 5       if you do recall specifically on October 19, 1999,
 6       I see one for burglary of a dwelling?
 7            A.   I don't know.
 8            Q.   Or occupy conveyance, probably?
 9            A.   I don't know.
10            Q.   Do you recall a grand theft charge?
11            A.   I believe so, yes, I think I had to pay
12       restitution.
13            Q.   Do you recall how much in restitution you
14       had to pay?
15            A.   Not offhand, no.
16            Q.   Moving on to 2001, I see there on
17       April 4, 2001, it's listed here, a threat to bomb.
18                 Do you recall that?
19            A.   That -- I don't even believe that.  I
20       remember that he was either in Conte or in the one
21       next to him and he was, you know, was waiting to
22       go to court and somebody made that up.  I mean, I
23       don't -- ridiculous.
24            Q.   So he was in the facility at the time?
25            A.   Yes, yes, yes.
```

1        Q.   After the threat to bomb, which was 2001,

2   the next on my list is February 27, 2002, which

3   again was grand theft of a motor vehicle.

4            Do you recall that?

5        A.   Honestly, with all of them, I don't

6   recall the dates.  I don't recall which, you know,

7   where the date period is.  I don't know.  I don't

8   remember.  I do know, yes, he steal a car.  Yes,

9   he did do a burglary, but I don't recall the

10  dates.  I don't know when they were.

11       Q.   Fair enough.  Fair enough.

12           And we all know that those are years ago

13  and memories fade.

14           Could you tell me though, from your

15  recollection, in between the different charges,

16  like after he stole a car, as you indicated, was

17  he caught right away?

18       A.   I believe so.  I'm pretty sure.

19       Q.   And was he out in a Broward County jail

20  or a jail in this area?

21       A.   I think he was a juvenile, but I'm not

22  sure.  I can't remember.

23       Q.   Fair enough.

24           I see on the second grand theft towards

25  March 15, 2002, and the reason I'm asking you,

```
 1    because you said that you don't remember each one,
 2    but for this one if you had to pay restitution?
 3         A.   Say what year?
 4         Q.   2002.
 5         A.   In March?
 6         Q.   Yes.
 7         A.   No.
 8         Q.   You don't recall?  Okay.
 9         A.   I remember -- March what?
10         Q.   15th.
11         A.   I didn't think it was a car.
12         Q.   No, this was just grand theft.  I'm sorry
13    if I misspoke that.  Grand theft.  It was also
14    a --
15         A.   He was accused of that, I think.
16         Q.   March 15th, one is probably the same
17    property, it doesn't say here, so forgive me, it
18    says trafficking and stolen property, and it is
19    the same date.
20         A.   I have no idea.
21         Q.   Other than the one time you mentioned for
22    grand theft where you didn't have to pay
23    restitution, but you weren't able to recall how
24    much, do you recall having to pay restitution a
25    second time?
```

1       A.   I had to pay restitution, yes.

2       Q.   Do you know how many times?

3       A.   I'm not sure exactly.  I know I paid it

4    twice.

5       Q.   At least twice or twice?

6       A.   At least -- I don't remember, so twice

7    that I recall.

8       Q.   Do you have any approximation on how much

9    that cost you?

10      A.   I believe one was about $1,600 and the

11   other one, I think, was around $1,500.

12      Q.   Correct me if I'm wrong, I believe you

13   said from February of 1999 through April -- or I'm

14   sorry, November of 2002, you believe your son was

15   in either the Broward jail, the Conte jail or one

16   of the other ones close to that area for 863 days,

17   correct?

18      A.   Approximately, I believe, that is what it

19   was.

20      Q.   And we won't hold you to those days.

21      A.   863 days.

22      Q.   Focusing in on the days that he was not

23   incarcerated, not in one of those facilities.

24      A.   Right.

25      Q.   Can you tell me what things he did around

```
 1     the home?
 2          A.   He would paint.
 3          Q.   What type of chores?
 4          A.   Okay.  He painted the walls.  He would
 5     help me and vacuum sometimes, dishes.
 6               MR. SPAID:  I'm sorry, could you say that
 7          on the record?
 8               MR. HELLER:  I was asking the witness to
 9          make sure to wait before answering the
10          question, in case I have to object.
11               MR. SPAID:  Fair enough.
12     BY MR. SPAID:
13          Q.   We hate to overspeak either our client or
14     one another, it doesn't do well for the court
15     reporter.
16          A.   Sorry.
17          Q.   You are doing an excellent job, by the
18     way.
19          A.   Thank you.
20          Q.   When your son lived with you, did he have
21     his own bedroom?
22          A.   Yes.
23          Q.   Did he have his own bed?
24          A.   Yeah.
25          Q.   Was he generally home for dinner?
```

1          A.   Yes.

2          Q.   And focus on the week, Monday through

3     Friday, if you could, on average, just Monday

4     through Friday, how many nights would he be home

5     for dinner?

6          A.   Five.

7          Q.   Would you sit together and have dinner?

8          A.   Yes.

9          Q.   Would he cook?

10         A.   Occasionally.

11         Q.   Was he a good cook?

12         A.   Yes.

13         Q.   Did he like to cook?

14         A.   Sure.

15         Q.   I believe you indicated that he worked at

16    some time at the auto mechanics shop or several,

17    correct?

18         A.   Yes.

19         Q.   Do you recall what type of auto work he

20    might have done?  Or I'm assuming that he was

21    working on the cars.  If he was working in the

22    office, please correct me.

23              Do you recall what type of auto work he

24    did?

25         A.   Change oil.  I don't know exactly, but

```
 1    tires, things like that.
 2         Q.  Did he ever do any of that type of work
 3    for you personally at the home?
 4         A.  I think he changed my oil before.
 5    Checked my car out.
 6         Q.  Was there any other skills that he had
 7    around the home that you don't have?
 8              MR. HELLER:  Form.
 9    BY MR. SPAID:
10         Q.  And by that I mean carpentry, plumbing?
11    Were there things that he could do that you can't
12    do?
13         A.  Yes.
14         Q.  Or how to do?
15         A.  Yes.
16         Q.  What are those?
17         A.  Very good with his hands electronically.
18    I still don't know how to record like on a VCR or
19    DVD, he could do all of that kind of stuff, wire
20    things, you know, like TV speakers.  Reach things
21    that I couldn't, because he is taller.  Lift
22    things that I couldn't lift.  Definitely play
23    music.
24         Q.  Did he play music for you often?
25         A.  He did.
```

1      Q.   When he played for you, was there a

2   specific instrument that you enjoyed more than the

3   others?

4      A.   Guitar.  I liked the guitar.  I liked

5   them all, but we didn't have the money to get them

6   all.

7      Q.   I understand that they are very

8   expensive.

9           Focusing back on the financial

10  contributions that he might have given to you, do

11  you recall what the largest amount of money he

12  ever gave you was?

13     A.   I don't recall.

14     Q.   Do you have any estimation on how much

15  money over his working career that he ever gave to

16  you?

17     A.   I don't remember.

18     Q.   Could you give me a rough estimate?  And

19  we won't hold you to it, promise.

20     A.   I really don't remember.

21     Q.   Did you do his taxes for any years?

22     A.   Yes.

23     Q.   Did you do his taxes every year that he

24  filed?

25     A.   There was only one year that I filed, I

```
 1    believe.  I have the tax return records at home.
 2    I don't remember.  Might have been three, I can't
 3    remember.  I just remember having his taxes done.
 4         Q.  Having them done or you do them?
 5         A.  No, I had the taxes done.
 6         Q.  You had them done.
 7             Do you recall starting with the first
 8    year that you may have filed or had his taxes
 9    done, do you recall how much he made that year?
10         A.  No.
11         Q.  Do you recall for any specific year?
12         A.  No, sorry.
13         Q.  Again, this is ten years ago and it's
14    taxes, most people don't like to remember them
15    after this year.
16             Are you currently employed?
17         A.  Yes.
18         Q.  Where do you work?
19         A.  Action Title.
20         Q.  What is the address there?
21         A.  2699 Stirling Road, Suite C-204 through
22    Suite C-207, it's two companies, Estrella Auto,
23    but I'm paid by Action Title.  I'm a receptionist
24    for both companies.
25         Q.  And from that I assume that they share
```

```
 1      space and certain services, correct?
 2           A.   It's one owner.
 3           Q.   Okay.  And so it would only be one set
 4      of --
 5           A.   It's two separate companies.
 6           Q.   -- record for you though?
 7           A.   It is two separate companies.
 8           Q.   I'm just thinking payroll.
 9           A.   Action Title.
10           Q.   Last year how much did you make?
11           A.   I don't -- I don't remember the exact
12      amount that I made.  I could tell you how much I
13      make an hour.
14           Q.   Sure.
15           A.   $16.25.
16           Q.   How many hours a week do you work?
17           A.   I work -- it's 40 plus 15 minutes every
18      day.  What's that, 41.25?
19           Q.   Why the extra .25?
20           A.   I get paid until 5:15 instead.  Everyone
21      leaves at 5:00, I leave at 5:15 just for the
22      stragglers.
23           Q.   Fair enough.  We have one of those too.
24                How long have you been making that pay
25      rate?
```

```
 1          A.   Since the beginning of this year.
 2          Q.   Assume you received a raise then at the
 3     beginning of this year?
 4          A.   Yes.
 5          Q.   What were you making prior to that?
 6          A.   I believe they gave me a $0.63 raise, so
 7     whatever that was, less than that.
 8          Q.   And how long were you making that rate?
 9          A.   They usually give us a raise at the
10     beginning of the year.
11          Q.   Have you received a raise at the
12     beginning of the year for the last three years?
13          A.   Ten years.
14          Q.   Ten years.
15          A.   Ten years August 13th.
16          Q.   And I take it August 13th ten years ago
17     is the date that you started your employment with
18     them?
19          A.   Yes, I'll be there a decade.
20          Q.   Prior to your current employer, where did
21     you work?
22          A.   Before that, oh, my goodness, I can't
23     remember the name of that company.  I worked for
24     EBC Office Centers for a while.  I can't remember
25     the name of the company.  I can't believe that I
```

```
 1    can't -- I'm sure that I have that information at
 2    home, but I don't remember.  I'm drawing a blank.
 3         Q.   That's okay.
 4              Do you have any plans to leave your
 5    current employer?  And if it is yes, we won't tell
 6    them.
 7         A.   No.
 8         Q.   Have you looked for new employment over
 9    the last three years?
10         A.   No.
11         Q.   Do you have any interest or intention to
12    change job roles?
13         A.   No.
14         Q.   Do you have a retirement package with
15    your current employer?
16         A.   They have a 401K.  I don't believe in
17    doing that.
18         Q.   So switching gears a little bit.
19              Did you go to college?
20         A.   No.
21         Q.   Did you graduate high school?
22         A.   No.
23         Q.   What was the highest grade that you
24    finished?
25         A.   9th.
```

1    Q.   Following 9th grade, did you enter the
2    work force?
3        A.   Probably.
4        Q.   Have you worked continually?
5        A.   Pretty much.
6        Q.   9th grade until today?
7        A.   Pretty much.
8        Q.   Have you -- you indicated you are a
9    receptionist currently.
10            Have you had any other positions?
11       A.   I've been a personal secretary before.  I
12   prefer being a receptionist, you don't have to
13   make copies.  You don't have to stay after 5:00.
14       Q.   And you don't get calls on the weekends?
15       A.   I go in and do the job and I come home.
16       Q.   I understand.
17       A.   And I like dealing with people, you know,
18   talking with them, helping them.
19       Q.   How long do you plan to work in your
20   life?
21       A.   Probably -- I don't know.  I don't know.
22   I guess a while.
23       Q.   Some people estimate 63, 65, my senior
24   partner wants to be done at 50.
25            Do you have any set date that you're

```
 1    counting down towards retirement?
 2         A.   No.
 3         Q.   Have you saved for your retirement?
 4         A.   No.
 5         Q.   How much in personal savings do you have
 6    right now?
 7         A.   I have in personal savings -- these are
 8    like real personal questions.  All right.  $1,500,
 9    that is my life savings.
10         Q.   $1,500.
11              Do you have any -- strike that.
12              Have you ever purchased an annuity?
13         A.   No.
14         Q.   Have you ever purchased any long care
15    health plan?
16         A.   No.
17         Q.   Have you ever purchased any form of
18    insurance other than the life insurance, that
19    would be paid out at your death?  Have you ever
20    purchased any type of life insurance that you
21    could receive payments on personally yourself?
22         A.   No.
23         Q.   Do you have life insurance?
24         A.   No.
25         Q.   I believe from your address that you live
```

```
 1      in an apartment, correct?
 2           A.   Duplex.
 3           Q.   Do you own your duplex?
 4           A.   No.
 5           Q.   You rent it?
 6           A.   Yes.
 7           Q.   I have in my records, and correct me if
 8      I'm wrong, your son was sentenced on
 9      November 26, 2002.
10                Do you recall that?
11           A.   I believe that is the date.
12           Q.   And that he was received into the
13      Department of Corrections in December 17, 2002.
14                MR. HELLER:   Form.
15      BY MR. SPAID:
16           Q.   Is that correct?
17           A.   I'm not sure of the exact date.
18           Q.   The end of 2002, fair?
19           A.   Fair.
20           Q.   From when he was received into the DOC at
21      the end of 2002, was your son ever released from
22      the DOC facility?
23           A.   No.
24           Q.   Do you recall where he was first
25      sentenced?
```

```
 1          A.   Lancaster.
 2          Q.   Do you recall how long he was at
 3     Lancaster?
 4          A.   I don't recall the exact time frame.
 5          Q.   When he was originally sent to Lancaster,
 6     how long was it before you saw your son
 7     face-to-face?
 8          A.   As soon as I could.
 9          Q.   Okay.  And how far away was Lancaster
10     from your home?
11          A.   It was far, towards the top of Florida.
12          Q.   Was it something that you could do in a
13     day, travel in a day?
14          A.   Yeah.
15          Q.   Would you drive or would you fly?
16          A.   I would drive.
17          Q.   Would you go alone or would you go by
18     yourself?
19          A.   Myself.
20          Q.   Would you go up in the morning, see him
21     and come back that night?
22          A.   He was in Lancaster, my mom at that time
23     had a place in Edgewater.  So I would usually
24     drive there and spend the night and then go and
25     visit him, and then come back and do the same
```

```
 1    thing, stop at my mom's place, and then drive the
 2    rest of the way.  This was like four hours, stop,
 3    four hours, like that.
 4         Q.  And just so I'm clear, you would see him
 5    one day?
 6         A.  Yes.
 7         Q.  Did you ever fill out any visitation
 8    paperwork with the Florida Department of
 9    Corrections?
10         A.  You have to fill out visitation that you
11    have to be approved to visit.
12         Q.  Right.  Do you recall when you first
13    filled those forms out?
14         A.  At the beginning, I guess.
15         Q.  Was anyone else authorized to go and
16    visit with your son?
17              MR. HELLER:  Form.
18         A.  My dad, but he never did.  He filled out
19    the forms.
20    BY MR. SPAID:
21         Q.  And let me clarify, the forms that we
22    have been discussing, those are the forms
23    generated by the Florida Department of Corrections
24    which must be complete prior to someone being
25    authorized to visit?
```

```
1          A.   Yes.
2          Q.   I appreciate the encouragement, I need
3     it.
4               To be authorized to visit with an inmate,
5     correct?
6          A.   Yes.
7          Q.   Were you aware of any other individuals
8     other than yourself who had completed those forms?
9          A.   I believe there may have been a couple of
10    girls, but no one ever went to see him.
11         Q.   Are you positive about that or is that
12    just your --
13         A.   There would be no way that I would know
14    that, but between our conversations, my son and
15    myself, I don't think anybody ever went or he
16    would have told me.
17         Q.   So your son never told you that anyone
18    else came to visit, correct?
19         A.   Correct.
20         Q.   Do you have copies of those original
21    authorization forms that you filled out?
22         A.   Probably not.  I could look.  They would
23    have those.  I don't know if I made a copy.
24         Q.   I believe you indicated that your father
25    did complete the forms and submit them, correct?
```

1        A.    Yes.

2        Q.    But he never actually visited your son?

3        A.    No.

4        Q.    Where does your father live?

5        A.    He has two locations, one in Fruitland

6   Park, which is close, so he could have gone, and

7   the other one is in North Carolina.

8        Q.    Are you close with your father?

9        A.    Not real close.  We are close as far as

10   we love each other, but we don't talk very much.

11        Q.    Did your son have a relationship with his

12   grandfather?

13        A.    When he was younger.

14        Q.    Do you recall what the visiting times

15   were at Lancaster?

16        A.    Usually, and don't quote me on this,

17   visiting times is 9:00 to 3:00, I believe,

18   something like that.

19        Q.    And were there set days that you were

20   permitted to visit your son?

21        A.    The weekends.

22        Q.    Both Saturday and Sunday?

23        A.    Yes.

24        Q.    Were there any additional days that you

25   were permitted to visit your son?

1      A.   I believe on holidays like Christmas,

2   maybe Thanksgiving.

3      Q.   I believe earlier you indicated that you

4   would go up the night before and stay with your

5   mother, and go up Saturday to your son and come

6   back to your mother's place the same night?

7      A.   Right.

8      Q.   Is it fair to say that when you would

9   visit your son, it would be on one day on the

10  weekend, not both days?

11     A.   Right.

12     Q.   How many, on average, how many weeks a

13  month would you go up and visit your son?

14     A.   I would go up as much as I could, because

15  it cost money and I didn't have a lot of money.

16  And it would probably be about once a month, twice

17  if I could swing it.

18     Q.   When you say as much as you could, just

19  so we are clear, as much as you could financially?

20     A.   Correct.

21     Q.   There were no other constraints that

22  would keep you from going, correct?

23     A.   No.

24     Q.   Do you recall -- strike that.

25          We discussed that it is your

```
 1    understanding that there were additional
 2    visitation days on holidays, correct?
 3         A.   Correct.
 4         Q.   Do you recall going up to see your son on
 5    any holidays?
 6         A.   Christmas 2004.
 7         Q.   Other than Christmas 2004, do you recall
 8    going to visit your son on any additional
 9    holidays?
10         A.   I think it was Thanksgiving.
11         Q.   Do you recall which year?
12         A.   I don't know if it was every year or not,
13    I don't remember.
14         Q.   If you could, please, all I want to know
15    is all of the time that you spent visiting your
16    son.  And I'm going to try and do my best to
17    inventory it.
18              Did you go up every Christmas?
19         A.   No.  I went to visit my dad mand I
20    believe in 2005, because he wasn't feeling well.
21    And --
22         Q.   When you say "he," and I'm sorry to cut
23    you off --
24         A.   My dad.
25         Q.   Your dad.  Thank you.
```

1           MR. HELLER:  And before we go through the

2       long list of visitations, I need to use the

3       restroom.

4       (There was a discussion off the record.)

5   BY MR. SPAID:

6       Q.  Going back on the record.

7           We were discussing the holidays that you

8   had a chance to visit with your son and were able

9   to make it up to Lancaster.  And I know it may be

10  difficult to remember year in and year out, but to

11  the best of your ability, can you recall how many

12  holidays you made up to visit with your son while

13  he was at the Lancaster Correctional Institute?

14      A.  I don't know.

15      Q.  Can you give me a rough guess on the high

16  end?

17      A.  I don't know.  They should have a record

18  though.

19      Q.  They will and we will get a couple of

20  thousand pages probably.  It's --

21      A.  It's so long ago that it is hard for me

22  to remember.

23      Q.  Fair enough.

24          Aside from the face-to-face visits, do

25  you recall how often, let's say, a number of times

```
 1    a week you spoke to your son on the phone?
 2         A.   Couple of times a week.
 3         Q.   And this is while he was in the Lancaster
 4    facility, correct?
 5         A.   Everywhere.
 6         Q.   How did you pay for those phone calls?
 7         A.   On my telephone bill.
 8         Q.   It was a collect call to you, correct?
 9         A.   Yes.
10         Q.   Were you able to send him cards
11    periodically?
12         A.   Yes.
13         Q.   How often would you send him cards?
14         A.   Send him cards and letters quite often.
15         Q.   "Quite often" meaning once a week, once a
16    month?
17         A.   Several times a week.
18         Q.   Several times a week.
19              Were those full letters, or maybe cute
20    greeting cards, you know, cards with a certain
21    message already in them?
22         A.   They would all be different.
23         Q.   Fair enough.
24              Did you have a chance to send him any
25    packages or gifts or money, anything of that
```

```
 1    nature?
 2         A.   Yes.
 3         Q.   What did you send him?
 4         A.   Money orders.
 5         Q.   How often would you send him money
 6    orders?
 7         A.   Every pay period.
 8         Q.   Did you get paid two times a month?
 9         A.   Two times a month.
10         Q.   How much would you send him?
11         A.   Usually about $20.
12         Q.   Was there a limit on how much you could
13    send him?
14         A.   I don't know.
15         Q.   $20 wasn't something that the
16    correctional institute imposed, that was just
17    something --
18         A.   That is what I had.
19         Q.   Fair enough.
20              Do you know what he would do with the
21    $20?
22         A.   Food, hygiene.
23         Q.   They had a little store that they could
24    purchase things at?
25         A.   Yes.
```

1           Q.  Did he ever purchase -- strike that.

2               Did he ever tell you of any one item that

3       he liked to purchase specifically?

4           A.  No.

5           Q.  Could he purchase cigarettes with that

6       money?

7               MR. HELLER:  Form.

8           A.  I don't know.

9       BY MR. SPAID:

10          Q.  With the $20 a month that you would send

11      him or the $20 every two weeks that you would send

12      him, did he ever relay to you that he used that

13      money to purchase cigarettes?

14          A.  No.

15          Q.  Could he purchase cigars?

16              MR. HELLER:  Form.

17          A.  I don't know.

18      BY MR. SPAID:

19          Q.  Do you know if your son ever smoked

20      cigars?

21          A.  Not the big fat ones.  The little skinny

22      ones, I saw him smoke one of those once.

23          Q.  What color was that?

24          A.  Brown.

25          Q.  Do you ever recall your son smoking

1    cigarettes?

2         A.   I may have.  I may have seen him once,

3    twice.

4         Q.   When was that, if you recall?

5         A.   I don't recall exactly.

6         Q.   Was that while he was living with you?

7         A.   Possibly.

8         Q.   Was he permitted to smoke during your

9    visitations?

10        A.   They let them go outside.  And I don't

11   like cigarettes.

12        Q.   Do you recall you son stepping outside

13   while you remained inside?

14        A.   Yes.

15        Q.   Is it your understanding that he stepped

16   outside to smoke a cigarette?

17             MR. HELLER:  Form.

18        A.   I don't know.

19             MR. SPAID:  What was wrong with the form?

20             MR. HELLER:  Even I do not have to

21        indulge your prior questions with my respect

22        to form of objection, but the rules only

23        require that I put the objection on the

24        record.  Feel free to rephrase your question,

25        but going forward I'm not going to give you a

```
 1              specific form of objections that I'm raising.
 2                   MR. SPAID:  Fair enough.
 3      BY MR. SPAID:
 4           Q.  What was it -- what did you understand to
 5      happen after your son stepped outside on that
 6      visit that we were just discussing?
 7           A.   I don't know.  I didn't go out there with
 8      him.
 9           Q.  Was there any other reason that you are
10      aware of that he might have stepped outside other
11      than to have a cigarette?
12           A.   Maybe to talk to somebody.  I'm not
13      saying that line-up thing, they make them go out
14      there and line them up and do like a count of how
15      many -- I guess to make sure that everybody is
16      there.
17           Q.  And when they would do that count, you
18      never stepped outside?
19           A.   No.  They wouldn't let us.
20           Q.  Thank you.
21                   While your son was living with you, did
22      you ever enter his room for any reason?
23           A.   Yes.
24           Q.  When you were in his room, did you ever
25      see him have cigarettes?
```

```
1            A.   No.

2            Q.   Do you smoke?

3            A.   No.

4            Q.   Have you ever smoked?

5            A.   I smoked when I was younger.

6            Q.   What -- I assume at some point you quit

7       successfully, correct?

8            A.   Yes.

9            Q.   What age was that?

10           A.   20 years.

11           Q.   Congratulations.

12                So is it fair to assume that there was

13      cigarettes in your house, you didn't bring them

14      into it -- bring the cigarettes in your home?

15           A.   There was no cigarettes in my house.

16           Q.   Have you ever found a pack of cigarettes

17      in your house in the last 15 years?

18           A.   Not that I recall, no.

19           Q.   Do you recall ever finding any cigarettes

20      in your home?

21           A.   No.

22           Q.   Do you recall ever seeing looseleaf

23      tobacco in your home?

24           A.   No.

25           Q.   Do you ever recall ever seeing any dip?
```

```
 1    By "dip," the small, ground-up tobacco that
 2    generally is put between the lip and the gums?
 3              By that I will understand that you
 4    understood what I was referring to?
 5         A.   Yes.
 6         Q.   Thank you.
 7              While your son was residing in your home,
 8    was there ever a time where you believed that he
 9    used illegal drugs?
10         A.   No.
11         Q.   Was your son ever arrested for the use of
12    illegal drugs?
13         A.   I don't believe so.
14         Q.   Was your son ever arrested -- strike
15    that.
16              Was your son ever cited for possession of
17    tobacco underage?
18         A.   I don't think so.
19         Q.   Any alcohol underage?
20         A.   I don't think he was ever cited for that.
21         Q.   Were there any other situations where
22    your son had, for instance, with law enforcement's
23    involvement related to tobacco or alcohol?
24         A.   I remember one time he stole a bottle of
25    liquor, I guess, from the liquor store and the cop
```

1    brought him home.

2         Q.   How old was he when that occurred?

3         A.   Maybe 16.  They didn't arrest him.  They

4    didn't cite him.

5              I said, Thank you very much, and Get in

6    your room.

7         Q.   Very good.

8              Did you ground him for that?

9         A.   I don't know if I grounded him.  I know

10   that I talked to him about it.

11        Q.   Did you ever ground your son?

12        A.   Sure.

13        Q.   How often?

14        A.   Not very often.

15        Q.   Can you give me an estimation, once a

16   month, once every six months?

17        A.   Not very often.  I don't remember,

18   because I don't recall him getting grounded very

19   much.

20        Q.   You do recall one or two of the times

21   that he did get grounded, what was the worst thing

22   that you recall grounding him for?  The one that

23   you were most personally upset about?

24        A.   Getting suspended from school.

25        Q.   How long did you ground him?

```
 1              A.   I don't remember.
 2              Q.   Going back to your visits with your son
 3      after he was sent to Lancaster, do you ever recall
 4      during any of those visits him indicating that he
 5      was going to smoke a cigarette during the visit?
 6              A.   I don't recall.
 7              Q.   When you would go visit him what would
 8      you talk about?
 9              A.   How he was feeling, talk about our dog,
10      you know, my mom was doing, my grandmother, you
11      know, family.  His art, his music, sometimes he
12      would sing while I was there, he would do a little
13      concert, people would clap for him.
14              Q.   What was your dog's name?
15              A.   Gizmo.
16              Q.   How old -- is Gizmo still with us?
17              A.   No.  We had her for 15 years.  She was
18      16.
19              Q.   When did she pass?
20              A.   She passed approximately 2001, maybe.
21      It's been a while.
22              Q.   Did you son ever help take care of Gizmo?
23              A.   It was his dog.
24              Q.   Was he responsible for taking care of
25      Gizmo?
```

1      A.   Yes.

2      Q.   Who would walk Gizmo?

3      A.   She really didn't need walking, she would

4  just walk around.

5      Q.   Who would feed Gizmo?

6      A.   Both of us, you leave her food down.

7      Q.   I believe you indicated you talked about

8  your mother, how she is doing, the dog, his music,

9  his art.

10          Were there any other topics you can think

11  of that you discussed with your son during your

12  visits at Lancaster?

13      A.   Probably my car.  I don't remember.  We

14  just talk, you know, things that happened

15  sometimes, you know --

16      Q.   Were they very emotional visits?

17      A.   We would pray sometimes.  We just enjoyed

18  the fact that we could see each other.  It wasn't

19  like when he was out, we would have liked for him

20  not to be there at all, but we still tried to

21  just -- I don't know how you put it, just enjoy

22  each other's company for the time that we could

23  have, because we didn't have enough.

24      Q.   I understand.  Understood.

25          Sorry I'm jumping around a bit here, but

```
 1    I'm going to go back to your son's medical
 2    history, starting from the time he was born.
 3              Can you please list any medical problems
 4    that your son was diagnosed with?
 5         A.   Asthma.
 6         Q.   Any others?
 7         A.   No.
 8         Q.   When was he first diagnosed with asthma?
 9         A.   Five years old.
10         Q.   Do you recall who diagnosed him?
11         A.   I don't recall the doctor's name.  I know
12    that they were in a building right next to Broward
13    General, which is a hospital.
14         Q.   Was severe asthma, mild asthma?
15              MR. HELLER:  Form.
16         A.   It could be severe at times.  He used an
17    inhaler on a regular basis.  He would have to
18    carry it with him.  Occasionally it wouldn't work
19    and he would have to be hospitalized.
20    BY MR. SPAID:
21         Q.   Fair enough.
22              And I'm sorry if I didn't characterize
23    that correctly.
24              I'm thinking back to when he was
25    originally diagnosed as a child.  Was it severe
```

```
 1    asthma?
 2              MR. HELLER:   Form.
 3         A.   Asthma you would have to be treated.
 4    BY MR. SPAID:
 5         Q.   And again, bear with the ignorance, I
 6    wasn't cursed with it.  I know little about
 7    asthma.
 8         A.   Not --
 9         Q.   So what you know, if you could teach me a
10    little bit.
11         A.   You can't breathe.
12         Q.   And my understanding is that there are
13    things that can trigger it and it may be certain
14    circumstances worse than others --
15         A.   True.
16         Q.   -- so I'm wondering when he was five
17    years old, what prompted the diagnosis?  Was it a
18    general checkup that he was seen by a pedestrian?
19    Or was there some event or circumstance that
20    occurred that made you think I should take my son
21    to the doctor?
22         A.   I know when he was a baby he had a
23    pneumonia.  And he would sometimes spike fevers.
24    And so I guess I would take him to the doctors to
25    see, you know, what was going on, and this doctor
```

1   came up with that.

2       Q.  Do you recall what testing he did to lead

3   to that diagnosis?

4       A.  I don't remember.

5       Q.  At the time, obviously your son was only

6   five years old, and depending on your care,

7   correct?

8       A.  Correct.

9       Q.  So the doctor likely gave you the

10  instructions of what to do and if he had an asthma

11  attack and maybe some things what to avoid.

12          And, for the record, attorney pointed to

13  something in front of you.  Can I have you read

14  what that piece of paper says.

15      A.  "Three seconds."

16      Q.  Okay.  I'm going to ask that if you feel

17  like answering a question before three seconds,

18  please do so, only because we are kind of under

19  a limited time here today.

20      A.  Yes, sir.

21      Q.  When your son was only five years old and

22  first diagnosed with asthma, do you recall picking

23  up certain situations that you knew would likely

24  trigger an asthma attack or onset of asthma?

25      A.  If there was fires in the Everglades,

```
 1        they would tell anyone with asthma to keep them
 2        inside.
 3              Q.   Did Daniel ever have any trouble with
 4        smoke or because of smoke with fires in the
 5        Everglades?
 6              A.   I wouldn't let him outside.
 7              Q.   Fair enough.
 8                   Was he ever exposed to smoke and that
 9        exposure led to him having trouble leading to
10        asthma?
11              A.   I don't know.  Different things triggered
12        it.
13              Q.   Could you tell me what things you noticed
14        triggered it?
15              A.   Allergies.
16              Q.   Other than allergies, anything else?
17                   MR. HELLER:   Form.
18              A.   I honestly don't know.
19        BY MR. SPAID:
20              Q.   Did your son have allergies?
21              A.   Yes.
22              Q.   What was he allergic to?
23              A.    I don't recall everything, but a lot of
24        things, pine trees, grass, but it wouldn't always
25        bother him.  It was -- there was -- I had him
```

1    tested and there was a list that they gave me.  I

2    don't remember everything.  But he would just try

3    and deal with it and live his life as well as he

4    could, but he had to have his inhaler because he

5    couldn't breathe.  There were several times, you

6    know, that he couldn't breathe and the inhaler

7    would help.

8          Q.  Were there certain seasons that were

9    worse than others for him?

10         A.  No.  I think it was all of the time.

11         Q.  I believe you stated that when he would

12    have problems when he couldn't breathe for up to a

13    week that he would have his inhaler and the

14    inhaler would help, correct?

15         A.  He used it daily, correct.

16         Q.  Were there any circumstances that you can

17    recall the inhaler didn't help?

18         A.  Yes.

19         Q.  How often was that?

20         A.  That would be occasional, and then he

21    would have to go to the hospital.

22         Q.  You said "That would be occasional,"

23    where the inhaler would not help would be

24    occasional?

25         A.  He would say, Mom, I can't breath.  This

```
 1    isn't working.
 2              I would say, Get in the car, let's go.
 3         Q.   Do you recall the first time you had to
 4    take him to the hospital where he couldn't
 5    breathe?
 6         A.   I don't recall exactly when that was, but
 7    that it was very scary.
 8         Q.   Is there times when the inhaler would
 9    partially help?
10         A.   Yes.  Or if he was taught that if he was
11    having an asthma attack, you kind of sit like
12    Indian style and put your head kind of in between
13    your legs and try to relax and breathe and calm
14    down the breathing.
15         Q.   How often do you recall seeing him in
16    that position?
17         A.   A lot.
18         Q.   "A lot" meaning once a week, once a
19    month?
20         A.   Once a week.
21         Q.   Once a week?
22         A.   Yes.
23         Q.   From age five?
24         A.   Honestly, maybe a little older we learned
25    that technique.
```

1      Q.  Do recall how old he was when he learned
2   that technique?
3      A.  I'm not sure.
4      Q.  Can you give me a rough estimation?  Was
5   he eight years old, twelve years old?
6      A.  I wish I could remember, but I don't -- I
7   don't.
8      Q.  Let's go with 13, teenage years, do you
9   recall him learning that or using that technique
10  after the age of 13 or at the age of 13?
11     A.  Before that.
12     Q.  Before that.
13     A.  And then to --
14     Q.  And using the technique, did that
15  generally help his --
16     A.  If he used his inhaler and do that and
17  calm himself, that would help sometimes.
18     Q.  Would it help 20 percent of the time, 50
19  percent of the time?  Give me an estimate.
20     A.  I don't have an estimate.
21     Q.  I believe you indicated that he was
22  allergic to pine trees and grass.
23          Did you have him tested for allergies?
24     A.  Yes.
25     Q.  Do you recall any other things that were

```
 1    indicated as being --
 2        A.   He is allergic to bees.  He would blow up
 3    and then I would have to take him to the hospital
 4    and get a shot with the bees.
 5        Q.   Was there any medications that he was
 6    allergic to?
 7        A.   No.
 8        Q.   After the diagnosis at age five, did he
 9    have any additional testing regarding his asthma?
10        A.   I don't remember.  I was young myself and
11    I don't recall.
12        Q.   Was your son ever drug tested?
13        A.   Yes.
14        Q.   And drug tested prior to being
15    incarcerated?
16        A.   Yes.
17        Q.   When was that?
18        A.   Dr. Michael Morrison did it and he was
19    clean.
20        Q.   When was that?
21        A.   I don't remember, but Dr. Michael
22    Morrison was his doctor for a long time.
23        Q.   Why was he tested?
24            MR. HELLER:  Form.
25    BY MR. SPAID:
```

```
 1          Q.  You can answer.
 2          A.  Curiosity, I wanted to see if he was --
 3     curiosity, being a parent.  I was being nosey.
 4          Q.  So I'm clear, upon your request
 5     Dr. Michael Morrison tested Daniel for drugs?
 6               MR. HELLER:  Form.
 7          A.  Yes.
 8     BY MR. SPAID:
 9          Q.  And Daniel tested clean, correct?
10          A.  Correct.
11          Q.  Other than being tested by Dr. Michael
12     Morrison, was Daniel ever tested again for illegal
13     drugs?
14               MR. HELLER:  Form.
15          A.  I don't know.
16     BY MR. SPAID:
17          Q.  That was a bad question.
18               Following his incarceration, and we are
19     not going to limit this to Lancaster, the entire
20     time that he was incarcerated in the Florida
21     Department of Correction facilities.
22               Do you understand?
23          A.  Yes.
24          Q.  And I didn't tell you that either, she
25     does a great job with head nods when she can, but
```

1    yes and no answers definitely are appreciated.

2         A.   Okay.

3         Q.   Are you aware of your son, Daniel, ever

4    being tested for illegal dugs while incarcerated?

5         A.   I'm not aware of it.

6         Q.   Okay.  Are you aware of your son, Daniel,

7    being tested for any allergies while being

8    incarcerated?

9         A.   I'm not aware of that either.

10        Q.   Are you aware of your son ever being

11   disciplined while being an inmate in one of the

12   Florida Department of Correction facilities?

13        A.   Yes.

14        Q.   Are you ever aware of him ever receiving

15   what I believe is referenced as a DR or

16   disciplinary report?

17        A.   Yes.  After the guard smashed his head

18   and he had a seizure, yes, and then they gave him

19   the DR.

20        Q.   So you are familiar with the DR phrase,

21   correct?

22        A.   Yes.

23        Q.   And for our purposes, if any point,

24   anything I say regarding a DR is not actually what

25   you understand to be a DR, please correct me so

```
 1    I'm not --
 2         A.   I think it is some kind of behavior.
 3         Q.   And that's my understanding too, some
 4    form of a disciplinary report that is generated
 5    after an incident.
 6              And going forward that is the definition
 7    that we are going to be using, fair?
 8         A.   Fair.
 9         Q.   Other than the incident that you
10    described where you said Daniel's head was
11    allegedly smashed into the floor by a guard, I
12    believe that is what you said, correct?
13         A.   He had to go to medical.
14              MR. HELLER:   Form.
15    BY MR. SPAID:
16         Q.   Other than that incident, are you aware
17    of him receiving any other DRs?
18         A.   Yes.
19         Q.   Can you tell me what those -- what you
20    recall?
21         A.   Tattooing.
22         Q.   Okay.  Do you recall when he -- strike
23    that.
24              Was this for giving tattoos?
25         A.   Yes.
```

```
 1              MR. HELLER:  Form.
 2      BY MR. SPAID:
 3           Q.  Was it only one DR that you recall?
 4           A.  Yes.
 5           Q.  Just so we are clear and I understand,
 6      you're aware of one DR report relating to
 7      tattooing for Daniel, correct?
 8           A.  I'm not sure, honestly.  I don't -- I
 9      can't remember.  I remember that he got in trouble
10      for tattooing, because he was an artist.
11           Q.  Did he do sketches of tattoos that he
12      planned to do?
13           A.  I don't know.
14              MR. HELLER:  Form.
15      BY MR. SPAID:
16           Q.  Did your son have any tattoos himself?
17           A.  Yes.
18           Q.  Did he -- strike that.
19              When do you recall Daniel getting his
20      first tattoo?
21           A.  The first tattoo he did himself and he
22      regretted doing it himself.  He put a black and
23      white joker on his leg.
24           Q.  Did he ever explain to you why he wanted
25      a joker tattoo on his leg?
```

Case 5:10-cv-00663-PRL   Document 56-1   Filed 06/14/12   Page 75 of 202 PageID 1535

Page 75

```
1              A.   He was a kid.
2              Q.   How old was he when he did his first
3     tattoo?
4              A.   Probably around 16 maybe.
5              Q.   Other than the joker tattoo on his leg --
6     just for clarification, was it on his left or
7     right leg?
8              A.   I don't remember.
9              Q.   Okay.  The leg and that's --
10             A.   It's the thigh area, the high part.
11             Q.   I believe it was his right leg, but we
12    will just say his leg for now.
13                  Other than his joker tattoo, do you
14    recall him having any other tattoos while he lived
15    with you?
16             A.   No.
17             Q.   While he was residing with you, did you
18    ever see Daniel walk around without his shirt on?
19             A.   I -- he usually had a white t-shirt on if
20    he was like, you know, just sleep, you know, like
21    boxers and a white t-shirt.  He usually had a
22    t-shirt on.  I don't know, maybe, but I don't
23    know.
24             Q.   Do you ever recall him walking around
25    without a t-shirt on and noticing a tattoo on his
```

```
 1   chest?
 2        A.   No, he didn't have any.  I wouldn't have
 3   noticed.  I'm sure I must have seen him.
 4        Q.   Following the 12/17/2002 date, we believe
 5   he was received into the Florida DOC, did you ever
 6   notice any additional tattoo other than the joker
 7   on the right leg?
 8        A.   If my memory serves me correctly, I
 9   believe he started getting tattoos at Lake CI.  I
10   think that those guys were bored to death and
11   started tattooing each other.
12        Q.   Do you have any recollection of seeing
13   any tattoos prior to Lake CI, prior to Daniel
14   being at Lake CI?
15        A.   Not that I can recall.  I told him not to
16   do it.
17        Q.   Do you recall seeing -- strike that.
18             Other than the joker on right leg, can
19   you remember any specific tattoos that your son
20   had?
21        A.   Yes.
22        Q.   What else do you recall?
23        A.   Jackie on one of his ankles.
24        Q.   And Jackie is?
25        A.   A girl that he dated and they liked each
```

```
 1    other.
 2         Q.   And I apologize for interrupting, but
 3    some of these, if there is a gap, I'm going to
 4    jump in so we dont have to go back quite as much.
 5              So other than Jackie on his right ankle
 6    and the large joker on his right leg, do you
 7    recall any other tattoos?
 8         A.   DNOTION, D-N-O-T-I-O-N, on his chest.
 9    That was his music name.
10         Q.   Other than DNOTION, Jackie on his right
11    ankle and the joker on the right leg, are there
12    any other tattoos that you recall?
13         A.   Dirty South or either or.  I don't know
14    which one.  Dirty on one of them and South on the
15    other.  I don't remember which one.  I know he had
16    a couple more, but I don't remember.
17         Q.   I believe you said earlier that you
18    advised him against getting those tattoos,
19    correct?
20         A.   Correct.
21         Q.   Why didn't you want him to get those
22    tattoos?
23         A.   Because if he got an office job, a lot of
24    people won't hire you if you have tattoos on your
25    arms.
```

```
 1              Q.  Are there any other reasons?
 2              A.  No.
 3                  MR. SPAID:  Take a second.
 4              (There was a discussion off the record.)
 5       BY MR. SPAID:
 6              Q.  Going back on the record, please.
 7                  Going back to, on one of the points that
 8       we touched on earlier was that Daniel's interest
 9       during high school.
10                  You indicated that he enjoyed playing
11       sports but didn't play on the high school team,
12       correct?
13              A.  Played music.
14              Q.  Liked music.
15                  But he did play sports?
16              A.  Yes.
17              Q.  And I believe you mentioned basketball?
18              A.  Yes.
19              Q.  Was there any other sports that he
20       enjoyed?
21              A.  Football.
22              Q.  Any others?
23              A.  Swimming.
24              Q.  When you say "Swimming" do you mean
25       swimming laps or just hanging out in the pool?
```

1          A.   Hanging out in the pool, going to the

2    beach, playing on the Boogie Board.

3          Q.   Did your family have a gym membership?

4          A.   I had one when he was small, but he was

5    small, so I used the day care.

6          Q.   Did Daniel ever have a gym membership?

7          A.   No.

8          Q.   Did he have any workout equipment at the

9    house?

10         A.   No.

11         Q.   Do you ever remember him working out at

12   the house?

13         A.   I don't remember him working out, no.

14         Q.   Was he in pretty good shape?

15         A.   Yes.

16         Q.   Was he muscular?

17         A.   He was average, not as far as, you know,

18   he didn't have big muscles like the muscle men or

19   anything like that.

20         Q.   Did he have muscle definition?

21         A.   Little bit.

22         Q.   How was his endurance?

23         A.   What does that exactly mean?

24         Q.   Putting it in context and putting it in a

25   hypothetical for you, you are out working in the

```
 1    yard, could he pick up the heavy bags of sod and

 2    move everything around, potted plants for extended

 3    periods of time?

 4         A.   He was strong.  I never had him doing

 5    that.

 6         Q.   What was -- what would you describe as

 7    the most strenuous chore he had while living with

 8    you to be?

 9         A.   Vacuuming.

10         Q.   I assume he didn't have to take a break

11    while vacuuming.

12              Were there any other --

13         A.   No.

14         Q.   -- outside chores that he was asked to do

15    at the house?

16         A.   No, thank God, because the yard was

17    always taken care.  I'm a renter.

18         Q.   Thank you for clarifying that.

19              And because you are a renter, you also

20    didn't have to make improvements to the unit,

21    correct?

22         A.   Pretty much, yeah.

23         Q.   Never had to go up and change the

24    gutters, correct?

25         A.   No, nothing like that.
```

```
 1              Q.   Nothing like that.

 2              After your son was incarcerated, and

 3    again, we are going to use the December 17, 2002

 4    date.

 5         A.   Okay.

 6         Q.   Do you ever recall any conversations with

 7    him regarding his physical activity in the

 8    correctional institutes?

 9         A.   He would just try to exercise, just

10    calisthenics to keep fit.

11         Q.   And when you say "calisthenics," what do

12    you mean by that?

13         A.   Jumping jacks, sit-ups, things like that.

14         Q.   Did he ever discuss weightlifting with

15    you --

16         A.   No.

17         Q.   -- while in the Department of

18    Corrections?

19         A.   No.  He could have, but he never told me.

20         Q.   But you are not aware of it?

21         A.   Yes.

22         Q.   Did he ever discuss with you playing

23    organized sports while in one of the DOC

24    institutes?

25         A.   No.
```

1          Q.   Did he ever discuss any additional
2     activities or games that he took part in while in
3     one of the CIs?
4          A.   They played Scrabble, cards.
5          Q.   As part of this lawsuit, your attorney
6     had produced a number of documents to us and we've
7     had a chance to some extent to go through a number
8     of them.  Some of them are reports from
9     correctional institutes of your son's medical
10    treatment.  Some of those reports had to do with
11    incidences, and I'm putting this to you and you
12    can accept it or not if you want, but of times
13    when your son was injured, as he described in the
14    report, through running, playing football, playing
15    basketball, something along those lines.
16              That is all not part of the question,
17    just background of where I'm going next.
18              Are you aware of any incidences where
19    your son was injured through athletic activity
20    while he was in one of the correctional
21    institutes?
22         A.   A physical injury?
23         Q.   Yes, ma'am.
24         A.   No.
25         Q.   Are you aware of any physical injuries

```
 1    your son suffered aside from asthma while he was
 2    in the correctional institutes?
 3         A.   Not that I can think of.
 4         Q.   When your son would be seen -- strike
 5    that.
 6              Are you aware of your son ever being seen
 7    at any of the correctional institutes he was
 8    residing at?
 9         A.   Yes.
10         Q.   Was he seen by a medical physician, a
11    medical doctor at all of the CIs?
12         A.   I believe so.
13         Q.   Do you have an idea of how often he was
14    examined or sent to see a doctor at the CIs?
15         A.   I don't know exactly.
16         Q.   Did you ever receive any paperwork from
17    the Florida DOC related to your son's healthcare
18    prior to his death?
19         A.   Prior to his death?  Release forms, but I
20    don't know if that was from Danny.  I think Danny
21    sent that to me for a medical release so they
22    would discuss his medical with me.
23         Q.   I'm sorry.  I'm a little confused.
24              So who --
25         A.   You have to have a medical release form
```

```
 1    in order for the doctor to speak to me.
 2        Q.   Okay.
 3        A.   And I don't -- I think Daniel sent it to
 4    me though.
 5        Q.   I understand.  Thank you for clarifying.
 6             Did you complete that release form?
 7        A.   Yes.
 8        Q.   Did you send it back?
 9        A.   Yes.
10        Q.   Do you know when you sent that back?
11        A.   No.
12        Q.   Could you give me an estimation?
13        A.   No.
14        Q.   After you returned the completed release
15    form, which allowed your son's doctor to
16    communicate with you about his medical treatment,
17    were you ever contacted, prior to his death,
18    regarding any treatment that he received?
19        A.   I had spoken with nurses and doctors
20    during the time that he was incarcerated.
21        Q.   Who did you talk to?
22        A.   May I go research my notes?
23        Q.   What do you mean "research" your notes?
24             Sure.  If you need to look over something
25    to refresh your recollection, sure.
```

```
 1              A.   I can do it right here.
 2              Q.   If you want to look at it up here, I
 3    prefer you would, and I won't look in your
 4    direction, I promise.
 5              MR. HELLER:   It is just the interrogatory
 6         responses.
 7              THE WITNESS:   Yes.   This.
 8              MR. HELLER:   Okay.   For the record,
 9         Ms. Wolfe is reviewing her interrogatory
10         responses.
11              MR. SPAID:   Fair enough.
12              THE WITNESS:   I believe this was after
13         his death and I don't recall the other people
14         that I spoke to, their names.
15    BY MR. SPAID:
16              Q.   Just so I'm clear, actually I probably
17    have what you're looking at, and a copy of it in
18    front of me, if you could tell me where you're at
19    so I have an understanding of what you're talking
20    about.
21              A.   It's the Plaintiff Notice of Serving
22    Revised Responses and Objections to Defendant's
23    First Set of Interrogatories to Plaintiff, page
24    seven.
25              Q.   Can you say that one more time?
```

1    Plaintiff's Notice of Serving Responses and

2    Objections to Defendant's First Set of

3    Interrogatories?

4         A.   Notice of Serving Revised Responses.

5         Q.   There we go.

6         A.   Page seven, yes, sir.

7              I don't have -- this is after his death.

8    As far as before, I don't recall their names.

9         Q.   So we are clear, you don't recall the

10   names of any of the individuals that you spoke to

11   at any of the correctional institutes that your

12   son was residing at --

13        A.   Classification officer.

14        Q.   -- prior to his death?

15        A.   I don't remember the doctors' names and

16   the nurses' names that I spoke with, but I

17   definitely let them know that he had asthma.  They

18   knew he had asthma.

19        Q.   Now, when you talk about "They," it's my

20   understanding that your son was housed at three

21   different CIs, correct?

22        A.   All of the medical staff knew that he had

23   asthma.

24        Q.   Did you have direct contact with any

25   medical staff at Lancaster?

1      A.   Yes, I'm sure I did.

2      Q.   You're sure you did or do you recall?

3      A.   I'm sure I did.  I'm sure that I

4   contacted them.

5      Q.   Do you have any -- strike that.

6           Do you recall how you may have contacted

7   them?

8      A.   Probably tried by phone, maybe by a

9   letter.

10      Q.   Did you happen to keep a copy of any of

11   the letters that you sent to the medical -- you

12   stated that you made all of them aware that he had

13   asthma.  I'm going to focus first with the

14   Lancaster facility that you indicated that you

15   contacted the treating physician or nurses, fair?

16      A.   Classification person.

17      Q.   Classification person.  Thank you for the

18   correction.

19           Other than the classification person, do

20   you recall any specific individuals or their

21   titles that you may have contacted?

22      A.   I don't recall exactly.

23      Q.   Do you recall any expressed statements

24   that you might have included or if there was a

25   phone call said to the classification --

1      A.   That my son has asthma and that he needs

2   to carry his inhaler at all times.

3      Q.   Did you ever provide any medical

4   documentation to that effect?

5      A.   I don't recall.

6      Q.   Did your son ever ask you to obtain

7   medical documentation for him --

8      A.   I don't recall.

9      Q.   -- at any point while he was housed in

10   the correctional institutes?

11      A.   I don't remember.

12      Q.   Do you recall ever providing your son

13   during any of your visits with him any

14   documentation of any sort?

15      A.   Not that I recall.

16      Q.   Did your son ever indicate that he was

17   not permitted to carry his inhaler with him?

18      A.   There was times that he had problems with

19   that.  Where they would hold his medicine and not

20   give it to him.

21      Q.   Can you elaborate a little bit more for

22   me.  When you say "problems," what do you mean?

23      A.   They said they didn't have the medicine.

24   I remember one time he was really scared they

25   wouldn't give me his medicine.

```
 1          Q.  Do you recall -- strike that.
 2              I believe you said you recall one time --
 3          A.  I remember that it was some red-headed
 4     nurse that wouldn't give him his medicine.  That
 5     is all I remember.
 6          Q.  You said --
 7          A.  I know --
 8          Q.  -- did you contact the red-headed nurse?
 9          A.  Yes, I called up there.  I remember
10     calling up there, and she is not a very nice
11     person, and she is like, I'm treating him.  I know
12     what I'm doing.  He'll get it tomorrow.
13          Q.  How do you know she was red-headed?
14          A.  My son told me.
15          Q.  And she, correct me if I'm wrong, she
16     stated he will get it tomorrow?
17          A.  Yes.
18          Q.  And did you take that to understand that
19     he would get his inhaler --
20          A.  His inhaler tomorrow, but to me, you
21     don't do that to an asthmatic.
22          Q.  Fair enough.
23          A.  Thank God, he was okay during that time.
24          Q.  Did she explain why he wasn't given his
25     medication on that incident right then?
```

```
 1        A.   She said that she didn't have it.
 2        Q.   Do you have any reason to doubt the
 3   validity of that statement?
 4        A.   I don't know.
 5        Q.   Other than that one phone conversation
 6   that you had with the nurse with red hair, did you
 7   speak to her a second time, either prior to that
 8   conversation or after?
 9        A.   I don't recall speaking to her again.
10        Q.   Do you recall her name?
11        A.   No, no.
12        Q.   Going to when he it was five years old --
13   strike that.
14             When he was five years old and diagnosed
15   with asthma, do you recall what medications, if
16   any, he was prescribed?
17        A.   The only one that I remember was
18   albuterol and I don't know if that is what he had
19   then.  I just know albuterol, it is an inhaler.
20        Q.   Other than his inhaler, did he ever have
21   any other medication that he was prescribed?
22        A.   Not that I recall.
23        Q.   Was he ever prescribed any additional
24   medication for any of his allergies?
25        A.   Nose spray and I don't recall what kind.
```

```
 1          Q.  Was that a reoccurring prescription or
 2     one time when he had a cold?
 3          A.  Occasional.  I think it was occasional,
 4     not all of the time.
 5              MR. SPAID:  Can we go off of record for
 6          just one second?
 7          (There was a discussion off the record.)
 8     BY MR. SPAID:
 9          Q.  Do you recall the name of the nasal
10     medication that you indicated that he was
11     proscribed?
12          A.  No.
13          Q.  You indicated that he was allergic to bee
14     stings, was he ever prescribed any medication in
15     case he was stung by a bee?
16          A.  No.
17          Q.  If he was -- was he ever stung by a bee?
18          A.  Yes.
19          Q.  In that instance, were you there?
20          A.  Yes.
21          Q.  What did you do?
22          A.  Took him to the hospital and they gave
23     him a shot of something that starts with an S, I
24     don't know what it was.
25          Q.  Other than that one time where he was
```

```
 1    stung by a bee and taken to the hospital and they
 2    gave him a shot, was there any other times where
 3    he was stung?
 4          A.   I think it happened twice and he blows
 5    up, I mean, like a balloon.
 6          Q.   Was he ever stung by any other forms of
 7    insects?
 8          A.   No.
 9          Q.   Other than -- strike that.
10               Prior to December 17, 2002, had your son
11    ever gone without his inhaler?
12          A.   No.
13          Q.   Was there ever a time where the pharmacy
14    did not have his prescription in stock?
15          A.   No.
16          Q.   When he was prescribed -- and for the
17    purpose of these questions, we will assume it was
18    albuterol.  When he received a prescription for
19    albuterol, was he given one inhaler or more than
20    one inhaler?
21          A.   It would have a refill on it.  Refills.
22          Q.   And could you refill the prescription
23    prior to the previous prescription running out?
24          A.   You could fill it when you want.  I mean,
25    when they needed their inhaler, that is when they
```

1    needed it.  And I would go to Walgreens, that's 24
2    hours -- 24-hour Walgreens, because as a child
3    sometimes they would forget and 4:00 o'clock in
4    the morning he would come in and say, Mom, I can't
5    breathe.
6            And I'm like, Why didn't you tell me
7    yesterday?  Get in the car.
8            We would go straight to the pharmacy and,
9    thank God, he would be okay.
10       Q.   How far was the pharmacy from your house?
11       A.   Five minutes, quick driving, the speed
12   limit.
13       Q.   When an inhaler is low on medication, can
14   you tell that yourself?  Have you been able to
15   personally tell that?
16       A.   I don't know.  You know, I honestly don't
17   know.  Obviously, he didn't always know and he
18   would go to use it and it would be out.
19       Q.   And I'm wondering, would he ever shake it
20   and say it's out or looks to be out?
21       A.   He would usually tell me on time, but
22   there was a few instances where he would wake me
23   up in the middle of the night and say, I need it
24   now.
25       Q.   Okay.  And I believe you earlier

```
 1    indicated he would use the inhaler daily?

 2         A.   Yes.

 3         Q.   It wasn't forget about it for two weeks

 4    and then go and use and run out?

 5         A.   No, no.

 6         Q.   And again, this goes back, I'm not

 7    familiar with it, so I'm trying to figure out the

 8    device itself and how after a month would it

 9    dissolve, no longer be good, expire?

10              Were prescriptions good for a set time

11    period?

12         A.   I don't think he ever had one expire.

13         Q.   There are expiration dates on the

14    medication, correct?

15         A.   Well, I never looked.  I don't -- I would

16    think that all medication would have an expiration

17    date, but I'm not a doctor or a pharmacist.

18         Q.   Fair enough.

19              And you don't recall seeing an expiration

20    date, do you?

21         A.   No, I don't recall.

22         Q.   Okay.  In those instances when he would

23    go to use his inhaler and may have realized that

24    he may have been out, and this is all while he was

25    still living you, what is the longest you recall
```

```
 1    ever taking for you to be able to refill that
 2    prescription for him?
 3         A.   They would do it right away.
 4         Q.   And every time when those instances
 5    occurred, you were within the driving of that same
 6    pharmacy?
 7         A.   Yes.
 8              MR. HELLER:   Take a break, two minutes.
 9              (There was a discussion off the record.)
10    BY MR. SPAID:
11         Q.   Back on the record, please.
12              I believe the last question that I asked
13    you, and I just want to make sure that I got the
14    right answer, was of all of the times that you
15    indicated where Daniel would go to use his inhaler
16    and realize that it was not full and could not use
17    it, those circumstances that every time that
18    occurred you were within the driving distance of
19    the 24-hour pharmacy from your home, correct?
20         A.   Yes.
21         Q.   And you were always able to make it to
22    the pharmacy to get the refill on time, correct?
23         A.   Yes.
24         Q.   At no time did you ever have to go to the
25    emergency room in one of those circumstances,
```

```
 1   correct?
 2        A.   He had gone into the emergency room when
 3   his inhaler did not work and had medicine in it,
 4   but as far as that running out and that happening,
 5   we were able to, thank God, get to Walgreens and
 6   they would always give it to him right away.
 7        Q.   Thank you for clarifying.
 8             Going back to when he was five years old
 9   and instructions from his doctor regarding his
10   asthma given to you, when he would have an asthma
11   attack, regardless of the severity, would he take
12   one puff off of the inhaler, two puffs off of the
13   inhaler?
14             MR. HELLER:   Form.
15   BY MR. SPAID:
16        Q.   Yeah.
17             Go ahead, please.
18        A.   I don't remember that far back how many
19   puffs he was taking.
20        Q.   Fair enough.
21             Do you ever remember receiving any
22   instruction from any of his physicians as to the
23   number of -- strike that.
24             Could you please tell me how you phrase
25   the use of an inhaler?
```

```
 1            A.   The person would take the inhaler and
 2      shake it, and then they would breathe out and then
 3      breathe in, hold it into their chest, breath out
 4      and probably do it again.  So I would say like two
 5      times, maybe.
 6                 MR. HELLER:  For purposes of clarity, as
 7            an asthmatic, you can use "puff."
 8                 MR. SPAID:  Thank you.
 9      BY MR. SPAID:
10            Q.   So what I was trying to -- I wanted to
11      make sure that my verbiage was correct and it is a
12      little awkward when I'm not familiar with it, how
13      he puts it to his lips and puffs --
14            A.   I'm sorry.
15                 It's like that, yeah.
16            Q.   And can we use the phrase "puff" going
17      forward?
18            A.   "Puff" is fine.  I'm sorry.  I just --
19            Q.   No.  You were doing a great job, it is my
20      fault.
21                 Do you recall receiving any instructions
22      from any of Daniel's treating physicians as to how
23      many puffs he should take when an asthma attack
24      comes on?
25            A.   All I recall is as needed.
```

```
 1           Q.   Do you recall Daniel ever taking more
 2    than one puff during an attack or --
 3           A.   More than one, yes.
 4           Q.   Do you ever recall him taking more than
 5    two?
 6           A.   Recalling, I can remember him taking two.
 7    I think that was pretty standard, he would take
 8    two.  And I don't remember anything else.  I
 9    didn't really count when he was doing it.
10           Q.   Do you ever recall him taking four?
11           A.   I don't recall, but I don't think so.
12           Q.   Fair enough.
13                All of the years he was living with you
14    and he was having these asthma attacks and using
15    an inhaler, do you ever recall him having
16    complications or side effects of any kind from the
17    use of his inhaler?
18           A.   No, I don't think so.
19           Q.   Do you ever recall him having side
20    effects from possibly overusing his inhaler?
21           A.   Not that I recall.
22           Q.   Do you ever recall discussing with one of
23    his treating physicians while when he was living
24    with you that he shouldn't overuse his inhaler?
25           A.   Not that I recall.
```

```
 1              Q.   Do you ever recall seeing any literature
 2     provided to you regarding the proper use of the
 3     inhaler?
 4              A.   Not that I recall.
 5              Q.   Going back to between December 17, 2007
 6     and your son's death, do you ever recall receiving
 7     any reports from the Department of Correction
 8     Institute's medical staff regarding your son's
 9     medication?
10              A.   What I recall is in November that he
11     literally died from an asthma attack and thank God
12     was revived and taken to a hospital.  So they knew
13     good and well that he had asthma.  He had no
14     heartbeat and his face was blue.
15              MR. SPAID:   I'm going to strike all of
16          that as nonresponsive to the question, but
17          please continue.
18              THE WITNESS:   No, go ahead.
19     BY MR. SPAID:
20              Q.   I understand this is a terribly heart
21     wrenching subject for you --
22              A.   Thank you.
23              Q.   -- and I am going to try my best to focus
24     to specific points.
25                   Do you recall from between
```

```
 1      December 17, 2002 and the date of your son's
 2      death, ever receiving any reports or
 3      communications from the medical staff at any of
 4      the correctional institutions regarding your son's
 5      medication?
 6           A.   This is after his death?
 7           Q.   Before.
 8           A.   He died in '06.  August 3rd of '06.
 9           Q.   Right.  I'm sorry if I misspoke.
10                I was saying between December 17, 2002
11      and the date of his death.
12           A.   No.
13           Q.   Other than the one verbal conversation
14      that we've discussed that you had with the nurse
15      you believed had red hair, did you have any other
16      verbal discussions with any of the treating
17      medical physicians or nurses at any of the
18      correctional institutes where your son was housed?
19           A.   Yes.
20           Q.   When did that occur?
21                Strike that last question.
22           A.   I don't know exactly.
23           Q.   I'm sorry, it was a long question, and I
24      believe I left the tail end, the most important
25      part off.
```

```
 1              Between December 17, 2007 and the date of
 2    your son's death, do you recall any verbal
 3    conversations with any of the treating medical
 4    staff at any of the correctional institutes
 5    regarding your son's medication?
 6         A.   2007 is after his death.
 7         Q.   I keep saying 2007.
 8              December 17th, 2002 and the date of his
 9    death, that window.
10         A.   And what was the question?  I'm sorry.
11         Q.   Do you recall any verbal conversations
12    with any of the treating medical staff at any of
13    the correctional institutes regarding your son's
14    medication?
15         A.   Yes.
16         Q.   Okay.  Could you please tell me about
17    those.
18         A.   I let them know that he has to have his
19    inhaler all the time with him.
20         Q.   Fair enough.
21              And I believe you indicated earlier that
22    was a conversation that you recalled specifically
23    having with the Lancaster facility staff, correct?
24         A.   All facilities.
25         Q.   You had -- so is it fair to say then that
```

1   you had at least three different conversations
2   over that time with different treating physicians
3   or staff?
4        A.   Can you repeat the question?
5        Q.   Sure.
6            Giving you the context:  You expressed
7   that you had made all of the treating staffs aware
8   and your son was housed at three different
9   locations.  So I'm wondering, is it fair to say
10  that you believed you had three separate
11  conversations, one each staff's treating
12  physicians or medical staff at least?
13       A.   If I was able to, then yes.  I would
14  always contact classification and let them know.
15  They are always not that easy to let you speak to
16  the medical staff.
17       Q.   Thank you for clarifying that.
18            So classification, it is your
19  understanding that classification is not part of
20  the medical staff?
21       A.   No.
22       Q.   And do you have any knowledge about how
23  if you have a conversation with classification
24  regarding a medical issue, how that information is
25  transmitted to the medical staff?

```
 1         A.   They are supposed to tell them.  I'm not
 2    there, so I don't know.
 3         Q.   And have you ever had that process
 4    explained whether it is a verbal communication or
 5    written or any other specific type of way that
 6    classification informs medical staff?
 7         A.   I'm not sure exactly.  Sorry.
 8         Q.   That's fine.
 9              Now, you said earlier when I asked about
10    the medical staff, you said, When I'm able to.
11              Do you recall when you were able to?
12    Could you give me a set of dates that you were
13    actually able to speak with the medical staff at
14    any facility?
15         A.   I don't remember.
16         Q.   Do you remember each -- even which
17    facilities you were or were not able to?
18         A.   I know that all facilities I would have
19    tried my hardest.
20         Q.   Do you recall if you ever spoke to
21    medical staff at Lake CI?
22         A.   Yes.
23         Q.   Bad question.
24              Do you recall prior to your son's death
25    ever having a conversation with the medical
```

```
 1    staff --
 2         A.  Yes.
 3         Q.  -- at Lake CI regarding his medication?
 4         A.  Yes, but I don't remember who, but I know
 5    that I called there.
 6         Q.  Do you recall if it was a doctor or a
 7    nurse or some other physician?
 8         A.  I spoke to a doctor one time and he said,
 9    I remember he said that I had to have a release
10    form, but he already had a release form, so I
11    don't know.  They wouldn't give me any
12    information.
13         Q.  What was the purpose of that phone call;
14    if you recall?
15         A.  Something to do with his asthma, his
16    medical, probably that he needed his medicine.  I
17    don't remember the exact details.
18         Q.  Did you ever contact any of the medical
19    staff regarding any other physical condition other
20    than asthma, any of the correctional institutes?
21         A.  I don't recall anything else.  Asthma,
22    though, it was the top of the list, because --
23    there was no list, but asthma.  I was very
24    concerned about his asthma.
25         Q.  Other than the asthma, were you ever
```

```
 1    fearful for your son's life while he was in the
 2    Florida Department of Correctional Institutes?
 3         A.   Yes.
 4         Q.   When?
 5         A.   When he was in Brevard, there was a lot
 6    of gang activity.  They even actually had me meet
 7    with my son, just me and him, because they were
 8    afraid that the gang people -- I mean, they
 9    carried around shanks and, you know, they would
10    like stab each other and stuff like that.  And so
11    he was scared to death.  Anyway, he did get
12    transferred out of there.
13         Q.   So I'm clear, they allowed isolation
14    visits?
15         A.   One.
16         Q.   In isolation?
17         A.   One.  One.
18         Q.   Okay.
19         A.   Not a pleasant place, none of them.
20         Q.   Was your son involved with any of the
21    gangs?
22         A.   No.
23         Q.   Did he ever get in fights with any of the
24    gangs?
25         A.   No.
```

 1          Q.   Did he have friends while he was in any
 2     of the correctional institutes who were members of
 3     gangs?
 4               MR. HELLER:   Form.
 5          A.   I don't know.   I don't know who was and
 6     wasn't.
 7     BY MR. SPAID:
 8          Q.   Did your son ever express to you that he
 9     had joined a gang while in one of the correctional
10     institutes?
11          A.   Absolutely not.
12          Q.   Did your son ever convey to you that he
13     was roomed with someone who was in a gang while he
14     was housed in any of the Florida Department of
15     Correctional Institutes?
16          A.   No.
17          Q.   Are you aware of any circumstances or
18     instances where your son was in an altercation,
19     physical altercation with a gang member?
20          A.   No, I don't -- no, I don't think so.
21               Everybody liked Danny.   Usually when
22     people met Danny, it didn't matter who it was
23     pretty much liked him.   He was funny and he cared
24     about people and he listened to people and they
25     liked to listen to his music.   He would sing for

```
 1    them and they liked that.  And he tried not to
 2    cross anybody.
 3         Q.  Right.
 4              How long was your son in Brevard, do you
 5    recall?
 6         A.  Few months, but I don't remember exactly.
 7         Q.  And we never did a full chronology on the
 8    record of where your son was sent after entering
 9    into the DOC system, but we have indicated that he
10    first went to Lancaster, correct?
11         A.  Yes.
12         Q.  After Lancaster, where was he transferred
13    to?
14         A.  I believe it was Brevard.
15         Q.  Following the few months in Brevard, do
16    you know where he was transferred to?
17         A.  It was either Everglades or Lake Butler.
18         Q.  Was your son transferred to both
19    Everglades and Lake Butler at some point?
20         A.  Yes.
21         Q.  Were those two next to each other in
22    time?  Was it -- did he go from Everglades to
23    Butler or Butler to Everglades, do you think?
24         A.  I'm not sure.  I think Everglades -- I
25    mean, he went to Everglades to Lake, I'm pretty
```

```
 1    sure.
 2         Q.   And do you recall the exact date he was
 3    transferred to Lake Correctional Institute?
 4         A.   No.
 5         Q.   Other than the concerns we discussed
 6    regarding the fear of gangs in Brevard.  At any of
 7    the other correctional institutes was Danny
 8    fearful for his life regarding related to gang
 9    activity?
10         A.   I don't think so, no.
11         Q.   Originally, what brought up Brevard was I
12    asked you other than the asthma, were you were
13    fearful for your son's life?  I believe that that
14    is what got us to Brevard, and you indicated, yes.
15         A.   Yes.
16         Q.   While at Brevard because of the gangs --
17         A.   Yes.
18         Q.   -- were there any instances where from
19    December 17, 2002 until the date of his death that
20    you were fearful for your son's life for any other
21    reason than the asthma?
22         A.   Yes.
23         Q.   When was that?
24         A.   That was -- I don't have the exact date.
25    It was in Lancaster when that guard smashed his
```

```
 1    head and he got a seizure and he had to go to
 2    medical and then gave him a DR for it.
 3              Fortunately, there are some people that
 4    work there that are good and some people that
 5    aren't good.  He obviously wasn't because those
 6    people are supposed to be trained to know how to
 7    deal with people and not beat them like that.
 8         Q.   I understand.
 9              Other than the Lancaster issue with the
10    guard abuse and the Brevard gang issue, are there
11    any other instances where you were fearful for
12    your son's life?
13         A.   Aside from having an asthma attack?
14         Q.   Aside from having an asthma attack.
15         A.   Not that I can recall.
16         Q.   Focusing only on his asthma issues, when
17    was the first time after he entered into the
18    correctional system that you were fearful for your
19    son's life because of asthma complications?
20         A.   I always worried about him.
21         Q.   Fair enough.
22              Outside the day-to-day concern that he
23    may have an asthma attack and say his medication
24    doesn't work, were there any specific
25    circumstances which caused you more concern while
```

```
 1    he was incarcerated in the Florida Department
 2    Correctional Institutes from December 17, 2002
 3    until the date of his death?
 4         A.   Yes.  He was working in the kitchen and
 5    the chemicals were bothering him.
 6         Q.   And you discuss working in the kitchen,
 7    can we just -- can you to best of your ability
 8    clarify which facility he was at?
 9         A.   Lake CI.
10         Q.   Thank you.
11              Other than the problems that he was
12    experiencing working in the kitchen related to the
13    chemical in the kitchen at Lake CI, are there any
14    other additional --
15         A.   Because he couldn't breathe with the
16    chemicals.
17         Q.   No, I understand.
18              Other than that problem, were there any
19    other instances or circumstances which caused you
20    additional concern other than what we already
21    discussed?
22         A.   There were times that they put him in the
23    box for pretty much no reason at all and make
24    stuff up and you know -- and he would just say,
25    okay, fine.
```

1           And I would tell him, well, read your

2    Bible, you know, thank God you are not around the

3    crazy people that are there.

4           Q.  From what you just described, is that

5    limited to any one specific CI?

6           A.  I don't know who, you know -- but I

7    remember there were times -- and I'm not saying

8    that he was perfect all of the times, but there

9    were times that he didn't need to be -- you know,

10   they didn't need to do that to him.

11          Q.  Okay.  Do you recall those circumstances

12   occurring while he was at Lancaster?

13          A.  The time when they bashed his head.

14          Q.  Any others at Lancaster?

15          A.  Not that I recall.

16          Q.  What about while at Brevard?

17          A.  The gang people were crazy in there.

18          Q.  What about the Everglades facility?

19          A.  I can't remember much about that place.

20          Q.  And, I'm sorry, the facility after

21   Bellevue?

22          A.  Lake Butler.

23          Q.  Thank you correcting me.

24              And specific memories from Lake Butler

25   where you were concerned?

```
 1          A.   No.
 2          Q.   Any specific memories while we was at
 3     Lake CI regarding being put in the box for no
 4     reason?
 5          A.   And the chemicals.
 6          Q.   Just focusing him being put in the box,
 7     just that type of concern?
 8          A.   Okay.  So what is the --
 9          Q.   We've already talked about --
10          A.   So what is the question?
11          Q.   Do you have any specific recollection of
12     any situation, times or circumstances where you
13     were concerned for your son's life, related to
14     asthma, because he was put in the box for no
15     specific or valid reason?
16          A.   Was I concerned about his asthma?  I was
17     always concerned about his asthma.
18          Q.   Beyond the day in and day out concern?
19          A.   Well, the time that he died in there, the
20     first time.
21          Q.   But he wasn't in the box at that point,
22     was he?
23          A.   No.
24          Q.   I'm focusing just on when he was put in
25     the box for invalid reasons.
```

```
 1            A.   Okay.

 2            Q.   Do you have any specific recollections of

 3      that occurring at Lake CI that caused you

 4      additional concerns beyond the day in and day out

 5      related to his asthma, where you were fearful for

 6      life because of his asthma?

 7                 MR. HELLER:   Form.

 8            A.   I was always concerned about his asthma

 9      always.

10      BY MR. SPAID:

11            Q.   Okay.  I'll move on.   Thanks.

12                 As it pertains to Lake CI, while you were

13      concerned about his asthma, as we established you

14      were always concerned, as a good mother you were

15      always concerned, were there any additional

16      circumstances which caused you unusual concern to

17      the point where you may be prompted to pick up the

18      phone and make a phone call or write a letter to

19      someone at the facility --

20            A.   Yes.

21            Q.   -- regarding you fearing for his life

22      relating to asthma, other than being put in the

23      box or working in the kitchen around the

24      chemicals?

25                 MR. HELLER:   Form.
```

```
 1              A.   Yes.
 2    BY MR. SPAID:
 3              Q.   What was that?
 4              A.   After he died, when they put him back in
 5    E-Dorm, the same place where he died before and
 6    unable to get help when he needed it.
 7                   I'm sorry.
 8              Q.   Okay.  And at any point you need a break.
 9              A.   I'm okay.
10              Q.   When you visited -- strike that.
11                   While your son was being housed at Lake
12    CI, did you ever go and visit him?
13              A.   Yes.
14              Q.   How often would you visit him?
15              A.   About once a month, twice, but mostly
16    once due to financial, or if they are in the box,
17    they won't let you.
18              Q.   Thank you.
19                   MR. HELLER:  Steven, just to clarify,
20              before when she was talking -- when you were
21              talking about when Daniel died, you're
22              talking about the first time that he was
23              revived.
24                   THE WITNESS:  Yes.
25                   MR. SPAID:  We are clear.
```

1    BY MR. SPAID:
2        Q.   Did you visit your son on holidays while
3    he was residing at Lake CI?
4        A.   Yes.
5        Q.   Do you recall specifically which
6    holidays?
7        A.   Christmas, Thanksgiving.
8        Q.   Every -- if my count is right, he would
9    have had two Thanksgivings and two Christmases at
10   Lake CI?
11       A.   He was in the box on 2005, I believe.
12   2004 I saw him Christmas and Thanksgiving, I
13   believe.  He didn't make it to 2006.
14       Q.   When you said that he was in the box in
15   2005 and you were -- I assume that means that you
16   were unable to visit him, was that Christmas or
17   Thanksgiving?
18       A.   Christmas, and I'm not sure about
19   Thanksgiving.
20       Q.   Any other holidays that you recall
21   visiting him?
22       A.   No.  Easter maybe.  Easter maybe, but
23   that is on a Sunday and you can visit him anyway.
24       Q.   When you arrived at the Lake CI, could
25   you please walk me through the protocol the moment

1    you parked your vehicle until you saw your son.

2         A.   Sure.   You'd walk up, there is an area

3    outside and sometimes you would have to wait out

4    there.   Then you would go into the desk and if --

5    I'm trying to remember, if I show, I guess we had

6    these special cards, I think, special ID card

7    thing.   And you have to fill out -- I think you

8    would have to fill out some kind of paper and you

9    would hand it in there that they give us.   And

10   then they make you put your hand on this thing to,

11   you know, verify that it is you.

12             And then they would let you in, then they

13   would search you.   You were allowed to take in

14   $20.   And then, I guess, you know, they would let

15   you in.   And then you would sit there and you

16   would wait a while and they would let them out to

17   come and see you.

18        Q.   And when you say "they would let you in,"

19   where would they let you in?

20        A.   There is an area that you could go, like

21   a visitor's area where there are chairs and tables

22   that you could go and sit in there.

23        Q.   Was this area inside or outside?

24        A.   Inside.

25        Q.   Did they limit the number of people who

1    could be in this area at one specific time?

2          MR. HELLER:   Form.

3          A.   I have no idea what their maximum amount

4    of people.

5    BY MR. SPAID:

6          Q.   Do you ever recall DOC staff refusing you

7    entry or telling you to wait for someone else to

8    leave that visitation area before you were allowed

9    to enter?

10         A.   No.

11         Q.   Did you ever see anyone have to wait in

12   line to enter that visitation area after they had

13   gone through the other admission steps that you

14   had discussed?

15         A.   I don't think so.

16         Q.   Once you entered into the visitation

17   area, you said you would wait and they would

18   release the inmates.

19         Would -- were you permitted to leave that

20   visitation area?

21         MR. HELLER:   Form.

22   BY MR. SPAID:

23         Q.   Strike that and I'll fix it.

24         Once you get to the point where you enter

25   into the visitation area and your son was brought

```
 1      to the visitation area, did the two of you leave

 2      together to any other part of the facility?

 3           A.   That area and then there is like an

 4      outside area, but they didn't finish the outside

 5      area.  They had it so it was going to be really

 6      nice.  You could peek around and see where it was

 7      going to be, but it wasn't finished.

 8           Q.   Other than the path you take to get into,

 9      that you described to me to get to the visitation

10      area --

11           A.   Right.

12           Q.   -- and that outside area -- strike that.

13                At the conclusion of your visit, did you

14      return the way you came to get into the visitation

15      area?

16           A.   Yes.

17           Q.   Other than the area that you entered

18      through, that you described to me, the visitation

19      area that is inside, the area outside which has

20      not been completed, and then the path back to exit

21      the entire facility, did you at any time go into

22      any other rooms or sections of the correctional

23      institution?

24           A.   Like a little cubbyhole with food booths

25      and you could get food, and then they had like a
```

```
 1    little canteen where there were people back there
 2    that you could get food there too.
 3         Q.   Where those located in the visitation
 4    are?
 5         A.   In the visitation area it would be like
 6    this, and then there is like a cubbyhole and then
 7    another area where they would have a canteen with
 8    people in it.
 9         Q.   Other than the areas that I've just
10    described and the canteen area and food area that
11    you just mentioned, were there any other areas of
12    the facility which you --
13         A.   There is a little square area that they
14    go outside sometimes, but it is not outside of the
15    area where their building is and I really didn't
16    go out there, not very much.  I think I went out
17    there like once.
18         Q.   Were you ever -- strike that.
19              While visiting the Lake CI facility, were
20    you ever permitted to go into a guard station?
21         A.   No.
22         Q.   Were you ever permitted to go into the
23    different dorms?
24              MR. HELLER:   Form.
25         A.   No.
```

```
1    BY MR. SPAID:
2         Q.  Were you ever permitted to go into the
3    different wings at the Lake CI facility?
4              MR. HELLER:  Form.
5         A.  No.
6    BY MR. SPAID:
7         Q.  While visiting the Lake CI facility, were
8    you provided a tour of any of the housing areas
9    other than the security checkpoints getting to the
10   visitation area, the visitation area itself, the
11   outside area that is not correct or not fixed,
12   completed -- strike the last two words before
13   that -- the food area and commissary, did you ever
14   tour any of the additional sections of the
15   facility?
16        A.  The bathroom, that's it.
17        Q.  I forgot the bathroom.
18        A.  When Danny died, I wanted to see his
19   room, you know, go in there, and they wouldn't let
20   me.
21        Q.  That was actually going to be my next
22   question.  Thank you.
23             Did -- when you would visit your son at
24   Lake CI, did you ever have a chance to speak with
25   any other inmates?
```

1          A.   Yes.

2          Q.   Who else did you speak to?

3          A.   Whoever was sitting next to us, you know,

4     just converse, be polite, you know, and who they

5     were visiting with.

6          Q.   Did you ever recall having any

7     conversations with an inmate that your son

8     indicated was a good friend of his?

9          A.   No, I don't think he had -- you know, I

10    mean, he knew people in there, but I don't think

11    that he was ever best friends with anybody in

12    there.

13         Q.   Prior to his death, did you ever meet his

14    roommate with or the individual that he was

15    sharing a room with at the Lake CI facility on the

16    night of his death?

17         A.   On the night of his death did I meet --

18         Q.   Any time prior to his death, did you --

19         A.   I believe --

20         Q.   -- the roommate who was sharing his room

21    with on the night of his death?

22         A.   I believe I met him once.

23         Q.   Do you recall his name?

24         A.   David.

25         Q.   Do you remember his last name?

```
 1          A.   David Kit.
 2          Q.   You believe that you met Mr. Kit?
 3          A.   Yes.
 4          Q.   Correct me if I am saying that wrong.
 5               MR. HELLER:  No, that is it, as far as I
 6          know.
 7     BY MR. SPAID:
 8          Q.   Do you recall when that may have
 9     occurred?
10          A.   I think it was towards either the last
11     time I visited or maybe the time before, close to
12     his death, I had met him.  And I believe he was
13     visiting -- his mother was visiting, or him and
14     his mother.
15          Q.   Do you recall any specific statements
16     that Mr. Kit made to you that day?
17          A.   No.
18          Q.   Following your son's death, have you
19     spoken to Mr. Kit?
20          A.   He sent me a letter.
21          Q.   Do you have a copy of that letter still?
22          A.   Probably.
23          Q.   Other than the letter sent from Mr. Kit,
24     did you ever have any verbal conversations with
25     him?
```

1       A.   No.

2       Q.   Or in the letter that you previously

3   mentioned, did you have any other written

4   correspondence from Mr. Kit?

5       A.   A Christmas card.

6       Q.   Singular or multiple?

7       A.   Singular Christmas card.

8            I think he felt bad that I had lost my

9   son.

10      Q.   Other than Mr. Kit, have you spoken with

11  any of the inmates that were housed in E-Dorm on

12  the night of your son's death?

13      A.   I don't know if that kid was in E-Dorm or

14  not, but there was a guy, I think his name was

15  Justin.  And anyway, when I got his stuff, his

16  belongings, half of the belongings weren't even

17  his.  And he has a specific Bible and they didn't

18  send me his Bible, they send me three other

19  Bibles.  And that boy, Danny had lent it to him,

20  and anyway, I ended getting his Bible from that

21  guy, gave it to the chaplain, and I have his

22  Bible.

23      Q.   Do you recall last name?

24      A.   I think it was Stuart.  Julius or Justin,

25  I'm sorry.

1        Q.   Other than Mr. Kit and who we believe to

2    be Mr. Stuart, did you speak to any of the other

3    inmates who were housed in the E-Dorm on the night

4    of your son's death?

5             MR. HELLER:   Form.

6        A.   I can't think of any.

7    BY MR. SPAID:

8        Q.   Following your son's death, have you

9    received any written correspondence from any of

10   the other inmates other than Mr. Kit from Lake CI?

11       A.   Just that Mr. Stuart and I can't remember

12   his first name, it's been a long time, and I can't

13   think of anybody else.

14       Q.   Following your son's death, have you had

15   any verbal conversations with any of the staff

16   members from Lake CI facility who were present

17   and -- strike that.

18            Following your son's death, have you had

19   any communications whatsoever with any staff

20   members of Lake CI facility that were working on

21   the evening that your son passed?

22       A.   I talked to people at the facility,

23   because I wanted his belongings.  I thought he

24   would have drawings in there or music, I wanted to

25   see it.  There was a previous nurse that actually

```
1     contacted me that worked there, she sent a letter
2     to the funeral home and they forwarded it to me.
3     She would check on the inmates to, you know, just
4     to keep an eye on them.  And she said that she
5     told them over and over to be careful with Daniel,
6     that his asthma was very serious.
7          Q.   Do you recall her name?
8          A.   Carol Sigman, S-I-G-M-A-N, I believe.
9          Q.   Do you have a copy of the note sent by
10    Ms. Sigman?
11         A.   Possibly.
12         Q.   Just so I'm clear, the note that you
13    referenced which Ms. Sigman is believed to have
14    sent to the funeral and then was forwarded on to
15    you, did that note explain that she had made
16    recommendations to someone at the DOC --
17         A.   Yes, she --
18         Q.   -- regarding to be careful?
19         A.   -- she let them know, all of them, yes.
20         Q.   And the fact that she did that was
21    expressed in the note, correct?
22         A.   I believe it's in the note.  I spoke to
23    her verbally at one time too.  So I don't know if
24    it was verbal or in the note.  I just remember her
25    telling me that.
```

```
 1              Q.   Okay.   Thank you.
 2                   And that is what I was trying to figure
 3      out:   Did you also have a conversation with her?
 4              A.   Yes.
 5              Q.   Did she provide any specific details on
 6      when she made the recommendations that you just
 7      mentioned?
 8                   MR. HELLER:   Form.
 9              A.   Just when she worked there.
10      BY MR. SPAID:
11              Q.   Did Ms. Sigman convey the grounds which
12      she felt warranted specific attention being given
13      to Daniel while he was housed in the Lake CI
14      facility?
15                   MR. HELLER:   Form.
16              A.   I believe she had seen him have asthma
17      attacks.
18                   The thing with asthma is you can be fine
19      one minute and it can come on quick.
20      BY MR. SPAID:
21              Q.   What is the quickest that you have seen
22      an asthma attack come on for your son?
23              A.   Quick.   Pretty quick.   Just --
24              Q.   Could you define "Pretty quick" for me.
25      Two seconds, a minute, ten minutes?
```

1        A.   Like, I know it can come on within
2    minutes.  We could be sitting here and just all of
3    a sudden have one.
4        Q.   I believe earlier we discussed when your
5    son has an asthma attack and his medication would
6    be out and you would have to rush him to the
7    pharmacy, you said five minutes, I believe --
8        A.   Approximately.
9             MR. HELLER:  Form.
10   BY MR. SPAID:
11        Q.   -- driving fast?
12            When your son would have an attack and
13   the -- strike that.
14            When your son would have an asthma attack
15   while he was residing with you at your house, from
16   what you witnessed, what was the standard time it
17   would take you to get from your house to the
18   hospital when his medication would not work?
19            MR. HELLER:  Form.
20        A.   Probably five minutes, ten minutes.
21   BY MR. SPAID:
22        Q.   How far away is the closest hospital from
23   your house?
24        A.   Five, ten minutes.
25        Q.   Any idea on the milage?

```
 1              A.   Five miles.
 2              Q.   On those occasions that you took your son
 3         to the hospital, regarding asthma, was he ever
 4         hospitalized overnight?
 5              A.   No.
 6              Q.   Were all of those visits to the emergency
 7         room?
 8              A.   Emergency room.
 9              Q.   Was your son an honest man?
10                   MR. HELLER:   Form.
11              A.   Yes.
12         BY MR. SPAID:
13              Q.   Are you aware of any circumstance -- of
14         any time where you asked your son a question and
15         he was not honest with his answer to you?
16              A.   I liked to think he told me the truth.
17              Q.   Did you ever witness your son to lie to
18         somebody else?
19                   MR. HELLER:   Form.
20              A.   I can remember, I'm sorry, when he was
21         little, he was probably about, I don't know,
22         maybe, nine, maybe less, and the fireman, they
23         always teach them with a can of spray paint or
24         spray that catches on fire, if you do that.
25                   So they were playing around doing that
```

```
 1      and his little friend's eyebrows were burnt.  And
 2      his dad said, Daniel, did you do that?
 3               And he said, No.
 4               Guess what, he had paint on his hands.
 5      And he fibbed.  And I could tell you stories of
 6      what this little boy did, but we won't go into all
 7      of that.
 8      BY MR. SPAID:
 9          Q.  Boys be will be boys.  Boys are all
10      troublemakers at some age.
11               Did your son ever get into fights?
12          A.  Not really.
13          Q.  Was he ever suspended from school for
14      fighting?
15          A.  Not that I recall.
16          Q.  I'm sorry that I have to ask this:  Did
17      you and your son ever get into a physical
18      altercation?
19          A.  No.
20          Q.  Did your son ever push you?
21          A.  No.
22          Q.  Did you ever see your son get into a
23      physical altercation with someone else?
24          A.  No.  We played around, that's all, you
25      know.
```

1        Q.   Were you ever fearful for your safety
2    from your son?
3        A.   No.
4        Q.   The relationships that we discussed
5    earlier with the girls that would call the house
6    and interrupt your phone calls, do you recall ever
7    hearing or witnessing -- strike that last
8    question.
9             Regarding to his relationships with the
10   young ladies that we discussed earlier, were there
11   ever complaints about violence on the behalf of
12   your son?
13       A.   No.
14       Q.   Good.
15            Going back to when he was living with you
16   and we discussed he had his own bed and kind of
17   got sidetracked there.
18            Please describe his room to me.
19       A.   His room, single waterbed.  He had CD
20   things and are still on the wall there.  CDs,
21   pictures of different CDs.  You know, a dresser.
22   Since he passed, he is still in his room, I have
23   him in there in his urn.
24            But then the landlord, they were having a
25   child, and they decided that they needed another

1    room.  So they said, Oh, can we have one of your

2    rooms?

3             Anyway, they came and did the

4    construction and now I'm in Daniel's room.  Daniel

5    is in Daniel's room.  I'm in Daniel's room.  He is

6    in an urn on a special table, but his wall is his

7    wall, but the rest of it is girly.  But it wasn't

8    girly before, it was all guy stuff.

9             Q.  How big of a room is it?

10            A.  Maybe ten by ten or ten by twelve, it's

11   not a real big room.

12            Q.  How high are the ceilings?

13            A.  Regular height, whatever an average

14   ceiling is.  It's regular, not short and not tall.

15            Q.  Ceiling fan?

16            A.  No.

17            Q.  How many windows does it have?

18            A.  One.

19            Q.  Big window or --

20            A.  72 inches across, maybe a little longer

21   than these windows, I mean, up and down.

22            Q.  Taller than these windows?

23            A.  Taller, yes, that is what I meant.  72

24   inches wide and I'm not sure of the --

25            Q.  Can you open the window?

```
 1          A.   Yes.
 2          Q.   Do you ever recall your son opening the
 3     window?
 4          A.   Yes.
 5          Q.   When he slept during the day, any
 6     specific time that he did regularly?
 7          A.   If it was in the wintertime and it was
 8     cool out, we would open the windows.  Not when it
 9     was freezing, like 30, but if it was like 70 or a
10     nice summer -- I mean, the nice winters in
11     Florida.
12          Q.   Do you ever recall him opening it at
13     nighttime while he slept?
14          A.   No, because we have air-condition.
15          Q.   Air-condition.
16          A.   Central air.
17          Q.   Central air.
18               Other than the doctor when he was five
19     years old that diagnosed him with asthma, can you
20     tell me any other treating physicians that you
21     recall your son having, primary care?
22          A.   Dr. Michael Morrison and he was his
23     doctor for a long time.  I don't know for how many
24     years, but for a long time.
25          Q.   Other than Dr. Michael Morrison, any
```

1    other primary care physicians?

2         A.   He had some doctors, but we had gone to

3    the health department and I don't recall who they

4    were.

5         Q.   At the time immediately prior to him

6    being incarcerated, can you tell me who his

7    treating physician was?

8         A.   Michael Morrison.

9         Q.   Do you recall any specific specialists

10   that he may have taken your son to for his asthma?

11        A.   I don't recall who it was, but I'm pretty

12   sure Michael Morrison set up for allergy tests and

13   things like that.

14        Q.   Were any of those, let's say, in the last

15   five years prior to Daniel being incarcerated?

16        A.   I don't remember exactly.

17        Q.   Once your son was old enough to start

18   driving, would you accompany him when he would go

19   to see a --

20        A.   He never got his license.

21        Q.   I apologize.

22             Say from the age of 16 on, when your son

23   would go to see a physician, would you go with

24   him?

25        A.   Yes.

```
 1              Q.   Would you always go with him?
 2              A.   Yes.
 3              Q.   So he was seeing a specialist from 16 on?
 4              A.   He was seeing Dr. Michael Morrison.
 5              Q.   So is it fair to say that if your son was
 6      going to see an expert, during that time, you
 7      would have went with him?
 8                   MR. HELLER:   Form.
 9      BY MR. SPAID:
10              Q.   From the age of 16 on, I believe you
11      indicated you would go with him to all of the
12      physicians --
13              A.   I was going to say --
14                   MR. HELLER:   Form.
15              A.   He didn't drive.
16      BY MR. SPAID:
17              Q.   Did any of his friends ever take him to
18      the doctor appointments?
19                   MR. HELLER:   Form.
20              A.   No.
21      BY MR. SPAID:
22              Q.   Other than the albuterol, do you ever
23      recall your son having any other prescription
24      medications while living with you?
25              A.   Nasal spray.
```

```
 1              Q.  Do you ever recall your son deciding on

 2    his own to discontinue the use of his medication?

 3              A.  Not that I recall.

 4              Q.  Prior to being incarcerated, did your son

 5    have any history of mental health issues?

 6                   MR. HELLER:  Form.

 7              A.  What was the question?

 8    BY MR. SPAID:

 9              Q.  Prior to being incarcerated on

10    December 12th -- December 17, 2002, did your son

11    have any history of mental health issues --

12                   MR. HELLER:  Form.

13    BY MR. SPAID:

14              Q.  -- or problems?

15              A.  I don't recall.

16              Q.  Did your son ever treat with a

17    psychologist prior to being incarcerated on

18    December 17, 2002?

19                   MR. HELLER:  Form.

20              A.  I don't recall.

21    BY MR. SPAID:

22              Q.  Do you recall ever going with your son,

23    taking him to a psychiatric doctor prior to his

24    incarceration in December of 2002?

25              A.  We had some kind of counseling at one
```

```
 1    point, but I don't remember.  I had a hard time
 2    keeping him in school.  He didn't want to go to
 3    school.
 4         Q.  You indicated that you had some kind of
 5    counseling, do you recall who you went to for the
 6    counseling?
 7         A.  No.
 8         Q.  What was the -- what led you to going to
 9    counseling?
10         A.  Him not going to school.
11              MR. SPAID:  What was that?
12              I'm sorry.  I thought you said something.
13              MR. HELLER:  No, no.  I was clearing my
14         throat.
15    BY MR. SPAID:
16         Q.  Give me a rough estimation of when you
17    went to counseling.
18         A.  He was young.  It was so long ago.
19         Q.  Was the counseling both of you or --
20         A.  Both of us, yes.
21         Q.  And were you in the same room together
22    when the counseling occurred?
23         A.  Yes.
24         Q.  Was your son ever diagnosed as bipolar?
25              MR. HELLER:  Form.
```

```
 1    BY MR. SPAID:
 2          Q.   Strike that.
 3               Do you recall your son ever being
 4    diagnosed as bipolar?
 5          A.   Did you just say that?
 6          Q.   It's how lawyers speak.
 7          A.   Sorry.
 8               I believe that was one time that they
 9    thought he was bipolar, but not Dr. Michael
10    Morrison, he never said that.
11          Q.   Do you recall when that supposed
12    diagnosis occurred?
13          A.   It was a lot of years ago.
14          Q.   Was it prior to his incarceration?
15          A.   Yes.
16          Q.   Do you recall your son stating that he
17    believed he was bipolar?
18          A.   No.
19          Q.   Do you recall your son ever stating that
20    he had some form of mental illness?
21          A.   No.
22          Q.   Did you ever know your son to be
23    suicidal?
24               MR. HELLER:   Form.
25          A.   He was never suicidal, except for, I
```

 1    think one time, I think, that is why they put him

 2    at Lake Butler, that he didn't want to be

 3    incarcerated anymore.  I think he slit his wrists,

 4    but he didn't do it deep, but enough, you know,

 5    they put him there.

 6    BY MR. SPAID:

 7         Q.  Prior to his incarceration, had your son

 8    ever cut himself?

 9         A.  No.

10         Q.  Prior to his incarceration, did your son

11    ever injure himself intentionally?

12             MR. HELLER:  Form.

13         A.  No.

14    BY MR. SPAID:

15         Q.  To your knowledge, prior to your son's

16    incarceration, did your son ever injure himself

17    intentionally?

18         A.  No.  No.

19         Q.  Was your son a risk taker?

20             MR. HELLER:  Form.

21         A.  Not really, no.

22    BY MR. SPAID:

23         Q.  Even as a young child, did he climb tall

24    trees or jump off of --

25             MR. HELLER:  Form.

```
 1    BY MR. SPAID:
 2         Q.   -- you know -- go ahead.
 3         A.   No, no.  Nothing crazy like that.
 4         Q.   When your son was residing with you -- is
 5    it your opinion that he was strong-willed?
 6              MR. HELLER:  Form.
 7         A.   Strong-willed, yes.
 8    BY MR. SPAID:
 9         Q.   If your son got something in his head, a
10    specific belief or opinion, was he easily
11    convinced otherwise?
12              MR. HELLER:  Form.
13         A.   Can you repeat the question?
14    BY MR. SPAID:
15         Q.   From your observations, in your
16    conversations and experiences with your son over
17    the years that he resided with you, pulling from
18    those circumstances that you recall, when you
19    would have a conversation with your son and he
20    would disagree with you on a specific topic, was
21    he easily persuaded otherwise?
22              MR. HELLER:  Form.
23         A.   He would listen to the other person or
24    listen to me, and I would say what I thought and
25    he would say what he thought, and if two people
```

```
 1    have an opinion, each person has the right to
 2    their own opinion.
 3    BY MR. SPAID:
 4         Q.  Would you describe your son as stubborn?
 5         A.  Sometimes.
 6         Q.  Would you describe your son as proactive?
 7         A.  What does that mean?
 8         Q.  You see something is a problem or an
 9    issue and you take steps voluntarily to correct
10    it?
11         A.  He would always try to improve himself
12    and do the right thing.
13         Q.  Do you have asthma?
14         A.  No.
15         Q.  Does anyone in your family have asthma
16    that you are aware of, other than your son?
17         A.  I was adopted.  He is my only blood
18    relative, that I know.
19         Q.  Does his father have asthma?
20         A.  No.
21         Q.  Are you aware of anyone in his father's
22    family having asthma?
23         A.  No.  I really don't keep contact with
24    them.  No, not that I know of.
25         Q.  Did your son ever complain of dull or
```

1   achy pains after mild exertion while he was living

2   with you?

3        A.   No.

4        Q.   From your observations, do you ever

5   recall him demonstrating signs or symptoms of pain

6   or achiness after mild exertion?

7             MR. HELLER:   Form.

8        A.   No.

9   BY MR. SPAID:

10       Q.   Your son was diagnosed with asthma at age

11  five, correct?

12       A.   Correct.

13       Q.   Were there any other -- strike that.

14            Did you ever apply for any programs or

15  assistance based on his asthma --

16            MR. HELLER:   Form.

17  BY MR. SPAID:

18       Q.   -- government assistance?

19       A.   The Health Department.

20       Q.   Did he receive care from the Health

21  Department because he had asthma?

22            MR. HELLER:   Form.

23       A.   I can't remember exactly, but if he was

24  five years old and I didn't have the money for him

25  to go, then I would go to the Health Department.

```
 1    BY MR. SPAID:
 2         Q.   Fair enough.
 3              Was there ever a formal determination
 4    that your son was disabled?
 5              MR. HELLER:   Form.
 6    BY MR. SPAID:
 7         Q.   That you recall related to any services,
 8    programs or benefits that you may have applied
 9    for?
10              MR. HELLER:   Form.
11         A.   No, but we probably should have, no.
12    BY MR. SPAID:
13         Q.   Did you ever apply to any government
14    agency or program for your son to be classified
15    disabled?
16              MR. HELLER:   Form.
17         A.   No.
18    BY MR. SPAID:
19         Q.   Was there a formal classification by any
20    state program that your son was disabled?
21              MR. HELLER:   Form.
22         A.   Not that I'm aware of.  He had asthma.
23    And asthma, I guess, is a disability, and as a
24    young mother I didn't know everything.
25    BY MR. SPAID:
```

1          Q.  We touched on it, I believe, throughout

2    this entire proceeding, and when we discussed the

3    communications that you might have had with the

4    different facilities.  I'm going to go through

5    and, if you can, to the best of your ability,

6    explain to me what accommodations you personally

7    requested for your son, starting with the date

8    that he was incarcerated.

9          THE WITNESS:  Do you mind if I go to the

10         ladies' room?

11         (There was a discussion off the record.)

12   BY MR. SPAID:

13         Q.  Going back on the record.

14         And just to memorialize the brief

15   conversation I had with your counsel a second ago,

16   regarding some of the answers that you may have

17   given when you were referring to your answers to

18   interrogatories earlier, that they may have been

19   incorrect and you have the proper answers in front

20   of you now.

21         MR. HELLER:  Well, it wasn't so much

22         incorrect, but she was referring to the wrong

23         question.

24         MR. SPAID:  Thank you for the correction.

25   BY MR. SPAID:

1      Q.  And just real briefly, I think the

2   question that you referred to those questions

3   were:  Can you identify those individuals that you

4   spoke with at Lake CI prior to your son's death

5   that were working in the medical treatment

6   facilities or services?

7      A.  Or services?

8      Q.  Yes.

9      A.  I spoke with a Sergeant Ferguson.  I

10  alerted Sergeant Ferguson for Daniel's need for a

11  responsible -- a reasonable accommodation on

12  November 4th of '05.  I called Daniel's

13  classification officer, Ms. Bobowski, she was out.

14  Then I called Lonnie Strickland, a medical, and

15  informed him of Daniel's need for a reasonable

16  accommodation.  He responded that he needed --

17  said he needed a release form to be filled out.

18  And my son had already -- I had already filled out

19  a release form.

20          I spoke with Ms. Bobowski on January 11th

21  and requested again reasonable accommodation,

22  namely for Daniel to be in a dorm where he could

23  get help immediately if he had an asthma attack.

24          On January 16th of '06, I called Captain

25  Stafford and made a reasonable accommodation

1    request.  He transferred me to Ms. Wallace in

2    medical.  I told her about Daniel's severe asthma,

3    and she told me that she treated him for a year.

4    I also told her that Daniel needed reasonable

5    accommodation, among other things.  And we spoke

6    about the kitchen already, so we don't need to do

7    that again.

8         Q.   Thank you.

9              Starting with the first individual that

10   you identified there, can you identify how you

11   communicated with them, whether it was by letter

12   or phone call?

13        A.   Phone call.

14        Q.   Do you recall the specific requests

15   and -- that you made?

16        A.   Need for reasonable accommodations.

17        Q.   What reasonable accommodations were you

18   requesting?

19        A.   For Daniel to be put somewhere safe where

20   he can get help if he has an asthma attack.

21        Q.   In your opinion -- strike that.

22             Do you have an opinion as to how that

23   reasonable accommodation could have been that --

24        A.   Yes.  Somewhere where a guard could hear

25   him if he had an attack, not behind doors when

1    they try to get help there is none.

2        Q.   Do you have personal knowledge as to the

3    guard's abilities to hear inmates yelling from the

4    guard stations at Lake CI?

5        A.   I've been told that they can't hear at

6    all.

7        Q.   Who told you that?

8        A.   Inmates.

9        Q.   Inmates?

10       A.   Yes.

11       Q.   Which inmates?

12       A.   David Kit.  They banged.  They yelled.

13   They screamed.  Until they had to like fire --

14   Daniel is out cold.  He is already out cold.  They

15   had to light, like light toilet paper on fire and

16   stick it out the doors and that is the only way

17   they got their attention.

18       Q.   Did Mr. Kit ever tell you that he was on

19   the other side of the doors when inmates were

20   screaming?

21            MR. HELLER:   Form.

22       A.   I don't think he ever said that.

23   BY MR. SPAID:

24       Q.   To your knowledge, had Mr. Kit ever been

25   outside of E-Dorm while the other inmates assigned

1    to E-Dorm were in their specific rooms yelling and

2    screaming?

3              MR. HELLER:   Form.

4         A.   I only know that the whole quad was

5    kicking and banging and yelling and they couldn't

6    hear them.

7    BY MR. SPAID:

8         Q.   How do you know that?

9         A.   From the inmates.

10        Q.   From Mr. Kit?

11        A.   Yes.

12        Q.   Was there anyone else who told you that?

13        A.   Well, the same thing happened when he

14   died the first time.  They couldn't get help.

15              Well, you know, the guard wouldn't open

16   the door the first time.  He knew.  He was just --

17   so I don't know.  Your question, I don't know.

18        Q.   Just for the record, you were not

19   physically in E-Dorm on the night of your son's

20   death?

21        A.   That's correct.

22        Q.   Other than Mr. Kit, have you talked to

23   any other individuals who were present in E-Dorm

24   on the night that your son died?

25              MR. HELLER:   Form.

```
 1            A.  No, I don't think so, not that was
 2     present at that time, no.
 3     BY MR. SPAID:
 4            Q.  Have you talked to anybody else who was
 5     present in E-Dorm between the hours of
 6     10:00 p.m. -- strike that.
 7                 Have you spoken with any individual who
 8     was present inside of E-Dorm between the hours of
 9     1:00 a.m. and 7:00 a.m. August 3, 2006?
10                 MR. HELLER:  Form.
11     BY MR. SPAID:
12            Q.  Go ahead and answer.
13            A.  Not verbally, no.
14                 MR. SPAID:  I'm asking for an explanation
15            on form.
16                 MR. HELLER:  On that one, asked and
17            answered.
18                 MR. SPAID:  Thank you.  I wanted to make
19            sure and I was trying to go through them and
20            if that's yours -- we will argue it later,
21            but okay.
22     BY MR. SPAID:
23            Q.  As to the occurrence which you described
24     as the first time that Daniel died, you understand
25     what I mean when I say that?
```

1      A.   Yes, I do.

2      Q.   You were not physically present during

3   that incident?

4      A.   No, I was not.

5      Q.   Have you spoken to any individual who was

6   physically present within two hours prior or two

7   hours subsequent to that incident in E-Dorm at

8   Lake CI?

9      A.   One of the inmates called me, and I don't

10   know his name, to tell me that Daniel was in the

11   hospital and to tell me what happened.

12      Q.   Going back to your request for

13   accommodation, and you listed the individuals that

14   you spoke to, I believe we've only touched on the

15   first name on that list, correct?

16      A.   Sergeant Ferguson.

17      Q.   Sergeant Ferguson.

18           Correct me if I'm wrong, that the request

19   that you made that Daniel be placed somewhere safe

20   in the facility where guards could hear him if

21   there was a problem?

22      A.   Right.

23      Q.   Did you make any other specific requests

24   for accommodations to Mr. Ferguson?

25      A.   To Mr. Ferguson or Sergeant Ferguson?

1          Q.   Sergeant Ferguson.

2          A.   I let him know that Daniel needed to be

3     somewhere that he can get help.  And being the

4     date of this is after he had already died, and

5     he -- he was obviously not in a good place.

6               MR. HELLER:  Just for clarification, you

7          are talking about the time that he died and

8          was revived.

9               THE WITNESS:  The first time, I'm sorry.

10          Thank God he was revived.  Unfortunately,

11          the last time he was not.

12    BY MR. SPAID:

13         Q.   Moving to the next name on that list, and

14    bear with me if I go a little bit quicker through

15    the rest of these.  At any point if you need me to

16    slow down, just let me know, but as we have

17    discussed, time is of the issue here.

18               The next name on the list is?

19         A.   Ms. Bobowski.

20         Q.   Ms. Bobowski.

21         A.   His classification officer who was out.

22    And I also called Lonnie Strickland, a medical.

23         Q.   And is it fair to say that you spoke to

24    Ms. Strickland?

25         A.   I believe Lonnie Strickland may have been

1   a doctor, but I'm not positive.  And I informed

2   him of Daniel's need for a reasonable

3   accommodation.  By a "reasonable accommodation" is

4   where he can get help if he has an asthma attack.

5        Q.   Were there any other specific requests

6   made to Ms. Strickland?

7        A.   No.

8        Q.   The next name on the list, please.

9        A.   Ms. Wallace in medical.

10       Q.   What was the date of that contact?

11       A.   January -- wait.  January 16th, I called

12   Captain Stafford and made a reasonable

13   accommodation request.  He then transferred me to

14   Ms. Wallace in medical.  And I told her about

15   Daniel's severe asthma.  And I also told her he

16   needed reasonable accommodation.

17       Q.   And by "reasonable accommodation," you

18   requested what specifically?

19       A.   Somewhere where Daniel is able to get

20   assistance if he has an asthma attack.

21       Q.   Moving on to the next name on the list.

22   Sorry, strike that.

23            Were there any other specific requests

24   made at that communication?

25       A.   Back to the kitchen area when he was

1    working, we went over that already.

2        Q.   Was there anyone else after that

3    communication?

4        A.   Ms. Bobowski.  I talked to her a couple

5    of times, that was his classification person.

6        Q.   And did you make a specific request to

7    Ms. Bobowski other than what we talked about?

8        A.   Yes.

9        Q.   What?

10       A.   The same thing, what we have talked

11   about.

12       Q.   Just so we are clear, that he be moved to

13   somewhere where he could receive treatment if an

14   asthma attack would occur?

15       A.   Yes.

16       Q.   Thank you.

17           Were there any other individuals that you

18   contacted and you made requests for a reasonable

19   accommodation due to Daniel's asthma condition?

20           MR. HELLER:   Form.

21       A.   I don't recall off of the top of my head,

22   sorry.

23   BY MR. SPAID:

24       Q.   Do you recall filling out any forms

25   requesting specific reasonable accommodations

 1    relating to your son's asthma conditions?

 2              MR. HELLER:  Form.

 3         A.   I don't recall.

 4    BY MR. SPAID:

 5         Q.   As your sit here today, do you recall

 6    ever filling out a form requesting an

 7    accommodation from the Department of Corrections

 8    in relation to your son's asthma condition?

 9         A.   A medical release form that I believe

10    Daniel sent to me so they would talk to me.

11         Q.   Are there any other forms that you filled

12    out?

13         A.   No.

14         Q.   The medical release that you just

15    mentioned, did it have a section -- strike that.

16              On the medical release form that you

17    filled out, did you expressly identify what

18    accommodations you would like the DOC to make in

19    relation to your son, Daniel, and his asthma

20    condition?

21         A.   Can you repeat that?

22         Q.   In filling out the form that you

23    previously just identified, do you recall whether

24    or not you made specific requests for

25    accommodations to the DOC in relation to your

1    son's asthma condition in his care?

2         A.   That was a medical release form so that

3    they would speak to me only.

4         Q.   Is it fair to say that there were no

5    expressed requests for reasonable accommodations

6    made on that release form to the DOC in relation

7    to your son's asthmatic condition?

8         A.   I have no idea.

9         Q.   When was your last visit to see your son?

10        A.   That was on June 24th of '06.

11        Q.   Was your son smoking cigarettes on

12   June 24th of '06 in your vision while you visited

13   him?

14        A.   I don't think so.

15             And just on the record, if I can mention,

16   the reason I didn't visit him, because my car had

17   major problems.  I was going to see him on

18   August 5th.

19        Q.   Prior to June 24, 2006, do you know

20   immediately prior the visit you had with him?

21        A.   June 3rd of '06.

22        Q.   Prior to June 3rd, when was the last

23   time?

24        A.   It would have been in May.

25        Q.   Do you know what date in May, the

```
 1   beginning of the month or at the end of May?
 2        A.   I don't remember.
 3        Q.   That's fine.  I understand.  I
 4   understand.
 5        A.   I don't know why the other ones stick in
 6   my head, they just do.
 7        Q.   Prior to the May visit --
 8        A.   April.
 9        Q.   -- do you have a recollection -- April.
10             Is it fair to say, going back, you
11   visited your son once a month every month --
12        A.   Yes.
13        Q.   -- from June 24th --
14        A.   Yes.  Yes.
15        Q.   -- back to, say, January of 2006?
16        A.   Yes.
17        Q.   Were there any additional visits that you
18   recall, holiday visits?
19        A.   Well, I thought we went over that.
20        Q.   Right.  We went over the Christmas and
21   the Thanksgivings, but those would have been
22   outside of 2006.
23        A.   Well, there -- he didn't make it to
24   Thanksgiving, he was already deceased at that
25   time, and he was already deceased at Christmas at
```

```
 1    that time.
 2         Q.   Any other holidays that you didn't
 3    mention that --
 4         A.   Easter --
 5         Q.   -- in 2006?
 6         A.   -- but I don't recall if it was Easter or
 7    not.
 8         Q.   Fair enough.
 9              Next set of the questions are
10    specifically related to the complaint that you
11    filed, the document itself and what you -- or your
12    attorneys have included in that complaint.
13              Do you understand?
14         A.   Okay.
15         Q.   It is my understanding that you filed
16    that suit as a personal representative as well as
17    a survivor, correct?
18              MR. HELLER:   Form.
19              Go ahead and answer if you know.
20              MR. SPAID:   I'm not going to show her
21         anything.
22         A.   Personal representative of the estate of
23    Daniel Wolfe, on behalf of the estate and on
24    behalf of Daniel Wolfe's survivor, Lynn Wolfe,
25    myself, yes.
```

1    BY MR. SPAID:

2         Q.   Do you know how old your son was on the

3    date of his death?

4         A.   He was 24 years old.  He would have been

5    25 on September 27th.

6         Q.   I believe his expected release date was

7    about six months after his death?

8         A.   Correct.

9              MR. HELLER:   Form.

10        A.   I'm not sure of the exact date.

11   BY MR. SPAID:

12        Q.   I know you -- going back on the record,

13   you previously discussed your son's income while

14   he was living with you prior to his incarceration,

15   correct?

16        A.   Correct.

17        Q.   As his mother, someone who knew him for

18   24 years, almost 25 years, could you give me an

19   idea of what profession you would expect your son

20   to have gone in following his release from Lake

21   CI, assuming that he was not transferred prior to

22   release?

23             MR. HELLER:   Form.

24        A.   Well, he was an artist.  He could be a

25   tattoo artist.  He could be a musician.  We spoke

1    about him, you know, opening up a -- you know,

2    doing music and studying music, a lot of that.

3    BY MR. SPAID:

4        Q.   Perfect.   That was my next question.

5            Did Daniel ever express to you his

6    desires regarding his employment following his

7    release?

8        A.   We spoke maybe working at my office, you

9    know, his music took off, possibly coming to work

10   with me.

11       Q.   Fair enough.

12           At your office is there a position he

13   would have been qualified for?

14       A.   Well, maybe we could make one like

15   copier, filer, lifting the file boxes.

16       Q.   Very good.

17           Has your employer in the ten years that

18   you have worked for them ever hired someone to

19   perform those functions specifically?

20           MR. HELLER:   Form.

21   BY MR. SPAID:

22       Q.   Strike that.

23           In the ten years that you have worked

24   with your employer, have you ever known -- have

25   you observed someone being hired to perform the

1    functions that you believe your son was capable of

2    performing?

3        A.   Sure.   And he could have been a

4    processer, taught the profession in the title

5    side.   You know, he could have been taught the

6    position.

7        Q.   What was -- what is a processer paid

8    hourly at your profession?

9            MR. HELLER:   Form.

10       A.   I have no idea.

11   BY MR. SPAID:

12       Q.   Paragraph 17 of your complaint states,

13   limited quotes, "Describes E-Dorm which is locked

14   behind three doors, including a metal door between

15   11:00 p.m. and 10:00 p.m.," close quotes.

16           Have you ever counted the doors going

17   from the security station to E-Dorm?

18       A.   No.

19       Q.   Have you ever had conversations with any

20   of the former inmates or current inmates of E-Dorm

21   where they have described how many doors they've

22   had to go through to get to a different section of

23   the building?

24       A.   I can't remember.

25       Q.   Have you ever had any conversation with

```
 1    anybody familiar to E-Dorm regarding the physical

 2    layout of the building?

 3        A.   I don't remember anybody giving me the

 4    exact description of the building.

 5        Q.   Next paragraph going down it states that

 6    again, limited context, "The guards" -- I'm not

 7    going to put this in quotes, that the guards

 8    typically did security rounds every hour and 15

 9    minutes to every hour and 30 minutes.

10             Have you spoken to anyone who worked with

11    or resided at Lake CI regarding the shift

12    protocols for the guards at the facility?

13             MR. HELLER:   Form.

14        A.   I don't remember.

15    BY MR. SPAID:

16        Q.   Do you have any personal knowledge how

17    often the security guards make their rounds

18    through to the E-Dorm in the Lake CI facility?

19        A.   Danny said, like I don't know, half hour,

20    an hour, they would come by and check different

21    times, not always the same time.

22        Q.   Did you ever have a similar conversation

23    with Mr. Kit regarding the schedule that the

24    guards would make their rounds in E-Dorm in Lake

25    CI?
```

```
 1              A.   I can't remember.  I don't remember.
 2                   MR. HELLER:  When is your drop dead time?
 3              (There was a discussion off the record.)
 4    BY MR. SPAID:
 5         Q.   Some of these are going to be a little
 6    quicker, and I know that you don't have the docket
 7    in front of you -- are we back on at this point?
 8                   In reference to the first or the incident
 9    in which you describe your son dying for the first
10    time, in which he was revived.
11                   Do you understand what I'm referencing?
12         A.   Yes, sir.
13         Q.   I believe earlier you said that a guard
14    went to the door of his cell and would not open
15    the door, correct?
16         A.   Yes.
17         Q.   Do you know who that guard was?
18         A.   Oh, my gosh.  I can't think of his name
19    off of the top of my head.
20         Q.   Who described that situation to you?
21         A.   Danny.
22         Q.   Was Mr. Kit his roommate or cellmate at
23    that time?
24         A.   It was somebody else and I don't know
25    what their name is.
```

1   Q.   Did you speak to that individual?

2   A.   I don't know if it was that individual

3   that called me, but he -- to tell me that Danny

4   almost died and that he was in the hospital.

5   Q.   Other than the individuals that you

6   identified who you contacted regarding reasonable

7   accommodations at Lake CI, the ones that we went

8   over from your answers to interrogatories, and

9   request that you said that you made to each one of

10  those, did you at any time make a request that he

11  be transferred from the entire Lake CI facility?

12  A.   I don't recall.

13  Q.   Did you ever request that the -- strike

14  that.

15           Did you ever request that any individual

16  working for Lake CI facility investigate whether

17  or not there was a cell that would accommodate the

18  request that you claim to have made?

19  A.   I requested that he be in a safe area to

20  get help to several people.

21  Q.   Right.   And I'm asking, did you ever

22  ask -- inquire as to whether there were different

23  setups from dorm to dorm?  Was E-Dorm special in

24  how it was set up?

25  A.   I don't know.   I don't know how -- I

1   don't know how it is set up there.  They don't let

2   us go and see how it is.

3        Q.   Right.

4             Paragraph 32 of the complaint, it states,

5   "Following each severe asthma attack, both Daniel

6   and his mother pled with correctional personnel at

7   Lake CI for Daniel to be transferred to a dorm or

8   facility that could reasonably accommodate his

9   serious asthma."

10       A.   Okay.

11       Q.   Off of that comment, how -- did you ever

12  see documented requests by Daniel for a reasonable

13  accommodation?

14       A.   I believe he did write something.  They

15  probably do have requests from him.

16       Q.   Did he ever convey to you what

17  specifically he had requested for a reasonable

18  accommodation while at Lake CI?

19       A.   I don't remember exactly.  It was so long

20  ago.  I don't know.

21       Q.   I understand.

22            And do you recall ever having a general

23  conversation on that topic?

24       A.   We talk about it, yes.  When he was in

25  the E-Dorm, he would call me and say, Mom -- and

1  he is not a whiner.  He doesn't whine.

2          But he said, I'm afraid.  I don't want to

3  die in here, Mom.  And, you know, if I do die in

4  here, you need to sue them.  And I don't want to

5  die, Mom.  I don't want to die.

6          And I remember --

7      Q.  Earlier in the deposition I asked you

8  when you feared for your son's life both regarding

9  asthma and for other reasons.

10         How many times do you recall your son

11 expressing to you that he feared for his own life?

12     A.  When they moved him to E-Dorm, it scared

13 him, because he had died there once and he was

14 scared that he would die there again.  Which I can

15 understand, poor thing.

16     Q.  Other than that one occurrence when they

17 put him back in E-Dorm following the first time

18 that, the phrase that we are using, "he died."

19         Were there any other times where he

20 expressed to you that he feared for his life while

21 we was incarcerated in any of the correctional

22 institutes?

23     A.  I can't remember exactly because doesn't

24 want me to worry.  You know, he never wanted me to

25 worry.  He wasn't a whiner.  He was very scared.

1          Q.   The paragraph 36 of your complaint gives

2     a narrative description and I can probably hand it

3     over to you and have you read it, if you'd like,

4     but it describes the following, "Daniel in the

5     midst of the asthma attack woke up his roommate,

6     David Kit.  And in attempt to get the guard's

7     attention, David called for help, banged on the

8     cell doors and instructed the other inmates in the

9     dorm to do the same."

10          And it goes on to describe, more or less,

11     what you have already told me about.

12          Do you have any way of knowing how far

13     along in the asthma attack your son was at that

14     time?

15          A.   He is already passed out.

16          Q.   Prior to waking up --

17          A.   No.

18          Q.   -- Mr. Kit?

19          A.   No, he didn't wake up.

20          Oh, I don't know.

21          Q.   Have you heard any comments or statements

22     explaining that or someone saying that they heard

23     your son --

24          A.   He woke up David.

25          Q.   Prior to waking up Mr. Kit?

1       A.  No.

2       Q.  Paragraph 37 discusses the response time

3   on the night of your son's death.

4           It states that, "Despite pleas for help,

5   it took a guard nearly 15 to 20 minutes for a

6   guard to respond to Daniel's cell.  When the guard

7   finally did arrive at the scene, he called for

8   assistance and at least two calls for assistance

9   had been made -- after at least two calls for

10  assistance had been made, a nurse finally arrived

11  more than ten minutes after the guard's first call

12  for assistance and nearly 30 minutes after David

13  Kit's initial report of an emergency."

14      A.  Yes.

15      Q.  Is that your understanding of the timing

16  of how things occurred?

17      A.  I believe so.

18      Q.  How do you know that it was nearly 15 to

19  20 minutes for the guard to respond to Daniel's

20  cell?

21          MR. HELLER:  Form.

22      A.  I was told that.

23  BY MR. SPAID:

24      Q.  Who told you that?

25      A.  David Kit.

```
 1              Q.  Do you have any other documents or
 2      reports or video that would confirm that?
 3              A.  I don't know if it says that in the DOC
 4      report or not.
 5              Q.  As for the second part of that same
 6      paragraph, after at least two calls for assistance
 7      had been made.
 8                  Who told you that two calls had been
 9      made?  Strike that.
10                  Did someone tell you that two calls were
11      made?
12              A.  It had to be David.  David sent me the
13      letter and told me what happened.
14              Q.  Did David at any point describe any other
15      communications between the guards or those who
16      responded to the cell?
17              A.  When the nurse finally got there, she
18      didn't know CPR.
19              Q.  I'm going to strike that as nonresponsive
20      to the question.
21              A.  I don't think I understood the question.
22              Q.  Did David explain to you or any other
23      comments regarding the communication between the
24      guards or nurses who responded to the cell on the
25      night --
```

1      A.   I recall one thing, that the guard that
2   came and said, Oh, my God, this is the kid that
3   died before.
4      Q.   Do you know what guard that was?
5      A.   I don't recall his name.
6      Q.   Do you have any other -- strike that.
7           Other than Mr. Kit, did anyone else make
8   a comment to you or statement to you regarding the
9   response time of the nurse to your son's cell on
10  the night of his death?
11     A.   Maybe in the DOC they -- their report.
12  They did a report and I got a copy of the report
13  too.  And I don't remember exactly what it said.
14     Q.   Were there -- other than the report and
15  Mr. Kit's comments, did you hear any other
16  statements or see any other reports regarding the
17  response time of the nurse to your son's cell on
18  the night of his death?
19     A.   At this time, I can't think of anything.
20     Q.   Are you aware of there being any clocks
21  on the walls of E-Dorm at Lake CI?
22     A.   I have no idea, honestly.  Guys have
23  watch.
24     Q.   The inmates can wear watches?
25     A.   They can -- have watches.

1          Q.   Did your son have a watch?

2               MR. HELLER:   Form.

3          A.   I can't remember.

4     BY MR. SPAID:

5          Q.   Do you know if Mr. Kit had a watch while

6     he was residing in Lake CI E-Dorm?

7          A.   I do not know.

8          Q.   As you describe, asthma attacks could

9     come on while we are sitting here out of nowhere

10    and happen real quickly --

11         A.   True.

12         Q.   -- I believe that is what you testified

13    to earlier?

14         A.   Yes.

15         Q.   Assuming that your son could not be

16    released from the correctional facility because he

17    had asthma and had to be housed in a unit of some

18    type, what would have satisfied, in your opinion,

19    your request for a reasonable accommodation that

20    he be housed in somewhere where they can get to

21    him quickly when an emergency arises?

22              MR. HELLER:   Form.

23    BY MR. SPAID:

24         Q.   Give you a context, not to cut you off,

25    if you have an answer, go ahead, and I'll let you

```
 1    answer.

 2         A.   Go ahead.

 3         Q.   When you described the asthma attack that

 4    he has at his -- when he was living with you and

 5    an attack would occur and he would be out of

 6    medication, for example.

 7              And at that point you were made aware

 8    that he was out of medication and would have to

 9    rush to a pharmacy.  And you indicated it took you

10    about five minutes, driving fast, to get to the

11    pharmacy to get a refill.

12         A.   May I interrupt?

13         Q.   Sure.

14         A.   So what you said, at one point they put

15    him by a guard station where the guards could get

16    to him.  So why didn't they keep him there?

17         Q.   Is it your understanding that the guards

18    in that guard station could hear better than the

19    guards in the other guard station?

20         A.   Yes.

21         Q.   How?

22         A.   They would put him by them.

23              I just remember him telling me that they

24    had put him by a guard station at one point.

25         Q.   Was that in E-Dorm?
```

1          A.   No, no, it wasn't in E-Dorm.

2          Q.   Was it in Lake CI?

3          A.   Yes.

4          Q.   I'm wondering, as based on your

5     complaint, you said that he was located behind

6     three doors to the closest security center, and

7     that's my understanding, and we could be wrong,

8     but we will deal with that later.

9               My understanding is:  There is a security

10    center where the guards are, the people who would

11    respond to him in case of an emergency, the first

12    people that would most likely respond to him in

13    case of an emergency.  You are saying there are

14    three doors between that unit and where he was

15    housed in E-Dorm, however far down the line in

16    E-Dorm.  But because of those doors in the

17    structure of the facility, they were unable to

18    hear his yell?

19         A.   Right, they can't hear.

20         Q.   So assuming, and we will figure this out

21    probably next week, if those units are all similar

22    in design and what they did was placed him in a

23    room closer to the doors?

24         A.   Like right there.

25         Q.   Right there.

1           How would that improve --
2       A.   I don't know --
3       Q.   -- their ability to hear?
4       A.   -- different dorm.
5           MR. HELLER:   Form.   Talking over each
6       other.
7           THE WITNESS:   Sorry.
8           MR. SPAID:   Good conversation, though.
9   BY MR. SPAID:
10      Q.   Okay.   Put it this way:   In your --
11  strike that line of questioning.   We are going to
12  get off of it.
13          If the staff at Lake CI had moved your
14  son to a different unit room that would allow them
15  to respond to him when an emergency arose within
16  five minutes, would that have satisfied your
17  reasonable accommodation request, in your personal
18  opinion?
19          MR. HELLER:   Form.
20      A.   I don't have an answer for that.
21  BY MR. SPAID:
22      Q.   Did you ever receive a formal response to
23  your request for a reasonable accommodation?
24      A.   No.
25      Q.   There was never a written response?

1        A.   No.

2        Q.   Were you ever called by anyone who worked

3   at any of the correctional institutes regarding

4   your request for a reasonable accommodation?

5        A.   No, I don't believe so.

6        Q.   In your complaint, there are damages

7   alleged.  One of them are funeral expenses and

8   medical -- medical and funeral expenses due to the

9   death of Daniel.

10           Can you tell me how much the funeral

11   expenses were?

12        A.   I'd have to look.

13        Q.   Okay.

14        (There was a discussion off the record.)

15   BY MR. SPAID:

16        A.   $4,576.

17        Q.   As for the medical expenses, do you know

18   how much those were that you incurred as a result

19   of your son's death?

20           MR. HELLER:   Form.

21   BY MR. SPAID:

22        Q.   In your complaint you make a claim for

23   medical damages.  Medical expenses due to the

24   death of your son, Daniel Wolfe.  Can you please

25   tell me how much in medical expenses you

1    personally incurred as the result of your son's

2    death?

3              MR. HELLER:  Form.

4    BY MR. SPAID:

5         Q.  Please, if you have the numbers, if you

6    remember.

7         A.  I don't have an answer for you.

8         Q.  Have you incurred medical expenses as a

9    result of your son's death?

10        A.  As far as?

11        Q.  It's in your complaint, you have to tell

12   me.  I honestly, I couldn't guess, I --

13        A.  I don't have an answer for you right now,

14   sorry.

15        Q.  That's fine.

16             At this time, do you have an idea of what

17   you're claiming for loss of prospective estate

18   accumulations?

19        A.  I don't have an answer for you.

20        Q.  If Daniel were not to have passed in 2006

21   and had been released in early 2007, assuming it

22   was a January 2007 release date, do you expect

23   that he would return living with you?

24             MR. HELLER:  Form.

25        A.  Absolutely.

1    BY MR. SPAID:

2         Q.  Is it your belief that your son would

3    have returned to reside at your residence

4    following his release from the Florida DOC?

5              MR. HELLER:  Form.

6         A.  Yes.

7    BY MR. SPAID:

8         Q.  Could you please describe to me the

9    support and services that you claim to have been

10   deprived as a result of your son's death.

11        A.  I don't have an answer for you right now.

12        Q.  Okay.

13        A.  Sorry.

14        Q.  You don't have any answer at all?

15        A.  There's just -- there's like -- you can't

16   put money on my son, you know, his life.  I don't

17   have an answer for you.

18        Q.  Since his death, have you sought

19   psychological counseling?

20        A.  No.

21             MR. HELLER:  Form.

22   BY MR. SPAID:

23        Q.  Since the death of your son, Daniel

24   Wolfe, have you spoken with a medical -- strike

25   that.

1          MR. HELLER:  Form.  Objection, by the

2      way, as to the question of regarding

3      accumulations, as it calls for a legal

4      answer, and the other questions in that

5      series.

6          MR. SPAID:  I'm going to object to the

7      tag team.

8   BY MR. SPAID:

9      Q.  Are you personally aware of any

10  accommodations that have been made at any of the

11  correctional institutes which your son resided for

12  an individual who had asthma other than your son?

13      A.  I don't know.

14      Q.  In your opinion, how was Daniel

15  discriminated against?

16          MR. HELLER:  Form.

17      A.  Well, he couldn't get any help and he

18  died.  He got a death sentence that he didn't

19  deserve.

20  BY MR. SPAID:

21      Q.  Was any specific comments made -- strike

22  that.

23          Is it possible that regardless of the

24  response time on the night of your son's death,

25  that he would not have been able to be revived?

1          MR. HELLER:  Form.

2   BY MR. SPAID:

3        Q.  Go ahead and answer.

4        A.  Can you repeat the question?

5        Q.  Regardless of the amount of time that it

6   took for guards and medical personnel to respond

7   to your son's cell on the night that he passed,

8   that he would not have been able to be revived?

9          MR. HELLER:  Form.

10       A.  I believe that he would have been able to

11  be revived.

12  BY MS. SPAID:

13       Q.  Did the Lake CI facility charge you

14  monetarily for any treatment which your son

15  received while he was in their care?

16       A.  They sometime charged them for the doctor

17  visits, the inmates themselves.

18       Q.  Have you ever received a bill from the

19  DOC?

20       A.  No.

21       Q.  Did you receive an itemized list of

22  everything that was removed from your son's room

23  following his death?

24       A.  I don't know.  I don't know if they sent

25  me a list like that.

1       Q.  Did you ever see any pictures of the
2   items that they removed from your son's room
3   following his death?
4       A.  No.  They boxed up and gave me some items
5   and they held onto that for a while, and a lot of
6   that stuff wasn't even his.
7       Q.  In that box was there a baggy full of
8   pink pills?
9       A.  I don't think so.
10      Q.  Were you ever shown pictures of a baggy
11  full of pink pills that was removed from your
12  son's cell following --
13      A.  No, no, pictures.
14      Q.  Was your son prescribed pink gel tab
15  pills of any nature?
16          MR. HELLER:  Form.
17      A.  I don't know.
18  BY MR. SPAID:
19      Q.  Could Kyle -- I'll preference this as
20  saying, I'm sorry that I have to ask it.
21          Are you aware of Kyle ever bringing on an
22  asthma attack?
23      A.  Who is Kyle?
24      Q.  I'm sorry, Kyle -- I have another client
25  that I deal with daily and every time I -- they

```
1    are similar in age and similar in personality and,

2    I apologize, and I mean no disrespect whatsoever.

3             Have you known your son, Daniel, to

4    self-induce an asthma attack?

5             MR. HELLER:  Form.

6        A.   Never.

7    BY MR. SPAID:

8        Q.   Is it your understanding that it is

9    possible for someone with an asthmatic condition

10   to do?

11            MR. HELLER:  Form.

12       A.   I don't think so.

13   BY MR. SPAID:

14       Q.   Again, you can tell me after from your

15   experience, I don't know.

16            MR. HELLER:  Steven, do you have a

17        picture of these pink pills that haven't been

18        produced or is it in some of the documents

19        that you have produced?

20            MR. SPAID:  I thought it was --

21            MR. HELLER:  If you could just

22        double-check.

23            MR. SPAID:  I'll double-check when I get

24        back.

25            MR. HELLER:  Great.
```

```
 1                MR. SPAID:  Thank you, ma'am.
 2           Your attorney will likely give you some
 3       instructions that you have an option to read
 4       or waive the deposition transcript that the
 5       court reporter has typed up today.
 6                MR. HELLER:  She will read.
 7                MR. SPAID:  Are you ordering?
 8                MR. HELLER:  We are going to ask some
 9       questions, we are going to take a couple of
10       minutes.
11           (There was a discussion off the record.)
12                    CROSS-EXAMINATION
13  BY MR. HELLER:
14       Q.  Good afternoon.
15           During your deposition today, you
16  testified regarding various reasonable
17  accommodation requests that you to made to the
18  DOC.
19       A.  Yes.
20       Q.  Namely, you wanted -- you testified that
21  you wanted Daniel to be placed in a cell where the
22  guards and/or medical staff could get to him if he
23  had an asthma attack?
24       A.  Yes.
25       Q.  And the reason why this became an issue
```

1    for you and why you thought this accommodation

2    needed to be provided in part was due to the

3    conversations you had with Daniel where he

4    expressed that he was fearful of being in E-Dorm,

5    correct?

6              MR. SPAID:  Objection to form.

7         A.   Absolutely.

8              MR. HELLER:  Those are all of the

9         questions we have and we will read.

10             (Thereupon, at the deposition was concluded)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E   O F   O A T H

2

3     THE STATE OF FLORIDA)

4     COUNTY OF MIAMI-DADE)

5

6

7              I, Laurie M. Yannaccone, a Notary

8     Public for the State of Florida, certify that LYNN

9     WOLFE personally appeared before me and was duly

10    sworn.

11

12             WITNESS my hand and official seal

13    this October 10, 2011.

14

15                           *Laurie M. Yannaccone*

16    _____

17             Laurie M. Yannaccone
               Notary Public - State of Florida
18             My Commission No. DD726257
               Expires:  October 18, 2011

19

20

21

22

23

24

25

1        C E R T I F I C A T E

2    THE STATE OF FLORIDA)

3    COUNTY OF MIAMI-DADE)

4

5             I, LAURIE M. YANNACCONE, a Court

6    Reporter, do hereby certify that I was authorized

7    to and did stenographically report the deposition

8    of LYNN WOLFE, a witness called by the in the

9    above-styled cause; that the witness was first

10   duly sworn by me; that a review of the transcript

11   was requested; and that the transcript is a true

12   and complete record of my stenographic notes.

13

14            I further certify that I am not an

15   attorney or counsel to any of the parties, nor

16   related to any of the parties, nor financially

17   interested in the action.

18             Dated this October 10, 2011.

19

20   _____

21             Laurie M. Yannaccone

22             Court Reporter

23

24

25

1        E R R A T A   S H E E T

2    RECORD CHANGES HERE DO NOT WRITE ON THE TRANSCRIPT

3    IN RE:  LYNN WOLFE V. FLORIDA DOC

4    PAGE/LINE              CHANGE              REASON

5    _____    _____    _____

6    _____    _____    _____

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18   _____    _____    _____

19   _____    _____    _____

20   _____    _____    _____

21   Under penalties of perjury, I declare that I have
     read my deposition and that it is true and correct
22   subject to any changes in form or substance
     entered here.
23

24   _____          _____
     October 10, 2011               LYNN WOLFE
25

```
 1                    Kresse & Associates LLC
                        66 West Flagler Street
 2                            7th Floor
                        Miami, Florida 33130
 3

 4     October 10, 2011

 5     Lynn Wolfe
       C/o Shawn Heller, Esq.
 6     Florida Justice Institute, Inc.
       100 Southeast 2nd Street
 7     Suite 3750
       Miami, Florida 33131
 8
       Re:  LYNN WOLFE v. FLORIDA DOC
 9
       Dear Ms. Wolfe:
10
                    This letter is to inform you that the
11     transcript of your deposition taken on
       July 15, 2011 is available for your reading and
12     signature.
13                    Please contact my office at (305)
       371-7692 to schedule an appointment at our office,
14     66 West Flagler Street, 7th Floor, Miami, Florida
       33130, to read and sign the transcript.  Our
15     office hours are 9:00 a.m. to 4:00 p.m., Monday
       through Friday.
16
                    If the reading and signing have not
17     been completed prior to November 10, 2011, the
       original transcript will be forwarded to Shawn
18     Heller, as is, without corrections.
19                    Thank you for your prompt attention
       to this matter.
20
                           Sincerely,
21
22                         Laurie M. Yannaccone,
                           Court Reporter
23

24
       Cc: Shawn Heller, Esq.
25
```

**A**

abilities 146:3
ability 52:11 110:7 143:5
  172:3
able 33:23 52:8 53:10
  93:14 95:1,21 96:5
  102:13 103:10,11,13,17
  151:19 176:25 177:8,10
above-styled 183:9
Absolutely 106:11 174:25
  181:7
abuse 109:10
abusive 11:20
accept 82:12
accommodate 162:17
  163:8
accommodation 144:11,16
  144:21,25 145:5,23
  149:13 151:3,3,13,16,17
  152:19 153:7 163:13,18
  169:19 172:17,23 173:4
  180:17 181:1
accommodations 143:6
  145:16,17 149:24 152:25
  153:18,25 154:5 162:7
  176:10
accompany 133:18
accumulations 174:18
  176:3
accurate 9:22 22:7,9 30:24
accurately 5:10
accused 33:15
achiness 141:6
achy 141:1
action 39:19,23 40:9
  183:17
activities 13:8,15 82:2
activity 81:7 82:19 105:6
  108:9
additional 31:1 49:24 51:1
  51:8 70:9 76:6 82:1
  90:23 110:14,20 113:4
  113:15 120:14 155:17
address 6:11,15,18,22
  39:20 44:25
admission 117:13
adopted 140:17
adult 12:10
advised 77:18
afraid 105:8 164:2
afternoon 180:14
age 5:21 10:4,16,20 11:4
  13:20 18:15 27:7 58:9
  68:23 69:10,10 70:8
  129:10 133:22 134:10
  141:10 179:1
agency 142:14

ages 27:10
ago 3:23 4:10 32:12 39:13
  41:16 52:21 136:18
  137:13 143:15 163:20
ahead 16:21 28:1 96:17
  99:18 139:2 148:12
  156:19 169:25 170:2
  177:3
air 132:16,17
air-condition 132:14,15
air-conditioning 28:17
albuterol 90:18,19 92:18
  92:19 134:22
alcohol 59:19,23
alcoholic 8:11
alerted 144:10
alive 7:7
alleged 173:7
allegedly 73:11
allergic 66:22 69:22 70:2,6
  91:13
allergies 66:15,16,20
  69:23 72:7 90:24
allergy 133:12
allow 172:14
allowed 84:15 105:13
  116:13 117:8
altercation 106:18,19
  129:18,23
altogether 30:8
amount 38:11 40:12 117:3
  177:5
and/or 180:22
ankle 77:5,11
ankles 76:23
annuity 44:12
answer 4:23 5:9,10 21:5,7
  21:14,17 71:1 95:14
  128:15 148:12 156:19
  169:25 170:1 172:20
  174:7,13,19 175:11,14
  175:17 176:4 177:3
answered 148:17
answering 35:9 65:17
answers 72:1 143:16,17,19
  162:8
anybody 48:15 107:2
  121:11 124:13 148:4
  160:1,3
anymore 138:3
anyway 105:11 115:23
  123:15,20 131:3
apartment 6:13 45:1
apologize 77:2 133:21
  179:2
APPEARANCES 2:1
appeared 182:9

applied 142:8
apply 141:14 142:13
appointment 185:13
appointments 134:18
appreciate 25:8 48:2
appreciated 72:1
approved 47:11
approximate 23:25 25:11
approximately 6:6 7:17
  20:8 25:21 30:15 34:18
  61:20 127:8
approximation 16:8 34:8
April 26:4 31:17 34:13
  155:8,9
area 8:13 32:20 34:16
  75:10 116:2,20,21,23
  117:8,12,17,20,25
  118:1,3,4,5,10,12,15,17
  118:19,19 119:5,7,10,10
  119:13,15 120:10,10,11
  120:13 151:25 162:19
areas 16:17 119:9,11
  120:8
argue 148:20
arguments 15:2
arises 169:21
arms 77:25
arose 172:15
arrest 29:23 30:4 60:3
arrested 19:18,19 20:6
  22:14,21 59:11,14
arrests 22:12
arrive 166:7
arrived 115:24 166:10
art 61:11 62:9
artist 17:14 74:10 157:24
  157:25
aside 21:21 52:24 83:1
  109:13,14
asked 21:13 80:14 95:12
  103:9 108:12 128:14
  148:16 164:7
asking 13:24 27:25 32:25
  35:8 148:14 162:21
assigned 146:25
assistance 141:15,18
  151:20 166:8,8,10,12
  167:6
Associates 185:1
assume 5:9 18:19 19:3
  26:15 28:22 39:25 41:2
  58:6,12 80:10 92:17
  115:15
assuming 16:14 30:24
  36:20 157:21 169:15
  171:20 174:21
asthma 63:5,8,14,14 64:1

64:3,7 65:10,22,24,24
  66:1,10 68:11 70:9 83:1
  86:17,18,23 87:13 88:1
  90:15 96:10,10 97:23
  98:14 99:11,13 104:15
  104:20,21,23,24,25
  108:12,21 109:13,14,16
  109:19,23 112:14,16,17
  113:5,6,8,13,22 125:6
  126:16,18,22 127:5,14
  128:3 132:19 133:10
  140:13,15,19,22 141:10
  141:15,21 142:22,23
  144:23 145:2,20 151:4
  151:15,20 152:14,19
  153:1,8,19 154:1 163:5,9
  164:9 165:5,13 169:8,17
  170:3 176:12 178:22
  179:4 180:23
asthmatic 89:21 97:7
  154:7 179:9
athletic 82:19
attach 20:14
attachment 20:17
attack 65:11,24 68:11
  96:11 97:23 98:2 99:11
  109:13,14,23 126:22
  127:5,12,14 144:23
  145:20,25 151:4,20
  152:14 163:5 165:5,13
  170:3,5 178:22 179:4
  180:23
attacks 98:14 126:17
  169:8
attempt 165:6
attention 126:12 146:17
  165:7 185:19
attorney 65:12 82:5 180:2
  183:15
attorneys 4:16 21:3,21,24
  156:12
August 41:15,16 100:8
  148:9 154:18
authorization 48:21
authorized 47:15,25 48:4
  183:6
auto 36:16,19,23 39:22
available 185:11
Avenue 6:19
average 18:12 36:3 50:12
  79:17 131:13
avoid 65:11
aware 24:3 48:7 57:10
  72:3,5,6,9,10,14 73:16
  74:6 81:20 82:18,25
  83:6 87:12 102:7 106:17
  128:13 140:16,21 142:22

168:20 170:7 176:9
178:21
awkward 97:12
a.m 1:23 148:9,9 185:15

_____

**B**

baby 64:22
back 7:22,24 12:1 17:17
18:9 20:25 27:5 28:13
38:9 46:21,25 50:6 52:6
61:2 63:1,24 77:4 78:6,7
84:8,10 94:6 95:11 96:8
96:18 99:5 114:4 118:20
119:1 130:15 143:13
149:12 151:25 155:10,15
157:12 161:7 164:17
179:24
background 8:14 12:16
82:17
Backtracking 15:10
bad 71:17 103:23 123:8
baggy 178:7,10
bags 80:1
balloon 92:5
banged 146:12 165:7
banging 147:5
based 18:16 141:15 171:4
bashed 111:13
basis 63:17
basketball 13:11 78:17
82:15
bathroom 120:16,17
beach 5:1,16 79:2
bear 64:5 150:14
beat 109:7
beating 10:23
bed 35:23 130:16
bedroom 35:21
bee 91:13,15,17 92:1
bees 70:2,4
began 11:20
beginning 22:4 29:7 41:1,3
41:10,12 47:14 155:1
behalf 1:5,5 3:9 130:11
156:23,24
behavior 73:2
belief 139:10 175:2
believe 5:1 8:16 17:10 21:2
22:3 27:6 30:10 31:11
31:19 32:18 34:10,12,14
34:18 36:15 39:1 41:6
41:25 42:16 44:25 45:11
48:9,24 49:17 50:1,3
51:20 59:13 62:7 67:11
69:21 72:15 73:12 75:11
76:4,9 77:17 78:17
83:12 85:12 89:2 93:25

95:12 100:24 101:21
107:14 108:13 115:11,13
121:19,22 122:2,12
124:1 125:8,22 126:16
127:4,7 134:10 137:8
143:1 149:14 150:25
153:9 157:6 159:1
161:13 163:14 166:17
169:12 173:5 177:10
believed 59:8 100:15
102:10 125:13 137:17
Bellevue 111:21
belongings 123:16,16
124:23
benefits 142:8
BERG 2:4
best 4:14 5:12 51:16 52:11
99:23 110:7 121:11
143:5
better 170:18
beyond 112:18 113:4
Bible 111:2 123:17,18,20
123:22
Bibles 123:19
big 18:24 55:21 79:18
131:9,11,19
bill 53:7 177:18
bills 28:25
bipolar 136:24 137:4,9,17
birth 5:23 18:16
birthday 22:20,21 23:2,5
bit 12:16 15:10 18:25
26:22 27:18 42:18 62:25
64:10 79:21 88:21
150:14
black 74:22
blank 42:2
blood 140:17
blow 70:2
blows 92:4
blue 59:11
Board 79:2
Bobowski 144:13,20
150:19,20 152:4,7
bomb 31:17 32:1
Boogie 79:2
booths 118:24
bored 76:10
born 5:25 8:21 18:17 20:8
26:4 63:2
bother 66:25
bothering 110:5
bottle 59:24
box 110:23 112:3,6,14,21
112:25 113:23 114:16
115:11,14 178:7
boxed 178:4

boxers 75:21
boxes 158:15
boy 13:18,25 123:19 129:6
boys 129:9,9,9
break 5:15 17:1 20:22
22:17 80:10 95:8 114:8
breath 67:25 97:3
breathe 64:11 67:5,6,12
68:5,13 93:5 97:2,3
110:15
breathing 68:14
Brevard 105:5 107:4,14
107:15 108:6,11,14,16
109:10 111:16
brief 3:7 21:1 143:14
briefly 144:1
bring 58:13,14
bringing 178:21
brought 60:1 108:11
117:25
Broward 29:18 30:17,18
32:19 34:15 63:12
Brown 55:24
build 28:19
building 2:10 6:20 63:12
119:15 159:23 160:2,4
burglary 20:17 31:6 32:9
burnt 129:1
Butler 107:17,19,23,23
111:22,24 138:2

_____

**C**

C 182:1,1 183:1,1
calculated 27:7
calculation 18:16
calculator 18:11
calisthenics 81:10,11
call 8:9 17:1 53:8 87:25
104:13 113:18 130:5
145:12,13 163:25 166:11
called 3:3 10:22 13:23
89:9 104:5 144:12,14,24
149:7 150:22 151:11
162:3 165:7 166:7 173:2
183:8
calling 14:18 16:24 89:10
calls 43:14 53:6 130:6
166:8,9 167:6,8,10 176:3
calm 68:13 69:17
canteen 119:1,7,10
capable 159:1
Captain 144:24 151:12
Captrust 2:10
car 14:9 28:18,19 32:8,16
33:11 37:5 62:13 68:2
93:7 154:16
card 116:6 123:5,7

cards 53:10,13,14,20,20
82:4 116:6
care 44:14 61:22,24 65:6
79:5 80:17 132:21 133:1
141:20 154:1 177:15
cared 106:23
career 38:15
careful 125:5,18
Carol 125:8
Carolina 49:7
carpentry 37:10
carried 105:9
carry 63:18 88:2,17
cars 36:21
case 1:3 35:10 91:15
171:11,13
catches 128:24
caught 32:17
cause 183:9
caused 109:25 110:19
113:3,16
Cc 185:24
CD 130:19
CDs 130:20,21
cease 10:13
ceiling 131:14,15
ceilings 131:12
cell 161:14 162:17 165:8
166:6,20 167:16,24
168:9,17 177:7 178:12
180:21
cellmate 161:22
cello 17:23
center 25:10 171:6,10
Centers 41:24
central 23:14 132:16,17
certain 40:1 53:20 64:13
65:23 67:8
certify 182:8 183:6,14
chairs 116:21
CHALLEN 2:4
chance 4:24 9:6,15 10:5
19:5 52:8 53:24 82:7
120:24
change 36:25 42:12 80:23
184:4
changed 37:4
changes 184:2,22
chaplain 123:21
characterize 63:22
charge 31:10 177:13
charged 177:16
charges 31:1 32:15
chart 30:23
check 125:3 160:20
Checked 37:5
checkpoints 120:9

checkup 64:18
chemical 110:13
chemicals 110:5,16 112:5
  113:24
chest 76:1 77:8 97:3
chicken 14:23
child 63:25 93:2 130:25
  138:23
chore 80:7
chores 35:3 80:14
Christmas 50:1 51:6,7,18
  115:7,12,16,18 123:5,7
  155:20,25
Christmases 115:9
chronology 107:7
CI 76:9,13,14 103:21
  104:3 110:9,13 111:5
  112:3 113:3,12 114:12
  115:3,10,24 119:19
  120:3,7,24 121:15
  124:10,16,20 126:13
  144:4 146:4 149:8
  157:21 160:11,18,25
  162:7,11,16 163:7,18
  168:21 169:6 171:2
  172:13 177:13
cigarette 56:16 57:11 61:5
cigarettes 55:5,13 56:1,11
  57:25 58:13,14,15,16,19
  154:11
cigars 55:15,20
circumstance 64:19
  128:13
circumstances 64:14 67:16
  95:17,25 106:17 109:25
  110:19 111:11 112:12
  113:16 139:18
CIs 82:3 83:11,14 86:21
cite 60:4
cited 59:16,20
claim 162:18 173:22 175:9
claiming 174:17
clap 61:13
clarification 75:6 150:6
clarify 11:4,19 29:22 30:2
  47:21 110:8 114:19
clarifying 80:18 84:5 96:7
  102:17
clarity 97:6
classification 86:13 87:16
  87:17,19,25 102:14,18
  102:19,23 103:6 142:19
  144:13 150:21 152:5
classified 142:14
clean 70:19 71:9
clear 4:2 9:5 10:25 19:2
  22:10 24:22 25:1 47:4

50:19 71:4 74:5 85:16
  86:9 105:13 114:25
  125:12 152:12
clearing 136:13
clerk 2:15
client 35:13 178:24
climb 138:23
clocks 168:20
close 14:21 15:13 34:16
  49:6,8,9,9 122:11 159:15
closer 171:23
closest 127:22 171:6
clubs 13:9,16
cold 91:2 146:14,14
collect 53:8
college 42:19
color 55:23
come 4:15 10:23 28:8
  29:17,19 43:15 46:21,25
  50:5 93:4 116:17 126:19
  126:22 127:1 160:20
  169:9
comes 97:24
coming 158:9
comment 163:11 168:8
comments 4:19 165:21
  167:23 168:15 176:21
commissary 120:13
Commission 182:18
communicate 84:16
communicated 145:11
communication 103:4
  151:24 152:3 167:23
communications 100:3
  124:19 143:3 167:15
companies 3:23 39:22,24
  40:5,7
company 28:17 41:23,25
  62:22
compensation 28:23
complain 140:25
complaint 156:10,12
  159:12 163:4 165:1
  171:5 173:6,22 174:11
complaints 130:11
complete 19:7 47:24 48:25
  84:6 183:12
completed 48:8 84:14
  118:20 120:12 185:17
complications 98:16
  109:19
compound 15:7
concern 109:22,25 110:20
  112:7,18 113:16
concerned 104:24 111:25
  112:13,16,17 113:8,13
  113:14,15

concerns 108:5 113:4
concert 61:13
concluded 181:10
conclusion 118:13
condition 104:19 152:19
  153:8,20 154:1,7 179:9
conditions 153:1
conduct 26:24
confirm 167:2
confused 4:13 83:23
Congratulations 58:11
constraints 50:21
construction 131:4
contact 7:16,24 8:2 10:17
  86:24 89:8 102:14
  104:18 140:23 151:10
  185:13
contacted 8:7 84:17 87:4,6
  87:15,21 125:1 152:18
  162:6
Conte 30:18,19 31:20
  34:15
context 79:24 102:6 160:6
  169:24
continually 43:4
continue 99:17
continuing 29:12
continuous 29:14
contributions 38:10
conversation 90:5,8
  100:13 101:22 102:23
  103:25 126:3 139:19
  143:15 159:25 160:22
  163:23 172:8
conversations 21:8,18
  48:14 81:6 101:3,11
  102:1,11 121:7 122:24
  124:15 139:16 159:19
  181:3
converse 121:4
convey 106:12 126:11
  163:16
conveyance 31:8
convicted 23:1
convinced 139:11
cook 36:9,11,13
cool 132:8
cop 59:25
copier 158:15
copies 43:13 48:20
copy 48:23 85:17 87:10
  122:21 125:9 168:12
correct 4:8 5:11 9:2,4 10:9
  11:8,21 15:9,17,18 16:14
  21:3 22:8 25:2 27:13
  28:23 30:24,25 34:12,17
  36:17,22 40:1 45:1,7,16

48:5,18,19,25 50:20,22
  51:2,3 53:4,8 58:7 65:7
  65:8 67:14,15 71:9,10
  72:21,23 73:12 74:7
  77:19,20 78:12 80:21,24
  86:21 89:15 94:14 95:19
  95:22 96:1 97:11 101:23
  107:10 120:11 122:4
  125:21 140:9 141:11,12
  147:21 149:15,18 156:17
  157:8,15,16 161:15
  181:5 184:21
correcting 111:23
correction 71:21 72:12
  87:18 99:7 143:24
correctional 24:23,24
  25:23 27:11 52:13 54:16
  81:8 82:9,20 83:2,7
  86:11 88:10 100:4,18
  101:4,13 104:20 105:2
  106:2,9,15 108:3,7
  109:18 110:2 118:22
  163:6 164:21 169:16
  173:3 176:11
corrections 1:9 3:11 45:13
  47:9,23 81:18 153:7
  185:18
correctly 63:23 76:8
correspondence 123:4
  124:9
cost 34:9 50:15
counsel 143:15 183:15
counseling 135:25 136:5,6
  136:9,17,19,22 175:19
count 57:14,17 98:9 115:8
counted 159:16
counting 44:1
County 29:18 30:17,18
  32:19 182:4 183:3
couple 10:20 26:8 27:9
  28:18 29:3 48:9 52:19
  53:2 77:16 152:4 180:9
course 29:16
court 1:1 3:13 4:21 5:3
  20:11 31:22 35:14 180:5
  183:5,22 185:22
CPR 167:18
crazy 111:3,17 139:3
crime 23:2
criminal 19:6 22:4
cross 2:19 107:2
CROSS-EXAMINATI...
  180:12
cubbyhole 118:24 119:6
curiosity 71:2,3
current 41:20 42:5,15
  159:20

currently 6:9 7:12 39:16
43:9
cursed 64:6
custody 8:19 9:1
cut 51:22 138:8 169:24
cute 53:19
C-204 39:21
C-207 39:22
C/o 185:5

**D**

D 2:17
dad 12:9 47:18 51:19,24
51:25 129:2
daily 67:15 94:1 178:25
dam 28:20
damages 173:6,23
Dania 6:19
Daniel 1:5,6 66:3 71:5,9
71:12 72:3,6 74:7,19
75:18 76:13 79:6 84:3
95:15 98:1 114:21 125:5
126:13 129:2 131:4
133:15 144:22 145:4,19
146:14 148:24 149:10,19
150:2 151:19 153:10,19
156:23,24 158:5 163:5,7
163:12 165:4 173:9,24
174:20 175:23 176:14
179:3 180:21 181:3
Daniel's 73:10 78:8 97:22
131:4,5,5 144:10,12,15
145:2 151:2,15 152:19
166:6,19
Danny 83:20,20 106:21,22
108:7 120:18 123:19
160:19 161:21 162:3
date 4:5 5:23 7:23 18:16
29:8 30:4 32:7 33:19
41:17 43:25 45:11,17
76:4 81:4 94:17,20
100:1,11 101:1,8 108:2
108:19,24 110:3 143:7
150:4 151:10 154:25
157:3,6,10 174:22
dated 14:14 76:25 183:18
dates 28:6 29:23 32:6,10
94:13 103:12
David 121:24 122:1
146:12 165:6,7,24
166:12,25 167:12,12,14
167:22
Davie 6:10,13
day 4:12,18 16:9 24:14,15
27:19 28:2 40:18 46:13
46:13 47:5 50:9 79:5
112:18,18 113:4,4

122:16 132:5
days 30:10,13 34:16,20,21
34:22 49:19,24 50:10
51:2
day-to-day 109:22
DD726257 182:18
dead 161:2
deal 67:3 109:7 171:8
178:25
dealing 43:17
Dear 185:9
death 9:20,24 44:19 76:10
83:18,19 84:17 85:13
86:7,14 99:6 100:2,6,11
101:2,6,9 103:24 105:11
108:19 110:3 121:13,16
121:17,18,21 122:12,18
123:12 124:4,8,14,18
144:4 147:20 157:3,7
166:3 168:10,18 173:9
173:19,24 174:2,9
175:10,18,23 176:18,24
177:23 178:3
decade 41:19
deceased 155:24,25
December 45:13 81:3
92:10 99:5 100:1,10
101:1,8 108:19 110:2
135:10,10,18,24
decided 130:25
deciding 135:1
declare 184:21
deep 138:4
Defendant 1:10 2:8
Defendant's 85:22 86:2
define 16:6 126:24
definitely 37:22 72:1
86:17
definition 73:6 79:20
demonstrating 141:5
department 1:9 3:10 45:13
47:8,23 71:21 72:12
81:17 99:7 105:2 106:14
110:1 133:3 141:19,21
141:25 153:7
depending 20:9 65:6
deposed 3:18
deposition 1:13 21:20,23
22:1 164:7 180:4,15
181:10 183:7 184:21
185:11
depositions 4:3
deprived 175:10
describe 14:19 26:24
27:15 80:6 130:18 140:4
140:6 161:9 165:10
167:14 169:8 175:8

described 15:11 73:10
82:13 111:4 118:9,18
119:10 148:23 159:21
161:20 170:3
describes 159:13 165:4
description 160:4 165:2
deserve 176:19
design 171:22
desires 158:6
desk 116:4
Despite 166:4
details 104:17 126:5
determination 142:3
device 94:8
diagnosed 63:4,8,10,25
65:22 90:14 132:19
136:24 137:4 141:10
diagnosis 64:17 65:3 70:8
137:12
die 164:3,3,5,5,14
died 99:11 100:8 112:19
114:4,5,21 120:18
147:14,24 148:24 150:4
150:7 162:4 164:13,18
168:3 176:18
different 14:14 17:7 32:15
53:22 66:11 86:21 102:1
102:2,8 119:23 120:3
130:21 143:4 159:22
160:20 162:22 172:4,14
difficult 52:10
dinner 28:9 35:25 36:5,7
dip 58:25 59:1
direct 2:19 3:5 86:24
direction 85:4
Dirty 77:13,14
disability 142:23
disabled 142:4,15,20
disagree 15:25 139:20
disagreed 16:18
disagreements 15:21
disappeared 9:17
disappointed 12:13
disciplinary 72:16 73:4
disciplined 72:11
discontinue 135:2
discriminated 176:15
discuss 21:22 81:14,22
82:1 83:22 110:6
discussed 50:25 62:11
100:14 108:5 110:21
117:14 127:4 130:4,10
130:16 143:2 150:17
157:13
discusses 166:2
discussing 47:22 52:7 57:6
98:22

discussion 20:23 27:3 52:4
78:4 91:7 95:9 143:11
161:3 173:14 180:11
discussions 100:16
dishes 35:5
disrespect 179:2
dissolve 94:9
distance 95:18
distinction 24:25
DISTRICT 1:1,2
DIVISION 1:2
divorce 8:20
divorced 7:1,3 8:18
DNOTION 77:8,10
DOC 45:20,22 76:5 81:23
83:17 107:9 117:6
125:16 153:18,25 154:6
167:3 168:11 175:4
177:19 180:18 184:3
185:8
docket 161:6
doctor 64:21,25 65:9
70:22 83:11,14 84:1,15
94:17 96:9 104:6,8
132:18,23 134:18 135:23
151:1 177:16
doctors 64:24 84:19 86:15
133:2
doctor's 63:11
document 156:11
documentation 88:4,7,14
documented 163:12
documents 21:24 82:6
167:1 179:18
dog 61:9,23 62:8
dog's 61:14
doing 35:17 42:17 61:10
62:8 74:22 80:4 89:12
97:19 98:9 128:25 158:2
dollars 29:3
dont 77:4
door 147:16 159:14
161:14,15
doors 145:25 146:16,19
159:14,16,21 165:8
171:6,14,16,23
dorm 144:22 162:23,23
163:7 165:9 172:4
dorms 119:23
double-check 179:22,23
doubt 90:2
Dr 70:18,21 71:5,11 72:15
72:19,20,24,25 74:3,6
109:2 132:22,25 134:4
137:9
draw 17:13
drawing 42:2

drawings 124:24
dresser 130:21
drew 17:13
drive 46:15,16,24 47:1
    134:15
driving 93:11 95:5,18
    127:11 133:18 170:10
drop 161:2
DRs 73:17
drug 70:12,14
drugs 59:9,12 71:5,13
due 114:16 152:19 173:8
    173:23 181:2
dugs 72:4
dull 140:25
duly 3:3 182:9 183:10
duplex 45:2,3
DVD 37:19
dwelling 31:6
dying 161:9
D-N-O-T-I-O-N 77:8
D.C 6:1

E
E 2:17 182:1,1 183:1,1
    184:1,1,1
Eagle 14:3
earlier 50:3 77:17 78:8
    93:25 101:21 103:9
    127:4 130:5,10 143:18
    161:13 164:7 169:13
earliest 19:16
early 30:14 174:21
easily 139:10,21
Easter 115:22,22 156:4,6
easy 102:15
EBC 41:24
Edgewater 46:23
education 12:19
educational 12:15
effect 88:4
effects 98:16,20
effort 12:11
eight 8:8,8,17 9:4,6,14
    10:4 11:10 23:17,25
    26:16 69:5
eight-month 24:5 25:11,19
either 27:24 31:20 34:15
    35:13 71:24 72:9 77:13
    90:7 107:17 122:10
elaborate 26:22 27:18
    88:21
electronically 37:17
emergencies 24:3
emergency 17:2 95:25
    96:2 128:6,8 166:13
    169:21 171:11,13 172:15

emotional 62:16
employed 39:16
employer 41:20 42:5,15
    158:17,24
employment 29:12 41:17
    42:8 158:6
encouragement 48:2
ended 123:20
endurance 79:22
enforcement 19:11
enforcement's 59:22
enjoy 62:21
enjoyed 38:2 62:17 78:10
    78:20
enter 43:1 57:22 117:9,12
    117:24
entered 109:17 117:16
    118:17 184:22
entering 107:8
entire 4:12 9:23 71:19
    118:21 143:2 162:11
entry 117:7
equipment 79:8
Esq 2:4,4,9 185:5,24
established 113:13
estate 1:5,5 156:22,23
    174:17
estimate 7:19 38:18 43:23
    69:19,20
estimation 12:24 38:14
    60:15 69:4 84:12 136:16
Estrella 39:22
evening 124:21
event 64:19
Everglades 28:19 65:25
    66:5 107:17,19,22,23,24
    107:25 111:18
everybody 57:15 106:21
exact 6:20 7:17 28:6 40:11
    45:17 46:4 104:17 108:2
    108:24 157:10 160:4
exactly 7:18 8:1 19:13
    25:15,24 34:3 36:25
    56:5 68:6 79:23 83:15
    87:22 100:22 103:7
    107:6 133:16 141:23
    163:19 164:23 168:13
EXAMINATION 3:5
examined 3:4 83:14
example 170:6
excellent 35:17
Excluding 6:6
exercise 81:9
exertion 141:1,6
exhibit 20:14
exit 118:20
expect 157:19 174:22

expected 18:10 157:6
expelled 19:21,22
expenses 173:7,8,11,17,23
    173:25 174:8
expensive 38:8
experience 179:15
experiences 139:16
experiencing 110:12
expert 134:6
expiration 94:13,16,19
expire 94:9,12
Expires 182:18
explain 74:24 89:24
    125:15 143:6 167:22
explained 103:4
explaining 165:22
explanation 148:14
exposed 66:8
exposure 66:9
express 106:8 158:5
expressed 87:23 102:6
    125:21 154:5 164:20
    181:4
expressing 164:11
expressly 153:17
extended 80:2
extent 82:7
extra 40:19
extracurricular 13:8
ex-husband 7:25 9:17 26:8
    26:13
eye 125:4
eyebrows 129:1
E-Dorm 114:5 123:11,13
    124:3 146:25 147:1,19
    147:23 148:5,8 149:7
    159:13,17,20 160:1,18
    160:24 162:23 163:25
    164:12,17 168:21 169:6
    170:25 171:1,15,16
    181:4

F
F 182:1,1 183:1
face 99:14
face-to-face 46:7 52:24
facilities 34:23 71:21
    72:12 101:24 103:17,18
    143:4 144:6
facility 23:9,11 24:1,6,20
    24:23,24 25:25 26:16,20
    27:11,17 31:24 45:22
    53:4 87:14 101:23
    103:14 110:8 111:18,20
    113:19 118:22,21 119:12
    119:19 120:3,7,15
    121:15 124:16,20,22

126:14 149:20 160:12,18
    162:11,16 163:8 169:16
    171:17 177:13
fact 62:18 125:20
fade 32:13
fair 7:14 18:1 19:3 21:16
    22:17 26:10,15 32:11,11
    32:23 35:11 40:23 45:18
    45:19 50:8 52:23 53:23
    54:19 57:2 58:12 63:21
    66:7 73:7,8 85:11 87:15
    89:22 94:18 96:20 98:12
    101:20,25 102:9 109:21
    134:5 142:2 150:23
    154:4 155:10 156:8
    158:11
familiar 72:20 94:7 97:12
    160:1
family 61:11 79:3 140:15
    140:22
fan 131:15
far 12:22 46:9,11 49:9
    79:17 86:8 93:10 96:4
    96:18 122:5 127:22
    165:12 171:15 174:10
fast 127:11 170:10
fat 55:21
father 8:7,9,10 9:7,15 10:6
    10:18,19 12:2,11 27:9
    48:24 49:4,8 140:19
father's 140:21
fault 97:20
fear 108:6
feared 11:15 164:8,11,20
fearful 105:1 108:8,13,20
    109:11,18 113:5 130:1
    181:4
fearing 113:21
February 20:16 22:5 30:4
    32:2 34:13
feed 14:23 15:15 28:11
    62:5
feel 29:24 56:24 65:16
feeling 51:20 61:9
felt 123:8 126:12
Ferguson 144:9,10 149:16
    149:17,24,25,25 150:1
fevers 64:23
fibbed 129:5
fight 15:19,20
fighting 129:14
fights 105:23 129:11
figure 18:18 22:15 26:6
    94:7 126:2 171:20
file 158:15
filed 3:11 38:24,25 39:8
    156:11,15

filer 158:15
fill 47:7,10 92:24 116:7,8
filled 47:13,18 48:21
  144:17,18 153:11,17
filling 152:24 153:6,22
finally 166:7,10 167:17
financial 38:9 114:16
financially 50:19 183:16
finding 58:19
fine 6:21 97:18 103:8
  110:25 126:18 155:3
  174:15
finish 118:4
finished 42:24 118:7
fire 128:24 146:13,15
fireman 128:22
fires 65:25 66:4
firm 3:10
first 11:12 19:10 20:15
  23:21 30:3 39:7 45:24
  47:12 63:8 65:22 68:3
  74:20,21 75:2 85:23
  86:2 87:13 107:10
  109:17 112:20 114:22
  124:12 145:9 147:14,16
  148:24 149:15 150:9
  161:8,9 164:17 166:11
  171:11 183:9
fit 81:10
Fitzsimmons 2:10 3:9
five 36:6 63:9 64:16 65:6
  65:21 68:23 70:8 90:12
  90:14 93:11 96:8 127:7
  127:20,24 128:1 132:18
  133:15 141:11,24 170:10
  172:16
fix 4:15 117:23
fixed 120:11
Flagler 185:1,14
floor 73:11 185:2,14
Florida 1:2,9,20 2:5,7,12
  6:2,4,10,13,19 7:10
  23:15 46:11 47:8,23
  71:20 72:12 76:5 83:17
  105:2 106:14 110:1
  132:11 175:4 182:3,8,17
  183:2 184:3 185:2,6,7,8
  185:14
fly 46:15
focus 36:2 87:13 99:23
focusing 13:7 29:9 34:22
  38:9 109:16 112:6,24
following 24:17 43:1 71:18
  76:4 107:15 122:18
  124:8,14,18 157:20
  158:6 163:5 164:17
  165:4 175:4 177:23

178:3,12
follows 3:4
food 54:22 62:6 118:24,25
  119:2,10 120:13
football 13:10 78:21 82:14
force 43:2
forget 93:3 94:3
forgive 33:17
forgot 17:19 26:10 120:17
form 4:20,20 9:9 15:5,6
  16:10,19 18:4 19:12
  25:14 27:21,22 37:8
  44:17 45:14 47:17 55:7
  55:16 56:17,19,22 57:1
  63:15 64:2 66:17 70:24
  71:6,14 73:4,14 74:1,14
  83:25 84:6,15 96:14
  104:10,10 106:4 113:7
  113:25 117:2,21 119:24
  120:4 124:5 126:8,15
  127:9,19 128:10,19
  134:8,14,19 135:6,12,19
  136:25 137:20,24 138:12
  138:20,25 139:6,12,22
  141:7,16,22 142:5,10,16
  142:21 144:17,19 146:21
  147:3,25 148:10,15
  152:20 153:2,6,9,16,22
  154:2,6 156:18 157:9,23
  158:20 159:9 160:13
  166:21 169:2,22 172:5
  172:19 173:20 174:3,24
  175:5,21 176:1,16 177:1
  177:9 178:16 179:5,11
  181:6 184:22
formal 142:3,19 172:22
former 7:16 11:8,19
  159:20
forms 47:13,19,21,22 48:8
  48:21,25 83:19 92:6
  152:24 153:11
Fortunately 109:3
forward 11:25 25:20
  56:25 73:6 97:17
forwarded 125:2,14
  185:17
found 58:16
four 6:3,5 47:2,3 98:10
frame 46:4
free 56:24
freezing 132:9
Friday 1:23 28:2 36:3,4
  185:15
friend 121:8
friends 14:15 28:7 106:1
  121:11 134:17
friend's 129:1

front 65:13 85:18 143:19
  161:7
Fruitland 49:5
frustrated 16:23,25
fulfilled 10:11
full 3:13 8:14 9:1 53:19
  95:16 107:7 178:7,11
Fulton 2:15
functions 158:19 159:1
funeral 7:21,22 125:2,14
  173:7,8,10
funny 17:16 106:23
further 183:14

_____

G

games 82:2
gang 105:6,8 106:9,13,19
  108:8 109:10 111:17
gangs 105:21,24 106:3
  108:6,16
gap 77:3
gaps 30:2
garages 28:18
Gauging 22:19
gears 42:18
GED 13:2 28:5
gel 178:14
general 29:5,6 63:13 64:18
  163:22
generally 35:25 59:2 69:15
generated 47:23 73:4
geographic 23:13
getting 60:18,24 74:19
  76:9 77:18 120:9 123:20
gifts 53:25
giggle 15:1
girl 17:3 76:25
girlfriends 14:11
girls 14:14,18 16:23 17:6
  48:10 130:5
girly 131:7,8
give 7:19 12:24 14:22
  15:13 23:13 38:18 41:9
  52:15 56:25 60:15 69:4
  69:19 84:12 88:20,25
  89:4 96:6 103:12 104:11
  116:9 136:16 157:18
  169:24 180:2
given 38:10 89:24 92:19
  96:10 126:12 143:17
gives 165:1
giving 73:24 102:6 160:3
Gizmo 61:15,16,22,25
  62:2,5
GLICKMAN 2:4
go 4:11 10:2 11:10,11 12:1
  14:22,23,24 15:1,14,15

15:16 16:1,13,15,21 20:1
  20:3 24:9 27:1,19 28:1
  30:1,21 31:22 42:19
  43:15 46:17,17,20,24
  47:15 50:4,5,13,14 51:18
  52:1 56:10 57:7,13 61:7
  63:1 67:21 68:2 69:8
  73:13 77:4 80:23 82:7
  84:22 86:5 91:5 93:1,8
  93:18 94:4,23 95:15,24
  96:17 99:18 107:22
  109:1 114:12 116:4,20
  116:22 118:21 119:14,16
  119:20,22 120:2,19
  129:6 133:18,23,23
  134:1,11 136:2 139:2
  141:25,25 143:4,9
  148:12,19 150:14 156:19
  159:22 163:2 169:25
  170:2 177:3
God 80:16 89:23 93:9 96:5
  99:11 111:2 150:10
  168:2
goes 94:6 165:10
going 4:11 5:2,9 7:22,24
  17:17 18:23,24 19:1
  20:13 21:12 22:3 25:18
  25:20 27:5 28:5,13
  50:22 51:4,8,16 52:6
  56:25,25 61:2,5 63:1
  64:25 65:16 71:19 73:6
  73:7 77:3 78:6,7 79:1
  81:3 82:17 87:13 90:12
  96:8 97:16 99:5,15,23
  118:5,7 120:21 130:15
  134:6,13 135:22 136:8
  136:10 143:4,13 149:12
  154:17 155:10 156:20
  157:12 159:16 160:5,7
  161:5 167:19 172:11
  176:6 180:8,9
good 14:21 15:12 17:14
  20:4 26:21,23 36:11
  37:17 60:7 79:14 94:9
  94:10 99:13 109:4,5
  113:14 121:8 130:14
  150:5 158:16 172:8
  180:14
goodbye 15:14
goodness 41:22
gosh 161:18
government 141:18
  142:13
grade 12:24 42:23 43:1,6
grades 18:8
graduate 12:19 18:2,10
  42:21

graduated 18:7
graduation 19:2
grand 31:10 32:3,24 33:12
  33:13,22
grandfather 49:12
grandmother 61:10
granted 9:1
grass 66:24 69:22
great 71:25 97:19 179:25
greeting 53:20
ground 4:11 60:8,11,25
grounded 60:9,18,21
grounding 60:22
grounds 126:11
ground-up 59:1
grown 28:20
guard 72:17 73:11 108:25
  109:10 119:20 145:24
  146:4 147:15 161:13,17
  166:5,6,6,19 168:1,4
  170:15,18,19,24
guards 149:20 160:6,7,12
  160:17,24 167:15,24
  170:15,17,19 171:10
  177:6 180:22
guard's 146:3 165:6
  166:11
guess 43:22 47:14 52:15
  57:15 59:25 64:24 116:5
  116:14 129:4 142:23
  174:12
guitar 17:24 38:4,4
gums 59:2
gutters 80:24
guy 123:14,21 131:8
guys 76:10 168:22
gym 79:3,6

---

**H**

H 182:1 184:1
hair 90:6 100:15
half 123:16 160:19
hand 116:9,10 165:2
  182:12
hands 37:17 129:4
hang 14:25 15:15
hanging 78:25 79:1
happen 17:4 57:5 87:10
  169:10
happened 62:14 92:4
  147:13 149:11 167:13
happening 96:4
hard 12:21 13:1 28:21
  52:21 136:1
hardest 103:19
hate 35:13
head 68:12 71:25 72:17

73:10 109:1 111:13
  139:9 152:21 155:6
  161:19
health 44:15 133:3 135:5
  135:11 141:19,20,25
healthcare 83:17
hear 145:24 146:3,5 147:6
  149:20 168:15 170:18
  171:18,19 172:3
heard 165:21,22
hearing 130:7
heart 99:20
heartbeat 99:14
heavy 80:1
height 131:13
held 18:9 178:5
Heller 15:5,7 16:10,19
  18:4,20 19:12 20:21
  21:7,17 25:14 27:21,23
  35:8 37:8 45:14 47:17
  52:1 55:7,16 56:17,20
  63:15 64:2 66:17 70:24
  71:6,14 73:14 74:1,14
  85:5,8 95:8 96:14 97:6
  106:4 113:7,25 114:19
  117:2,21 119:24 120:4
  122:5 124:5 126:8,15
  127:9,19 128:10,19
  134:8,14,19 135:6,12,19
  136:13,25 137:24 138:12
  138:20,25 139:6,12,22
  141:7,16,22 142:5,10,16
  142:21 143:21 146:21
  147:3,25 148:10,16
  150:6 152:20 153:2
  156:18 157:9,23 158:20
  159:9 160:13 161:2
  166:21 169:2,22 172:5
  172:19 173:20 174:3,24
  175:5,21 176:1,16 177:1
  177:9 178:16 179:5,11
  179:16,21,25 180:6,8,13
  181:8 185:5,18,24
help 4:16 22:18 28:19,25
  35:5 61:22 67:7,14,17,23
  68:9 69:15,17,18 114:6
  144:23 145:20 146:1
  147:14 150:3 151:4
  162:20 165:7 166:4
  176:17
helping 43:18
helps 9:22
Hewitt 2:10 3:9
He'll 89:12
hid 8:8,16
high 12:19 13:3,5,7 14:7,8
  14:20 17:11 18:2,7,10

28:20 42:21 52:15 75:10
  78:9,11 131:12
highest 12:18 42:23
hire 77:24
hired 158:18,25
history 19:6 22:5 63:2
  135:5,11
hobbies 17:11
hold 34:20 38:19 88:19
  97:3
holiday 155:18
holidays 50:1 51:2,5,9
  52:7,12 115:2,6,20 156:2
home 6:11 26:1,5,13 29:17
  29:19 35:1,25 36:4 37:3
  37:7 39:1 42:2 43:15
  46:10 58:14,20,23 59:7
  60:1 95:19 125:2
honest 128:9,15
honestly 12:5 14:6 32:5
  66:18 68:24 74:8 93:16
  168:22 174:12
hope 19:7
Hopefully 5:14
hoping 29:21
hospital 63:13 67:21 68:4
  70:3 91:22 92:1 99:12
  127:18,22 128:3 149:11
  162:4
hospitalized 63:19 128:4
hour 40:13 160:8,9,19,20
hourly 159:8
hours 24:13 40:16 47:2,3
  93:2 148:5,8 149:6,7
  185:15
house 14:18 16:24 26:17
  27:12 58:13,15,17 79:9
  79:12 80:15 93:10
  127:15,17,23 130:5
housed 86:20 88:9 100:18
  102:8 106:14 114:11
  123:11 124:3 126:13
  169:17,20 171:15
housing 120:8
hug 14:22 15:14
husband 7:16 11:8,20
hygiene 54:22
hypothetical 79:25

---

**I**

ID 116:6
idea 22:23 30:22 33:20
  83:13 117:3 127:25
  154:8 157:19 159:10
  168:22 174:16
identified 24:1 145:10
  153:23 162:6

identify 144:3 145:10
  153:17
ignorance 64:5
illegal 25:4 59:9,12 71:12
  72:4
illness 137:20
immediately 133:5 144:23
  154:20
important 100:24
imposed 54:16
improve 140:11 172:1
improvements 80:20
incarcerated 34:23 70:15
  71:20 72:4,8 81:2 84:20
  110:1 133:6,15 135:4,9
  135:17 138:3 143:8
  164:21
incarceration 71:18
  135:24 137:14 138:7,10
  138:16 157:14
inches 131:20,24
incidence 19:16
incidences 82:11,18
incident 22:10 73:5,9,16
  89:25 149:3,7 161:8
include 25:19
included 87:24 156:12
including 159:14
income 157:13
incorrect 143:19,22
incurred 173:18 174:1,8
Indian 68:12
indicate 88:16
indicated 10:8 22:6 32:16
  36:15 43:8 48:24 50:3
  62:7 69:21 70:1 78:10
  87:14 91:10,13 94:1
  95:15 101:21 107:9
  108:14 121:8 134:11
  136:4 170:9
indicating 61:4
individual 121:14 145:9
  148:7 149:5 162:1,2,15
  176:12
individuals 21:25 48:7
  86:10 87:20 144:3
  147:23 149:13 152:17
  162:5
indulge 56:21
inform 185:10
information 42:1 102:24
  104:12
informed 144:15 151:1
informs 103:6
inhaler 63:17 67:4,6,13,14
  67:17,23 68:8 69:16
  88:2,17 89:19,20 90:19

---

90:20 92:11,19,20,25
93:13 94:1,23 95:15
96:3,12,13,25 97:1 98:15
98:17,20,24 99:3 101:19
initial 166:13
injure 138:11,16
injured 82:13,19
injuries 82:25
injury 82:22
ink 20:15
inmate 48:4 72:11 121:7
inmates 117:18 120:25
123:11 124:3,10 125:3
146:3,8,9,11,19,25 147:9
149:9 159:20,20 165:8
168:24 177:17
inquire 162:22
insects 92:7
inside 56:13 66:2 116:23
116:24 118:19 148:8
instance 59:22 91:19
instances 93:22 94:22 95:4
106:18 108:18 109:11
110:19
institute 2:5 25:23 52:13
54:16 108:3 185:6
institutes 81:8,24 82:9,21
83:2,7 86:11 88:10
100:18 101:4,13 104:20
105:2 106:2,10,15 108:7
110:2 164:22 173:3
176:11
Institute's 99:8
institution 118:23
institutions 100:4
instruct 4:23 21:13
instructed 165:8
instruction 96:22
instructions 65:10 96:9
97:21 180:3
instrument 38:2
instruments 17:15,18,21
insurance 44:18,18,20,23
intention 42:11
intentionally 138:11,17
interest 42:11 78:8
interested 183:17
interrogatories 85:23 86:3
143:18 162:8
interrogatory 85:5,9
interrupt 130:6 170:12
interrupting 77:2
invalid 112:25
inventory 51:17
investigate 162:16
involved 11:2 13:8,16
105:20

involvement 59:23
Ish 18:20,22
isolation 105:13,16
issue 18:24 21:22 102:24
109:9,10 140:9 150:17
180:25
issues 109:16 135:5,11
item 55:2
itemized 177:21
items 178:2,4

_____ J _____

Jackie 76:23,24 77:5,10
jacks 81:13
jail 23:5,6 30:5,6,17,18
32:19,20 34:15,15
January 144:20,24 151:11
151:11 155:15 174:22
job 35:17 42:12 43:15
71:25 77:23 97:19
jobs 28:3,13,22
join 3:12
joined 106:9
joker 74:23,25 75:5,13
76:6,18 77:6,11
JOSHUA 2:4
JR 2:4
Julius 123:24
July 1:23 185:11
jump 77:4 138:24
jumping 62:25 81:13
June 154:10,12,19,21,22
155:13
Justice 2:5 185:6
Justin 123:15,24
juvenile 23:9 24:24 32:21

_____ K _____

keep 9:12 50:22 66:1
81:10 87:10 101:7 125:4
140:23 170:16
keeping 136:2
kept 13:1
keyboard 17:24
kicking 147:5
kid 75:1 123:13 168:2
kids 28:10
kind 13:19 23:14 37:19
65:18 68:11,12 73:2
90:25 98:16 116:8
130:16 135:25 136:4
Kit 122:1,2,16,19,23 123:4
123:10 124:1,10 146:12
146:18,24 147:10,22
160:23 161:22 165:6,18
165:25 166:25 168:7
169:5

kitchen 110:4,6,12,13
113:23 145:6 151:25
Kit's 166:13 168:15
knew 65:23 86:18,22
99:12 121:10 147:16
157:17
know 4:5,14 5:17 7:12,21
8:2,6,12,24 10:1,20 11:9
11:11 12:3,4,11,12 13:4
13:10,18,21,22,25 14:3,5
14:16,17,21,24 17:21
18:5,9,14 19:23 23:16
28:3,4 29:6,18 30:20
31:3,7,9,21 32:6,7,8,10
32:12 34:2,3 36:25
37:18,20 43:17,21,21
48:13,23 51:12,14 52:9
52:14,17 53:20 54:14,20
55:8,17,19 56:18 57:7
60:9,9 61:10,11 62:14,15
62:21 63:11 64:6,9,22,25
66:11,18 67:6 71:15
74:13 75:20,20,22,23
77:13,15 79:17 83:15,20
84:10 86:17 89:7,11,13
90:4,18,19 91:24 93:16
93:16,17,17 100:22
101:18 102:14 103:2,18
104:4,11 105:9 106:5,5
107:16 109:6 110:24
111:2,6,6,9 116:11,14
120:19 121:3,4,9 122:6
123:13 125:3,19,23
127:1 128:21 129:25
130:21 132:23 137:22
138:4 139:2 140:18,24
142:24 147:4,8,15,17,17
149:10 150:2,16 154:19
154:25 155:5 156:19
157:2,12 158:1,1,9 159:5
160:19 161:6,17,24
162:2,25,25 163:1,20
164:3,24 165:20 166:18
167:3,18 168:4 169:5,7
172:2 173:17 175:16
176:13 177:24,24 178:17
179:15
knowing 165:12
knowledge 102:22 138:15
146:2,24 160:16
known 158:24 179:3
Kresse 185:1
Kyle 178:19,21,23,24

_____ L _____

ladies 130:10 143:10
lady's 14:13

Lake 76:9,13,14 103:21
104:3 107:17,19,25
108:3 110:9,13 111:22
111:24 112:3 113:3,12
114:11 115:3,10,24
119:19 120:3,7,24
121:15 124:10,16,20
126:13 138:2 144:4
146:4 149:8 157:20
160:11,18,24 162:7,11
162:16 163:7,18 168:21
169:6 171:2 172:13
177:13
Lancaster 46:1,3,5,9,22
49:15 52:9,13 53:3 61:3
62:12 71:19 86:25 87:14
101:23 107:10,12 108:25
109:9 111:12,14
landlord 130:24
laps 78:25
large 77:6
largest 38:11
late 31:1
Laurie 182:7,17 183:5,21
185:22
law 2:15 3:10 19:11 59:22
lawsuit 82:5
lawyers 137:6
layout 160:2
lead 65:2
leading 66:9
learned 68:24 69:1
learning 69:9
leave 40:21 42:4 62:6
117:8,19 118:1
leaves 40:21
led 66:9 136:8
left 75:6 100:24
leg 74:23,25 75:5,7,9,11,12
76:7,18 77:6,11
legal 176:3
legs 68:13
lent 123:19
letter 87:9 113:18 122:20
122:21,23 123:2 125:1
145:11 167:13 185:10
letters 53:14,19 87:11
let's 10:15 18:18 22:17
52:25 68:2 69:8 133:14
level 12:18,25
license 133:20
lie 128:17
life 8:6 9:18,23,24 11:15
15:4 43:20 44:9,18,20,23
67:3 105:1 108:8,13,20
109:12,19 112:13 113:6
113:21 164:8,11,20

175:16
lift 37:21,22
lifting 158:15
light 146:15,15
liked 13:10,11 38:4,4 55:3
   62:19 76:25 78:14
   106:21,23,25 107:1
   128:16
likes 17:13
limit 54:12 71:19 93:12
   116:25
limited 65:19 111:5 159:13
   160:6
line 57:14 117:12 171:15
   172:11
lines 82:15
line-up 57:13
lip 59:2
lips 97:13
liquor 59:25,25
list 32:2 52:2 63:3 67:1
   104:22,23 149:15 150:13
   150:18 151:8,21 177:21
   177:25
listed 29:23 30:4 31:17
   149:13
listen 106:25 139:23,24
listened 106:24
literally 99:11
literature 99:1
little 8:4 11:9,9 12:16
   15:10 17:9 18:25 20:15
   26:22 27:18 28:5 30:9
   42:18 54:23 55:21 61:12
   64:6,10 68:24 79:21
   83:23 88:21 97:12
   118:24 119:1,13 128:21
   129:1,6 131:20 150:14
   161:5
live 6:9,22 11:5 26:5 44:25
   49:4 67:3
lived 6:15,17 27:8,12
   35:20 75:14
living 7:9 26:1 56:6 57:21
   80:7 94:25 98:13,23
   130:15 134:24 141:1
   157:14 170:4 174:23
LLC 185:1
located 119:3 171:5
locations 49:5 102:9
locked 159:13
logic 20:4
long 3:23 5:14 6:15,22
   19:13 23:16 24:11 40:24
   41:8 43:19 44:14 46:2,6
   52:2,21 60:25 70:22
   100:23 107:4 124:12

132:23,24 136:18 163:19
longer 9:17 25:19 94:9
   131:20
longest 94:25
Lonnie 144:14 150:22,25
look 19:5 48:22 84:24 85:2
   85:3 173:12
looked 42:8 94:15
looking 20:13 30:23 85:17
looks 93:20
looseleaf 58:22
loss 174:17
lost 123:8
lot 9:11 14:14 50:15 66:23
   68:17,18 77:23 105:5
   137:13 158:2 178:5
love 49:10
low 20:15 93:13
Lynn 1:4,6,16 2:20 3:2,16
   156:24 182:8 183:8
   184:3,24 185:5,8
L-Y-N-N 3:16

### M

M 182:7,17 183:5,21
   185:22
madam 5:3
maintain 29:12
major 154:17
making 4:19,19 40:24 41:5
   41:8
males 11:2
man 10:21 14:13 128:9
mand 51:19
Mandelbaum 2:10 3:9
March 32:25 33:5,9,16
married 6:24 7:5 10:21
   11:13
math 13:3 18:15
matter 3:11 106:22 185:19
Maureen 2:15
maximum 117:3
ma'am 82:23 180:1
mean 31:22 37:10 78:24
   79:23 81:12 84:23 88:22
   92:5,24 105:8 107:25
   121:10 131:21 132:10
   140:7 148:25 179:2
meaning 53:15 68:18
means 115:15
meant 131:23
mechanics 36:16
medical 24:2 63:1,3 73:13
   82:9 83:10,11,21,22,25
   84:16 86:22,25 87:11
   88:3,7 99:8 100:3,17
   101:3,12 102:12,16,20

102:24,25 103:6,10,13
   103:21,25 104:16,18
   109:2 144:5,14 145:2
   150:22 151:9,14 153:9
   153:14,16 154:2 173:8,8
   173:17,23,23,25 174:8
   175:24 177:6 180:22
medication 89:25 90:21,24
   91:10,14 93:13 94:14,16
   99:9 100:5 101:5,14
   104:3 109:23 127:5,18
   135:2 170:6,8
medications 70:5 90:15
   134:24
medicine 88:19,23,25 89:4
   96:3 104:16
meet 3:8 9:6,15 10:5 21:21
   105:6 121:13,17
member 106:19
members 106:2 124:16,20
membership 79:3,6
memorialize 143:14
memories 32:13 111:24
   112:2
memory 76:8
men 28:20 79:18
mental 25:1 135:5,11
   137:20
mention 154:15 156:3
mentioned 33:21 78:17
   119:11 123:3 126:7
   153:15
message 53:21
met 106:22 121:22 122:2
   122:12
metal 159:14
Miami 1:20 2:5,7 185:2,7
   185:14
MIAMI-DADE 182:4
   183:3
Michael 70:18,21 71:5,11
   132:22,25 133:8,12
   134:4 137:9
middle 1:2 93:23
midst 165:5
milage 127:25
mild 63:14 141:1,6
miles 128:1
mind 143:9
minute 126:19,25
minutes 40:17 93:11 95:8
   126:25 127:2,7,20,20,24
   160:9,9 166:5,11,12,19
   170:10 172:16 180:10
misspoke 33:13 100:9
mom 28:8 46:22 61:10
   67:25 93:4 163:25 164:3

164:5
moment 115:25
mom's 47:1
Monday 28:2 36:2,3
   185:15
monetarily 177:14
money 29:2 38:5,11,15
   50:15,15 53:25 54:4,5
   55:6,13 141:24 175:16
month 16:9 20:9 24:10
   50:13,16 53:16 54:8,9
   55:10 60:16 68:19 94:8
   114:15 155:1,11,11
months 10:20 11:5 23:17
   23:25 26:9,12,16 27:9
   60:16 107:6,15 157:7
morning 14:22 46:20 93:4
mornings 15:13
Morrison 70:18,22 71:5
   71:12 132:22,25 133:8
   133:12 134:4 137:10
mother 50:5 62:8 113:14
   122:13,14 142:24 157:17
   163:6
mother's 50:6
motor 32:3
move 6:2 26:13 30:20 80:2
   113:11
moved 152:12 164:12
   172:13
movies 14:24
Moving 31:16 150:13
   151:21
multiple 123:6
muscle 79:18,20
muscles 79:18
muscular 79:16
music 17:14,15,16,20
   37:23,24 61:11 62:8
   77:9 78:13,14 106:25
   124:24 158:2,2,9
musical 17:15
musician 157:25

### N

N 2:17
name 3:8,13 14:15,16
   23:12 41:23,25 61:14
   63:11 77:9 90:10 91:9
   121:23,25 123:14,23
   124:12 125:7 149:10,15
   150:13,18 151:8,21
   161:18,25 168:5
names 85:14 86:8,10,15,16
narrative 165:2
nasal 91:9 134:25
nature 54:1 178:15

nearly 166:5,12,18
need 5:15,16,16 8:14 10:2
22:15 48:2 52:2 62:3
84:24 93:23 111:9,10
114:8 144:10,15 145:6
145:16 150:15 151:2
164:4
needed 92:25 93:1 97:25
104:16 114:6 130:25
144:16,17 145:4 150:2
151:16 181:2
needs 10:21 88:1
never 16:23 27:8,12 47:18
48:17 49:2 57:18 80:4
80:23 81:19 94:15 107:7
133:20 137:10,25 164:24
172:25 179:6
new 42:8
nice 89:10 118:6 132:10
132:10
night 12:5 46:21,24 50:4,6
93:23 121:16,17,21
123:12 124:3 147:19,24
166:3 167:25 168:10,18
176:24 177:7
nights 36:4
nighttime 132:13
nine 128:22
nods 71:25
nonresponsive 99:16
167:19
normal 24:12 26:23 27:19
27:23 28:2
normally 24:11
North 49:7
Nose 90:25
nosey 71:3
Notary 182:7,17
note 125:9,12,15,21,22,24
notes 84:22,23 183:12
notice 76:6 85:21 86:1,4
noticed 66:13 76:3
noticing 75:25
NOVA 28:5
November 29:9 31:2 34:14
45:9 99:10 144:12
185:17
number 29:23 30:11 52:25
82:6,7 96:23 116:25
numbers 174:5
nurse 89:4,8 90:6 100:14
104:7 124:25 166:10
167:17 168:9,17
nurses 84:19 86:16 87:15
100:17 167:24

**O**

O 182:1,1
object 35:10 176:6
objection 4:20,24 15:5
16:10 56:22,23 176:1
181:6
objections 57:1 85:22 86:2
observations 139:15 141:4
observed 158:25
obtain 88:6
obviously 65:5 93:17
109:5 150:5
OCALA 1:2
occasional 12:5 67:20,22
67:24 91:3,3
occasionally 10:14 36:10
63:18
occasions 128:2
occupy 31:8
occur 100:20 152:14 170:5
occurred 60:2 64:20 95:5
95:18 122:9 136:22
137:12 166:16
occurrence 148:23 164:16
occurring 111:12 113:3
October 6:16 31:2,5
182:13,18 183:18 184:24
185:4
offhand 31:15
office 36:22 41:24 77:23
158:8,12 185:13,13,15
officer 86:13 144:13
150:21
official 182:12
oh 41:22 131:1 161:18
165:20 168:2
oil 36:25 37:4
okay 5:18 10:3,22 11:7,16
12:17 15:9 17:21 18:22
19:4 21:10 25:9 33:8
35:4 40:3 42:3 46:9
65:16 72:2,6 73:22 75:9
81:5 84:2 85:8 89:23
93:9,25 94:22 101:16
105:18 110:25 111:11
112:8 113:1,11 114:8,9
126:1 148:21 156:14
163:10 172:10 173:13
175:12
old 6:3,5 8:9 9:4,6,14 14:1
14:1 18:12 20:7 22:15
22:19 27:8 60:2 61:16
63:9 64:17 65:6,21 69:1
69:5,5 75:2 90:12,14
96:8 132:19 133:17
141:24 157:2,4
older 68:24
once 16:8,9,9 17:4 24:10

25:10 30:21 50:16 53:15
53:15 55:22 56:2 60:15
60:16 68:18,18,20,21
114:15,16 117:16,24
119:17 121:22 133:17
155:11 164:13
ones 17:7 30:1 34:16 55:21
55:22 155:5 162:7
online 19:7
onset 65:24
open 131:25 132:8 147:15
161:14
opening 132:2,12 158:1
operator 17:1
opinion 139:5,10 140:1,2
145:21,22 169:18 172:18
176:14
option 180:3
order 84:1
ordering 180:7
orders 54:4,6
organized 81:23
original 48:20 185:17
originally 46:5 63:25
108:11
Orlando 24:2,7,18,20
25:11 26:1,16 27:17
other's 62:22
outside 5:18 56:10,12,16
57:5,10,18 66:6 80:14
109:22 116:3,23 118:4,4
118:12,19 119:14,14
120:11 146:25 155:22
overnight 128:4
overspeak 35:13
overuse 98:24
overusing 98:20
owner 40:2
o'clock 93:3

**P**

pack 58:16
package 42:14
packages 53:25
page 85:23 86:6
pages 52:20
PAGE/LINE 184:4
Pahokee 23:19,20 24:2
paid 34:3 39:23 40:20
44:19 54:8 159:7
pain 141:5
pains 141:1
paint 35:2 128:23 129:4
painted 35:4
paper 20:19 22:6 65:14
116:8 146:15
paperwork 47:8 83:16

paragraph 159:12 160:5
163:4 165:1 166:2 167:6
parent 71:3
Park 49:6
parked 116:1
part 9:18 75:10 82:2,5,16
100:25 102:19 118:2
167:5 181:2
partially 68:9
particular 29:4
parties 183:15,16
partner 43:24
pass 61:19
passed 9:25 61:20 124:21
130:22 165:15 174:20
177:7
passing 7:23
path 118:8,20
pay 29:2 31:11,14 33:2,22
33:24 34:1 40:24 53:6
54:7
payments 44:21
payroll 40:8
pedestrian 64:18
peek 118:6
penalties 184:21
people 39:14 43:17,23
61:13 77:24 85:13 105:8
106:22,24,24 109:3,4,6,7
111:3,17 116:25 117:4
119:1,8 121:10 124:22
139:25 162:20 171:10,12
percent 69:18,19
perfect 111:8 158:4
perform 158:19,25
performing 159:2
period 9:16,16 10:5 12:8
24:6 27:11 29:9 30:6
32:7 54:7 94:11
periodically 53:11
periods 80:3
perjury 184:21
permitted 49:20,25 56:8
88:17 117:19 119:20,22
120:2
person 9:23 87:16,17,19
89:11 97:1 139:23 140:1
152:5
personal 1:4 8:13 10:1
43:11 44:5,7,8 146:2
156:16,22 160:16 172:17
personality 179:1
personally 37:3 44:21
60:23 93:15 143:6 174:1
176:9 182:9
personnel 163:6 177:6
persuaded 139:21

pertains 113:12
pharmacist 94:17
pharmacy 92:13 93:8,10
    95:6,19,22 127:7 170:9
    170:11
phone 53:1,6 87:8,25 90:5
    104:13 113:18,18 130:6
    145:12,13
phrase 72:20 96:24 97:16
    164:18
phrasing 18:25
physical 81:7 82:22,25
    104:19 106:19 129:17,23
    160:1
physically 147:19 149:2,6
physician 83:10 87:15
    104:7 133:7,23
physicians 96:22 97:22
    98:23 100:17 102:2,12
    132:20 133:1 134:12
piano 17:24
pick 80:1 113:17
picking 65:22
picture 9:22 179:17
pictures 130:21 178:1,10
    178:13
piece 65:14
pills 178:8,11,15 179:17
pine 66:24 69:22
pink 178:8,11,14 179:17
place 3:22 27:12 46:23
    47:1 50:6 105:19 111:19
    114:5 150:5
placed 27:10 149:19
    171:22 180:21
Plaintiff 1:7 2:3 85:21,23
Plaintiff's 86:1
plan 43:19 44:15
planned 74:12
plans 42:4
plants 80:2
play 13:10,11 17:14,17
    37:22,24 78:11,15
played 17:22 38:1 78:13
    82:4 129:24
playing 78:10 79:2 81:22
    82:14,14 128:25
pleas 166:4
pleasant 105:19
please 3:12 4:14 5:8,20,21
    12:18 17:3 19:17 21:17
    30:24 36:22 51:14 63:3
    65:18 72:25 78:6 95:11
    96:17,24 99:17 101:16
    115:25 130:18 151:8
    173:24 174:5 175:8
    185:13

pled 163:6
plumbing 37:10
plus 40:17
pneumonia 64:23
point 4:12 5:7,15,16 10:13
    11:25 25:7 30:5 58:6
    72:23 88:9 107:19
    112:21 113:17 114:8
    117:24 136:1 150:15
    161:7 167:14 170:7,14
    170:24
pointed 65:12
points 78:7 99:24
polite 26:25 121:4
pool 78:25 79:1
poor 164:15
position 68:16 158:12
    159:6
positions 43:10
positive 48:11 151:1
possession 59:16
possible 176:23 179:9
possibly 20:10 24:2 56:7
    98:20 125:11 158:9
potted 80:2
pray 62:17
prefer 43:12 85:3
preference 178:19
preparation 21:25
prescribed 90:16,21,23
    91:14 92:16 178:14
prescription 91:1 92:14,18
    92:22,23 95:2 134:23
prescriptions 94:10
present 2:14 124:16
    147:23 148:2,5,8 149:2,6
pretty 32:18 43:5,7 79:14
    80:22 98:7 106:23
    107:25 110:23 126:23,24
    133:11
previous 92:23 124:25
previously 21:13 123:2
    153:23 157:13
primary 132:21 133:1
printer 20:15
prior 21:20,23 22:14,21
    23:2,5 41:5,20 47:24
    56:21 70:14 76:13,13
    83:18,19 84:17 86:14
    90:7 92:10,23 103:24
    121:13,18 133:5,15
    135:4,9,17,23 137:14
    138:7,10,15 144:4 149:6
    154:19,20,22 155:7
    157:14,21 165:16,25
    185:17
proactive 140:6

probably 20:19,20 22:7,22
    28:3,7 31:8 33:16 43:3
    43:21 48:22 50:16 52:20
    62:13 75:4 85:16 87:8
    97:4 104:16 122:22
    127:20 128:21 142:11
    163:15 165:2 171:21
problem 13:2 110:18
    140:8 149:21
problems 25:1 63:3 67:12
    88:18,22 110:11 135:14
    154:17
proceeding 143:2
process 103:3
processer 159:4,7
produced 82:6 179:18,19
profession 157:19 159:4,8
program 142:14,20
programs 141:14 142:8
projected 18:2
prolonged 12:7
promise 38:19 85:4
promises 9:11 10:8
prompt 185:19
prompted 64:17 113:17
proper 99:2 143:19
property 33:17,18
proscribed 91:11
prospective 174:17
protocol 115:25
protocols 160:12
provide 88:3 126:5
provided 99:2 120:8 181:2
providing 88:12
psychiatric 135:23
psychological 175:19
psychologist 135:17
Public 182:8,17
puff 96:12 97:7,16,18 98:2
puffs 96:12,19 97:13,23
pulling 139:17
purchase 54:24 55:1,3,5
    55:13,15
purchased 44:12,14,17,20
purpose 92:17 104:13
purposes 72:23 97:6
push 129:20
put 56:23 59:2 62:21
    68:12 74:22 110:22
    112:3,6,14,24 113:22
    114:4 116:10 138:1,5
    145:19 160:7 164:17
    170:14,22,24 172:10
    175:16
puts 97:13
putting 4:21 79:24,24
    82:11

P.A 2:10
p.m 1:23 148:6 159:15,15
    185:15
_____

Q

quad 147:4
qualified 158:13
question 4:23 5:7,10,21
    21:12,16,18 35:10 56:24
    65:17 71:17 82:16 95:12
    99:16 100:21,23 101:10
    102:4 103:23 112:10
    120:22 128:14 130:8
    135:7 139:13 143:23
    144:2 147:17 158:4
    167:20,21 176:2 177:4
questioning 172:11
questions 8:13 10:2 21:6,7
    44:8 56:21 92:17 144:2
    156:9 176:4 180:9 181:9
quick 4:11 93:11 126:19
    126:23,23,24
quicker 150:14 161:6
quickest 126:21
quickly 169:10,21
quit 58:6
quite 16:4,5 17:16 22:11
    25:15 53:14,15 77:4
quote 49:16
quotes 159:13,15 160:7
_____

R

R 182:1 183:1 184:1,1
raise 41:2,6,9,11
raising 57:1
RANDALL 2:4
rate 40:25 41:8
Reach 37:20
read 17:16 31:4 65:13
    111:1 165:3 180:3,6
    181:9 184:21 185:14
reading 185:11,16
real 4:11 12:21 14:13 44:8
    49:9 131:11 144:1
    169:10
realize 95:16
realized 94:23
really 12:3 19:20 29:21
    38:20 62:3 88:24 98:9
    118:5 119:15 129:12
    138:21 140:23
reason 32:25 57:9,22 90:2
    108:21 110:23 112:4,15
    154:16 180:25 184:4
reasonable 144:11,15,21
    144:25 145:4,16,17,23
    151:2,3,12,16,17 152:18

152:25 154:5 162:6
163:12,17 169:19 172:17
172:23 173:4 180:16
reasonably 163:8
reasons 78:1 112:25 164:9
recall 7:18 8:1 12:7 13:7
13:15 19:13,24 20:5,18
22:12,20 23:1,3,4,8,21
24:4,19 25:7,12,15,21
28:15 30:2 31:3,5,10,13
31:18 32:4,6,6,9 33:8,23
33:24 34:7 36:19,23
38:11,13 39:7,9,11 45:10
45:24 46:2,4 47:12
49:14 50:24 51:4,7,11
52:11,25 55:25 56:4,5,12
58:18,19,22,25 60:18,20
60:22 61:3,6 63:10,11
65:2,22 66:23 67:17
68:3,6,15 69:1,9,25
70:11 73:20,22 74:3,19
75:14,24 76:15,17,22
77:7,12 81:6 85:13 86:8
86:9 87:2,6,20,22,23
88:5,8,12,15 89:1,2 90:9
90:10,15,22,25 91:9
94:19,21,25 97:21,25
98:1,4,10,11,15,19,21,22
98:25 99:1,4,6,10,25
101:2,11 103:11,20,24
104:6,14,21 107:5 108:2
109:15 111:11,15 115:5
115:20 117:6 121:6,23
122:8,15 123:23 125:7
129:15 130:6 132:2,12
132:21 133:3,9,11
134:23 135:1,3,15,20,22
136:5 137:3,11,16,19
139:18 141:5 142:7
145:14 152:21,24 153:3
153:5,23 155:18 156:6
162:12 163:22 164:10
168:1,5
recalled 101:22
Recalling 98:6
receive 44:21 83:16
141:20 152:13 172:22
177:21
received 28:23 41:2,11
45:12,20 76:5 84:18
92:18 124:9 177:15,18
receiving 72:14 73:17
96:21 97:21 99:6 100:2
receptionist 39:23 43:9,12
recess 21:1
recollection 19:10 22:10
23:7 25:18 32:15 76:12

84:25 112:11 155:9
recollections 113:2
recommendations 125:16
126:6
record 3:12 4:21 5:4 10:25
20:15,23,25 22:6 27:1,3
27:5 35:7 37:18 40:6
52:4,6,17 56:24 65:12
78:4,6 85:8 91:5,7 95:9
95:11 107:8 143:11,13
147:18 154:15 157:2
161:3 173:14 180:11
183:12 184:2
records 19:6 20:12 29:20
30:21 39:1 45:7
recreational 13:12,14
red 90:6 100:15
red-headed 89:3,8,13
refer 19:1,2
reference 161:8
referenced 72:15 125:13
references 11:1
referencing 161:11
referred 144:2
referring 59:4 143:17,22
refill 92:21,22 95:1,22
170:11
Refills 92:21
reflects 5:11
refresh 84:25
refusing 117:6
regarding 70:9 72:24 81:7
84:18 96:9 99:2,8 100:4
101:5,13 102:24 104:3
104:19 108:6,8 112:3
113:21 125:18 128:3
130:9 143:16 158:6
160:1,11,23 162:6 164:8
167:23 168:8,16 173:3
176:2 180:16
regardless 96:11 176:23
177:5
region 23:13
regretted 74:22
regular 18:8 63:17 131:13
131:14
regularly 16:24 132:6
related 59:23 83:17 108:8
110:12 112:13 113:5
142:7 156:10 183:16
relating 74:6 113:22 153:1
relation 4:3,4 153:8,19,25
154:6
relationship 9:10 10:13
14:19 15:12 26:19 27:16
49:11
relationships 130:4,9

relative 140:18
relax 68:13
relay 55:12
release 24:17 83:19,21,25
84:6,14 104:9,10 117:18
144:17,19 153:9,14,16
154:2,6 157:6,20,22
158:7 174:22 175:4
released 25:10 45:21
169:16 174:21
remain 30:6
remained 6:4 56:13
remarried 11:8
remember 6:20 12:5,6,6,9
12:23 14:6 19:17 22:25
23:12 25:24 28:6 29:25
30:16 31:20 32:8,22
33:1,9 34:6 38:17,20
39:2,3,3,14 40:11 41:23
41:24 42:2 51:13 52:10
52:22 59:24 60:17 61:1
62:13 65:4 67:2 69:6
70:10,21 74:9,9 75:8
76:19 77:15,16 79:11,13
86:15 88:11,24 89:3,5,9
90:17 96:18,21 98:6,8
103:15,16 104:4,9,17
107:6 111:7,19 116:5
121:25 124:11 125:24
128:20 133:16 136:1
141:23 155:2 159:24
160:3,14 161:1,1 163:19
164:6,23 168:13 169:3
170:23 174:6
removed 177:22 178:2,11
rent 45:5
renter 80:17,19
reoccurring 91:1
repeat 102:4 139:13
153:21 177:4
repeating 18:8
rephrase 56:24
report 72:16 73:4 74:6
82:14 166:13 167:4
168:11,12,12,14 183:7
reporter 3:14 4:22 5:3
35:15 180:5 183:6,22
185:22
reports 82:8,10 99:7 100:2
167:2 168:16
represent 3:10
representative 1:4 156:16
156:22
request 71:4 145:1 149:12
149:18 151:13 152:6
162:9,10,13,15,18
169:19 172:17,23 173:4

requested 143:7 144:21
151:18 162:19 163:17
183:11
requesting 145:18 152:25
153:6
requests 145:14 149:23
151:5,23 152:18 153:24
154:5 163:12,15 180:17
require 56:23
research 84:22,23
reside 29:10 175:3
resided 139:17 160:11
176:11
residence 26:5 175:3
resident 6:4 7:10
resides 7:12
residing 59:7 75:17 83:8
86:12 115:3 127:15
139:4 169:6
respect 21:8,18 56:21
respond 166:6,19 171:11
171:12 172:15 177:6
responded 144:16 167:16
167:24
response 166:2 168:9,17
172:22,25 176:24
responses 85:6,10,22 86:1
86:4
responsible 61:24 144:11
rest 47:2 131:7 150:15
restitution 31:12,13 33:2
33:23,24 34:1
restroom 52:3
result 173:18 174:1,9
175:10
retained 3:10
retirement 42:14 44:1,3
return 26:1 39:1 118:14
174:23
returned 25:25 26:16,20
27:16 84:14 175:3
review 21:24 183:10
reviewing 85:9
Revised 85:22 86:4
revived 99:12 114:23
150:8,10 161:10 176:25
177:8,11
ridiculous 31:23
right 8:23 11:9 17:25
27:14 30:19 32:17 34:24
44:6,8 47:12 50:7,11
63:12 75:7,11 76:7,18
77:5,6,10,11 85:1 89:25
95:3,14 96:6 100:9
107:3 115:8 118:11
140:1,12 149:22 155:20
162:21 163:3 171:19,24

171:25 174:13 175:11
risk 138:19
Road 39:21
roles 42:12
room 57:22,24 60:6 95:25
96:2 120:19 121:15,20
128:7,8 130:18,19,22
131:1,4,5,5,9,11 136:21
143:10 171:23 172:14
177:22 178:2
roomed 106:13
roommate 121:14,20
161:22 165:5
rooms 118:22 131:2 147:1
rough 38:18 52:15 69:4
136:16
rounds 160:8,17,24
rules 4:11 56:22
run 94:4
running 82:14 92:23 96:4
run-in 19:11
rush 127:6 170:9

S

S 91:23 184:1
safe 145:19 149:19 162:19
safety 130:1
satisfied 169:18 172:16
Saturday 49:22 50:5
saved 44:3
savings 44:5,7,9
saw 46:6 55:22 115:12
116:1
saxophone 17:23
saying 57:13 100:10 101:7
111:7 122:4 165:22
171:13 178:20
says 33:18 65:14 167:3
scared 28:21 88:24 105:11
164:12,14,25
scary 68:7
scene 166:7
schedule 160:23 185:13
school 12:20,22 13:5,7,13
14:7,8,20,22 15:14 16:1
16:7,14,15 17:12,20 18:3
18:8,10 19:21 20:1,3
42:21 60:24 78:9,11
129:13 136:2,3,10
scores 13:3
Scout 13:25 14:3
Scouts 13:19
Scrabble 82:4
screamed 146:13
screaming 146:20 147:2
seal 182:12
search 116:13

seasons 67:8
second 3:7 5:17 27:2 32:24
33:25 78:3 90:7 91:6
143:15 167:5
seconds 65:15,17 126:25
secretary 43:11
section 153:15 159:22
sections 118:22 120:14
security 120:9 159:17
160:8,17 171:6,9
see 8:10 11:11,12 15:13
19:6 24:7 30:1 31:1,6,16
32:24 46:20 47:4 48:10
51:4 57:25 62:18 64:25
71:2 75:18 83:14 116:17
117:11 118:6 120:18
124:25 129:22 133:19,23
134:6 140:8 154:9,17
163:2,12 168:16 178:1
seeing 58:22,25 68:15
76:12,17 94:19 99:1
134:3,4
seen 56:2 64:18 76:3 83:4
83:6,10 126:16,21
seizure 72:18 109:1
self-induce 179:4
send 53:10,13,14,24 54:3,5
54:10,13 55:10,11 84:8
123:18,18
senior 43:23
sent 23:23,24 24:19 25:1,5
25:12 30:5 46:5 61:3
83:14,21 84:3,10 87:11
107:8 122:20,23 125:1,9
125:14 153:10 167:12
177:24
sentence 29:16,17 176:18
sentenced 23:4 25:22 45:8
45:25
sentencing 29:8
separate 40:5,7 102:10
September 157:5
Sergeant 144:9,10 149:16
149:17,25 150:1
series 176:5
serious 15:2 125:6 163:9
serve 23:5 25:22
served 23:8
serves 76:8
services 40:1 142:7 144:6
144:7 175:9
Serving 85:21 86:1,4
set 40:3 43:25 49:19 85:23
86:2 94:10 103:12
133:12 156:9 162:24
163:1
setups 162:23

seven 85:24 86:6
severe 63:14,16,25 145:2
151:15 163:5
severity 96:11
shake 93:19 97:2
shanks 105:9
shape 79:14
share 25:8 39:25
sharing 121:15,20
Shawn 185:5,17,24
shift 160:11
shirt 75:18
shop 36:16
short 20:22 131:14
shot 70:4 91:23 92:2
show 29:21 116:5 156:20
shown 178:10
side 98:16,19 146:19 159:5
sidetracked 130:17
Sigman 125:8,10,13
126:11
sign 185:14
signature 185:12
significant 10:17
signing 185:16
signs 141:5
similar 160:22 171:21
179:1,1
Sincerely 185:20
sing 17:15 61:12 106:25
single 130:19
Singular 123:6,7
sir 21:4 65:20 86:6 161:12
sit 36:7 68:11 116:15,22
153:5
sitting 121:3 127:2 169:9
situation 112:12 161:20
situations 59:21 65:23
sit-ups 81:13
six 6:23 13:25 60:16 157:7
sketches 74:11
skills 37:6
skinny 55:21
sleep 75:20
slept 132:5,13
slit 138:3
slow 150:16
small 59:1 79:4,5
smart 17:8
smashed 72:17 73:11
108:25
smoke 55:22 56:8,16 58:2
61:5 66:4,4,8
smoked 55:19 58:4,5
smoking 55:25 154:11
sod 80:1
sole 8:18

somebody 31:22 57:12
128:18 161:24
son 4:4 8:2,20 9:6,22 10:5
10:15,17 11:4,20,25
12:10,12,19 14:20 15:3
15:12,19,22,25 19:11,18
19:21 20:5 22:13,13
23:22 25:12,22 26:4
27:20 34:14 35:20 45:8
45:21 46:6 47:16 48:14
48:17 49:2,11,20,25 50:5
50:9,13 51:4,8,16 52:8
52:12 53:1 55:19,25
56:12 57:5,21 59:7,11,14
59:16,22 60:11 61:2,22
62:11 63:4 64:20 65:5
65:21 66:20 70:12 72:3
72:6,10 74:16 76:19
81:2 82:13,19 83:1,4,6
86:12,20 88:1,6,12,16
89:14 92:10 100:18
102:8 105:7,20 106:8,12
106:18 107:4,8,18
114:11 115:2 116:1
117:25 120:23 121:7
123:9 124:21 126:22
127:5,12,14 128:2,9,14
128:17 129:11,17,20,22
130:2,12 132:2,21
133:10,17,22 134:5,23
135:1,4,10,16,22 136:24
137:3,16,19,22 138:7,10
138:16,19 139:4,9,16,19
140:4,6,16,25 141:10
142:4,14,20 143:7
144:18 147:24 153:19
154:9,11 155:11 157:2
157:19 159:1 161:9
164:10 165:13,23 169:1
169:15 172:14 173:24
175:2,16,23 176:11,12
177:14 178:14 179:3
son's 7:23 8:6 9:20 12:15
19:5 22:4 27:7 63:1 82:9
83:17 84:15 99:6,8
100:1,4 101:2,5,13
103:24 105:1 108:13,20
109:12,19 112:13 122:18
123:12 124:4,8,14,18
138:15 144:4 147:19
153:1,8 154:1,7 157:13
164:8 166:3 168:9,17
173:19 174:1,9 175:10
176:24 177:7,22 178:2
178:12
soon 46:8
sorry 8:12 17:9 18:15

20:21 24:21,25 33:12
34:14 35:6,16 39:12
51:22 62:25 63:22 83:23
97:14,18 100:9,23
101:10 103:7 111:20
114:7 123:25 128:20
129:16 136:12 137:7
150:9 151:22 152:22
172:7 174:14 175:13
178:20,24
sort 88:14
sought 175:18
South 77:13,14
Southeast 1:19 2:6 185:6
Southwest 6:12
space 40:1
Spaid 2:9 3:6,8 15:6,8
16:12,20 18:6,21 19:15
20:24 21:11,19 25:17
27:1,4,22,24 28:12 35:6
35:11,12 37:9 45:15
47:20 52:5 55:9,18
56:19 57:2,3 63:20 64:4
66:19 70:25 71:8,16
73:15 74:2,15 78:3,5
85:11,15 91:5,8 95:10
96:15 97:8,9 99:15,19
106:7 113:10 114:2,25
115:1 117:5,22 120:1,6
122:7 124:7 126:10,20
127:10,21 128:12 129:8
134:9,16,21 135:8,13,21
136:11,15 137:1 138:6
138:14,22 139:1,8,14
140:3 141:9,17 142:1,6
142:12,18,25 143:12,24
143:25 146:23 147:7
148:3,11,14,18,22
150:12 152:23 153:4
156:20 157:1,11 158:3
158:21 159:11 160:15
161:4 166:23 169:4,23
172:8,9,21 173:15,21
174:4 175:1,7,22 176:6,8
176:20 177:2,12 178:18
179:7,13,20,23 180:1,7
181:6
span 29:24
speak 12:10 21:25 84:1
90:7 102:15 103:13
120:24 121:2 124:2
137:6 154:3 162:1
speakers 37:20
speaking 90:9
special 116:6,6 131:6
162:23
specialist 134:3

specialists 133:9
specific 14:15 38:2 39:11
57:1 76:19 87:20 99:24
103:5 109:24 111:5,24
112:2,11,15 113:2 117:1
122:15 123:17 126:5,12
132:6 133:9 139:10,20
145:14 147:1 149:23
151:5,23 152:6,25
153:24 176:21
specifically 28:15 31:2,5
55:3 101:22 115:5
151:18 156:10 158:19
163:17
speed 93:11
spell 3:13
spend 46:24
spent 12:4 51:15
spike 64:23
spoke 10:14 53:1 85:14
86:10,16 103:20 104:8
125:22 144:4,9,20 145:5
149:14 150:23 157:25
158:3
spoken 84:19 122:19
123:10 148:7 149:5
160:10 175:24
sports 13:9 78:11,15,19
81:23
spray 90:25 128:23,24
134:25
square 119:13
stab 105:10
staff 86:22,25 99:8 100:3
101:4,12,23 102:3,12,16
102:20,25 103:6,10,13
103:21 104:1,19 117:6
124:15,19 172:13 180:22
Stafford 144:25 151:12
staffs 102:7
staff's 102:11
stage 9:21
standard 98:7 127:16
start 10:16 133:17
started 41:17 76:9,11
starting 19:16 20:5 22:5
27:15 39:7 63:2 143:7
145:9
starts 91:23
state 3:12 7:10 142:20
182:3,8,17 183:2
stated 67:11 87:12 89:16
statement 90:3 168:8
statements 87:23 122:15
165:21 168:16
states 1:1 159:12 160:5
163:4 166:4

stating 137:16,19
station 119:20 159:17
170:15,18,19,24
stations 146:4
stay 10:19 12:1 43:13 50:4
stayed 12:4 26:8
steal 32:8
stenographic 183:12
stenographically 183:7
step 5:17
STEPHEN 2:9
stepped 21:2 56:15 57:5
57:10,18
stepping 56:12
steps 117:13 140:9
Steven 3:18 114:19 179:16
stick 146:16 155:5
stings 91:14
stinkers 17:9
stint 25:11,19 26:10
Stirling 39:21
stock 92:14
stole 32:16 59:24
stolen 33:18
stop 47:1,2
store 54:23 59:25
stories 129:5
story 11:3
stragglers 40:22
straight 93:8
Street 1:19 2:6,11 185:1,6
185:14
strenuous 80:7
Strickland 144:14 150:22
150:24,25 151:6
strike 15:9 21:22 24:18
44:11 50:24 55:1 59:14
73:22 74:18 76:17 83:4
87:5 89:1 90:13 92:9
96:23 99:15 100:21
114:10 117:23 118:12
119:18 120:12 124:17
127:13 130:7 137:2
141:13 145:21 148:6
151:22 153:15 158:22
162:13 167:9,19 168:6
172:11 175:24 176:21
strong 80:4
strong-willed 139:5,7
structure 20:17 171:17
Stuart 7:6 123:24 124:2
124:11
stubborn 140:4
studying 158:2
stuff 37:19 105:10 110:24
123:15 131:8 178:6
stung 91:15,17 92:1,3,6

style 68:12
subject 99:21 184:22
submit 48:25
subsequent 149:7
substance 184:22
successfully 18:7 58:7
sudden 127:3
sue 164:4
suffered 83:1
suicidal 137:23,25
suit 156:16
Suite 1:19 2:6,11 39:21,22
185:7
summer 14:16 132:10
Sunday 49:22 115:23
Sunny's 28:18
support 175:9
supposed 16:1 103:1 109:6
137:11
sure 3:15 9:5 16:11 19:20
19:23 27:23 32:18,22
34:3 35:9 36:14 40:14
42:1 45:17 57:15 60:12
69:3 74:8 76:3 84:24,25
87:1,2,3,3 95:13 97:1
102:5 103:7 107:24
108:1 115:18 116:2
131:24 133:12 148:19
157:10 159:3 170:13
survivor 1:6 156:17,24
suspended 19:23,25 20:2
60:24 129:13
swimming 78:23,24,25
swing 50:17
switching 42:18
sworn 3:4 182:10 183:10
symptoms 141:5
system 107:9 109:18
S-I-G-M-A-N 125:8

T

T 182:1,1,1 183:1,1 184:1
184:1
tab 178:14
table 131:6
tables 116:21
tag 176:7
tail 100:24
take 3:22 20:22 29:25
41:16 61:22 64:20,24
68:4 70:3 78:3 80:10
89:18 95:8 96:11 97:1
97:23 98:7 116:13 118:8
127:17 134:17 140:9
180:9
taken 5:3 80:17 92:1 99:12
133:10 185:11

taker 138:19
talk 15:1 21:5 49:10 57:12
  61:8,9 62:14 84:21
  86:19 153:10 163:24
talked 9:16 60:10 62:7
  112:9 124:22 147:22
  148:4 152:4,7,10
talking 43:18 85:19
  114:20,21,22 150:7
  172:5
tall 131:14 138:23
taller 37:21 131:22,23
Tampa 2:12
tattoo 74:20,21,25 75:3,5
  75:13,25 76:6 157:25
tattooing 73:21 74:7,10
  76:11
tattoos 73:24 74:11,16
  75:14 76:9,13,19 77:7,12
  77:18,22,24
taught 68:10 159:4,5
tax 39:1
taxes 38:21,23 39:3,5,8,14
teach 17:18 64:9 128:23
team 78:11 176:7
technique 68:25 69:2,9,14
teenage 10:16 69:8
telephone 53:7
tell 5:8,21 12:18 17:2,3
  19:9,17 30:3 32:14
  34:25 40:12 42:5 55:2
  66:1,13 71:24 73:19
  85:18 93:6,14,15,21
  96:24 101:16 103:1
  111:1 129:5 132:20
  133:6 146:18 149:10,11
  162:3 167:10 173:10,25
  174:11 179:14
telling 117:7 125:25
  170:23
ten 7:20 8:5 14:1 39:13
  41:13,14,15,16 126:25
  127:20,24 131:10,10,10
  158:17,23 166:11
Terrace 6:12
terribly 99:20
tested 67:1 69:23 70:12,14
  70:23 71:5,9,11,12 72:4
  72:7
testified 3:4 169:12 180:16
  180:20
testing 65:2 70:9
tests 133:12
thank 3:17 5:13,19 6:14
  24:16 35:19 51:25 57:20
  59:6 60:5 80:16,18 84:5
  87:17 89:23 93:9 96:5,7

97:8 99:11,22 102:17
  110:10 111:2,23 114:18
  120:22 126:1 143:24
  145:8 148:18 150:10
  152:16 180:1 185:19
Thanks 113:11
Thanksgiving 50:2 51:10
  115:7,12,17,19 155:24
Thanksgivings 115:9
  155:21
theft 31:10 32:3,24 33:12
  33:13,22
thigh 75:10
thing 47:1 57:13 60:21
  116:7,10 126:18 140:12
  147:13 152:10 164:15
  168:1
things 13:11,19 34:25 37:1
  37:11,20,20,22 54:24
  62:14 64:13 65:11 66:11
  66:13,24 69:25 81:13
  130:20 133:13 145:5
  166:16
think 12:3 16:22 17:25
  18:13 19:22 25:6 26:7
  31:11 32:21 33:11,15
  34:11 37:4 48:15 51:10
  59:18,20 62:10 64:20
  67:10 73:2 76:10 83:3
  83:20 84:3 91:3 92:4
  94:12,16 98:7,11,18
  106:20 107:23,24 108:10
  116:6,7 117:15 119:16
  121:9,10 122:10 123:8
  123:14,24 124:6,13
  128:16 138:1,1,3 144:1
  146:22 148:1 154:14
  161:18 167:21 168:19
  178:9 179:12
thinking 9:24 40:8 63:24
thought 10:22 11:7 12:9
  20:2 124:23 136:12
  137:9 139:24,25 155:19
  179:20 181:1
thousand 52:20
threat 31:17 32:1
three 6:6 7:20 39:2 41:12
  42:9 65:15,17 86:20
  102:1,8,10 123:18
  159:14 171:6,14
throat 136:14
throw 29:3
time 3:23 4:10 7:15,24
  10:15,21 11:16,23 14:15
  15:3 19:10 22:11,13,16
  23:5,8,21 24:12 25:12,16
  25:22 26:3 27:11,20

28:14 29:1,10,15,25 30:6
  30:8,9,11 31:24 33:21,25
  36:16 46:4,22 51:15
  59:8,24 62:22 63:2 65:5
  65:19 67:10 68:3 69:18
  69:19 70:22 71:20 80:3
  84:20 85:25 88:24 89:2
  89:23 90:7 91:2,4,25
  92:13 93:21 94:10 95:4
  95:17,22,24 101:19
  102:2 104:8 107:22
  109:17 111:13 112:19,20
  114:22 117:1 118:21
  121:18 122:11,11 124:12
  125:23 127:16 128:14
  132:6,23,24 133:5 134:6
  136:1 137:8 138:1
  147:14,16 148:2,24
  150:7,9,11,17 154:23
  155:25 156:1 160:21
  161:2,10,23 162:10
  164:17 165:14 166:2
  168:9,17,19 174:16
  176:24 177:5 178:25
times 3:20 17:5 19:24
  22:23,24 24:9 25:22
  34:2 49:14,17 52:25
  53:2,17,18 54:8,9 60:20
  63:16 67:5 68:8 82:12
  88:2,18 92:2 95:14 97:5
  110:22 111:7,8,9 112:12
  152:5 160:21 164:10,19
timing 166:15
tires 37:1
title 39:19,23 40:9 159:4
titles 87:21
tobacco 58:23 59:1,17,23
today 5:2,15 21:6,20,23
  22:1 43:6 65:19 153:5
  180:5,15
toilet 146:15
told 10:23 48:16,17 76:15
  81:19 89:14 125:5
  128:16 145:2,3,4 146:5,7
  147:12 151:14,15 165:11
  166:22,24 167:8,13
tomorrow 89:12,16,20
top 46:11 104:22 152:21
  161:19
topic 15:22 139:20 163:23
topics 15:24 62:10
total 8:18
totally 18:23
touched 78:8 143:1 149:14
touchy 5:21
tour 120:8,14
Tower 2:5

trace 22:4
track 18:8
trafficking 33:18
trained 109:6
transcript 180:4 183:10
  183:11 184:2 185:11,14
  185:17
transferred 105:12 107:12
  107:16,18 108:3 145:1
  151:13 157:21 162:11
  163:7
transmitted 102:25
travel 24:5,7 46:13
treat 135:16
treated 64:3 145:3
treating 87:15 89:11 97:22
  98:23 100:16 101:3,12
  102:2,7,11 132:20 133:7
treatment 82:10 84:16,18
  144:5 152:13 177:14
trees 66:24 69:22 138:24
tried 12:21 62:20 87:8
  103:19 107:1
trigger 64:13 65:24
triggered 66:11,14
trouble 66:3,9 74:9
troublemakers 129:10
true 64:15 169:11 183:11
  184:21
truth 128:16
try 31:4 51:16 67:2 68:13
  81:9 99:23 140:11 146:1
trying 13:1,2 22:3 23:12
  28:4 94:7 97:10 116:5
  126:2 148:19
TV 37:20
twelve 69:5 131:10
twice 3:21 16:9 34:4,5,5,6
  50:16 56:3 92:4 114:15
two 9:10 11:2 14:13 16:17
  21:2 39:22 40:5,7 49:5
  54:8,9 55:11 60:20 94:3
  95:8 96:12 97:4 98:5,6,8
  107:21 115:9,9 118:1
  120:12 126:25 139:25
  149:6,6 166:8,9 167:6,8
  167:10
type 4:22 35:3 36:19,23
  37:2 44:20 103:5 112:7
  169:18
typed 180:5
typically 160:8
t-shirt 75:19,21,22,25

_____
    U
_____
unable 114:6 115:16
  171:17

unclear 4:13 5:8,8
underage 59:17,19
understand 4:25 5:5 8:15
  9:13,23 11:14,18 12:14
  15:11 38:7 43:16 57:4
  59:3 62:24 71:22 72:25
  74:5 84:5 89:18 99:20
  109:8 110:17 148:24
  155:3,4 156:13 161:11
  163:21 164:15
understanding 5:11 22:8
  51:1 56:15 64:12 73:3
  85:19 86:20 102:19
  156:15 166:15 170:17
  171:7,9 179:8
understood 5:10 59:4
  62:24 167:21
Unfortunately 150:10
unit 80:20 169:17 171:14
  172:14
UNITED 1:1
units 171:21
unusual 113:16
upset 60:23
urn 130:23 131:6
use 52:2 59:11 81:3 93:18
  94:1,4,23 95:15,16 96:25
  97:7,16 98:17 99:2
  135:2
usually 29:3 41:9 46:23
  49:16 54:11 75:19,21
  93:21 106:21

_____

V

v 184:3 185:8
vacuum 35:5
vacuuming 80:9,11
valid 112:15
validity 90:3
various 180:16
VCR 37:18
vehicle 32:3 116:1
verbal 100:13,16 101:2,11
  103:4 122:24 124:15
  125:24
verbally 125:23 148:13
verbiage 97:11
verify 116:11
video 167:2
violence 130:11
violent 11:13
violin 17:23
vision 154:12
visit 11:10 24:11 46:25
  47:11,16,25 48:4,18
  49:20,25 50:9,13 51:8,19
  52:8,12 57:6 61:5,7

114:12,14 115:2,16,23
  118:13 120:23 154:9,16
  154:20 155:7
visitation 47:7,10 51:2
  117:8,12,16,20,25 118:1
  118:9,14,18 119:3,5
  120:10,10
visitations 52:2 56:9
visited 49:2 114:10 122:11
  154:12 155:11
visiting 49:14,17 51:15
  115:21 119:19 120:7
  121:5 122:13,13
visitor's 116:21
visits 52:24 61:2,4 62:12
  62:16 88:13 105:14
  128:6 155:17,18 177:17
voluntarily 140:9
vs 1:8

_____

W

wait 35:9 116:3,16 117:7
  117:11,17 151:11
waiting 31:21
waive 180:4
wake 93:22 165:19
waking 165:16,25
Walgreens 93:1,2 96:5
walk 62:2,4 75:18 115:25
  116:2
walking 62:3 75:24
wall 130:20 131:6,7
Wallace 145:1 151:9,14
walls 35:4 168:21
want 9:5 12:15 16:2 20:1
  51:14 77:21 82:12 85:2
  92:24 95:13 136:2 138:2
  164:2,4,5,24
wanted 16:15 71:2 74:24
  97:10 120:18 124:23,24
  148:18 164:24 180:20,21
wanting 16:13
wants 43:24
warranted 126:12
Wash 28:18
washing 28:19
Washington 6:1
wasn't 13:24 24:25 25:1
  51:20 54:15 62:18 64:6
  89:24 94:3 106:6 109:5
  112:21 118:7 131:7
  143:21 164:25 171:1
  178:6
watch 168:23 169:1,5
watches 168:24,25
water 5:16
waterbed 130:19

way 22:18 28:20 35:18
  47:2 48:13 103:5 118:14
  146:16 165:12 172:10
  176:2
wear 168:24
Webelos 13:18,22
week 16:9 36:2 40:16 53:1
  53:2,15,17,18 67:13
  68:18,20,21 171:21
weekend 50:10
weekends 14:25 43:14
  49:21
weeks 50:12 55:11 94:3
weightlifting 81:14
went 10:19 11:5,23 14:17
  28:20 48:10,15 51:19
  107:10,25 119:16 134:7
  136:5,17 152:1 155:19
  155:20 161:14 162:7
weren't 28:10 33:23
  123:16
West 2:11 6:12 185:1,14
we've 82:6 100:14 112:9
  149:14
whatsoever 124:19 179:2
whine 164:1
whiner 164:1,2
white 74:23 75:19,21
Whiting 2:11
wide 131:24
wife 10:22
window 101:9 131:19,25
  132:3
windows 131:17,21,22
  132:8
wings 14:24 15:16 120:3
winters 132:10
wintertime 132:7
wire 37:19
wish 69:6
witness 2:19 3:3 4:1,7
  21:10 35:8 85:7,12
  99:18 114:24 128:17
  143:9 150:9 172:7
  182:12 183:8,9
witnessed 127:16
witnessing 130:7
woke 165:5,24
Wolfe 1:4,5,6,16 2:20 3:2
  3:7,16,17 7:6,7,9 21:1
  85:9 156:23,24 173:24
  175:24 182:9 183:8
  184:3,24 185:5,8,9
Wolfe's 1:6 156:24
wondering 64:16 93:19
  102:9 171:4
words 120:12

work 4:3,4 14:7 17:10
  36:19,23 37:2 39:18
  40:16,17 41:21 43:2,19
  63:18 96:3 109:4,24
  127:18 158:9
worked 3:24 28:21 36:15
  41:23 43:4 125:1 126:9
  158:18,23 160:10 173:2
working 28:3,4,13,16
  29:14,15 36:21,21 38:15
  68:1 79:11,13,25 110:4,6
  110:12 113:23 124:20
  144:5 152:1 158:8
  162:16
workout 79:8
worried 109:20
worry 164:24,25
worse 64:14 67:9
worst 60:21
wouldn't 11:11 15:20 20:2
  29:18 57:19 63:18 66:6
  66:24 76:2 88:25 89:4
  104:11 120:19 147:15
wrenching 99:21
wrists 138:3
write 17:15 113:18 163:14
  184:2
written 22:6 103:5 123:3
  124:9 172:25
wrong 9:5 11:17 15:6
  16:14 22:9 27:22 30:25
  34:12 45:8 56:19 89:15
  122:4 143:22 149:18
  171:7
W-O-L-F-E 3:16

_____

X

X 2:17

_____

Y

Yannaccone 182:7,17
  183:5,21 185:22
yard 80:1,16
yeah 20:19 29:6 30:7
  35:24 46:14 80:22 96:16
  97:15
year 7:19 8:24 18:9,14
  33:3 38:23,25 39:8,9,11
  39:15 40:10 41:1,3,10,12
  51:11,12 52:10,10 145:3
years 6:3,5,6,16,23 7:20
  7:20 8:6,8,9,17 9:4,6,14
  10:16 13:17,25 14:1,20
  17:12 18:12 22:19 27:8
  29:10,13 32:12 38:21
  39:13 41:12,13,14,15,16
  42:9 58:10,17 61:17

63:9 64:17 65:6,21 69:5
  69:5,8 90:12,14 96:8
  98:13 132:19,24 133:15
  137:13 139:17 141:24
  157:4,18,18 158:17,23
**yell** 171:18
**yelled** 146:12
**yelling** 146:3 147:1,5
**yesterday** 93:7
**young** 70:10 130:10
  136:18 138:23 142:24
**younger** 13:21 49:13 58:5

---

### $

**$0.63** 41:6
**$1,500** 34:11 44:8,10
**$1,600** 34:10
**$16.25** 40:15
**$20** 54:11,15,21 55:10,11
  116:14
**$4,576** 173:16

---

### 0

**05** 144:12
**06** 100:8,8 144:24 154:10
  154:12,21

---

### 1

**1:00** 148:9
**10** 182:13 183:18 184:24
  185:4,17
**10:00** 148:6 159:15
**10:12** 1:23
**100** 1:19 2:6 185:6
**102** 2:11
**11** 14:5
**11th** 144:20
**11:00** 159:15
**12** 11:6 27:10
**12th** 135:10
**12/17/2002** 76:4
**13** 10:16 11:6 27:10 69:8
  69:10,10
**13th** 41:15,16
**14** 6:16 20:16
**15** 1:23 6:7 32:25 40:17
  58:17 61:17 160:8 166:5
  166:18 185:11
**15th** 33:10,16
**16** 6:7 60:3 61:18 75:4
  133:22 134:3,10
**16th** 144:24 151:11
**17** 6:7 20:9 26:6 27:7
  45:13 81:3 92:1,10 99:5
  100:1,10 101:1 108:19
  110:2 135:10,18 159:12
**17th** 101:8

---

**18** 12:1 14:4 18:11,13 20:8
  22:19 26:6 27:7 182:18
**18th** 22:20,21 23:2,5
**180** 2:20
**19** 18:13 31:5
**1981** 18:17
**1982** 7:4
**1999** 20:5,7,16 22:5,14
  26:4,6 27:6 29:7,24 30:4
  30:14 31:1,2,5 34:13

---

### 2

**2nd** 1:19 2:6 185:6
**2:46** 1:23
**20** 58:10 69:18 166:5,19
**2000** 18:19 19:3
**2001** 18:19 31:16,17 32:1
  61:20
**2001ish** 19:3
**2002** 29:9,24 32:2,25 33:4
  34:14 45:9,13,18,21 81:3
  92:10 100:1,10 101:8
  108:19 110:2 135:10,18
  135:24
**2004** 51:6,7 115:12
**2005** 51:20 115:11,15
**2006** 115:13 148:9 154:19
  155:15,22 156:5 174:20
**2007** 99:5 101:1,6,7
  174:21,22
**201** 2:11
**2011** 1:23 182:13,18
  183:18 184:24 185:4,11
  185:17
**24** 93:1 154:19 157:4,18
**24th** 154:10,12 155:13
**24-hour** 93:2 95:19
**25** 40:19 157:5,18
**26** 29:9 45:9
**2699** 39:21
**27** 32:2
**27th** 157:5

---

### 3

**3** 2:20 148:9
**3rd** 100:8 154:21,22
**3:00** 49:17
**30** 132:9 160:9 166:12
**305** 185:13
**32** 163:4
**33rd** 6:19
**33130** 185:2,14
**33131** 1:20 2:7 185:7
**33314** 6:13
**33601** 2:12
**36** 165:1
**37** 166:2

---

**371-7692** 185:13
**3750** 1:19 2:6 185:7

---

### 4

**4** 31:17
**4th** 144:12
**4:00** 93:3 185:15
**40** 40:17
**401K** 42:16
**41.25** 40:18
**4760** 6:12

---

### 5

**5th** 154:18
**5/7/58** 5:24
**5:00** 40:21 43:13
**5:10-CV-663-OC-10DAB**
  1:3
**5:15** 40:20,21
**50** 43:24 69:18
**53** 5:22

---

### 6

**63** 43:23
**65** 43:23
**66** 185:1,14
**66th** 6:12

---

### 7

**7th** 185:2,14
**7:00** 148:9
**70** 132:9
**72** 131:20,23

---

### 8

**81** 20:8
**863** 30:10,13 34:16,21

---

### 9

**9th** 42:25 43:1,6
**9:00** 49:17 185:15

---