```
TO - DISTRICT: 0000006 BROWARD TRANSCRIPT                                                    PAGE 01
GRADE LEVEL: 10   PREPARED DATE: 05/08/2012
FL STUDENT II                  X SSN:

                               SCHOOL: 1281 DEMOGRAPHIC INFORMATION
                               CURRENT DISTRICT: 06 BROWARD
                               CURRENT SCHOOL: 1281 NOVA HIGH

LEGAL NAME: WOLFE, DANIEL E
                        D                                      (754) 323-1650
MAILING                                                        3600 COLLEGE AVENUE
ADDRESS:                                                       DAVIE                    FL 33314
DISTRICT STUDENT ID: U6706392270  FL 33069-1118
                                  FL STUDENT ID-ALIAS:         RACIAL/ETHNI-   R E WBAIP    SEX: M
PARENT/GUARDIAN (NAME/CODE):                                   BIRTH DATE: -- ' xmmy     BIRTH VERIFICATION: 7
WOLFE(MOTHER), MARY                       PARENT               BIRTHPLACE: FT LAUDERDALE, FL
&MARYEDGAR(GRN, GARY                      OTHER RELATIVE

IMMUNIZATION STATUS: PERMANENT IMMUNIZATION CERTIFICATE
VACCINE STATUS, DATE-                         VACCINE CERTIFICATE EXPIRATION DATE:
TYPE  DOSE  DATE     DOSE DATE     DOSE DATE     DOSE DATE      DOSE DATE
DTP    1   12/03/1981  2  02/04/1982  3  04/08/1982  4  09/12/1983  5  05/20/1987
POLIO  1   12/03/1981  2  02/04/1982  3  09/12/1983  4  05/20/1987
MMR    1   09/12/1983

-------------------------------------------------------------------------------------------
DISTRICT: 06  SCHOOL: 0221 CROISSANT PARK ELEMENTARY           COURSE INFORMATION
YEAR: 1989-1990      GRADE LEVEL: 02                           DISTRICT: 06 SCHOOL: 0341 BETHUNE MARY M ELEMENTARY
                                                               YEAR: 1990-1991    GRADE LEVEL: 03
                SUBJECT CRSE          CREDIT                                  SUBJECT CRSE          CREDIT
  COURSE#       AREA    FLAG GRD  ATT./EARN                      COURSE#      AREA    FLAG GRD  ATT./EARN
T                                                              T
S 5100090 THIRD GRADE    NC           0.00  0.00                3 5100090 THIRD GRADE  NC            0.00  0.00
3 5100080 SECOND GRADE   NC           0.00  0.00                                                    0.00  0.00

                                CREDIT, TERM:  0.00                                 CREDIT, TERM:  0.00

                  GPA                                                    GPA
DISTRICT-TERM: 0.0000       CUM: 0.0000                        DISTRICT-TERM: 0.0000       CUM: 0.0000
STATE-TERM:    0.0000       CUM: 0.0000                        STATE-TERM:    0.0000       CUM: 0.0000

1989-1990 ANNUAL DAYS-PRESENT: 177                             1990-1991 ANNUAL DAYS-PRESENT: 177
SUMMER TERMS DAYS-PRESENT:       0    ABSENT:  3               SUMMER TERMS DAYS-PRESENT:       0    ABSENT:  3
ACADEMICALLY PROMOTED                           0              ACADEMICALLY PROMOTED                           0

                                                               -------------------------------------------------------------
                                                               DISTRICT: 06 SCHOOL: 0341 BETHUNE MARY M ELEMENTARY
                                                               YEAR: 1991-1992    GRADE LEVEL: 04

                                                                              SUBJECT CRSE          CREDIT
                                                                 COURSE#      AREA    FLAG GRD  ATT./EARN
                                                               T
                                                               3 5100100 FOURTH GRADE  NC           0.00  0.00

                                                                                    CREDIT, TERM:  0.00

                                                                         GPA
                                                               DISTRICT-TERM: 0.0000       CUM: 0.0000
                                                               STATE-TERM:    0.0000       CUM: 0.0000

                                                               1991-1992 ANNUAL DAYS-PRESENT: 180
                                                               SUMMER TERMS DAYS-PRESENT:       0    ABSENT:  0
                                                               ACADEMICALLY PROMOTED

*************************************************************************************************************
FLAGS:  V = HONORS AND DUAL ENROLLMENT COURSES - ADDITIONAL 1.0 QUALITY POINT
        L = ADVANCED PLACEMENT OR I/B & SOME SELECT DUAL ENROLLMENT, ACE COURSES - ADDITIONAL 2.0 QUALITY POINT
        C = EXCLUDE FROM DISTRICT GPA;                  W = EXCLUDE FROM STATE GPA
        X = EXCLUDE FROM STATE AND DISTRICT GPA;        Z & I = INCLUDE IN STATE AND DISTRICT GPA -
        S = CREDIT BY EXAM - NOT INCLUDED IN GPA;       U = AUDIT;
        P = COURSE IN PROGRESS.
T-TERM: 1  6  8 = SEMESTER 1, 2, 7, 9 = ANNUAL, 4 = 5 = SUMMER SESSION 2, 8 = SUMMER SESSION 1 AND 2
        6 = QUARTER 1, 7 = QUARTER 2, 8 = QUARTER 1, 9 = QUARTER 2, A = ANNUAL, B = TRIMESTER 1, C = TRIMESTER 2, D = TRIMESTER 3
```

```
TO - DISTRICT: 0000006 BROWARD TRANSCRIPT                SCHOOL: 1281 COURSE INFORMATION              PAGE 02
GRADE LEVEL: 30 PREPARED DATE: 05/08/2012                CURRENT DISTRICT: 06 BROWARD
FL STUDENT I)                 ^9X SSN:                   CURRENT SCHOOL: 1281 NOVA HIGH

LEGAL NAME: WOLFE, DANIEL E                                                  (754) 323-1650

DISTRICT: 06 SCHOOL: 1282 NOVA BLANCHE FORMAN ELEME      DISTRICT: 1281 SCHOOL: 1391 LAUDERHILL MIDDLE
   YEAR: 1992-1993  GRADE LEVEL: 05                         YEAR: 1994-1995  GRADE LEVEL: 06
                       SUBJECT CRSE      CREDIT                                 SUBJECT CRSE      CREDIT
T COURSE#  COURSE TITLE  AREA FLAG GRD ATT./EARN         T COURSE#  COURSE TITLE  AREA FLAG GRD ATT./EARN
3 5100110  FIFTH GRADE     NC           0.00 0.00        5 1001010  M/J LANG ARTS 1  NC       C    0.00 0.00
                                                         5 1008010  M/J READ 1       NC       C    0.00 0.00
              CREDIT, TERM:         0.00 0.00            3 1001010  M/J LANG ARTS 1  NC       C    0.00 0.00
                                                         3 1008010  M/J READ 1 BAS   NC       C    0.00 0.00
                 GPA               CREDIT                3 1205010  M/J MATH 1       NC       F    0.00 0.00
DISTRICT-TERM:  0.0000  CUM: 0.0000  ABSENT:   0         3 2109010  M/J COMP SCI 1   NC       B    0.00 0.00
STATE-TERM:     0.0000  CUM: 0.0000  ABSENT:   0         3 2002040  M/J WORLD HISTORY NC      B    0.00 0.00
                                                         7 1302030  M/J BAND 4       NC       A    0.00 0.00
1992-1993 ANNUAL DAYS-PRESENT: 180  ABSENT: 0            8 1501000  M/J PHYSICAL FITNESS NC   C    0.00 0.00
SUMMER TERMS DAYS-PRESENT:   0                           9 0800020  M/J HEALTH 3     NC       B    0.00 0.00
ACADEMICALLY PROMOTED
                                                                        CREDIT, TERM:         0.00 0.00
DISTRICT: 06 SCHOOL: 0343 ATTUCKS MIDDLE
   YEAR: 1993-1994  GRADE LEVEL: 06                                        GPA               CREDIT
                       SUBJECT CRSE      CREDIT          DISTRICT-TERM:  0.0000  CUM: 0.0000  ABSENT:  16
T COURSE#  COURSE TITLE  AREA FLAG GRD ATT./EARN         STATE-TERM:     0.0000  CUM: 0.0000  ABSENT:   2
3 1001010  M/J LANG ARTS 1  NC       F    0.00 0.00
3 1003010  M/J READ FUNC SKL NC      F    0.00 0.00      1994-1995 ANNUAL DAYS-PRESENT: 164  ABSENT: 16
3 1205010  M/J MATH 1       NC       D    0.00 0.00      SUMMER TERMS DAYS-PRESENT:  28      ABSENT:  2
3 1302000  M/J BAND 1       NC       F    0.00 0.00      ACADEMICALLY PROMOTED
3 2002040  M/J COMP SCI 1   NC       F    0.00 0.00
3 2109010  M/J WORLD HISTORY NC      F    0.00 0.00

              CREDIT, TERM:         0.00 0.00

                 GPA               CREDIT
DISTRICT-TERM:  0.0000  CUM: 0.0000  ABSENT: 95
STATE-TERM:     0.0000  CUM: 0.0000  ABSENT:  0

1993-1994 ANNUAL DAYS-PRESENT: 78  ABSENT: 95
SUMMER TERMS DAYS-PRESENT:   0     ABSENT:  0
RETAINED IN SAME GRADE

***********************************************************************************************************
FLAGS:
  V = HONORS AND DUAL ENROLLMENT COURSES  - ADDITIONAL 1.0 QUALITY POINT
  L = ADVANCED PLACEMENT OR I/B & SOME SELECT DUAL ENROLLMENT, ACE COURSES - ADDITIONAL 2.0 QUALITY POINT
  C = EXCLUDE FROM DISTRICT GPA;      W = EXCLUDE FROM STATE GPA
  X = EXCLUDE FROM STATE AND DISTRICT GPA;   Z & I = INCLUDE IN STATE AND DISTRICT GPA
  S = CREDIT BY EXAM  - NOT INCLUDED IN GPA;  U = AUDIT;
  P = COURSE IN PROGRESS.
T-TERM: 1, 8 = SEMESTER 1, 2  9 = SEMESTER 2, 3 = ANNUAL, 4 = SUMMER SESSION 1, 5 = SUMMER SESSION 1 AND 2
        6 = QUARTER 1, 7 = QUARTER 2, 8 = QUARTER 1, 9 = QUARTER 2, A = ANNUAL, B = TRIMESTER 1, C = TRIMESTER 2, D = TRIMESTER 3
```

```
TO - DISTRICT: 0000006 BROWARD TRANSCRIPT                           SCHOOL: 1281 COURSE INFORMATION                    PAGE 03
GRADE LEVEL: 30  PREPARED DATE: 05/08/2012                          CURRENT DISTRICT: 06 BROWARD
FL STUDENT ID:                 SSN:                                 CURRENT SCHOOL: 1281 NOVA HIGH
                                                                                    (754) 323-1650

LEGAL NAME: WOLFE, DANIEL E

DISTRICT: 06  SCHOOL: 0343 ATTUCKS MIDDLE
YEAR: 1995-1996   GRADE LEVEL: 07
                                       SUBJECT   CRSE       CREDIT
  COURSE#    COURSE TITLE               AREA     FLAG  GRD  ATT./EARN
T 3 1001040  M/J LANG ARTS 2            NC             D    0.00 0.00
3 1205040    M/J MATH 2                 NC             D    0.00 0.00
3 1302020    M/J BAND 3                 NC             C    0.00 0.00
3 2002070    M/J COMP SCI 2             NC             D    0.00 0.00
3 2103010    M/J GEOGRAPHY              NC             F    0.00 0.00
9 0101040    M/J ART/3-D1               NC             B    0.00 0.00

                        GPA                    CREDIT, TERM:
DISTRICT-TERM: 0.0000           CUM: 0.0000
STATE-TERM:    0.0000           CUM: 0.0000

1995-1996 ANNUAL DAYS-PRESENT: 171  ABSENT: 10
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:  0
ACADEMICALLY PROMOTED

DISTRICT: 06  SCHOOL: 0343 ATTUCKS MIDDLE
YEAR: 1996-1997   GRADE LEVEL: 08
                                       SUBJECT   CRSE       CREDIT
  COURSE#    COURSE TITLE               AREA     FLAG  GRD  ATT./EARN
T 8500230    PERSONAL DEVELOP           NC             F    0.00 0.00

DISTRICT: 06  SCHOOL: 0405 LANIER-JAMES EDUCATION CE
YEAR: 1996-1997   GRADE LEVEL: 08
                                       SUBJECT   CRSE       CREDIT
  COURSE#    COURSE TITLE               AREA     FLAG  GRD  ATT./EARN
T 0500010    M/J PER,CAR,SC DEV 2       NC             B    0.00 0.00
2 1001060    M/J LANG ARTS 3 BAS        NC             F    0.00 0.00

DISTRICT: 06  SCHOOL: 0343 ATTUCKS MIDDLE
YEAR: 1996-1997   GRADE LEVEL: 08
                                       SUBJECT   CRSE       CREDIT
  COURSE#    COURSE TITLE               AREA     FLAG  GRD  ATT./EARN
T 1001070    M/J LANG ARTS 3            NC             F    0.00 0.00

DISTRICT: 06  SCHOOL: 0405 LANIER-JAMES EDUCATION CE
YEAR: 1996-1997   GRADE LEVEL: 08
                                       SUBJECT   CRSE       CREDIT
  COURSE#    COURSE TITLE               AREA     FLAG  GRD  ATT./EARN
T 3 1008060 M/J READ 3 BAS              NC             F    0.00 0.00

DISTRICT: 06  SCHOOL: 0343 ATTUCKS MIDDLE
YEAR: 1996-1997   GRADE LEVEL: 08
                                       SUBJECT   CRSE       CREDIT
  COURSE#    COURSE TITLE               AREA     FLAG  GRD  ATT./EARN
T 3 1205070  M/J MATH 3                 NC             F    0.00 0.00

DISTRICT: 06  SCHOOL: 0653 PINE RIDGE EDUCATION CENT
YEAR: 1996-1997   GRADE LEVEL: 08
                                       SUBJECT   CRSE       CREDIT
  COURSE#    COURSE TITLE               AREA     FLAG  GRD  ATT./EARN
T 3 1501000  M/J PHYSICAL FITNESS       NC             F    0.00 0.00

DISTRICT: 06  SCHOOL: 0405 LANIER-JAMES EDUCATION CE
YEAR: 1996-1997   GRADE LEVEL: 08
                                       SUBJECT   CRSE       CREDIT
  COURSE#    COURSE TITLE               AREA     FLAG  GRD  ATT./EARN
T 3 2002090  M/J COMP SCI 3 BAS         NC             F    0.00 0.00

DISTRICT: 06  SCHOOL: 0343 ATTUCKS MIDDLE
YEAR: 1996-1997   GRADE LEVEL: 08
                                       SUBJECT   CRSE       CREDIT
  COURSE#    COURSE TITLE               AREA     FLAG  GRD  ATT./EARN
T 3 2002100  M/J COMP SCI 3             NC             F    0.00 0.00
3 2100010    M/J US HISTORY             NC             F    0.00 0.00
```

```
***************************************************************************************************
FLAGS:      V = HONORS AND DUAL ENROLLMENT COURSES - ADDITIONAL 1.0 QUALITY POINT
            L = ADVANCED PLACEMENT OR I/B & SOME SELECT DUAL ENROLLMENT, ACE COURSES - ADDITIONAL 2.0 QUALITY POINT
            C = EXCLUDE FROM DISTRICT GPA;    W = EXCLUDE FROM STATE GPA
            X = EXCLUDE FROM STATE AND DISTRICT GPA;   Z & I = INCLUDE IN STATE AND DISTRICT GPA
            S = CREDIT BY EXAM - NOT INCLUDED IN GPA;   U = AUDIT;
            P = COURSE IN PROGRESS
T-TERM:     1 6 8 = SEMESTER 1, 2 7 9 = SEMESTER 2, 3 = ANNUAL, 4 = SUMMER SESSION 1, 5 = SUMMER SESSION 2, S = SUMMER SESSION 1 AND 2
            6 = QUARTER 1, 7 = QUARTER 2, 8 = QUARTER 2, A = ANNUAL, B = TRIMESTER 1, C = TRIMESTER 2, D = TRIMESTER 3
```

```
TO - DISTRICT: 0000006 BROWARD TRANSCRIPT                           SCHOOL: 1281 COURSE INFORMATION
GRADE LEVEL: 30        PREPARED DATE: 05/08/2012           CURRENT DISTRICT: 06 BROWARD                              PAGE 04
FL STUDENT ID:                    X  SSN:                  CURRENT SCHOOL: 1281 NOVA HIGH
                                                                  (754) 323-1650

LEGAL NAME: WOLFE, DANIEL E

DISTRICT: 06 SCHOOL: 0405 LANIER-JAMES EDUCATION CE            DISTRICT: 06 SCHOOL: 1281 NO COURSES TAKEN
  YEAR: 1996-1997  GRADE LEVEL: 08                               YEAR: 1998-1999  GRADE LEVEL: NA
                              SUBJECT  CRSE            CREDIT                           SUBJECT  CRSE            CREDIT
  COURSE#     COURSE TITLE    AREA  FLAG  GRD  ATT./EARN           COURSE#   COURSE TITLE AREA  FLAG  GRD  ATT./EARN
T 2104000  M/J SOCIAL STUDIES  NC         F    0.00 0.00
3 8500230  PERSONAL DEVELOP    NC         F    0.00 0.00
                                       CREDIT, TERM:   0.00 0.00
                                                                      DISTRICT-TERM:  0.0000              GPA
                           GPA                                        STATE-TERM:     0.0000     CUM: 0.0000
  DISTRICT-TERM: 0.0000           CUM: 0.0000                                                   CUM: 0.0000
  STATE-TERM:    0.0000           CUM: 0.0000
                                                                 1998-1999 ANNUAL DAYS-PRESENT: 92  ABSENT: 15
1996-1997 ANNUAL DAYS-PRESENT: 113  ABSENT: 66                   SUMMER TERMS DAYS-PRESENT:   0    ABSENT:  0
SUMMER TERMS DAYS-PRESENT: 12  ABSENT: 3                         NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR
ACADEMICALLY PROMOTED

DISTRICT: 50 SCHOOL: 3011 PAHOKEE YOUTH DEVELOPMENT            DISTRICT: 06 SCHOOL: 1281 NO COURSES TAKEN
  YEAR: 1997-1998  GRADE LEVEL: 09                               YEAR: 1999-2000  GRADE LEVEL: NA
                              SUBJECT  CRSE            CREDIT
  COURSE#     COURSE TITLE    AREA  FLAG  GRD  ATT./EARN
T 1001310  ENG I              EN    Y     C    0.50 0.50            DISTRICT-TERM:  0.0000              GPA
2 1205400  APPLIED MATH I     MA    Y     C    0.50 0.50            STATE-TERM:     0.0000     CUM: 0.0000
2 1503350  TEAM SPORTS I      PE          C    0.50 0.50                                        CUM: 0.0000
2 2001340  ENV SCI            SC    Y     C    0.50 0.50
2 2100310  AMER HISTORY       AH    Y     C    0.50 0.50         1999-2000 ANNUAL DAYS-PRESENT:  0    ABSENT:  0
2 8206120  BUS COMPUTER AP II VO          D    0.50 0.50         SUMMER TERMS DAYS-PRESENT:     0    ABSENT:  0
2 8300310  WORKPLACE ESSENTIALS VO        B    0.50 0.50         PROMOTION STATUS NOT APPLICABLE
2 8600710  CONSTRUCTION TECH 1  VO        B    0.50 0.50
                                       CREDIT, TERM:   4.00 4.00
                           GPA                                 DISTRICT: 06 SCHOOL: 1281 NO COURSES TAKEN
  DISTRICT-TERM: 2.1250           CUM: 2.1250                    YEAR: 2000-2001  GRADE LEVEL: NA
  STATE-TERM:    2.1250           CUM: 2.1250
                                                                    DISTRICT-TERM:  0.0000              GPA
1997-1998 ANNUAL DAYS-PRESENT: 37  ABSENT: 92                       STATE-TERM:     0.0000     CUM: 0.0000
SUMMER TERMS DAYS-PRESENT: 2  ABSENT: 0                                                         CUM: 0.0000
ACADEMICALLY PROMOTED
                                                                 2000-2001 ANNUAL DAYS-PRESENT:  0    ABSENT:  0
                                                                 SUMMER TERMS DAYS-PRESENT:     0    ABSENT:  0
                                                                 PROMOTION STATUS NOT APPLICABLE

***********************************************************************************************************************
FLAGS:  V = HONORS AND DUAL ENROLLMENT COURSES   - ADDITIONAL 1.0 QUALITY POINT
        L = ADVANCED PLACEMENT OR I/B & SOME SELECT DUAL ENROLLMENT/ACE COURSES - ADDITIONAL 2.0 QUALITY POINT
        C = EXCLUDE FROM DISTRICT GPA;     W = EXCLUDE FROM STATE GPA
        X = EXCLUDE FROM STATE AND DISTRICT GPA;  Z & I = INCLUDE IN STATE AND DISTRICT GPA
        S = CREDIT BY EXAM - NOT INCLUDED IN GPA;  U = AUDIT;
        P = COURSE IN PROGRESS.
T-TERM: 1, 6, 8 = SEMESTER 1, 2, 3 = SEMESTER 2, 3 = ANNUAL, 4 = SUMMER SESSION 1, 5 = SUMMER SESSION 1 AND 2
        6 = QUARTER 1, 7 = QUARTER 2, 8 = QUARTER 1, 9 = QUARTER 2, A = ANNUAL, B = TRIMESTER 1, C = TRIMESTER 2, D = TRIMESTER 3
```

```
TO - DISTRICT: 0000006 BROWARD TRANSCRIPT
GRADE LEVEL: 30          PREPARED DATE: 05/08/2012        SCHOOL: 1281  COURSE INFORMATION
FL STUDENT ID:        , SSN:                              CURRENT DISTRICT: 06 BROWARD
                                                          CURRENT SCHOOL: 1281 NOVA HIGH     PAGE 05

LEGAL NAME: WOLFE, DANIEL E                                              (754) 323-1650

DISTRICT: 06  SCHOOL: 1281  NO COURSES TAKEN
    YEAR: 2002-2003  GRADE LEVEL: NA

                              GPA
DISTRICT-TERM: 0.0000        CUM: 0.0000
STATE-TERM:    0.0000        CUM: 0.0000

2002-2003 ANNUAL DAYS-PRESENT:     0    ABSENT: 0
SUMMER TERMS DAYS-PRESENT:         0    ABSENT: 0
PROMOTION STATUS NOT APPLICABLE

DISTRICT: 06  SCHOOL: 1281  NO COURSES TAKEN
    YEAR: 2003-2004  GRADE LEVEL: NA

                              GPA
DISTRICT-TERM: 0.0000        CUM: 0.0000
STATE-TERM:    0.0000        CUM: 0.0000

2003-2004 ANNUAL DAYS-PRESENT:     0    ABSENT: 0
SUMMER TERMS DAYS-PRESENT:         0    ABSENT: 0
PROMOTION STATUS NOT APPLICABLE

*************************************************************************************************
FLAGS: V = HONORS AND DUAL ENROLLMENT COURSES - ADDITIONAL 1.0 QUALITY POINT
       L = ADVANCED PLACEMENT COURSES - ADDITIONAL 2.0 QUALITY POINT
       C = EXCLUDE FROM DISTRICT OR I/B & SOME SELECT DUAL ENROLLMENT, ACE COURSES
       X = EXCLUDE FROM STATE AND DISTRICT GPA; W = EXCLUDE FROM STATE GPA
       S = CREDIT BY EXAM - NOT INCLUDED IN GPA; Z & I = INCLUDE IN STATE AND DISTRICT GPA
       P = COURSE IN PROGRESS;                   U = AUDIT;
T-TERM: 1 8 = SEMESTER 1, 2 7 9 = SEMESTER 2, 3 = ANNUAL, 4 = SUMMER SESSION 1, 5 = SUMMER SESSION 1 AND 2
        6 = QUARTER 1, 7 = QUARTER 2, 8 = QUARTER 2, A = ANNUAL, B = TRIMESTER 1, C = TRIMESTER 2, D = TRIMESTER 3
```

```
TO - DISTRICT: 0000006 BROWARD TRANSCRIPT          SCHOOL: 1281    GRADUATION SUMMARY
GRADE LEVEL: 30   PREPARED DATE: 05/08/2012        CURRENT DISTRICT: 06 BROWARD
FL STUDENT ID:       X  SSI                        CURRENT SCHOOL: 1281 NOVA HIGH        PAGE 06

                                                          (754) 323-1650

LEGAL NAME: WOLFE, DANIEL E

****** C U M U L A T I V E    S U M M A R Y ******
*                AS OF: 10/18/2007                *
*                                                 *       VOCATIONAL PROGRAM COMPLETION STATUS-
* GRADUATION OPTION:                              *        NUMBER: 0000000          UNKNOWN
*                                                 *        TERMINATION:             IN PROGRESS     COMPLETED:
*                              - - - CREDITS - - -*       VOCATIONAL PROGRAM COMPLETION STATUS-
*              SUBJECT         TOTAL    TOTAL     *        NUMBER: 8206100          COMPUTER APPLICATION
*              AREA          TO DATE   NEEDED REMAINING*   TERMINATION:             IN PROGRESS     COMPLETED: 05/30/1997
*   US GOVERNMENT    (AG)      0.00     0.50   0.50*      VOCATIONAL PROGRAM COMPLETION STATUS-
*   US HISTORY       (AH)      0.50     1.00   0.50*       NUMBER: 8300310          WORKPLACE ESSENTIALS
*   ECONOMICS        (EC)      0.00     0.50   0.50*       TERMINATION:             IN PROGRESS     COMPLETED:
*   ENGLISH          (EN)      0.50     4.00   3.50*      VOCATIONAL PROGRAM COMPLETION STATUS-
* LIFE MGMT SKILLS   (LM)      0.50     0.50   0.00*       NUMBER: 8600700          CONSTRUCTION TECH
*   MATHEMATICS      (MA)      0.50     3.00   2.50*       TERMINATION:             IN PROGRESS     COMPLETED:
*   PERSONAL FIT     (PE)      0.50     0.50   0.00*
*   PHYSICAL ED      (ED)      0.00     0.50   0.50*     DISTRICT CLASS RANK- EFFECTIVE DATE: 04/29/1999
* PERFORM FINE ART   (PF)      0.00     0.50   0.50*        CLASS RANK, NUMERICAL POSITION:         6
*   SCIENCE          (SC)      0.50     3.00   2.50*        CLASS RANK, PERCENTILE:                10
*   VOCATIONAL       (VO)      1.50     0.50   0.00*        CLASS RANK, TOTAL NUMBER IN CLASS:     63
*   WORLD HISTORY    (WH)      0.00     1.00   1.00*     *****************************************
*   ELECTIVE         (EL)      0.00     8.50   8.50*     COMMUNITY SERVICE HOURS:   0   REQUIREMENT MET: N/A
* CUMULATIVE TOTAL : GPA  4.00           24.00 20.00*    *****************************************
***************************************************    GRADING SCALE, EFFECTIVE 2001-2002 YEAR
DISTRICT: 2.1250           STATE: 2.1250                GRD EQUIVALENT QTY PTS     GRD EQUIVALENT QTY PTS
***************************************************    A = 90 - 100  4.00          D = 60 - 69   1.00
GRADING SCALE, EFFECTIVE 07/01/2002                     B = 80 -  89  3.00          F = BELOW 60  0.00
GRADES INCLUDED IN GPA -                                C = 70 -  79  2.00
GRD EQUIVALENT QTY PTS      GRD EQUIVALENT QTY PTS      *****************************************
A = 90 - 100   4.00         C  = 70 - 76   2.00         GRADING SCALE, EFFECTIVE 1999-2001
B+= 87 -  89   3.50         D+ = 67 - 69   1.50         GRD EQUIVALENT QTY PTS     GRD EQUIVALENT QTY PTS
B = 80 -  86   3.00         D  = 60 - 66   1.00         A = 94 - 100  4.00          C = 77 - 80   2.00
C+= 77 -  79   2.50         F  = BELOW 60  0.00         B+= 90 -  93  3.50          D+= 73 - 76   1.50
GRADES NOT INCLUDED IN GPA -                            B = 85 -  89  3.00          D = 70 - 72   1.00
P = PASSING                                             C+= 81 -  84  2.50          F = BELOW 70  0.00
FLAGS NOT INCLUDED IN GPA -                             *****************************************
U = AUDIT                                               GRADING SCALE, EFFECTIVE 1997-1999
X = EXCLUDE FROM STATE AND DISTRICT GPA                 GRD EQUIVALENT QTY PTS     GRD EQUIVALENT QTY PTS
W = EXCLUDE FROM STATE GPA COMPUTATION                  A = 94 - 100  4.00          C = 77 - 80   2.00
C = EXCLUDE FROM DISTRICT GPA COMPUTATION               B+= 90 -  93  3.50          D+= 73 - 76   1.50
                                                        B = 85 -  89  3.00          D = 70 - 72   1.00
                                                        C+= 81 -  84  2.50          F = BELOW 70  0.00
CERTIFIED BY:                                           *****************************************
                                                        GRADING SCALE, EFFECTIVE 1987-1997
   [signature]         Supervisor                       GRD EQUIVALENT QTY PTS     GRD EQUIVALENT QTY PTS
   SIGNATURE             TITLE                          A = 94 - 100  4.00          D = 65 - 74   1.00
                                                        B = 85 -  93  3.00          F = BELOW 65  0.00
   [signature]           5-18-12                        C = 75 -  84  2.00
                          DATE
```

```
TO - DISTRICT: 0000006 BROWARD TRANSCRIPT         SCHOOL: 1281      COMMENTS
GRADE LEVEL: 30   PREPARED DATE: 05/08/2012       CURRENT DISTRICT: 06 BROWARD                          PAGE 07
FL STUDENT ID:    X  SSN:                         CURRENT SCHOOL: 1281 NOVA HIGH

LEGAL NAME: WOLFE, DANIEL E                                        (754) 323-1650

------------------------------------- STATE DEFINED COURSE FLAGS -------------------------------------
VOCATIONAL SUBSTITUTION COURSES-
$=JOURNALISM SUB FOR PRAC ARTS      0=JROTC SUB FOR PRACTICAL ARTS       1=COMP ED SUB FOR PRACTICAL ARTS
2=SUB FOR BUS EN I 1001440          3=SUB FOR BUS EN I 1001440/II 1001450 4=SUB FOR MA I 1205540
5=SUB FOR MA I 1205380/II 1205390   6=SUB FOR GEN SCI 2002310            7=SUB FOR ANAT PHYSIO 2000350
8=SUB FOR PRE ALGEBRA 1200300       A=JROTC CST GD SUB FOR SCIENCE       B=JROTC AIR FORCE SUB FOR SCIENCE
K=JROTC NAVY SUB FOR SCIENCE        O=JROTC ARMY SUB FOR LIFE MGMT       Q=JROTC MARINE SUB FOR LIFE MGMT
LEP INSTRUCTION-
M=HOME LANGUAGE INSTRUCTION         B=HOME LANGUAGE &/OR ESOL INSTRUCTION (ELEMENTARY SELF-CONTAINED)
D=ESOL INSTRUCTION

    DISTRICT FLAGS:   U = AUDIT,
    V = HONORS COURSE - ADDITIONAL 1.0 QUALITY POINT
    L = ADVANCED PLACEMENT OR I/B COURSE - ADDITIONAL 2.0 QUALITY POINT
    ACCREDITED BY THE SOUTHERN ASSOCIATION OF COLLEGES AND SCHOOLS (SACS).
    . ONE CREDIT = A MINIMUM OF 135/120 HOURS OF BONAFIDE INSTRUCTION.
    . A MINIMUM 2.0 STATE GPA IS REQUIRED TO GRADUATE.
    . FCAT - FLORIDA COMP ASSESS. TEST REQUIRED FOR GRADUATION
    . CLASS RANK IS COMPUTED ON ALL DISTRICT ATTEMPTS. FINAL CLASS RANK IS
      DETERMINED ON COMPLETION OF THE FINAL TERM OF THEIR SENIOR YEAR.

----------------------------------------- GENERAL COMMENTS -------------------------------------------

----------------------------------------- CATEGORY B INFORMATION -------------------------------------

WITHDRAWAL-DATE: 06/30/2004    CODE: W40

HOME LANGUAGE SURVEY DATE: 10/11/1991             COUNTRY OF BIRTH: US UNITED STATES
NATIVE LANGUAGE: EN ENGLISH                       PRIMARY HOME LANGUAGE: EN ENGLISH

HEALTH EXAMINATION, SCHOOL ENTRY: Y  SCHOOL ENTRY HEALTH EXAMINATION CERTIFIED.

----------------------------------------------------------------------------------------------------
DROPOUT PREVENTION PROGRAM          DROPOUT PREVENTION PROGRAM INFORMATION ---------------------------
EDUCATION SERVICES IN DJJ PGMS        PLACEMENT REASONS
OBSOLETE CODE (SUBSTANCE ABUSE)
EDUCATION SERVICES IN DJJ PGMS
```