HSB 15.05.11
ATTACHMENT #3

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
BIO-PSYCHO-SOCIAL ASSESSMENT

| GUIDELINES | DATE OF REPORT 01-15-04 LEVEL OF CARE: O/P___ TCU___ CSU _X_ S-GRADE _5_ |
|---|---|
| V. SUBSTANCE ABUSE HX: SUBSTANCES ABUSED, FREQUENCY & DURATION OF ABUSE, IMPACT ON SOCIAL OR OCCUPATIONAL FUNCTIONS, AND TX RECEIVED | Inmate began using alcohol at age 15 years until present. He used alcohol 7 days each week. He started smoking marijuana at age 13 years and did so 7 days each week. Infrequently, he used cocaine starting at age 16 years. He had used many other drugs including prescription drugs illegally. He began smoking tobacco at age 15 years, and smoked about 1/2 to 1 packs each day. |
| VI. MENTAL HEALTH HX: HX OF EVALUATION & TX IN AND OUTSIDE OF PRISON, INCLUDING PAST & CURRENT COMPLAINTS; DIAGNOSES; MEDICATIONS; SIDE EFFECTS; AND RESPONSE TO TX | Inmate's father attempted suicide at some point. Inmate was hospitalized in a CSU for about 2 weeks at age 17 years. He was diagnosed as Bipolar and ADD. He received mental health treatment in Lauderhill, Florida at Starting Point. He has had 2 CSU admissions since being incarcerated. He takes albuterol for asthma. |
| VII. Current Testing | Inmate's BETA score is 129. |
| VIII. Current Diagnoses | AXIS I: Adjustment D/O & Mixed Disturbance of Mood & Conduct 309.4<br><br>AXIS II: Deferred 799.9<br><br>AXIS III: None<br><br>AXIS IV: Incarceration<br><br>AXIS V: GAF: 50 |
| IX. CURRENT FOCUS OF TX: (LIST CURRENT PROBLEMS/NEEDS AND STATUS OF EACH) | Problem:<br>#152 Suicidal Behavior |
| X. DISCHARGE/AFTER CARE PLAN: ACTIONS TAKEN OR TO BE TAKEN FOR CONTINUITY OF CARE UPON DISCHARGE FROM CSU/TCU OR RELEASE TO THE COMMUNITY | Once the patient's mental health has stabilized, the MDST will make a recommendation for the appropriate level of care for follow-up services offering the least restrictive environment to meet the patient's needs. |

Inmate Name Wolfe, Daniel

DC# L22537 R/S W/M

Date of Birth _____

Institution RMC
Bio-Psycho-Social Assessment
DC4-643C (11/95)

Place below Mental Health Evaluations subdivider in Outpatient Record
In TCU/CSU place in Inpatient Record and copy in Outpatient Record

0569