UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION


Lynn Wolfe, as Personal
Representative of the
Estate of Daniel Wolfe,
on behalf of the Estate,
and on behalf of Daniel
Wolfe's Survivor,
Lynn Wolfe,

    Plaintiff,

  vs.                  Case No.
                            5:10-CV-663-Oc-10DAB

Florida Department of
Corrections,

    Defendant.


_____/


DEPOSITION OF:  ROSE HARMON-PALAILE

DATE:         JANUARY 24, 2012

TIME:         9:21 a.m. to 12:45 p.m.

PLACE:        HIGGINS & ASSOCIATES
                4889 SINCLAIR ROAD
                SUITE #102
                COLUMBUS, OHIO 43229

REPORTED BY:    CARLA CASTLE

**COPY**

```
 1   APPEARANCES:

 2
         DANTE P. TREVISANI, Esquire
 3       Florida Justice Institute
         3750 Miami Tower
 4       100 S.E. Second Street
         Miami, Florida  33131
 5       E-mail: DTrevisani@FloridaJusticeInstitute.org
         786.342.6911,
 6
                  On behalf of the Plaintiff.
 7

 8       STEPHEN A. SPAID, Esquire
         Mandelbaum, Fitzsimmons & Hewitt, P.A.
 9       Captrust Building, Suite 201
         102 West Whiting Street
10       Tampa, Florida  33601-3373
         E-mail:  sas@ManFitzLaw.com
11       813.221.0200,

12                On behalf of the Defendant.

13                      -  -  -

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2
 3                           -  -  -
 4                        STIPULATIONS
 5              It is hereby stipulated by and between
 6    counsel for the respective parties herein that this
 7    deposition of ROSE HARMON-PALAILE may be taken at
 8    this time by the Notary; that said deposition is
 9    being taken pursuant to Notice; that said
10    deposition may be reduced to writing in stenotype
11    by the Notary, whose notes may thereafter be
12    transcribed out of the presence of the witness;
13    that proof of the official character and
14    qualifications of the Notary, the time and place of
15    the taking of said deposition, and the signature of
16    the witness are hereby waived.
17                           -  -  -
18
19
20
21
22
23
24
25
```

```
 1                    I N D E X

 2                      - - -

 3   DEPOSITION OF ROSE HARMON-PALAILE              Page

 4   Direct examination, by Mr. Spaid...............    5

 5   Cross-examination, by Mr. Trevisani........... 107

 6   Redirect examination, by Mr. Spaid............ 128

 7                      - - -

 8                  E X H I B I T S

 9
     Plaintiff's Exhibits           Marked     Referred
10

11   No. 1 -                          118
     Respiratory Assessment (1 pg.)
12

13
                       - - -
14

15   Defendant's Exhibits           Marked     Referred

16
     No. 1 -                          92
17   Unsworn Declaration of Rose
     Harmon-Palaile (3 pgs.)
18

19
                       - - -
20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2                         -  -  -

 3                  ROSE HARMON-PALAILE,

 4        being by me first duly sworn, as hereinafter

 5           certified, deposes and says as follows:

 6                    DIRECT EXAMINATION

 7    BY MR. SPAID:

 8           Q.    Good morning, Rose.

 9           A.    Good morning.

10           Q.    We had a chance to meet a second

11    ago.

12                 Again, for the record, my name is

13    Stephen Spaid.  I am one of the attorneys that will

14    be representing the Department of Corrections.

15           A.    I didn't want to know.  I didn't

16    want to know who is who.

17           Q.    Oh.  It's all right.  We have to be

18    up front and honest with you.

19           A.    Okay.

20           Q.    Have you ever had your deposition

21    taken before?

22           A.    No.  In my 22 years of nursing I

23    never did CPR except this case and I've never been

24    deposed.

25           Q.    Just so we're all on the same page,
```

1    I'm going to go through the ground rules for a

2    deposition.

3              A.    Okay.

4              Q.    The first thing, if at any point you

5    need a break, please just let me know.

6              A.    Good.

7              Q.    Whether it's the restroom, water, if

8    anything gets too emotional and you'd like to take

9    a second, please just let me know.

10             A.    Okay.

11             Q.    The second is, everything that is

12   being said here today is being taken down by the

13   lady to my left.  And for her to be able to do her

14   job and make it a little easier on her, it's

15   important that we allow each other to finish our

16   questions and answers.

17             A.    Okay.

18             Q.    The other part of that is we have to

19   have verbal responses.  Because for her to take

20   down a nod of the head is very difficult --

21             A.    Right.

22             Q.    -- or uh-huhs and huh-uhs.  Yes and

23   no's are much easier for her.

24                   Also, if any point I ask you a

25   question today, whether I go too fast or I phrase

1    it in a way that might be confusing, I'm going to

2    ask that you please let me know that you're

3    confused and you might not understand what I'm

4    asking.

5                    Fair?

6        A.    Okay.

7        Q.    If I ask a question and you do not

8    indicate that you don't understand what I'm asking

9    and you provide an answer, we're going to assume

10   that you understood the question and are answering

11   to the best of your knowledge and ability.

12                   Is that fair?

13       A.    That's fair.

14       Q.    For the record, can you please state

15   your full name?

16       A.    Rose Marie Harmon-Palaile.

17       Q.    And is the Harmon-Palaile

18   hyphenated?

19       A.    Uh-huh.   Oh.   Yes.

20       Q.    Can you spell that for Madame Court

21   Reporter?

22       A.    I already did.

23       Q.    Oh.

24       A.    H-a-r-m-o-n, hyphen, P-a-l-a-i-l-e.

25       Q.    And would you mind if I just call

```
 1    you Rose?

 2         A.      No.   That's fine.

 3         Q.      Rose, where do you currently live?

 4

 5

 6

 7         Q.      And how long have you lived at the

 8    Greenleaf address?

 9         A.      Since March 15th.

10         Q.      Of 2011?

11         A.      Yes.

12         Q.      And prior to moving to the Greenleaf

13    Drive address, where did you reside?

14         A.      3096 Rotunda Court North, Columbus,

15    Ohio, 43232.

16         Q.      And how long did you reside at the

17    3096 Rotunda Court North address?

18         A.      From February of '09 till March of

19    '11.

20         Q.      And prior to the 3096 Rotunda Court

21    address?

22         A.      We're going to get into it, aren't

23    we?

24         Q.      Uh-huh.

25         A.      You're going to make me think.
```

| | |
|---|---|
| 1 | 10610 North 30th Street, -- what was my apartment |
| 2 | number? -- 14E, I believe, Tampa.  And I don't |
| 3 | remember the Zip. |
| 4 | Q.    That's fine. |
| 5 | And how long did you reside at the |
| 6 | 10610 address? |
| 7 | A.    Not even a year.  From March to |
| 8 | November of 2008.  That's when the economy slammed |
| 9 | us into Ohio. |
| 10 | Q.    And prior to the 10610 North 30th |
| 11 | Street address? |
| 12 | A.    Now, that I have. |
| 13 | Q.    Where did you reside? |
| 14 | A.    Oh, wait.  I lived in Lakeland. |
| 15 | 609 Longfellow Boulevard.  That was Lakeland.  I |
| 16 | don't remember the Zip. |
| 17 | Q.    And when did you reside at that |
| 18 | address? |
| 19 | A.    I was there after my divorce.  My |
| 20 | divorce was -- 2006 to 2008. |
| 21 | Q.    And prior to the 609 Longfellow |
| 22 | Boulevard address where did you reside? |
| 23 | A.    2207 Hutchinson Avenue, Leesburg, |
| 24 | Florida, 34748.  And I lived there seven years, |
| 25 | from '99 to 2006, December of '99.  No.  November |

```
 1    of '99 to November of 2006.

 2          Q.     Rose, are you currently married?

 3          A.     Yes.

 4          Q.     How many times have you been

 5    married?

 6          A.     Five.

 7          Q.     What is your current husband's name?

 8          A.     Joseph Kanaha, K-a-n-a-h-a, Palaile.

 9    It's Hawaiian.

10          Q.     And how long have you been married

11    to Joseph?

12          A.     Since 6-7-8.

13          Q.     Prior to Joseph who were you married

14    to?

15          A.     Ronnie Lee Hagan.

16          Q.     How long were you married to Ronnie?

17          A.     Nine years and 10 months.

18          Q.     Do you recall when you got divorced

19    from Ronnie?

20          A.     July 12th, 2006.

21          Q.     Do you have any kids?

22          A.     Not with him, no.  I was older.

23          Q.     Do you have any kids in general?

24          A.     I have three grown.

25          Q.     And from your statement, is it fair
```

```
 1    to assume that Joseph is not the father of any of

 2    those?

 3             A.     No.

 4             Q.     Okay.

 5             A.     I have two stepchildren, also.

 6             Q.     Okay.  And just with your own three

 7    kids --

 8             A.     And six grandkids.

 9             Q.     Starting with your oldest child, can

10    you give me his or her name and date of birth?

11             A.     John Thomas McElfresh,

12    M-c-E-l-f-r-e-s-h.

13             Q.     I'm sorry.  One more time.

14             A.     M-c-E-l-f-r-e-s-h.

15             Q.     And where does John Thomas live?

16             A.     Baltimore.

17             Q.     And how do you spell that?

18             A.     B-a-l-t-i-m-o-r-e.

19             Q.     Like Baltimore, Maryland?

20             A.     Yes, but it's Ohio.

21             Q.     Baltimore, Ohio.

22                    And has John Thomas resided in Ohio

23    for the majority of his life?

24             A.     Yes.

25             Q.     Moving to your next oldest child.
```

```
 1              A.    Christina Lynn Parr, P-a-r-r.

 2              Q.    And date of birth?

 3              A.    ;       .

 4              Q.    And location?

 5              A.    Nashport, Ohio.

 6              Q.    And moving on to your next oldest

 7     child.

 8              A.    Kelly Lee Sills.  Lee, L-e-e.

 9     Kelly, K-e-l-l-y, Lee, L-e-e, Sills, S-i-l-l-s.

10     2-26-84.

11              Q.    And --

12              A.    Are they all older than you?  I'm

13     old.

14              Q.    Current location?

15              A.    Byesville, B-y-e-s-v-i-l-l-e, Ohio.

16              Q.    And has Kelly Lee lived in Ohio the

17     majority of her life?

18              A.    All of her -- No.  She lived in

19     Florida some.  Yes.  She lived in Florida about

20     five years.

21              Q.    And your two stepchildren?

22              A.    Don't ask me their birthdays.

23              Q.    Let's start with their names.

24              A.    Nicholas, don't know his middle

25     name, Palaile.  He was born December 23rd of some
```

```
 1   year.  I don't know the year.  And then --
 2            Q.      Approximate age?  How old is he
 3   right now?
 4            A.      Let's see.  He might be 25.
 5            Q.      And location?
 6            A.      Austin, Texas, I want to say.
 7            Q.      What does Nicholas do out in Austin?
 8            A.      He worked for Nordstrom's for years,
 9   and he moved to Boston with them; but he moved back
10   after the recession and he lost his job.  I'm not
11   sure what he's doing now.
12            Q.      And your other stepchild?
13            A.      Andrea --
14                    I know Nicholas' middle name,
15   Kanaha.  The Hawaiian tradition, they all carry the
16   father's middle name.  Andrea Kanaha Palaile.  I'm
17   supposed to carry his middle name, too, but not me.
18            Q.      And how old is Andrea?
19            A.      She's about 23, maybe 24.
20            Q.      And any clue on date of birth?
21            A.      June.  I'm not sure of the day or
22   the year.
23            Q.      And where is Andrea?
24            A.      College Station, Texas.  She's a
25   student.
```

| | | |
|---|---|---|
| 1 | Q. | Texas A&M? |
| 2 | A. | No. |
| 3 | Q. | What -- |
| 4 | A. | I don't know really. |
| 5 | Q. | Okay. |
| 6 | A. | Could be. |
| 7 | Q. | Okay. |
| 8 | A. | I just never heard -- I never heard |

her talk about it.

Q.    And you said you have six grandkids, correct?

A.    Uh-huh.

Q.    Are they spread out amongst your five children?

A.    My three.

Q.    Three children.

And if you could, just tell me their first names and to which one of your three children they belong to.

A.    Morgan is Kelly's.  Kelly's got four.

Q.    And how old is Morgan?

A.    Ten.

Austin is Kelly's, and he just turned nine.  Alexis is Kelly's, and she's seven.

```
 1    Carson is Kelly's, and he's three.  And then
 2    Christina has my other two.  That is Taylor.  She's
 3    six.  And Cameron is two.
 4         Q.     Very good.
 5                Rose, have you ever been convicted
 6    of a felony?
 7         A.     No.
 8         Q.     Have you ever been convicted of a
 9    crime involving dishonesty or deceit?
10         A.     No.
11                MR. TREVISANI:  Object to form.
12                THE WITNESS:  What?
13                MR. TREVISANI:  You can go ahead and
14    answer.  Sometimes I'm going to object.
15                THE WITNESS:  Oh.  Okay.
16                MR. TREVISANI:  But you can go ahead
17    and answer unless one of us tells you not to
18    answer.
19                MR. SPAID:  What was wrong with that
20    question?
21                MR. TREVISANI:  It was compound.
22         A.     No.
23         Q.     Have you ever been convicted of a
24    crime involving dishonesty?
25         A.     No.
```

1        Q.     Have you ever been convicted of a

2   crime involving deceit?

3        A.     No.

4        Q.     Where did you go to high school?

5        A.     Zanesville High School.

6        Q.     And what city is that in?

7        A.     Zanesville, Ohio.

8        Q.     Some of the questions may seem quite

9   self-explanatory, but I still have to ask.

10       A.     Yeah.

11       Q.     Do you recall when you graduated?

12       A.     I got my GED.  I dropped out in '81.

13       Q.     Did you obtain your GED in '81?

14       A.     '86.

15       Q.     When you dropped out, what was the

16   highest grade you had reached at that point?

17       A.     I was in my senior year.  I was

18   married.  I had a baby.  He was sick.  He was in

19   the hospital.  Kind of needed to be there.

20       Q.     After obtaining your GED in 1986 did

21   you go on to receive any college training?

22       A.     I went to school for medical

23   assisting.

24       Q.     Was this a four-year institution?

25       A.     No.  It was supposed to be a

```
 1    one-year course, but it turned into like a year and

 2    a half.  It's for medical assisting, like doctor's

 3    offices.  They're not nurses.  They're medical

 4    assistants.

 5              Q.    Was it considered a degreed program?

 6              A.    Diploma.

 7              Q.    Diploma?

 8              A.    Uh-huh.  Or no.  A certificate.  I'm

 9    sorry.  A certificate.

10              Q.    And did you complete that program?

11              A.    Yes.

12              Q.    Do you recall when you completed

13    that program?

14              A.    1986, January.

15              Q.    And where did you complete that

16    program at?

17              A.    Columbus School -- No.  I'm going on

18    to my nursing.  Columbus Paraprofessional

19    Institute, CPI.

20              Q.    I think you just mentioned that you

21    had continued your training or schooling.

22              A.    Uh-huh.

23              Q.    After going to CPI, what was your

24    next formal training or education program?

25              A.    I was a state-tested nursing
```

```
 1    assistant during the time I was in nursing school,

 2    but nursing school was my -- that's my training.

 3            Q.      And which nursing school did you go

 4    to?

 5            A.      Columbus School of Practical

 6    Nursing.

 7            Q.      And was that a degreed program?

 8            A.      Diploma.

 9            Q.      And when you -- did you complete

10    your program at Columbus School of Practical

11    Nursing?

12            A.      Yes.

13            Q.      Do you recall what year that was?

14            A.      June 1st, 1990.

15            Q.      And when you completed that program

16    what was your designation?

17            A.      You mean my title?

18            Q.      Uh-huh.

19            A.      LPN, licensed practical nurse.

20    Actually, it was GPN, general practical nurse,

21    until I took boards and then I became licensed.

22    And I took boards in October of 1990.

23            Q.      Other than your LPN, do you hold any

24    licenses?

25            A.      No.
```

```
 1          Q.    Are you licensed in the state of

 2    Florida?

 3          A.    I'm not active in either state.

 4          Q.    Other than Florida what state are

 5    you active -- or were you licensed in?

 6          A.    Ohio.  I don't know if my status is

 7    inactive or just expired.  I never renewed my

 8    license in either state.

 9          Q.    Do you have some understanding of

10    what year your licenses would have gone inactive or

11    expired?

12          A.    This is my last license, July 31st

13    2009.

14          Q.    And was that for Florida?

15          A.    Florida.

16          Q.    And what about for Ohio?

17          A.    Oh, lordy.  It would have been '99

18    or 2000.  They're opposite years from Florida.

19          Q.    Now, I see that you brought several

20    documents with you here today.

21          A.    Uh-huh.

22          Q.    Can you tell me what you brought

23    with you?

24          A.    I have this.  Like I was telling

25    him, this was completely by accident that I have my
```

```
 1    CEUs for 2005 for licensure.  I have my 2005
 2    suitable-for-framing license.  I have my wallet
 3    license and my continuing education.  I don't know
 4    if they're -- I'm sorry.  I don't know if they're
 5    all in here.  Oh, these are the tests.  Here's
 6    the -- here's the tests and the certificates with
 7    my test results.  Two mandated -- Three were
 8    mandated by the state and the other one was
 9    elective.
10          Q.    And these are all for 2005, correct?
11          A.    Yes.
12          Q.    Do you have any similar
13    documentation for 2004?
14          A.    Is that the year that I was there at
15    Lake?
16          Q.    Uhm --
17          A.    I don't know.  That's 2005.  Let me
18    look toward the back.  We're back in '96 here.
19    This is all when I transferred from Ohio to
20    Florida.  Okay.  Let's see.  This is PR.  This was
21    before I even moved.  There's my medical assistant.
22    I mean, these are all '99 in the blue.  No.  I'm
23    sure I had it, but with the moves and me not
24    working I didn't hang on to them.  These were found
25    in the back of a file cabinet --
```

1       Q.      Okay.

2       A.      -- with my DOC handbook.  I didn't

3   bring that, but that just was a handbook.  That

4   wasn't anything I did.  It was my orientation.

5       Q.      Do you recall when you received that

6   DOC handbook?

7       A.      When I went -- when I -- May of '05,

8   I believe.

9       Q.      Okay.  Did you happen to bring a

10  current copy of your resume or CV with you?

11      A.      You don't need a resume to be

12  disabled.  No, I didn't.

13      Q.      Of any of the other documents other

14  than what we just discussed that were identified in

15  the subpoena, did you bring anything else?

16  Specifically --

17      A.      Oh, wait a minute.  Oh, no.  This is

18  2005, also.  I'm sorry.  Go ahead.

19      Q.      When we had you served with a

20  subpoena for this deposition, in the middle portion

21  there were a number of documents or a type of

22  documents that we asked you to bring in if they

23  were in your possession.

24              Did you happen to identify any other

25  documents in your possession?

| | |
|---|---|
| 1 | A.     No. |
| 2 | Q.     Okay. |
| 3 | A.     Like I was telling him, Suwannee |
| 4 | Medical, they have my entire employee file.  I |
| 5 | worked with -- I worked for them from December -- |
| 6 | November or December of 1999 until October or |
| 7 | November of 2008.  I have no employment |
| 8 | information.  It all -- And the last office I |
| 9 | worked out of was Lakeland.  Because I worked out |
| 10 | of the Leesburg office and I worked out of Orlando, |
| 11 | but the last one I worked out of my record will be |
| 12 | at.  Orlando is the corporate office, so it would |
| 13 | either be Orlando or Lakeland. |
| 14 | Q.     And that was kind of leading into my |
| 15 | next set of questions.  I was going to discuss with |
| 16 | you your employment history. |
| 17 | A.     Okay. |
| 18 | Q.     And as you indicated, you hired on |
| 19 | with Suwannee Medical in 1999.  We're going to |
| 20 | start there. |
| 21 | Okay? |
| 22 | A.     May I take a break, please? |
| 23 | Q.     Of course. |
| 24 | A.     I'm sorry. |
| 25 | (Brief recess taken.) |

```
 1   BY MR. SPAID:

 2          Q.    Rose, we were just starting to

 3   discuss the beginning of your employment was

 4   Suwannee Medical in 1999.

 5          A.    Uh-huh.   Yes.

 6          Q.    Can you walk me through in

 7   chronological order, starting in 1999, the

 8   different facilities you worked at and what roles

 9   you held at those facilities?

10          A.    1999, Suwannee.   That was my

11   first -- that was in Florida.   I worked before that

12   in Ohio.

13          Q.    Uh-huh.

14          A.    Okay.

15          Q.    We only need a relevant time period

16   with you working in Florida.   We'll keep it to

17   that.

18          A.    I worked hospice.

19          Q.    And I apologize.   Not to cut you off

20   after that long question.

21          A.    Okay.

22          Q.    For the record, can you please

23   explain what Suwannee Medical is?

24          A.    It's a temporary agency that does

25   supplemental staffing.
```

| | |
|---|---|
| 1 | Q.    And they specialize in staffing |
| 2 | nursing and medical? |
| 3 | A.    Hospitals, nursing.  Any medical |
| 4 | field, yes. |
| 5 | Q.    Okay. |
| 6 | A.    They have nursing assistants, home |
| 7 | health aides, uhm, RNs, LPNs, phlebotomists.  So |
| 8 | anything in the medical field. |
| 9 | Q.    Going back to my last question, |
| 10 | walking us through from 1999 forward, -- |
| 11 | A.    Okay. |
| 12 | Q.    -- can you please tell me what |
| 13 | facilities you worked at and what your roles were |
| 14 | at those facilities? |
| 15 | A.    Okay.  Hospice was home.  I did |
| 16 | critical care. |
| 17 | Q.    And how long did you do that? |
| 18 | A.    Just about maybe two years.  I did a |
| 19 | couple assignments in Leesburg, and then a couple |
| 20 | of years I worked from the Lakeland office.  They |
| 21 | sent me to Sebring, all over Florida. |
| 22 | Q.    And was that still doing critical |
| 23 | care hospice or was that -- |
| 24 | A.    Yeah.  I didn't do continuous care. |
| 25 | I did critical care.  That's when death was |

1    imminent.

2         Q.      And then moving past the time when

3    you were doing hospice and critical care, what did

4    you do then?

5         A.      I did prisons, Department of

6    Corrections.  That was my favorite.

7         Q.      Why was it your favorite?

8         A.      I don't know.  It was just -- I

9    don't know if it has to do with the fact that my

10   son entered prison here in Ohio.  I really couldn't

11   tell you.  I don't know if it was because the

12   patients were more appreciative of what you were

13   doing there, uhm, the safety aspect of it.  I don't

14   know.  It's just something I like.  And hospice, as

15   well.  So I would do hospice and prisons again.

16        Q.      And by that you mean if you were to

17   go back to employment, correct?

18        A.      Yes.

19        Q.      There's been some discussion before

20   the deposition and during breaks, but for the

21   record can you please state your current employment

22   status?

23        A.      I am disabled.

24        Q.      And how long have you been disabled?

25        A.      Since June of 2008.

```
 1            Q.     Going back to the time that you
 2   spent working for the Department of Corrections in
 3   Florida --
 4            A.     I also did some nursing home work
 5   for Suwannee.
 6            Q.     And what period was that?
 7            A.     Throughout my -- They would just
 8   call me with assignments that were available and I
 9   would take it.  But then when I went to the
10   Department of Corrections they would put me on
11   their schedule and I would call my agency and let
12   them know what I was scheduled for at the prison.
13            Q.     I just want to touch on a few things
14   that you've already mentioned.
15                   When you said that your son was in
16   prison in Ohio, --
17            A.     Uh-huh.
18                   I wasn't a sympathizer, either.
19            Q.     -- was that John Thomas that you
20   were referring to?
21            A.     Yes, it sure was.
22            Q.     And what was John Thomas convicted
23   for?
24            A.     Drugs.
25            Q.     And how long was he sentenced?
```

1              A.      Two years.  He says two and a half,

2     but I think it's more like two, maybe two years two

3     months, something like that.  And it may have been

4     two and a half and they gave him time served for

5     county, as well.  I don't know.  I was in Florida;

6     he was in Ohio.

7              Q.      Okay.  And do you recall when he was

8     sentenced?

9              A.      Let's see.  When did I live in

10    Lakeland?  2006.  I think like 2004 to 2006.

11             Q.      Other than John Thomas, were any of

12    your other children ever convicted of felony

13    crimes?

14             A.      No.

15             Q.      Other than John Thomas, did any of

16    your other children including stepchildren ever

17    spend time incarcerated in any capacity?

18             A.      Yes.  My stepson.  I don't know the

19    details, but he was in county jail.

20             Q.      Do you recall for how long?

21             A.      No.  Or for what.  I don't know.

22             Q.      Okay.

23             A.      I just remember my husband telling

24    me on our -- On one of our dates I discussed the

25    fact that my son was in prison at the time.  Oh,

```
 1   yeah.  My son's been in prison.  Oh, really?
 2   Where?  Something county jail.  I'm like, no,
 3   that's not prison, that's county jail.  But I can't
 4   remember.
 5            Q.     Do you recall what state?
 6            A.     Texas.
 7            Q.     One of the other comments you had
 8   made, I believe, was that you enjoyed or liked the
 9   security aspect of working in prison.  Correct?
10            A.     Uh-huh.
11            Q.     Can you elaborate a little bit for
12   me?
13            A.     Yeah.  When I worked here in Ohio we
14   had an incident at one of the nursing homes I
15   worked at where one of our nursing assistants got
16   off work at night and it was dark out and she was
17   actually kidnapped from the parking lot.  I had
18   worked a double, so I was still inside; but it
19   still affected me.  I mean, I was scared to death
20   to go to my car.
21                   And like in the prisons you're
22   surrounded by armed guards outside and then inside
23   you carried the personal body alarm and you had
24   security with you all the time.  It's the safest
25   job I've ever had.
```

```
 1                  In one of my hospice cases I
 2   witnessed a drug deal outside.  My patient's family
 3   member was doing a drug deal outside the window
 4   where I was working, and so I didn't feel real safe
 5   on that site, either.  You know, so --
 6         Q.    One of the other comments I believe
 7   you made was that the patients were more
 8   appreciative.
 9         A.    Uh-huh.  Yes.
10         Q.    Can you elaborate a little bit more
11   on that?
12         A.    They complained less.  Uhm, they
13   appreciate the fact that you're there to help them.
14   They -- I don't want to say they complain less.
15   They're whiny and they want medical more often, but
16   they complain less about what you do to help them.
17   They complain about everything from a stubbed toe
18   to a heart attack, but they just -- they just
19   appreciate that you're there and the reason you're
20   there.
21         Q.    I believe you indicated that you
22   began working at the Department of Corrections in
23   approximately 2002.  Is that correct?  If I
24   misstated that, please correct me.
25         A.    My goodness.  Let's see.  I worked
```

```
 1    for Lake County Sheriff's Department in 2000.

 2    Yeah, 2002 sounds about right, or 3.

 3          Q.    Starting with your first facility

 4    with the Department of Corrections that you worked

 5    at, can you tell me where that was?

 6          A.    Lake CI.

 7          Q.    Do you recall when you first started

 8    at Lake CI?

 9          A.    No.  That would have been the 2002,

10    2003.  And I worked mental health there at their

11    mental health facility inside the prison.  And then

12    they needed me in medical one night, so they pulled

13    me to medical.  And I loved it and I stayed in

14    medical and just filled in in psych when they

15    really needed me.

16          Q.    And what were you doing in the psych

17    department?

18          A.    Going crazy.  I would do like

19    suicide watches, talk to the inmates, uhm,

20    assessments.  Oh, what do I want to call it?

21    Redirect, charting, medication pass,

22    administration.

23          Q.    And do you recall the time where you

24    first covered in medical and then transitioned to

25    that department primarily?
```

```
 1              A.      No.  Probably 2003-ish.
 2              Q.      I believe you indicated that you
 3      loved medical.
 4              A.      Loved it.
 5              Q.      What about the medical section did
 6      you enjoy?
 7              A.      That I got to use more of my skills.
 8              Q.      And what shifts were you working
 9      during that period?
10              A.      3 to 11, 11 to 7.  Well, no.  Four
11      to midnight, midnight to 8.
12              Q.      Was it a pretty consistent schedule?
13              A.      Yeah.  They put me on -- they put me
14      on their schedule and then I would just call the
15      agency with what they gave me.  And I pretty much
16      could tell when I would be working.
17              Q.      In the medical department did you
18      work with inmates who had a wide variety of medical
19      conditions?
20              A.      Yes.
21              Q.      Did you --
22              A.      A lot of HIV.
23              Q.      Did you work with many asthmatics?
24              A.      Not so much.
25              Q.      If you could estimate a percentage
```

1 of the number of inmates who visited the medical

2 department which you treated which were treated in

3 relation to asthma.

4      A.    Well, they usually came in sick call

5 in the morning. But personally I -- Daniel

6 included, I've taken care of maybe five.

7      Q.    And that was all during the time at

8 Lake CI?

9      A.    Yes. Now, when I was at Lake CI I

10 was also going to Lowell CI. And then I went to

11 Marion CI after Lake.

12      Q.    We're going to focus on your

13 employment at Lake for the purpose of this

14 conversation.

15      A.    Okay.

16      Q.    We discussed that you treated a

17 number of inmates with HIV and that you treated

18 approximately five inmates who were asthmatics

19 while at Lake CI.

20             Can you estimate how many inmates

21 with diabetes you were seeing?

22      A.    About 25 insulin dependent. There

23 could have been several more. We had different

24 duties. We had two girls in the pill window who

25 would pass meds. I don't know what diabetic pills

1  were taken, but insulin dependent was about 25.
2  And that's when they come in to see us to get their
3  injection.
4          Q.     And were those injections daily?
5          A.     Yes.  Actually, they were as many as
6  four times a day depending on their finger stick.
7          Q.     What capacity did you work in the
8  medical division at Lake CI?
9          A.     As an agency LPN.
10         Q.     And what were your responsibilities
11  as an agency LPN at -- while working at --
12         A.     To assist the senior nurses, senior
13  LPNs, senior RNs.  And that's -- I did everything.
14  I did -- uhm, I did like transfers.  I did -- I
15  prepared the charts for transfers for going out to
16  outside appointments.  Uhm, I did -- I did do a
17  couple of pill passes.  I went to confinement.  I
18  did everything they did.
19         Q.     And during your employment time
20  while working at Lake CI, were you required to
21  complete any continuing education courses?
22         A.     Through the Department of
23  Corrections?
24         Q.     Sure.
25         A.     No.

1        Q.      What about to maintain your license

2    in general?

3        A.      Yes.  That's mandated by the state.

4        Q.      Do any of those continuing education

5    courses have to do with respiratory conditions?

6        A.      I think that's a selective.  Yeah.

7    No, I didn't do those.  Uhm, the ones mandated by

8    the state was the medical error prevention, patient

9    safety, the HIV/AIDS one-hour overview, and

10   intimate partner violence, a domestic violence

11   concern.  And then because I had the HIV patients

12   my elective was nursing care of the HIV infected

13   patient.

14       Q.      I believe you've referred to the

15   certificates you received in relation to your

16   continuing education classes in 2005.  Correct?

17       A.      Yes.

18       Q.      Were those the same courses you took

19   each and every year?

20       A.      The mandated ones were pretty much

21   the same.

22       Q.      Okay.

23       A.      The electives were different.  And I

24   selected my electives based on the type of patient

25   I was seeing at the time.  Like I did end of life

```
 1   because I was doing hospice care.  Uhm, I did --
 2   because I was doing some nursing home I did, uhm,
 3   some geriatric ones.  But I don't think I did any
 4   respiratory.
 5          Q.   Okay.  Did Suwannee Medical require
 6   that you take part in any additional education
 7   courses while you were employed with the company?
 8          A.   If they did, I don't remember.
 9          Q.   Okay.
10          A.   I don't remember taking -- Now,
11   wait.  No.  I think the only thing I did for them
12   was their orientation tests, like the fire safety
13   and just your basic orientation packet that you
14   would do for almost any job, the fire safety, the
15   extinguishers.
16          Q.   Were you working in the medical
17   department at Lake CI in November of 2004?
18          A.   Yes.
19          Q.   Do you recall where you were the
20   morning of November 26th, 2004?
21          A.   Is that the morning of the asthma
22   attack?  I'm not sure because I -- I didn't write
23   down the date that it happened.  So I'm not sure of
24   the exact date.
25          Q.   And unless counsel has an objection,
```

1    I will represent to you that it has been alleged

2    that on the morning of November 26th, 2004, Daniel

3    Wolfe did experience an asthma attack while

4    residing at Lake CI.

5            A.      Okay.  Daniel Wolfe did experience

6    an asthma attack while at Lake CI sometime around

7    2004.  I'm not sure of the exact date.  I can't put

8    the exact date to it, but if I had my chart in

9    front me I could see what date I wrote.

10           Q.      And were you present during an

11   asthma attack --

12           A.      No.

13           Q.      -- for Daniel Wolfe in November of

14   2004?  And I'll leave out the date because, as you

15   indicated, you are not clear as to exactly what

16   date that may be.

17           A.      Yes.

18           Q.      So for the purpose of these

19   questions we'll all understand that if I say

20   November of 2004 we're referring to that attack

21   which is believed or alleged to have occurred on

22   November 26th.

23                   Fair enough?

24           A.      Fair.

25           Q.      Okay.  Do you recall what time of

1    the morning that attack occurred?

2         A.    About 1:30-ish.

3         Q.    And we won't hold you to the exact

4    time.  We understand.

5         A.    You know what?  It was November

6    because it was around Thanksgiving.  Because I had

7    worked -- My friend, Ann Newsome, that worked with

8    me, she -- I was the only one scheduled for

9    evenings and she came in and worked evenings for

10   me.  She was the only one scheduled for nights.  So

11   since she came in and worked evenings for me, I

12   worked nights for her.  I wasn't even supposed to

13   even be there, but I worked over.  I worked over to

14   help cover.  So it was around Thanksgiving.  So it

15   was November.

16        Q.    Okay.  And assuming that was the

17   morning of November 26th, 2004, --

18        A.    That must be.

19        Q.    -- and you were, as you indicated,

20   working at Lake CI that morning --

21        A.    Yes.

22        Q.    -- in the place of Ann Newsome --

23        A.    No.  In addition to Ann Newsome.

24        Q.    Oh.  In addition.  Sorry.

25        A.    Yes.

1        Q.      Starting at about midnight that

2    morning, do you recall what you were doing?

3        A.      We were probably -- Let's see.  That

4    would have been a Friday.  We were probably putting

5    charts away.  And then I got a phone call -- It

6    wouldn't have been around midnight.  It would have

7    been after midnight when I got the phone call that

8    two inmates wanted their nebulizer treatments.  It

9    would have been --

10        Q.      Do you recall who those two inmates

11    were?

12        A.      No.

13        Q.      Do you recall which wing or dorm?

14        A.      Yes.  They were in confinement.  And

15    rather than have two officers walk to -- It's two

16    officers per inmate to walk them to medical.  I

17    took the nebulizer machine to them.  And I looked

18    in their chart and got the name of the med that

19    they needed in their nebulizer, took the medication

20    and the nebulizer with me.

21        Q.      In your experience is an inmate who

22    has asthma who is receiving nebulizer treatments,

23    are they familiar with the nebulizer equipment?

24                MR. TREVISANI:  Object to form.

25                You can answer.

```
1              A.      Okay.

2              Q.      That's okay.  Go ahead and answer.

3              A.      Yes.  Actually, they'll set

4     themselves up and then we just squeeze the medicine

5     into the -- the --

6                      Wait.  I got to think of the word.

7                      -- reservoir.

8              Q.      Okay.  So that morning when you

9     responded to the two inmates in confinement who

10    requested nebulizer treatments, did you take two

11    nebulizers with you?

12             A.      No.  We usually used one with two

13    set-ups.  Well, actually, with more than two

14    set-ups because we usually had the nebulizer guys

15    come in in the evening.  But if they had an as

16    needed, a PRN, which is as needed, nebulizer then

17    they could come to us at anytime or in this

18    instance I went to them only because of security.

19             Q.      Was that the first time that you

20    ever took the nebulizer equipment to --

21             A.      Yes.

22                     I'm sorry.  I'll let you finish.

23             Q.      Was that the first time you ever

24    took the nebulizer equipment to an inmate's cell to

25    provide treatment?
```

```
 1              A.      I didn't take it to the cell.  I
 2   took it in the hallway outside of control in that
 3   pod.
 4              Q.      And which pod was that in?
 5              A.      E Dorm, Echo Dorm.
 6              Q.      Was that the first time you had ever
 7   taken the nebulizer equipment to Echo Dorm?
 8              A.      Yes.  To any dorm.
 9              Q.      Are you aware of any other
10   occurrences where other LPNs or nurses or medical
11   staff took a nebulizer device to one of the dorms
12   at Lake CI?
13              A.      I'm not sure.
14              Q.      Other than Ann Newsome, do you
15   recall who else was working with you in medical on
16   the morning of November 26th, 2004?
17              A.      It was Ann Newsome and I in medical.
18   But after the fact -- I don't know why I didn't
19   think about it during the fact -- there was an RN,
20   Doris, working in psych and there were other nurses
21   in psych I could have called on.  Ann Newsome was
22   watching the ones -- the inmates in the infirmary,
23   but there -- there were nurses that could have
24   covered each other and sent somebody.  Thank God it
25   turned out the way it did.  Thank God.
```

```
 1              Q.      And we're going to walk ourselves
 2      through that as we go.
 3              A.      Yeah.
 4              Q.      So from the point of providing the
 5      nebulizer treatments to the two inmates in
 6      confinement or outside the control room in Echo
 7      Dorm, can you walk me through what occurred that
 8      morning?
 9              A.      Okay.  I was -- Actually, I was
10      finishing up and I was listening to the inmate's
11      lungs.  Because you'd listen to their lung sounds
12      before treatment and again after treatment
13      to determine the effectiveness of the medication
14      they received so you can chart the effectiveness.
15      Basically what you hear, what the inmate says goes
16      into your charting for that dose.
17                      And I was listening to the inmate's
18      chest and an officer came around and he said, We
19      have an inmate that is complaining of
20      shortness of -- or no -- we have an inmate
21      complaining he can't breathe.  And I said, oh,
22      well, let me see him.
23                      So he took me the opposite side of
24      the control room into the dorm.  It was not
25      confinement.  And he took me upstairs or led me
```

1   upstairs.  No.  I take that back.  The captain was

2   already upstairs.  The officer said, He's up there,

3   and I went up by myself.

4          Q.     Do you recall who that officer was?

5          A.     No.

6          Q.     Do you recall who the captain was?

7          A.     Oh, yeah.  I didn't know he was a

8   captain until the next day after I had cussed him

9   out all night that night.  Captain -- good luck

10  spelling this because I don't even know if I can

11  say it -- Serls or Searles, Sirs or -- I don't

12  know.  I know who he is.  He retired shortly after.

13         Q.     So picking up from the officer walks

14  you to the stairs and directs you --

15         A.     Yeah.  He's up there.

16         Q.     -- towards where the captain is

17  standing.  Correct?

18         A.     The captain is midway on the

19  catwalk, basically right outside Daniel's door.

20  And the officer pointed up the stairs and he said,

21  He's up there.

22         Q.     What happened next?

23         A.     I went up the steps.  And there were

24  other inmates in their doorways watching to see

25  what's going on.  And the captain I guess was doing

```
 1   count 'cause he said, He's in here, He doesn't want
 2   to come to the door and cuff up.  And he said, I
 3   was just talking to him and now all of the sudden
 4   he's on the floor.  And then he went on down the
 5   catwalk continuing his count.
 6                  I got to the door.  And they have
 7   the long narrow windows in them and it was dark
 8   inside the cell.  Control didn't turn the cell
 9   lights on.  There was like a night light type light
10   like on the -- at the top of the cell.  And I saw a
11   black inmate facing me.  He was crouched down
12   holding a white inmate up.  The white inmate, that
13   was Daniel, had his back to me.  He had his right
14   arm under his mattress.
15                  And the captain said --
16                  See, I can tell you what happened,
17   but I don't know about the order.  Because several
18   things were said and several things happened that
19   night, but it was so fast and so adrenaline rushing
20   that I don't know if I'm getting everything in
21   order.
22                  The black inmate was holding him up
23   and the captain said, You can't go in there
24   because -- I can't let you -- I can't let you in
25   there and he's not coming out.  He said, I can't
```

```
 1   let you in there, you're a civilian, and he's not
 2   coming out till he cuffs up.  And the black inmate
 3   looked up and me and I could see he'd been crying.
 4   And he said, Ma'am, he can't cuff up, he's
 5   unconscious.  I couldn't see Daniel other than his
 6   back.
 7                     And so I told the inmate to lay him
 8   down so I could see him.  And even in the dark I
 9   could tell his face was discolored and his chest
10   was discolored.  I yelled at the captain, Open this
11   fucking door; if this man isn't dead, he's dying.
12   And the captain said, That door is not going to get
13   opened until he gets cuffed.  I said, He's
14   unconscious.  And I did one of these
15   (demonstrating), rolling my fingers to control to
16   open the door, and nobody would open the door until
17   the captain gave the okay.
18                     And I don't know how many times I
19   had to cuss him out.  I don't know about the banter
20   back and forth.  But later he would tell me that
21   the excitement in my voice and the fact that I was
22   cussing at the captain made him believe that it was
23   serious enough to order the door open.
24                     So then he ordered them to open the
25   door and I rushed in.  Well, then the captain
```

1  | rushed in behind me, then the officer that brought

2  | me in rushed in behind us, and then there were

3  | several other officers that came in.

4  |              I could not do CPR in the cell.

5  | They -- I guess because I was a civilian I wasn't

6  | supposed to be in the cell; but, I mean, time was

7  | of the essence so I had to go in.  I had to.

8  |              And so I had them drag him out onto

9  | the catwalk, but there was still so many people

10 | around that I couldn't really do effective CPR.  So

11 | I asked them to help me get him outside the control

12 | room by the door.  I also yelled at them to call

13 | 911.  That's one of the first things I did before I

14 | even went in the cell, I yelled call 911.  So the

15 | captain radioed for them to call 911.

16 |              And when I had him on the floor by

17 | the control room waiting for the ambulance to come,

18 | uhm, I told them I was getting tired.  I asked if

19 | anybody knew CPR.  They all denied it.  I later

20 | found out that's part of their training.

21 |              And then they were clearing the

22 | ambulance to come onto the compound and I told them

23 | I don't give a damn who's in the ambulance, I don't

24 | give a damn what they're carrying, but I need them

25 | there now.  I said, Get the ambulance here now.

1  When they got there, they intubated him and they

2  said his 02 sat was less than 50, less than 50

3  percent.

4              And that's the last I saw of Daniel

5  until I came back to work a couple of days later

6  and he was in the infirmary.

7       Q.    Let me take you back to the

8  beginning of that statement.

9       A.    Okay.

10      Q.    I believe you indicated that Daniel

11 Wolfe was --

12      A.    Oh, there was a couple of things.

13 I'm sorry.  I left out the fact his right arm was

14 under the mattress.  That's where he kept his

15 inhaler.  Because they hide their inhalers and

16 stuff to keep them from getting stolen.  That was

17 my first clue that he was an asthmatic.  He had

18 just been brought there.  So when I asked who he

19 was, security didn't know at first who he was.  I

20 couldn't even identify him.

21      Q.    Okay.  And I guess based on that

22 conversation, --

23      A.    Uh-huh.

24      Q.    -- when you say the security didn't

25 know him, is it in your experience common for the

```
 1    staff members, security or whoever, at a

 2    correctional facility to get to personally know the

 3    inmates?

 4                    MR. TREVISANI:  Object --

 5           A.     No.

 6                    MR. TREVISANI:  -- to form.

 7           Q.     That's fine.  Go ahead and answer.

 8           A.     No.  They get to know them

 9    eventually, but he was so new there that maybe he

10    wasn't penciled in on that roster or something.

11    They didn't know who he was for me to look up his

12    chart.

13           Q.     Okay.

14           A.     And then when they did go back,

15    maybe another roster or something where he was on

16    there, they gave me his name and his inmate number.

17           Q.     Okay.

18           A.     We pulled the chart, we saw he was

19    asthmatic.

20           Q.     And when did you pull that chart?

21           A.     Oh, I didn't.  Ann Newsome did.  I

22    sent for an Ambu Bag, the emergency bag, and

23    oxygen.

24           Q.     Okay.

25           A.     I got a nasal cannula, the oxygen
```

1    tank, and I never did get the emergency bag.  So it

2    was lost in translation between security and

3    medical.  And Ann and I worked flawlessly together.

4    When I came back to medical, she didn't even know

5    that I had a code till she saw the ambulance.  They

6    never -- Security never stressed to her how dire

7    the situation was.  Well, I can't say that.  Ann is

8    dead.  Ann is dead.  She can't verify what I'm

9    saying.

10           Q.     And it's fair to say you have no

11   personal knowledge as to the communications between

12   security and Ann Newsome?

13           A.     No.  And I shouldn't be commenting

14   on it.

15           Q.     There was a lot there, so I'm going

16   to try to break this down.

17           A.     I know.  I'm sorry.  It was a

18   busy -- That's what I'm saying, it was so fast and

19   so furious that the order -- These are the things

20   that happened, but the order may not be --

21           Q.     Focusing on when you first arrived

22   at Daniel Wolfe's cell door, can you describe the

23   cell door to me?

24           A.     It was green.  It was metal.  It had

25   a window about -- I don't know -- about less than a

```
 1    foot wide by about this high (demonstrating), -- so
 2    what's that? -- about two and a half feet, three
 3    feet.
 4         Q.     Was it a heavy door?
 5         A.     Yes.  And it's on a slider.  It
 6    rolled.
 7         Q.     And when you first arrived at the --
 8    at Daniel Wolfe's cell door, could you see his
 9    face?
10         A.     No.  His back was to me and he was
11    sitting on the floor.
12         Q.     Did he have his shirt on?
13         A.     His shirt was off.
14         Q.     Did you notice anything unique about
15    his back?
16         A.     I didn't notice any discoloration,
17    no.  All he had on was his boxer shorts.  When he
18    was laid down, I noticed this discoloration around
19    his chest and his face.
20         Q.     So is it fair to say that when you
21    arrived at the cell door you could not visibly
22    observe any signs of an asthma attack?
23              MR. TREVISANI:  Object to form.
24              You can answer.
25         A.     Okay.  No.  I wasn't sure what had
```

| | |
|---|---|
| 1 | happened because I didn't know the inmate.  I |
| 2 | didn't know he was asthmatic.  The captain said he |
| 3 | was just talking to him and he just went down. |
| 4 | Well, he could have fainted.  It could have been |
| 5 | anything.  But when the inmate laid him back and |
| 6 | there was discoloration, I knew there was an airway |
| 7 | that was compromised. |
| 8 | Q.    When you said that he went down, |
| 9 | could you describe the posture in which Daniel |
| 10 | Wolfe was positioned when you first observed him |
| 11 | through the cell door window? |
| 12 | A.    He was on his butt.  He was sitting |
| 13 | on his butt.  His left arm was flaccid.  His right |
| 14 | arm was under his mattress and his head -- I can't |
| 15 | even remember how his head was positioned.  I don't |
| 16 | know if it was slumped forward or back.  I don't |
| 17 | remember. |
| 18 | Q.    Do you recall perceiving Daniel |
| 19 | Wolfe to be unconscious when you first observed |
| 20 | him? |
| 21 | A.    Yes.  Yes, I thought so.  And the |
| 22 | inmate looked up and he said, He can't cuff up, |
| 23 | he's unconscious.  I said, well, lay him down. |
| 24 | Q.    And going on to that comment, can |
| 25 | you explain for the record what your understanding |

1    of cuff up means?

2         A.     For the inmate to come to the bean

3    flap, pie hole, the --

4         Q.     Food flap maybe?

5         A.     Food flap.  That will work.  And

6    they come -- they back up to it with their hands

7    behind their back and then the handcuffs are placed

8    on them.

9         Q.     From what you recall in 2004 in

10   E Dorm, specifically the cell door that was between

11   you and Daniel Wolfe when you responded that

12   morning, was the food flap open?

13        A.     I don't recall.  I wasn't looking at

14   the food flap.

15        Q.     Do you have any personal knowledge

16   as to whether or not the food flaps in those cell

17   doors in E Dorm were functional in 2004?

18        A.     That was the first time I had been

19   over in that dorm.  I had been over on the other

20   side, AC and DC confinement, and those were

21   functional.

22        Q.     Okay.  So I believe you indicated

23   that Daniel Wolfe's right hand was placed

24   underneath his mattress when you first arrived

25   outside the cell door --

```
 1              A.    Uh-huh.

 2              Q.    -- of his cell.

 3                    When you first observed him with his

 4     right hand under the mattress, could you observe

 5     his whole hand?

 6              A.    No.  It was -- it was -- How can I

 7     describe it?  Like he -- like maybe his hand and

 8     his wrist were under, but his arm was like flaccid

 9     other than the wrist and hand being under the

10     mattress.  This one was completely limp.

11              Q.    So is it fair to say you couldn't

12     see if there was something in Daniel's hand --

13              A.    No.

14              Q.    -- when you were observing him from

15     outside of his cell?

16              A.    No.  From what I could tell there

17     was nothing in his hand.

18              Q.    Okay.

19              A.    And the only thing in the cellmate's

20     hand was Daniel.  And that was another concern, the

21     captain didn't want to open the door because the

22     cellie wasn't cuffed up.  And they opened the door

23     with him uncuffed anyway after they wasted time.  I

24     mean --

25              Q.    Do you have some understanding of
```

```
 1      why the captain may not have wanted to open the
 2      cell door --
 3                  MR. TREVISANI:  Objection.
 4          Q.      -- without --
 5                  MR. TREVISANI:  Sorry.
 6          A.      Security.  My safety, a civilian.
 7          Q.      Safety.
 8          A.      He said civilian.  I'm going by what
 9      the captain said.
10          Q.      Do you have any formal security
11      training?
12          A.      No.  But I worked for Lake County
13      Sheriff's Office.  I carried a radio.
14          Q.      But you didn't carry any other
15      security devices such as maybe mace or a gun or --
16          A.      No.  No.  No.
17          Q.      In all the years that you've worked
18      in the correctional department and their facilities
19      or with the sheriff's office have you ever observed
20      a correctional officer being assaulted?
21          A.      Oh, no.  And I don't ever want to.
22          Q.      Did you ever hear stories of that?
23          A.      Oh, yes.
24          Q.      Did you ever observe a medical staff
25      member being assaulted in one of the correctional
```

```
1    institutes that you worked?

2         A.    No.

3         Q.    Okay.

4         A.    Mostly inmate -- inmate on inmate

5    crime.  If you're asking me if you think he was

6    right in that, I mean --

7              MR. SPAID:  And I'm going to strike

8    as nonresponsive to the question.

9         A.    Okay.

10        Q.    I believe you indicated that you at

11   some point learned that Daniel Wolfe kept his

12   inhalers underneath his mattress.  Correct?

13        A.    Yeah.

14        Q.    Do you recall when you first became

15   aware of that?

16        A.    When EMS was loading him onto the

17   stretcher, an officer came with a hand -- I don't

18   want to say a handful -- maybe two inhalers, and he

19   said this is what he was reaching for under the

20   mattress and he had inhalers in his hand.

21        Q.    And --

22        A.    Oh, my God, he's asthmatic.

23        Q.    At any point after you first

24   responded to Daniel Wolfe's cell and observed him

25   through the window of the cell door did you observe
```

```
 1 │  any inhalers?
 2 │         A.    No.
 3 │         Q.    Okay.
 4 │         A.    No.  It was only after EMS was there
 5 │  that I saw the inhalers.
 6 │         Q.    Did you observe any other items in
 7 │  Daniel Wolfe's cell that morning?
 8 │         A.    No.
 9 │         Q.    Did you take the time to look
10 │  around?
11 │         A.    No.
12 │         Q.    Was your only concern that morning
13 │  the health and safety of Daniel Wolfe?
14 │               MR. TREVISANI:  Object to form.
15 │               But you can answer.
16 │         A.    I'm sorry.  Yes.
17 │         Q.    After responding to Daniel Wolfe's
18 │  cell and being made aware that he was unconscious,
19 │  did you have any concern as to whether Daniel Wolfe
20 │  was in possession of a weapon?
21 │               MR. TREVISANI:  Object to form.
22 │               But you can answer.
23 │         A.    I have no idea.  No.
24 │         Q.    Okay.
25 │         A.    I had no idea standing at the door.
```

```
 1              Q.    During the period of time that you
 2   were arguing or yelling at the --
 3              A.    Cussing.
 4              Q.    -- at the captain to open the door,
 5   did you give any thought to whether or not Daniel
 6   Wolfe's cellmate had a weapon?
 7              A.    No.
 8              Q.    Going back to when you were
 9   providing treatment to the two inmates out in the
10   hallway, --
11              Fair to say hallway?
12              A.    Uh-huh.
13              Q.    -- from the point you were notified
14   that there was an inmate complaining that he could
15   not breathe, how long did it take you to respond to
16   Daniel Wolfe's cell?
17              A.    Immediate.  I went right around.
18              Q.    And by immediate, can you estimate
19   how many seconds or minutes it took?
20              A.    Maybe a minute because I was in the
21   building.
22              Q.    Do you recall how far away E Dorm
23   was from medical wing?
24              A.    Let's see.  You come out of medical
25   and you got chow hall and then you got psych, and I
```

```
 1    think there was another building in Echo Dorm.  I

 2    would say maybe a football field and a half.

 3              Q.    Four hundred fifty yards?

 4              A.    Yeah, about.

 5              Q.    And when you were going to provide

 6    the treatments to the two inmates --

 7              A.    Maybe two football fields.  Maybe

 8    two.

 9              Q.    When you were going to provide the

10    treatment to the two inmates in confinement, the

11    nebulizer treatment that we discussed, did you take

12    any other equipment with you that day other than

13    the nebulizer equipment?

14              A.    No.

15              Q.    I believe you indicated you had a

16    stethoscope?

17              A.    Oh.  I thought you meant from the

18    bag.  No.  I had my stethoscope so I could listen

19    to their lung sounds.  I had a piece of scrap paper

20    and an ink pen.

21              Q.    And by this bag, are you referring

22    to an Ambu Bag?

23              A.    No.  The emergency bag.  The medical

24    emergency bag.

25              Q.    Is there a difference between an
```

    1    Ambu Bag and --

    2             A.    The Ambu Bag should be in the

    3    medical emergency bag.

    4             Q.    Okay.

    5             A.    The Ambu Bag is placed over the

    6    patient's face and it's squeezed to give them

    7    oxygen.  The emergency bag has Band-Aids,

    8    dressings, Neosporin, just things you would need to

    9    bandage a wound or -- ice packs, there was the

   10    disposable ice packs.

   11             Q.    But you didn't have that bag with

   12    you?

   13             A.    Huh-uh.  No.

   14             Q.    Because you weren't responding to a

   15    medical emergency when you first went to E Dorm,

   16    correct?

   17             A.    Right.  And if Ann would have gotten

   18    a medical emergency call, then she would have

   19    needed the bag and I would have had it on something

   20    like a nebulizer treatment.  It didn't make sense

   21    to take it with me.

   22             Q.    I understand.

   23                   And just so I have the sequence down

   24    right, you instructed the guards to pull Mr. Wolfe

   25    out of the cell and onto the catwalk, correct?

1        A.    Yes.

2        Q.    And at that point you still were

3    unable to do CPR, correct?

4        A.    Right.  Because there was so many

5    legs and then you have the rail to the catwalk.

6    And my elbow kept banging on the rail, so I

7    couldn't get enough momentum to make a proper

8    compression.

9        Q.    Okay.  Do you recall observing

10   during that period of time when Daniel Wolfe was

11   laying on the catwalk where his cellmate was?

12       A.    Standing in the doorway.

13       Q.    Was any of the correctional officers

14   attending to the cellmate?

15       A.    Yes.

16       Q.    How many?

17       A.    There was -- Let's see.  Let me

18   think of how many was there all together.  I can't

19   remember how many was there all together.  There

20   was one or two telling him to get -- I finally

21   yelled at him to get in.  I said, I need their

22   help, you need to get back so they'll pay attention

23   to me, you know.  They finally talked him into

24   going in.  They don't lay their hands on them, they

25   don't touch them.  So it's not like they pushed

1   him, but they pointed kind of like sternly, get

2   back.  And he got back and then they rolled it

3   shut, rolled the door shut.

4        Q.    Okay.

5        A.    But I believe there was two.  I know

6   there was one pointing sternly.

7        Q.    And from the time that you were

8   first notified of an inmate having a breathing

9   condition, being unable to breathe, to the point

10  where they closed that cell door with the cellmate

11  in it and Daniel Wolfe laying on the catwalk, do

12  you have a recollection of how long that period of

13  time was?

14       A.    Between two and three minutes.  It

15  was fast.  Everything was fast.  Everything

16  happened fast.  And you know they say that time

17  stands still and all that?  No, it doesn't.  No, it

18  does not stand still.  Nothing goes in slow motion.

19       Q.    And from -- going forward from that

20  point, I believe you indicated that you instructed

21  the guards to carry Daniel Wolfe off the catwalk

22  and down into the hallway outside of the wing?

23       A.    To wait for medical, yeah.  But what

24  we did was I would do compressions and they would

25  move him a little bit, stop, I would do

1    compressions, they would move him a little bit,

2    stop, I would do compressions.  So the compressions

3    were continued.

4         Q.    Okay.  How long did it take from the

5    moment that the cell door closed with Daniel's

6    cellmate being inside and Daniel Wolfe laying on

7    the catwalk until you got him out to the hallway

8    outside of --

9         A.    That took a little longer because we

10   had to stop for the compressions.  I would say that

11   took five to seven minutes.

12        Q.    With CPR being conducted the entire

13   time?

14        A.    Yes.

15        Q.    Periodically during that period?

16        A.    Right.

17        Q.    Okay.

18        A.    And he was young so he had strong

19   musculature in his chest, and it was really hard

20   for me to do compressions.  I felt like I -- I

21   wasn't sure how effective they were.  That's why I

22   asked the officers if they could help me.

23        Q.    And from the point you got him out

24   into the hallway did you take him to medical or --

25        A.    No.

1    Q.    So the EMTs came to meet you there?

2    A.    They backed up to the door, yeah.

3    Q.    Do you have a recollection of how

4 long of a time that you got him out into that side

5 hallway until he was put into the ambulance?

6    A.    That's when time did stand still.

7 That's where it seemed like it took forever.

8 Because they were already on the campus.  They were

9 already there.  And I kept trying to get them to

10 clear them faster.  It didn't take them very long

11 to get to the facility.  It just took them a while

12 to get cleared.

13    Q.    Okay.  And by "cleared," you mean

14 through security?

15    A.    Yes.

16    Q.    And do you have a personal

17 understanding as to the protocols for clearing EMT

18 personnel coming to a specific dorm?

19    A.    And why, yes.

20    Q.    And how do you have that personal

21 knowledge?

22    A.    Because I've worked there long

23 enough.  And when I complained about the ambulance

24 taking forever, it was reiterated to me.

25    Q.    Prior to the morning of November

1   26th, 2004, had you received any formal training as

2   to the security protocols related to having an EMT

3   respond to a specific dorm in case of a medical

4   emergency?

5          A.      No.  And if that was offered by the

6   Department of Corrections, you have to remember

7   that I was agency.  So I wasn't offered -- always

8   offered the opportunities that the agency -- or the

9   staff nurses were offered.

10         Q.      Okay.  Do you recall seeing any of

11  the security bulletins or manuals that would govern

12  the security clearance of a medical responder such

13  as an EMT coming to a dorm?

14         A.      Not until I signed up for state.

15  Not until I went state.

16         Q.      And that was after November 26th,

17  2004?

18         A.      Yeah.  That was 2005.

19         Q.      Okay.

20         A.      I need a break again.  I'm sorry.

21         Q.      Of course.

22                 (Brief recess taken.)

23  BY MR. SPAID:

24         Q.      Rose, I believe where we left off I

25  was asking you about the amount of time it took

1  from when you got Daniel Wolfe out of the wing into

2  the hallway area out there to when the EMTs

3  arrived.

4       A.    Well, I was able to send officers to

5  medical to get supplies even though they got the

6  wrong ones.  I'm guessing at least 15 to 20

7  minutes.

8       Q.    Do you -- Strike that.

9             I believe you indicated that you had

10 a radio on you.  Correct?

11      A.    No.  That was at Lake County

12 Sheriff's Department.

13      Q.    Okay.

14      A.    No.  I didn't carry a radio.

15      Q.    Okay.  But the correctional officers

16 had radios on them, correct?

17      A.    Yes.

18      Q.    At any point did you ask one of the

19 correctional officers to call for assistance from

20 any of the nurses in medical?

21      A.    There was only one in medical, that

22 was Ann.

23      Q.    Did you ever ask for Ann to come?

24      A.    No.

25      Q.    Did you ever ask any of the

1    correctional officers there at E Dorm to radio for

2    assistance from nurse staff in the psych ward?

3         A.    Nope.   Totally forgot about psych

4    even being there.   It just never dawned on me that

5    there were nurses that I should call.

6         Q.    I believe you indicated the

7    correctional officers went and got you equipment

8    but brought the wrong equipment.

9               At any point did you communicate

10   with Ann in medical as to what equipment you

11   needed?

12        A.    No.   I was doing compressions.

13        Q.    Do you recall what you described to

14   the correctional officers that you needed?

15        A.    An Ambu Bag, oxygen, and the supply

16   bag.

17        Q.    And do you recall how many officers

18   went to get the equipment?

19        A.    I know one or two of them went on

20   foot and one of them took my golf cart.   So at

21   least three.

22        Q.    And I believe you indicated that you

23   did receive an oxygen canister and some other piece

24   of equipment with that.   Correct?

25        A.    A nasal cannula.

```
 1              Q.    And that's what we're all probably
 2      familiar in seeing in a hospital, --
 3              A.    Yes.
 4              Q.    -- the two little things that go
 5      into the nose and provide oxygen.  Correct?
 6              A.    Yes.
 7              Q.    Was that brought by one of the three
 8      officers that went to go get equipment?
 9              A.    Yes.
10              Q.    Do you have some understanding as to
11      where that oxygen tank was located?
12              A.    No.
13                    Oh.  You mean where it was located
14      where they got it?
15              Q.    Uh-huh.
16              A.    Okay.  That was kept in our -- in
17      our exam room.
18              Q.    And where was your exam room
19      located?
20              A.    Right across from the nurses'
21      station.
22              Q.    And by nurses' station do you
23      mean --
24              A.    Actually, it's not an exam room.
25      It's like a triage room.  It's for emergencies.
```

```
 1    That's where the doctor does stitches and --
 2           Q.     How far away was that triage room?
 3           A.     Right across from the nurses'
 4    station.
 5           Q.     And by the nurses' station do you
 6    mean the medical station for Lake CI?
 7           A.     Where the nurses sit and chart in
 8    the medical building.  I believe the letter for
 9    that was H.  I think medical letter was H.
10           Q.     You indicated that Daniel Wolfe was
11    intubated that morning, correct?
12           A.     Yes.
13           Q.     Did you intubate Daniel Wolfe?
14           A.     No.  I'm not --
15           Q.     Are you trained to intubate?
16           A.     No.  That's outside the realms of my
17    license.
18           Q.     In your 20 years I believe you said
19    of nursing, had you --
20           A.     Twenty-one and a half.
21           Q.     Twenty-one and a half.
22                  Had you ever seen a patient
23    intubated before?
24           A.     Yes.
25           Q.     How many times?
```

1        A.      About five or six.  I worked in

2    hospitals, too.

3        Q.      In the 21 and a half years -- and

4    we'll limit that to the time period where you were

5    working in a correctional facility of some sort --

6    have you ever seen an inmate intubated before?

7        A.      No.

8        Q.      In all of the years that you worked

9    in correctional institutes, facilities of that

10   nature, had you ever witnessed an inmate have a

11   severe asthma attack other than Daniel Wolfe?

12       A.      No.  And I didn't witness Daniel

13   Wolfe's asthma attack, either.  I witnessed the

14   aftermath.  He was already unconscious.

15       Q.      And just so we're all on the same

16   page, then, is it your understanding that an asthma

17   attack of that term occurs but then stops at some

18   point and at that point the inmate or the patient

19   is already unconscious and not breathing?

20       A.      Yeah, you could say that.

21       Q.      So when you --

22       A.      Because I didn't witness him.  He

23   didn't tell me that he was having trouble

24   breathing.  He didn't tell me he needed his

25   inhaler.  He didn't tell me that uhm -- I mean, he

```
 1   didn't tell me anything.  When I got to Daniel

 2   Wolfe he was already unconscious.  So I never

 3   witnessed his asthma attack; just the aftermath of

 4   it.

 5        Q.    So, then, it's fair to say that you

 6   have no personal knowledge as to the onset of

 7   Daniel Wolfe's asthma attack?

 8        A.    Right.

 9        Q.    Thank you.

10              And you had never treated Daniel

11   Wolfe prior to the morning of November 26th, --

12        A.    I had never, no.

13        Q.    -- 2004?

14        A.    I'm sorry.  I don't mean to keep

15   cutting him off.  I'm sorry.  No.  I never even met

16   Daniel Wolfe until after that.

17        Q.    I'm going to move past that

18   morning --

19        A.    Okay.  Thank you.

20        Q.    -- and talk to you about the next

21   encounter you had with Mr. Wolfe.

22        A.    I had been off about two days.  And

23   I walked into medical and the CO that was in the

24   waiting room with the inmates waiting to be seen

25   said, Hey, that guy that had the asthma attack is
```

1   back there and he's been wanting to see you all

2   day.  I said, Oh, my God, are you serious?  He's

3   already out of the hospital?  And she said, Yeah,

4   he's back there, he's been asking about you all

5   day.

6                    So I went into the nurses' station.

7   I put my bag down.  I didn't carry a purse.  I

8   carried a bag with my stethoscope and stuff in it,

9   lunch.  It was a lunch bag is what it was.  And I

10  went into the infirmary and I pointed my finger at

11  him and I said, Don't you ever do that to me again.

12  And he goes, Oh, you're the one.  And I'm like,

13  Yeah, you scared the bejesus out of me.

14                   And then we got to talking and he

15  told me he was his mother's only child.  And I

16  asked him, you know, well, what are you doing in

17  prison?  You know, it was just lighthearted.  I was

18  really happy to see him sitting there and he looked

19  a whole lot better than when I sent him out.  I

20  mean, obviously.

21           Q.    And by you saying you asked him then

22  what are you doing here, what did you mean by that?

23           A.    What are you doing in prison.  I'm

24  not supposed to ask?

25           Q.    No.  It's fair.

```
 1                     What I'm trying to understand is
 2     were you asking him what his crimes were?
 3             A.     Oh, no.
 4             Q.     And what was the context of that
 5     question, then?
 6             A.     Just -- It was just lighthearted.
 7     He said, I'm my mom's only child.  And I'm like,
 8     Well, what are you doing in prison?  It was just
 9     like what were you thinking of.  Oh, no.  I never
10     wanted to know anybody's crime.  I never wanted to
11     know because I was afraid I would be judgmental and
12     then would treat patients based on my judgment of
13     them.  So I never wanted to know.  No.  I preferred
14     not to know.
15             Q.     So you were having a lighthearted
16     conversation with Mr. Wolfe because he should have
17     been out of prison and helping take care of his
18     mother?
19             A.     No.  Just something to say -- Just
20     something as an ice breaker.
21             Q.     Okay.  Fair.
22             A.     I was just really glad to see him.
23     And you can't hug an inmate, you know.  Well, we
24     did the inmate hug.  Well, me and Daniel didn't,
25     but there was what was known as an inmate hug where
```

```
1    you go like this (demonstrating) and you never

2    touch.  Inmate hug, you know, but you never make

3    contact.

4         Q.    I understand.

5               But you were happy to see him

6    because --

7         A.    Absolutely happy to see him.

8         Q.    -- because you had gone through

9    this --

10        A.    I never expected to see him.  And

11   Ann and I discussed that, how tragic it was that a

12   22-year-old man was gone.  Because for all intents

13   and purposes he was gone when he left.

14        Q.    Do you recall how long Daniel Wolfe

15   stayed in the infirmary?

16        A.    No.

17        Q.    Would you guess a couple of days? a

18   week? two weeks?

19        A.    I don't know.  Maybe three to five

20   days.  I don't know.

21        Q.    Do you recall having any other

22   conversations with him while he was still in the

23   infirmary?

24        A.    No.

25        Q.    Okay.
```

```
 1           A.    Oh, strike that.  I did.  When he
 2   was getting discharged I told him to come up every
 3   once in a while and let me listen to his chest.  I
 4   said like maybe come up once a week and let me
 5   listen to your chest.  Because I was so afraid it
 6   would happen again because it was so fast.  And he
 7   did that.  And he did it when I was off, too, so
 8   other nurses assessed him.  And then I had went to
 9   another prison.  I went to Polk CI.  Or no, I
10   didn't.  I went to Marion CI.  So I didn't -- I
11   don't know if he continued that after I left.
12           Q.    So just so I'm clear, he was -- he
13   would come by and check with you about once a
14   week --
15           A.    Yes.
16           Q.    -- following the November 26th --
17           A.    Just to let me listen to his lungs.
18   That's all I wanted to do, just listen to his
19   lungs.
20           Q.    And what was the purpose of
21   listening to his lungs?
22           A.    Just to make sure he didn't have any
23   wheezing or crackles or anything while the doctor
24   was there so I could get the doctor to see him
25   before we ended up on my shift again having to do
```

```
 1 │ CPR.
 2 │        Q.     And he was pretty consistent in
 3 │ coming to visit?
 4 │        A.     Yeah.
 5 │        Q.     And I believe you indicated that he
 6 │ would do the same with other nursing staff members
 7 │ at Lake CI?
 8 │        A.     Yes.
 9 │        Q.     Do you recall who else did the
10 │ weekly check of Daniel?
11 │        A.     The only one I knew of was Ann
12 │ Newsome; but, again, she's gone.  And she worked
13 │ there forever, so she would know who he followed up
14 │ with besides her.  But I left prison -- I left -- I
15 │ didn't leave prison.  I left Lake CI shortly after
16 │ that.  I went to Marion CI and then on to Polk CI.
17 │        Q.     And how are you aware that he
18 │ checked in with Ann Newsome?
19 │        A.     She told me.  I call her mama.  We
20 │ were friends outside of work.  We lived around the
21 │ corner from each other.
22 │        Q.     Other than the weekly lung checks --
23 │        A.     Well, I don't even know that it was
24 │ exactly a week.
25 │        Q.     Okay.
```

```
 1              A.     I just told him at least once a

 2      week.  It could have been every 10 days, but it was

 3      regular.

 4              Q.     Other than the regular visits where

 5      Daniel would come in and you would check his

 6      breathing, did you provide any other form of

 7      treatment to Daniel Wolfe in relation to his asthma

 8      after the morning of November 26th, 2004?

 9              A.     Personally, no.

10              Q.     Did he ever request any additional

11      treatment from you in relation to his asthma

12      following the morning of November 26th, 2004?

13              A.     Not from me.  And in fact, I

14      couldn't tell you what his orders were post

15      episode.  I have no idea what was ordered for him

16      after that.

17              Q.     Did you chart any of your

18      observations during the regular breathing checks

19      with Daniel Wolfe?

20              A.     No.

21              Q.     Why not?

22              A.     Because it was just for my

23      satisfaction.  And, like I said, the doctors were

24      still there when I came on.  And I could get him in

25      and do a write-up.
```

1        Q.     During any of those regular

2  breathing checks did you observe any wheezing?

3        A.     No.

4        Q.     During those checks did you observe

5  any other breathing complications which concerned

6  you?

7        A.     No.  And I would guess that maybe I

8  saw him like two or three times before I

9  transferred to another prison.  Before I

10 transferred.  I wasn't an inmate.  Before I went on

11 to another prison.

12       Q.     Do you recall Ann indicating that

13 she ever observed any wheezing during her regular

14 checkups with Daniel Wolfe?

15       A.     No.  We didn't even talk about

16 Daniel Wolfe after I had left Lake CI until she

17 called me at Polk and told me that he died.

18       Q.     Well, focusing on the time while you

19 were still at Lake CI, did Ann ever indicate that

20 she did a regular check of Daniel Wolfe and found

21 some problem that concerned her?

22       A.     No.

23       Q.     Do you recall whether or not Ann

24 charted any of her findings during her regular

25 checkups?

1          A.      She may have.  And I may have, also.

2     I don't know.  I chart pretty much everything.

3     Without the chart in front of me, I don't know.

4          Q.      But as we sit here --

5          A.      But I think I may have charted that

6     I told him to come up and check.  I think I may

7     have charted that, but I don't know that I charted

8     my observations.

9          Q.      Did you have any other inmates at

10    Lake CI that you had formally or informally

11    instructed to come check with you on a regular

12    basis similar to what you had told Daniel Wolfe?

13         A.      I don't think so.  Nobody scared me

14    that bad.

15         Q.      And just so I'm clear, not

16    specifically related to asthma, but any condition?

17         A.      No.  Like I said, that was first and

18    only time in my whole nursing career that I ever

19    did CPR and it scared me to death and I never

20    wanted to go through that again.  I mean, I worked

21    in nursing homes where everybody was a DNR.  I

22    didn't have to do CPR.  I worked in the psych

23    department of the hospital.  We didn't have --

24    While I was on duty there was no codes on our unit.

25    So I never had the opportunity to do CPR until

```
 1 | Daniel.
 2 |           Q.      Okay.
 3 |           A.      And I was scared.
 4 |           Q.      I'm going to go back a little bit.
 5 | Sorry to jump around on you.
 6 |           A.      That's okay.  That's how my memory
 7 | of it is, just --
 8 |           Q.      When you were responding to Daniel
 9 | Wolfe's cell in E Dorm that morning, do you recall
10 | hearing any banging?
11 |           A.      Uh-huh.
12 |           Q.      What did you hear banging on?
13 |           A.      I heard the inmates kicking the
14 | door.  I heard them pounding on the doors.  I saw
15 | them in the windows.
16 |           Q.      Did you hear any of that banging
17 | prior to entering the wing?
18 |           A.      Yeah, when I was coming in.
19 |                   Oh.  You mean before I went in?
20 |           Q.      Yeah, prior to entering.
21 |           A.      When I came in they started banging
22 | and they were saying, Hey, nurse, you better go see
23 | him, Hey, nurse, you better go see him.
24 |           Q.      When you were out in the hallway
25 | with the two inmates?
```

```
 1              A.    No.

 2              Q.    Any of the hallways or walkways

 3    leading up to it?

 4              A.    No.

 5              Q.    Do you recall seeing any inmates

 6    lighting items on fire?

 7              A.    No.  And I didn't smell anything.

 8              Q.    Okay.  Thank you.

 9                    Do you recall observing Daniel

10    Wolfe's cellmate banging on his cell door at any

11    point?

12              A.    No.  No.  The only interaction -- or

13    the only observation, rather, that I had of him was

14    him facing Daniel, facing me with Daniel's back to

15    me holding Daniel up.  I did not see him at the

16    door until Daniel was on the catwalk on the floor

17    getting compressions.

18              Q.    I believe you indicated for the two

19    inmates in confinement that it took two

20    correctional officers to accompany them from

21    confinement to the medical office?

22              A.    Each.

23              Q.    Do you have any recollection of --

24              A.    Actually, maybe it wouldn't have

25    been each.  Maybe it would have just been two.  I
```

1   don't remember.  But I know there was a lot of

2   correctional -- I mean, because they're in

3   confinement they have to have two officers escort

4   them.

5           Q.      Okay.  Do you recall whether or not

6   an inmate with Daniel Wolfe's designation would

7   have required a correctional officer to accompany

8   him on the way to medical?

9           A.      One, because it was nighttime.

10          Q.      Do you have any personal

11  recollection or knowledge as to whether any inmates

12  with a similar classification as Daniel Wolfe

13  received a nebulizer treatment at their cell rather

14  than coming to medical for it?

15          A.      Yeah.  That's not -- I mean, that's

16  nothing unusual after hours.

17          Q.      Okay.  Were those nebulizer

18  treatments requested by the inmates in those

19  circumstances?

20          A.      Yes.

21          Q.      Is that process easily made -- or

22  strike that.

23                  Is that process readily available to

24  the inmates in E Dorm at Lake CI in 2004?

25                  MR. TREVISANI:  Object to the form.

1           You can answer.

2      A.    Yes.

3      Q.    Just so we're clear --

4      A.    And if -- I don't know what Daniel's

5   orders were when he came back and was discharged

6   from the infirmary, but I know that he didn't have

7   nebulizers ordered before he went out.

8      Q.    From your experience while working

9   in the correctional facilities in the state of

10  Florida, does an inmate normally have a nebulizer

11  treatment ordered for them absent some request by

12  the inmate themselves?

13           MR. TREVISANI:  Object to form.

14           You can answer.

15     A.    I don't have a clue as to what you

16  just said.

17     Q.    That's probably why he objected.

18           We discussed the ability for nursing

19  staff members or medical staff members to come to

20  an inmate's cell to provide a nebulizer treatment.

21  Correct?

22     A.    Never to the cell.

23     Q.    I'm sorry, again.  And when I say

24  cell, to the wing.

25     A.    To the wing.  We don't go to the

1    cells for anything.  Well, except CPR.

2         Q.    So to the wing, where you leave

3    medical and go to one of the dorms to a specific

4    wing to provide a treatment such as a nebulizer

5    treatment to an inmate.

6         A.    Yes.

7         Q.    And that would occur regularly after

8    hours, correct?

9         A.    Well, it would depend -- uhm, I

10   don't want to say it, but it would depend on

11   staffing.

12        Q.    But it was not unusual for such a

13   treatment where you would leave medical to go to

14   one of the dorms?

15        A.    I wouldn't lose my license over it.

16        Q.    If an inmate requested it one

17   evening, would it be reasonable for you to think

18   that you would go leave medical and go to them

19   instead of them being transported to you?

20        A.    I kind of left that up to security,

21   do you have the men that can bring him over.  I

22   preferred them come to medical; but to ease

23   staffing, I would do that.  And like there was two

24   inmates.  Come on.  That sounds to me like you just

25   need a breath of fresh air and you want a friend to

1    walk through the park with you.  So I'll just bring

2    it to you and you don't get your walk in the park

3    tonight.

4         Q.    Okay.  Do you have any personal

5    knowledge as to how those inmates may have become

6    aware that they could request a nebulizer treatment

7    after hours?

8         A.    I guess it's always been that way.

9    I mean, that's the way they were doing it when I

10   got there.

11        Q.    Okay.  Do you have any knowledge as

12   to whether or not Daniel Wolfe ever requested a

13   nebulizer treatment be provided to him after hours?

14        A.    No.  Daniel didn't have a nebulizer

15   treatment ordered.  He would not have requested it.

16   Now, mind you, these nebulizers that are being

17   taken to the patients, these are nebulizers that in

18   their chart is ordered.

19        Q.    Right.

20        A.    And they have their own medicine

21   with their name on it.  So Daniel Wolfe would have

22   to have -- he would have to have medication with

23   his name on it to go in the nebulizer.

24        Q.    Right.

25             And I believe you had stated earlier

```
 1    that you had not reviewed Daniel Wolfe's chart

 2    prior to responding to his cell the morning of

 3    November 26th, 2004.  Correct?

 4           A.     No.

 5           Q.     Were any inmates at Lake CI during

 6    the time period which you worked there permitted to

 7    have a nebulizer device in their cell?

 8           A.     No.  A nebulizer is a piece of

 9    equipment.  Inmates are not allowed to have

10    equipment.  The equipment is purchased by the

11    facility for use of the facility.

12           Q.     Even if a nebulizer -- Strike that.

13                  Even if an inmate at Lake CI was

14    authorized to have a nebulizer in his cell, would

15    the medication that goes into that nebulizer have

16    been something that inmates would have been trusted

17    with?

18                  MR. TREVISANI:  Object to form.

19                  Go ahead.

20           A.     If they're trusted with a nebulizer,

21    why not the medicine?  They could hit a nurse

22    upside the head with a nebulizer.  All they can do

23    with the medicine is squirt it at us.

24           Q.     Fair enough.

25           A.     I mean, a nebulizer machine is going
```

1   medical accommodation in relation to his asthma?

2          A.     Like what?  A medical accommodation,

3   no.

4          Q.     Forgive me if we've already touched

5   on this.

6                 Following the morning of November

7   26th, 2004, did you ever provide a nebulizer

8   treatment to Daniel Wolfe?

9          A.     No.

10         Q.     Do you have any recollection of

11  Daniel Wolfe ever requesting a nebulizer treatment

12  'be provided to him?

13         A.     Wait a minute.  Oh, my God.  I don't

14  know.  If his -- If a nebulizer was ordered I may

15  have given -- I honest to God do not remember what

16  his orders were.

17         Q.     Okay.

18         A.     If it was ordered, I would have.

19         Q.     As we sit here today do you have any

20  recollection of doing so?

21         A.     No.

22         Q.     Okay.  Do you recall ever discussing

23  with Daniel Wolfe the availability of nebulizer

24  treatments?

25         A.     No.  I didn't really discuss

```
 1    to be a weapon.
 2                   Didn't think that far, did you?
 3                   MR. SPAID:  Can we get that stricken
 4    from the record, if you don't mind?
 5                   Counsel do you have any objection to
 6    that as non-responsive to a question?
 7                   MR. TREVISANI:  I think you could
 8    leave it on there.
 9                   MR. SPAID:  Thanks, Dante.
10    BY MR. SPAID:
11         Q.     During all of your regular visits
12    with Daniel Wolfe after the morning of November
13    26th, 2004, did he ever express any concerns for
14    his safety and well-being to you?
15         A.     No.
16         Q.     During all of those regular visits
17    did he ever request some accommodation be made in
18    relation to his asthma?
19                   MR. TREVISANI:  Object to form.
20                   You can answer.
21         A.     No.
22         Q.     During all of his regular visits
23    with you following the morning of November 26th,
24    2004, which we've discussed at great length, did
25    Daniel Wolfe ever make a request to you for a
```

```
 1    anything with him other than don't ever do that
 2    again, you scared me, you scared the bejesus out of
 3    me, and I -- for my own I just would like to listen
 4    to your chest once a week, at least once a week.
 5    And it's not like we did it in secretive or
 6    anything.  I did it right out on the sidewalk right
 7    out in front of mess hall.
 8              MR. SPAID:  If we could go off
 9    record and take a short break.
10              (Brief recess taken.)
11    BY MR. SPAID:
12         Q.    Throughout our conversations, Rose,
13    it's been discussed that you were not at Lake CI in
14    2006.  Correct?
15         A.    Right.
16         Q.    So is it fair to say that you have
17    no firsthand knowledge as to what occurred on
18    August 3rd, 2006?
19         A.    No.  It's correct to say that, no, I
20    had no -- I have no idea what happened.  I don't
21    have no idea what happened at the prison I was
22    working at that day.
23         Q.    And I'm not going to ask about it.
24              Some general house cleaning
25    questions I should have asked you earlier.
```

1           Are you under the influence of any

2   drugs or alcohol that would impair your ability to

3   answer my questions today?

4           A.    No.   I'm under -- I take medications

5   that my doctor prescribes, but nothing that would

6   impair my -- That's just old age.

7           Q.    And is it fair to say that if you

8   did chart or make any notes related to Daniel Wolfe

9   during those regular visits with him back in

10  2004 --

11          A.    Oh, I was under no medication then.

12          Q.    You're jumping the gun, Rose.

13          A.    I'm sorry.

14          Q.    Is it fair to say that if you made

15  any notes in the chart for Daniel Wolfe in relation

16  to those regular visits you may have had with him

17  following the November 26th, 2004 incident, that

18  what you put in the record then would be more

19  accurate than your recollection here seven years

20  later?

21          A.    Yes.

22          Q.    Okay.

23          A.    And I don't like the term regular

24  visits.   It was occasional visits.

25          Q.    Okay.

1          A.      Thank you.

2          Q.      Occasional visits.

3                  At the beginning or right before

4    this deposition started I handed you a check,

5    correct?

6          A.      Yes.

7          Q.      Can you state for the record how

8    much that check is for?

9          A.      Fifty-three dollars and 20 cents.

10         Q.      And did I explain that that check

11   was required by the rules and statutes and that it

12   was to cover for your travel here today?

13         A.      Yes.

14         Q.      Okay.  Other than that 53 dollars,

15   have you received any compensation from anyone

16   related to the lawsuit that was filed by Lynn

17   Wolfe?

18         A.      No.

19         Q.      Prior to our -- the deposition here

20   today, have you had any conversations with counsel

21   to my right?

22         A.      Yes.

23         Q.      Okay.  Were those telephone calls?

24         A.      Yes.

25         Q.      How many?

1      A.      See, I don't -- I don't know if it

2   was you calling or him calling because nobody

3   identified themselves as to which side they were

4   on.

5          Q.      Rose, it is fair to say that we did

6   speak?

7          A.      I'm sure we did.  And I'm sure I

8   spoke with him.  In fact, he said I'm the one you

9   spoke to.  But I spoke to you, too.

10         Q.      Okay.

11         A.      I've had two phone calls.  So I'm

12   sure it was one of each.

13         Q.      Okay.  Have you spoken to Lynn Wolfe

14   directly?

15         A.      No.  I have never met her.  I've

16   never spoken to her on the phone.  When she called

17   in hysterical, called and spoke to the captain, the

18   captain transferred the call to medical.  It was

19   Ann Newsome who spoke to the captain and then her

20   on the phone.

21         Q.      Do you recall which captain that

22   was?

23         A.      Can you name me off some captains

24   and I'll tell you which one he is?  I can't

25   remember his name.

```
 1              Q.     Okay.  That's fine.

 2                     Did you ever receive any written

 3    correspondence from Lynn Wolfe directly?

 4              A.     No.

 5              Q.     Did you ever write to Lynn Wolfe?

 6              A.     No.

 7              Q.     Have you ever received any written

 8    correspondence from Lynn Wolfe's attorneys?

 9              A.     Wasn't that the unsworn deposition?

10    Who sent me the unsworn deposition?  Yes.

11              Q.     And the unsworn --

12                     I believe you're referring to the

13    unsworn declaration.

14              A.     Declaration.  Excuse me.

15              Q.     Did you have any phone calls with

16    Lynn Wolfe's attorneys prior to receiving a copy of

17    the unsworn declaration?

18              A.     No.  I didn't even know her name was

19    Lynn.

20              Q.     Okay.  I'll let you look at this.

21    And counsel can have a second to look at it, also,

22    to verify.

23                     Are you familiar with that document?

24              A.     Yeah.  But I actually made a

25    mistake.  There was two inmates that needed the
```

| | |
|---|---|
| 1 | nebulizer, not one. |
| 2 | Q. Well, first, for the record, can you |
| 3 | identify that document for me? |
| 4 | A. This is my unsworn declaration. |
| 5 | Q. And do you mind showing it quickly |
| 6 | to Dante there so he can verify? |
| 7 | A. (Witness complied.) |
| 8 | MR. SPAID: And for the record, we |
| 9 | will mark as Defense Exhibit No. 1 to this |
| 10 | deposition the unsworn declaration. |
| 11 | - - - |
| 12 | Thereupon, a three-page document was |
| 13 | marked for purposes of identification as |
| 14 | Defendant's Exhibit No. 1 by the reporter. |
| 15 | - - - |
| 16 | BY MR. SPAID: |
| 17 | Q. I'm going to ask you to hold on to |
| 18 | that for a second and I'm going to ask you some |
| 19 | questions. Okay? |
| 20 | A. Okay. |
| 21 | Q. I believe you indicated there was a |
| 22 | mistake on the first page regarding the number of |
| 23 | inmates in confinement that you were providing |
| 24 | nebulizer treatments to. |
| 25 | A. Right. |

1          Q.     Can you go through the rest of that

2     document here and let me know if there are any

3     other inaccuracies?

4          A.     Okay.  No, the captain wasn't right

5     outside Daniel's cell.  He was on down continuing

6     count or whatever he was doing.  I made a boo-boo.

7     Oh, they typed in my cuss word.

8          Q.     Other than the two inaccuracies that

9     we've already discussed, did you notice any other

10    errors?

11         A.     Yeah.  Well, I'm not sure.

12         Q.     Okay.

13         A.     This one here, the next day the

14    captain told me that I saved Daniel's life.  That

15    could have been the next day or it could have been

16    after I had two days off.  It could have been the

17    same day I saw Daniel again.

18         Q.     So it's more to the time, not to the

19    fact that the statement wasn't made?

20         A.     Right.

21         Q.     Okay.  Rose, do you have asthma?

22         A.     No.

23         Q.     Does anybody in your family have

24    asthma?

25         A.     My grandson.

| 1 | Q. | Which grandson is that? |

1        Q.    Which grandson is that?

2        A.    The two-year-old, Christina's son.

3        Q.    Christina's two-year-old?

4        A.    Uh-huh.

5        Q.    I thought you indicated he was three

6    now.

7        A.    No.  That's the other one.  That's

8    Kelly's son.

9        Q.    Okay.  Any of the other grandkids

10   have asthma?

11       A.    No.

12       Q.    How did you first become aware that

13   Christina's son had asthma?

14       A.    He had an asthma attack and ended up

15   in the hospital.

16       Q.    And that is Cameron?

17       A.    Cameron.

18       Q.    Were there any signs prior to that

19   asthma attack?

20       A.    I don't know.  I wasn't there.  His

21   mom is an RN.  She's the one that just got her --

22   she just got her bachelor's in nursing and she's

23   going for her master's degree.  So she was there.

24   She knew what to do.  And he was in the hospital.

25   He was not intubated.

```
 1            Q.     Okay.   Was she an RN at the time the
 2   attack occurred?
 3            A.     Yeah.   Yes.   Not yeah.
 4            Q.     Yeahs are all right.
 5            A.     Okay.
 6            Q.     So even with an RN in the home the
 7   child had to be taken to the hospital?
 8            A.     Yes.
 9            Q.     Do you have any personal knowledge
10   as to how close of a call it was?
11            A.     No.   Uhm, she just said that he was
12   having labored breathing and he was audibly
13   wheezing.   And she took him to the hospital
14   thinking he had pneumonia or something, and he
15   ended up getting admitted and they said he had
16   asthma.   He was in there for like five days.   And
17   he's on a nebulizer now.
18            Q.     As a two-year-old?
19            A.     As a two-year-old.   And he's had two
20   hospitalizations in the last four or five months.
21            Q.     And that's following the initial
22   hospitalization?
23            A.     Total of.
24            Q.     A total of two.
25                   So there was an additional one?
```

```
 1              A.      Yes.
 2              Q.      At any point has your grandson lost
 3      consciousness as a result of an asthma attack that
 4      you are aware of?
 5              A.      No.
 6              Q.      Do you fear for your grandson's life
 7      in relation to his asthma?
 8              A.      Absolutely.
 9              Q.      Does it scare you?
10              A.      Yes.
11              Q.      Were you scared for Daniel Wolfe's
12      life?
13              A.      Absolutely.
14              Q.      More so than other inmates?
15              A.      No.
16              Q.      Was there more of a personal
17      connection with Daniel because of the November
18      26th, 2004 incident?
19              A.      What do you mean?  That's the only
20      time I knew Daniel.
21              Q.      Right.  But you saw him
22      occasionally, the occasional visits.
23              A.      Oh, was I -- Yes.  I saw Daniel at
24      death's door.
25              Q.      And that will leave a lasting
```

```
 1   impression on you?

 2          A.     Yeah.  Absolutely.

 3          Q.     And as someone with a family member

 4   who has a similar condition, you can empathize a

 5   great deal with Lynn Wolfe?

 6          A.     When my daughter told me my grandson

 7   had an asthma attack it literally, laterally shook

 8   me to my bone, to my core.  My bone.  I got more

 9   than one.  My bones.  I mean, I was just -- it

10   brought Daniel back for me.

11          Q.     Do you think you would have had that

12   same reaction if your daughter had told you your

13   grandchild had had diabetes?

14          A.     Or HIV.  Yes.

15          Q.     Well, let's keep those two separate.

16          A.     I dealt with inmates with HIV and I

17   felt the empathy for them that I felt for Daniel.

18   They didn't scare me as bad as he did.

19          Q.     And I'd like to ask you questions

20   about conditions or diseases that are somewhat

21   similar to asthma.

22          A.     Okay.

23          Q.     And correct me if I'm wrong.

24                 When I perceive HIV, I don't see it

25   quite in the same realm as certain conditions like
```

1    asthma.

2         A.      You can get pneumonia.   There's HIV
3    pneumonia.

4         Q.      Is that a permanent condition,
5    though?

6         A.      No.

7         Q.      And so I've been using diabetes as a
8    reference.

9         A.      Okay.

10        Q.      If you can think of any other
11   permanent conditions with onset similar in time.

12        A.      Diabetes doesn't really scare me as
13   bad because my whole family just about is diabetic.
14   I have more experience with diabetics.

15        Q.      Okay.  So --

16        A.      My mom is in stage renal failure
17   because of diabetes.  My grandmother, her mother,
18   died at age 59 from complications of diabetes.  I'm
19   not as afraid of dealing with people with diabetes.

20        Q.      Okay.  Are you diabetic?

21        A.      They're testing me for it.  That was
22   one of the tests that my doctor ordered yesterday
23   that I would have had this morning except I had
24   this.

25        Q.      Going back to one of my original

1    questions in this chain, as a grandmother with a

2    grandchild who has asthma do you feel any

3    connection, a higher sense of connection, to Lynn

4    Wolfe for her loss as she suffered losing a family

5    member from asthma?

6         A.    I don't know what the right answer

7    for that is.  Because in a sense, yes, I do; but I

8    don't know her.  But yeah, as a mother and a

9    grandmother.  Yes.  As a mother who has had a child

10   in prison, as a grandmother who's got a grandchild

11   that has asthma, yes.

12        Q.    Did you grieve for Daniel Wolfe when

13   you heard of his passing?

14        A.    Yes.

15        Q.    Okay.

16        A.    I mean, I didn't need counseling or

17   anything like that, but it was -- it was very sad,

18   very tragic.

19        Q.    Have you ever grieved after hearing

20   of the death of an inmate other than Daniel Wolfe?

21        A.    I didn't know of any other inmates

22   that died, but I grieved over my hospice patients.

23        Q.    Hospice is a very emotional

24   experience?

25        A.    Yes.  And so is the death of a 23 or

```
 1    twenty something year old.
 2         Q.    Right.
 3               Going back to your son who was
 4    incarcerated for a period of time.
 5         A.    Uh-huh.
 6         Q.    Did your son have any medical
 7    conditions or -- and by that I mean medical
 8    emergencies -- while incarcerated?
 9         A.    Emergencies, I don't know.  He was
10    incarcerated in Ohio and I was in Florida.  I only
11    got to visit him one time, one time the whole two
12    years he was in there.
13         Q.    Okay.
14         A.    Because of my schedule and his
15    visitation.  And then that visit was only 20
16    minutes.  So 20 minutes out of two years.
17         Q.    Did your son have any serious
18    medical conditions at the time he was incarcerated?
19         A.    No.
20         Q.    You've referenced having doctors in
21    the medical offices at Lake CI while you worked
22    there earlier.
23         A.    Yes.
24         Q.    Do you recall the names of those
25    doctors?
```

1        A.        Dr. Ta, Dr. Mayo, Dr. -- uhm -- oh,

2    it started with -- I think it started with a B.

3    She was in and out.  She was -- she was still in

4    school.  I can't think of her name.

5        Q.        Okay.  Do you recall Dr. Ta's

6    position in 2004?

7        A.        Chief medical officer.

8        Q.        Do you recall in what capacity

9    Dr. Mayo worked at Lake CI at the time you were

10   working there?

11       A.        Well, she was a doctor.  And then

12   I -- there was a point when she was the only doctor

13   there because Dr. Ta had been let go or quit or

14   something.  He was no longer there and she was the

15   only doctor there.  But I didn't work there then,

16   so I'm not sure what capacity she was working in.

17       Q.        And just so we're clear, do you have

18   any firsthand knowledge as to the circumstances

19   regarding Dr. Ta leaving Lake CI?

20       A.        No.

21       Q.        Do you recall ever participating in

22   Daniel Wolfe's care while he was being treated by

23   Dr. Ta?

24       A.        No.  He was -- When he came back

25   from the hospital he was in the infirmary.  Ann was

1   the infirmary nurse.  I did the med pass for the

2   confinements --

3          Q.    Uh-huh.

4          A.    -- and I didn't really have any

5   contact.

6          Q.    So it's fair to say that Daniel

7   Wolfe may have received medical treatment from

8   Dr. Ta or Dr. Mayo or some other doctor at Lake CI

9   while you were working there that you were not

10  aware of?

11         A.    Yeah.  I'm not sure of who his

12  doctor was.

13         Q.    Okay.

14         A.    And that's true with any inmate.

15  It -- I mean, you get them in sick call.  You may

16  get the doctor you've seen regularly or you may get

17  whoever is available.  It's not like a given.

18         Q.    Uh-huh.

19               Do you have any personal

20  recollection of Dr. Mayo?

21         A.    Yeah.  I liked her.

22         Q.    Why did you like her?

23         A.    Because she was personable, she was

24  approachable.

25         Q.    Was that from just a staff

1    standpoint or would you consider her approachable

2    from an inmate standpoint?

3          A.    I don't know.  I don't know.

4          Q.    Because you weren't an inmate?

5          A.    Yeah.

6          Q.    Okay.

7          A.    I was staff.

8          Q.    And how about Dr. Ta, do you have a

9    recollection of Dr. Ta?

10         A.    Yeah.  Dr. Ta, it depended on what

11   day you caught him on, what kind of day he was

12   having as to how -- I seen him smile before, but

13   that's all I'm going to say.  I've seen it.

14         Q.    And certain doctors can be a bit

15   intense?

16         A.    Yeah.

17         Q.    And intense in the way they treat

18   nursing staff and deal in a professional way with

19   nurses, correct?

20         A.    Yes.

21         Q.    And LPNs?

22         A.    Yes.  And he had a lot of charts.  A

23   lot of charts.  At the end of the day you got more

24   charts out of his office than any other office.

25         Q.    If you had to describe Dr. Ta as to

1  how he interacted with inmates, would you have an

2  opinion as to that --

3          A.     I don't know how he --

4          Q.     -- from personal observation?

5          A.     I don't, no.

6          Q.     Did you ever observe Dr. Ta interact

7  with inmates?

8          A.     I'm sure I have, but I don't

9  remember.

10         Q.     Okay.

11         A.     I mean, it was nothing

12  impressionable, obviously.

13         Q.     The morning of November 26th, 2004,

14  did you do anything negligent while providing care

15  to Daniel Wolfe?

16                MR. TREVISANI:  Object to form.

17                You can answer.

18         A.     Did I?  If I did, I certainly don't

19  know.

20         Q.     Were you disciplined in any way for

21  providing care to Daniel Wolfe?

22         A.     Oh, no.  No.

23         Q.     Were there any complaints made for

24  the care you provided to Daniel Wolfe?

25         A.     Not to my awareness.  I mean, no.  I

1    don't know.

2           Q.      In the period of time that you were

3    working as a nurse in any of the state correctional

4    facilities in Florida, and we'll even include the

5    sheriff's office, --

6           A.      Okay.

7           Q.      -- did you ever receive any formal

8    reprimands related to your performance?

9           A.      Well, now, the Sheriff's Department

10   is kind of iffy because I didn't leave on good

11   terms.  I left and they didn't like it and there

12   may be something in my jacket.  I left without

13   notice.

14           Then for Suwannee, I worked at a

15   camp, a charity camp for disabled children.  And I

16   didn't like the way the children were being treated

17   so I demanded to be taken off the assignment.  I

18   wasn't going to be a part of it.  And so my agency

19   sent my replacement.  They may have put something

20   in my chart, folder, file jacket, whatever.  But to

21   my ability, no.  My ability.  My knowledge, no.

22           Q.      And actually, I'm going to go to

23   your ability.

24           For the care that you provided to

25   any inmate while working as a nurse in any of the

1    correctional institutes in Florida did you ever

2    receive a formal complaint for that care?

3         A.    Yes.  Yes.

4         Q.    And when was that?

5         A.    That was at Polk CI, and that was

6    2007 or 2008.

7         Q.    And what was the complaint in

8    relation to?

9         A.    An inmate wrote a grievance to the

10   doctor stating that he came to medical and

11   something about his sugar was high and I told him

12   to go on to dinner or whatever.  Anyway, he came

13   back after dinner and it was really high.  And I

14   forget how he worded it, but I had charted every

15   interaction I had with him.  And I'm the nurse that

16   called the doctor and sent him to the hospital.  It

17   was another nurse who gave him the hard time.  And

18   he apologized to me and tried to get the doctor to

19   take it out.

20        Q.    As part of that grievance filed by

21   the inmate were you disciplined at all?

22        A.    No.

23        Q.    Okay.

24        A.    No.  It was unfounded because I had

25   like six pages of documentation, three to six pages

1  of documentation, where I gave him insulin, I did

2  the dip, the urine dip on him, I gave him insulin,

3  I did a follow-up finger stick and -- It was a

4  mess, but he got sent to the hospital and he was in

5  intensive care.

6          Q.    Other than the Polk County CI

7  incident in 2007 or 2008, did you have any other

8  formal complaints made against you for care

9  provided to an inmate?

10         A.    No, not that I'm aware of.

11         Q.    Rose, at this time I think that is

12  all the direct questions I have for.  Counsel may

13  have some additional ones and there may be some

14  follow-up, but at this time I think I'm done.

15  Thank you for your time.

16         A.    Okay.

17              MR. TREVISANI:  I do have a few

18  questions, but can we take a quick break before we

19  move on?

20              MR. SPAID:  Of course.

21              (Brief recess taken.)

22                   - - -

23              CROSS-EXAMINATION

24  BY MR. TREVISANI:

25         Q.    Rose, I just have a couple of

```
 1    questions for you.  It shouldn't be too long.

 2              I know this might be a little

 3    repetitive, but I just need to make sure we got all

 4    the details about the night that Daniel Wolfe had

 5    the asthma attack.

 6              So just to review, you got a call

 7    that two inmates in E Dorm were having respiratory

 8    issues, right?

 9         A.    Yes.

10              MR. SPAID:  Object to form.

11         Q.    So what did you do next?

12         A.    I looked up the medication that they

13    get in their nebulizer and I took the nebulizer and

14    the medication to Echo Dorm.

15         Q.    And while you were there an officer

16    came to you and told you something, right?

17         A.    Yeah.  He told me that there was an

18    inmate over -- there's an inmate over here that's

19    pretending to be unconscious.

20         Q.    And you went --

21         A.    Or playing like he's unconscious or

22    something like that.

23         Q.    And you followed him to the inmate?

24         A.    I followed him into the unit.  He

25    goes, He's up there.  And then I went up and that's
```

| 1 | when I saw that the captain was there. |
|---|---|
| 2 | Q.      The captain was at Daniel Wolfe's |
| 3 | cell? |
| 4 | A.      He was at Daniel's door, but as I |
| 5 | got up there he walked away like he was continuing |
| 6 | his count. |
| 7 | Q.      And when you got to Daniel Wolfe's |
| 8 | cell you saw that his roommate was holding him up? |
| 9 | A.      Yes. |
| 10 | Q.      And Daniel appeared to be |
| 11 | unconscious? |
| 12 | A.      Yes. |
| 13 | MR. SPAID:   Object to form. |
| 14 | A.      Well, I didn't know.  I couldn't see |
| 15 | him.   Now I know he was unconscious, but when I was |
| 16 | standing at the cell door I didn't know he was |
| 17 | unconscious. |
| 18 | Q.      Daniel's cellmate was crying, right? |
| 19 | A.      Yes. |
| 20 | Q.      So then you -- what did you say to |
| 21 | Daniel's cellmate? |
| 22 | A.      To lay him down so I could see him. |
| 23 | Q.      And what did Daniel's face look |
| 24 | like? |
| 25 | A.      It was blue. |

1            MR. SPAID:  Object to the form.

2            Go ahead.  Sorry.

3            THE WITNESS:  Can I finish?

4            MR. SPAID:  I was supposed to get it

5    in before you said it.  Sorry about that.

6            THE WITNESS:  So do I need to wait?

7            MR. SPAID:  Please go ahead with

8    your answer.

9        A.    It was discolored.  With the

10   lighting that was in there it's hard to say if it

11   was blue or gray or black.  It was discolored.

12       Q.    And what does that typically mean

13   when --

14       A.    Lack of oxygen, circulatory

15   collapse.

16       Q.    So then you asked the officers to

17   open Daniel's cell, right?

18       A.    Yes.

19       Q.    And what did they tell you?

20       A.    No.

21       Q.    And so what did you say to the

22   officers next after they refused to open the door?

23       A.    Open the fucking door.

24       Q.    And then you gestured to the control

25   room, right?

```
 1            A.      To roll -- To open it.  And I also
 2    told him that this man is -- I said, This man is
 3    either dead or dying; open the fucking door.
 4    That's how I said it.
 5            Q.      And about how much time passed
 6    before -- or excuse me.
 7                    How much time was it between when
 8    you first asked to open the door and when the door
 9    was actually opened?
10            A.      I can't remember.  A rough
11    guesstimate, I would say three to five minutes.
12            Q.      So then you went into the cell?
13            A.      Uh-huh.  Yes.
14            Q.      And you wanted to start CPR but
15    there wasn't enough room?
16                    MR. SPAID:  Objection --
17            A.      No.
18                    MR. SPAID:  -- to form.
19            Q.      You can answer.
20            A.      I went into the cell to basically
21    assess.  I didn't know I needed to do CPR until I
22    checked for a pulse and there was none.  By this
23    time the captain is in there, the officer that had
24    brought me into the unit was in there, and there
25    were other officers coming in because the captain
```

1    is in there with two uncuffed inmates, I'm in

2    there.  And so they just start piling in to make

3    sure there's nothing going on.  And I'm not sure

4    they all knew what was going on anyway.  They were

5    just all in there for support of each other.  So

6    there was no way to do CPR with all those people in

7    the cell.

8         Q.    Did you tell anyone to call 911?

9         A.    Yes.  I yelled it.  I yelled for

10   them to call 911.

11        Q.    Okay.

12        A.    But, again, I had to wait for the

13   captain to radio it.

14        Q.    And then Daniel was moved out of his

15   cell?

16        A.    He did radio immediately, call 911,

17   when I yelled it.

18        Q.    And then Daniel was moved out of his

19   cell?

20        A.    Well, he was moved out and then he

21   radioed call 911.  Daniel was on the catwalk by the

22   time the 911 call went out.

23        Q.    Okay.  And then you started

24   performing CPR on Daniel on the catwalk?

25        A.    Yes.

1    Q.    And then the guards moved Daniel and
2    you all stopped periodically?
3    A.    Yeah.  We would do like probably
4    five to seven feet, compressions, five to seven
5    feet, compressions.  The stairs was what was scary
6    because it took longer to get him down the stairs.
7    And then as soon as we got down at the bottom of
8    the stairs, you know, compressions and the moving.
9    But a lot of that was because I couldn't -- I
10   couldn't -- because of the railing on the catwalk
11   my arm was -- I couldn't do the compressions
12   because of the railing.  And then the other inmates
13   in the doorway, I didn't want them to see a fellow
14   inmate die.  And I thought he was dead.  I thought
15   he was dying.
16   Q.    Did you ever get a look at Daniel's
17   fingernails?
18   A.    Yes.
19   Q.    What did they look like?
20   A.    They were black.
21   Q.    What does that normally indicate?
22   A.    No oxygen.  There's no oxygen in the
23   blood.
24   Q.    And then --
25   A.    No oxygen exchange.

```
 1          Q.     And then you asked someone to bring
 2    you an Ambu Bag, right?
 3          A.     Yes.
 4          Q.     And you also asked for oxygen?
 5          A.     Yes.
 6          Q.     To your knowledge, was oxygen kept
 7    in the dorm?
 8          A.     No.
 9          Q.     And then someone brought you a nasal
10    cannula?
11          A.     Yes.
12          Q.     And they also brought an oxygen
13    tank?
14          A.     Yes.  And I turned -- I put -- I
15    connected the nasal cannula to the tank, I turned
16    it all the way up to ten, and I just held it on his
17    lower lip, pressed it against his lip while I was
18    doing the CPR trying to get air in, but --
19          Q.     But they didn't bring you an Ambu
20    Bag or a mask, correct?
21          A.     No.
22          Q.     And without -- you can't use the
23    oxygen without the Ambu Bag and the mask, right?
24                 MR. SPAID:  Objection to form.
25          A.     You can, but it's not effective.
```

1          Q.     And by that you mean you can use it

2    in the way that you did?

3          A.     And you can use it in the nose or

4    whatever, but unless they're breathing it's not

5    going to do any good really.

6          Q.     Okay.

7          A.     The Ambu Bag forces air in.  If I

8    were -- if I was to be able to get him to breathe

9    again then I could put the oxygen on.  But I wasn't

10   going to get him breathing.  He had to be

11   intubated, which means his passages -- airway

12   passages were compromised, they were swollen,

13   whatever.

14         Q.     Okay.  So then you all get Daniel to

15   an area where you have room to continuously perform

16   CPR, right?

17         A.     Yes.

18         Q.     And then you asked the guards to

19   help you with the CPR?

20         A.     Yes.

21         Q.     And what did they say?

22         A.     Nobody knew how to do it.

23         Q.     And then you later found out that

24   they were trained in CPR?

25         A.     Yes.  I was actually at the other

| | |
|---|---|
| 1 | prison.  I got the phone call that Daniel had died. |
| 2 | I was upset.  And our medical officer there at that |
| 3 | prison, I said, you know, this happened a year or |
| 4 | so ago.  And I said, I don't know what happened |
| 5 | this week but, I said, it's a wonder he didn't die |
| 6 | when I did the CPR on him because nobody knew CPR |
| 7 | but me.  And the officer is like, Well, I thought |
| 8 | you said there was officers standing around.  I |
| 9 | said, There was.  I said, But I asked if anyone |
| 10 | knew CPR and they all said no.  And he goes, uhm, |
| 11 | no, that's part of our training.  So that's how I |
| 12 | found out that it's part of their training. |
| 13 | Q.    Then the ambulance arrived, right? |
| 14 | A.    Yes. |
| 15 | Q.    But the ambulance did not come |
| 16 | directly in, right? |
| 17 | A.    No.  They had to be cleared by |
| 18 | security. |
| 19 | Q.    And do you know about how long it |
| 20 | took for the ambulance to clear security? |
| 21 | A.    I -- |
| 22 | MR. SPAID:  Objection to form. |
| 23 | A.    I'm not sure.  It seemed like it |
| 24 | took forever.  But I think the captain was -- I |
| 25 | think I had him scared by this time.  I think they |

1    might have rushed through maybe.

2              Q.    Okay.

3              A.    I don't know.  But to me it seemed

4    like it took 15 to 20 minutes from the time he

5    radioed call 911 till they actually were at the

6    door, which is probably pretty good since Lake CI

7    is out in the middle of nowhere and then they had

8    to go through the security at the gate.

9              Q.    So then after the ambulance arrived

10   one of the paramedics intubated Daniel; is that

11   right?

12             A.    They both worked together, yes.

13             Q.    And do you remember what Daniel's

14   oxygen saturation was at that point?

15             A.    Less than 50.

16             Q.    And then Daniel survived, right?

17             A.    Yes.

18             Q.    And then at some point, either the

19   next day or two days later when you returned to

20   work, the captain said to you that he thought you

21   saved Daniel's life?

22             A.    Yes.

23                   MR. SPAID:   Objection.   Form.

24             Q.    I'm going to show you this document

25   and I'll --

```
 1                    Just take a second and look that
 2  over, if you could.
 3          A.    Okay.  Oh, God, I'm good.  Okay.
 4  His nail beds were dark blue.  Oh, God, I am so
 5  glad I documented all this.
 6          Q.    Whenever you're ready, I have a few
 7  questions for you.  You can hang on to that.
 8                    MR. TREVISANI:  This is Bates
 9  stamped 128, and we'd like to have it marked
10  Plaintiff's Exhibit No. 1 to the deposition.
11                         - - -
12                    Thereupon, a one-page document was
13  marked for purposes of identification as
14  Plaintiff's Exhibit No. 1 by the reporter.
15                         - - -
16  BY MR. TREVISANI:
17          Q.    Could you tell me the title of this
18  document, Rose?
19          A.    It is the Department of Corrections,
20  Office of Health Services, Respiratory Assessment,
21  and it is form number -- I can't make it out.
22          Q.    I was going to say, if you can make
23  that out you have better vision than I do.
24          A.    Yeah.  Well, normally I -- It's
25  DC -- God, I don't know.
```

1       Q.      It's okay.

2       A.      Okay.

3       Q.      When --

4               Well, first of all, do you recognize

5   this document?

6       A.      Yes.

7       Q.      And the signature at the bottom is

8   yours, right?

9       A.      Yes.

10      Q.      And it says Rose Hagan who --

11              That was you, correct?

12      A.      That was me.

13      Q.      And when is a Respiratory Assessment

14  form typically filled out?

15      A.      Anytime there's a complaint of

16  respiratory issues, uhm, coughing, shortness of

17  breath, asthma.

18      Q.      And then -- so this -- this form is

19  regularly filled out when an inmate complains of a

20  respiratory issue; is that right?

21      A.      Yes.

22      Q.      And then the form is placed in the

23  inmate's file, right?

24      A.      Yes.

25      Q.      And if you could read at the very

1    top left the date and time.

2         A.    Yes.

3         Q.    And could you read the date, please?

4         A.    11-26.  Oh, I put '01.

5         Q.    I was going to ask you about that.

6    It looks like '01.  But now that you've had a

7    chance to answer some questions, you realize that

8    that is actually 2004, right?

9         A.    Yeah.  I don't know why I put '01.

10   The heat of the moment, I guess.

11        Q.    Well, it might just be the copying.

12        A.    No.  That's '01.  That's my '01.

13        Q.    Okay.  And so I just want to ask you

14   a couple of questions about the document.

15        A.    Okay.

16        Q.    Under -- It says precipitating

17   factors, correct, and you wrote asthmatic?

18        A.    Yes.

19        Q.    What does it mean?  What is a

20   precipitating factor?

21        A.    It means what condition -- what

22   condition led to or possibly led to, what condition

23   is there that might cause this.  Precipitating, it

24   precedes it.

25        Q.    Then right next to that it says when

1    and you wrote ongoing medical condition, right?

2          A.    Right.   That's the information I got

3    from the chart.   Yeah.   That's when I was able to

4    get back to the chart.   Because I certainly wasn't

5    writing when I was doing CPR.   This happened while

6    he was at the hospital.

7          Q.    And so a little bit further down

8    under the objective section there's an entry for

9    level of consciousness?

10         A.    Yes.

11         Q.    And in the blank space you wrote

12   unconscious?

13         A.    Yes.

14         Q.    Okay.   Right above that there's a

15   section for cap refill.   And that means capillary

16   refill, right?

17         A.    Yes.

18         Q.    And you wrote next to that

19   nonexistent?

20         A.    Yeah.   There was no refill.   There

21   was nothing.

22         Q.    Can you describe that test for us?

23         A.    Okay.   You take a finger, any finger

24   or thumb, between your thumb and your index finger

25   and you push and you let up and you time how long

```
 1    it takes to get from white to red -- or not red --
 2    pink, to return to pink, from whatever color to
 3    return to pink.  One, two (demonstrating).  I have
 4    a two-second capillary refill.
 5          Q.    And so if someone like Daniel had
 6    nonexistent capillary refill what does that
 7    typically indicate?
 8          A.    That --
 9                MR. SPAID:  Object to form.
10                Rose, I got to get my objections on
11    before your answer.  My objections go to his
12    question, not your answer.
13                THE WITNESS:  Okay.
14                MR. SPAID:  So I'm objecting to what
15    he's saying, not what you're about to say.
16                THE WITNESS:  Oh, okay.
17                MR. SPAID:  That's why we keep
18    telling you to go ahead and answer it.
19                THE WITNESS:  Because I'm like, how
20    do you know.
21          A.    Nonexistent means that when I
22    pressed on his nail beds it did not change from the
23    color that it was to return to pink.  It did not
24    return to pink.  It did not change from the color
25    it was.  And apparently it was blue, not black.
```

 1          Q.     And what does that typically

 2   indicate?

 3                 MR. SPAID:  Object to form.

 4          A.     A lack of oxygen or decrease.  A

 5   lack or decrease of oxygen.

 6          Q.     And then at the bottom there is a

 7   signature and a stamped name that's Luon Ta, M.D.?

 8          A.     Yes.

 9          Q.     And it looks like it's --

10                 Could you tell me the date that's

11   next to his signature?

12          A.     11-29-04.  So he signed three days

13   later.

14          Q.     And --

15          A.     Yeah.  But he -- we actually spoke

16   to Dr. Ta before that.  This is just when he

17   cleared it off the chart.  I mean, cleared it to go

18   into the chart.  Because whenever we have these we

19   put them in the chart and set it on the doctor's

20   desk.  When the doctor has time, he'll review his

21   charts and put them away.  But we had already spoke

22   to him about this patient.

23          Q.     Okay.  So his signature is here?

24          A.     Just on my work.

25          Q.     He's indicating that he approves of

1    the form that you filled out?

2         A.    Right.

3         Q.    You mentioned earlier a personal

4    body alarm, right?

5         A.    Yes.

6         Q.    Can you describe what that is?

7         A.    It's a PBA, personal body alarm.

8    It's a black box and you wear it around your neck.

9    And it has a button and you push the button if

10   you're in danger and it sounds an alarm in the main

11   control and they -- it's got like a GPS, it will

12   pinpoint exactly where you're at -- and everybody

13   comes running.  It's a security breach.

14        Q.    Who carries the personal body

15   alarms?

16        A.    Personnel.

17        Q.    So that includes correctional staff

18   and medical?

19        A.    Yeah.  Absolutely.  Anybody who is

20   not an inmate who would be in danger from inmates.

21        Q.    Are they given to visitors?

22        A.    That I'm not sure.  I don't know.

23        Q.    Have you ever --

24        A.    Probably not.  Because I can't

25   imagine an inmate attacking the visitor.  Well,

1    stranger things.

2          Q.    Have you ever had to press your

3    personal body alarm?

4          A.    No, but I've done it a hundred times

5    by accident.  They're always calling and asking if

6    I'm on -- Well, they were always calling to ask if

7    I'm on duty and to tell me to lean away from my

8    chart.  Because I would be charting and lean up

9    against the desk and set it off and they'll tell me

10   to sit up.

11         Q.    Do you know if -- do you know of

12   anyone who has had to press their personal body

13   alarm for an actual emergency?

14         A.    No.

15         Q.    You mentioned earlier that some

16   inmates have nebulizer treatment indicated in their

17   medical charts, right?

18         A.    Yes.

19         Q.    And that some -- those inmates can

20   request nebulizer treatments --

21         A.    If it's ordered that way.  If it's

22   ordered routine, every six hours, then it's 12, 6,

23   12, 6.

24         Q.    Okay.  So let's say --

25         A.    If it's ordered PRN, which is as

1    needed, it will say like as needed TID, three times

2    a day.  Then they can only get it as they need it

3    up to three times a day.

4            Q.    So let's say there's an inmate who

5    it's indicated in the inmate's chart that they have

6    nebulizer treatments as needed and that inmate

7    started to experience respiratory distress in his

8    cell.  How would he get a nebulizer treatment at

9    that point?

10                  MR. SPAID:  Objection to form.

11           A.    He would have to ask security --

12                  Now, wait.  This is after hours and

13    they are in lock-down?

14           Q.    Let's say yes.

15           A.    Okay.  Because if it's open yard he

16    can come to medical and get it.

17                  MR. SPAID:  Maintain my objection to

18    the variation, please.

19           A.    He would tell security to notify

20    medical.

21           Q.    So if it's late at night and they're

22    in lock-down in their cells, if a security officer

23    walks by the inmate can ask the officer, I need a

24    nebulizer treatment?

25           A.    Yeah.  Well, he can't ask the

| | |
|---|---|
| 1 | officer for it.  He has to ask -- tell the -- he'll |
| 2 | have to ask the officer to tell medical he needs |
| 3 | it. |
| 4 | Q.    Okay.  Is there any way for an |
| 5 | inmate in that situation in lock-down in their cell |
| 6 | to notify the guards that they're having a |
| 7 | respiratory issue? |
| 8 | MR. SPAID:  Objection to form. |
| 9 | A.    I don't know.  I mean, however |
| 10 | they -- Because like they'll ask -- they'll declare |
| 11 | a medical emergency during the night.  However they |
| 12 | get the guards' attention at night to ask for |
| 13 | medical emergencies is the exact same way they |
| 14 | would ask for their nebulizer.  So however they do |
| 15 | it.  I don't know if it varies dorm to dorm.  I |
| 16 | don't know. |
| 17 | Q.    Okay. |
| 18 | A.    Well, of course it would dorm to |
| 19 | dorm because some of the dorms have the central |
| 20 | control and some of the dorms are open bay.  So |
| 21 | then it would be easier in the open bay dorms |
| 22 | because there's an officer and you could say, Hey, |
| 23 | officer, you know, and he's right there.  Whereas |
| 24 | in the central control you have to get their |
| 25 | attention. |

1          Q.    Okay.  And the inmates don't carry

2   personal body alarms, right?

3               MR. SPAID:  Objection to form.

4          A.    No.  We'd get nothing done.

5          Q.    Okay.

6          A.    And we wouldn't answer it anyway for

7   fear of set-up.

8          Q.    I think the last question I have is:

9   You plan to still be living in Ohio in July of

10  2012, right?

11         A.    Yes.

12         Q.    And to your knowledge that's more

13  than a hundred miles away from Ocala, Florida,

14  right?

15         A.    Oh, it's a lot more.

16         Q.    That's all I have for right now.

17         A.    Okay.

18               (Discussion off the record.)

19                    - - -

20               REDIRECT EXAMINATION

21  BY MR. SPAID:

22         Q.    Rose, do you still have a copy of

23  this Respiratory Assessment form marked Plaintiff's

24  Exhibit No. 1?

25         A.    Sure.

```
 1              Q.     Counsel asked you to look at

 2     specific items on this form.  I'm going to ask you

 3     to do the same.

 4              A.     Okay.

 5              Q.     Specifically, under the middle

 6     section titled objective I see temp, I see pulse,

 7     and then I see r-e-s-p, period.

 8              A.     Yes.

 9              Q.     For the record, can you please

10     identify what that term stands for?

11              A.     Where are you at?

12              Q.     Right next to -- Under objective,

13     the third category, r-e-s-p, period.

14              A.     Under objective.

15              Q.     Be the next line down, dead middle

16     of the page.

17              A.     Occasional panting and gasps.

18              Q.     Okay.

19              A.     It stands for respirations.

20              Q.     Thank you.

21                     And so for respirations you wrote

22     occasional panting and gasps, correct?

23              A.     Yes.

24              Q.     That response which you put in the

25     field for respirations, what were you describing?
```

1          A.      An occasional panting and gasp.

2    When I would do the compressions, then -- I didn't

3    have the Ambu Bag for the respirations, but he was

4    like gurgling and then he would do a sucking, like

5    a -- (demonstrating) -- like a clicking, sucking

6    sound occasionally.

7          Q.      And what I'm asking is I want to

8    know if that description that you wrote was what

9    you observed when you first came to the cell door

10   or --

11         A.      Yeah.

12         Q.      When you first came to the cell

13   door?

14         A.      Yes.

15         Q.      Okay.  So the occasional panting and

16   gasps were present when you first arrived at Daniel

17   Wolfe's cell?

18         A.      That was after we pulled him out,

19   while he was still on the catwalk.  And I looked at

20   the captain and I said, This man is dying.  And he

21   goes, I know.

22         Q.      When that brief change occurred, was

23   that before or after you started CPR?

24         A.      That was right before.

25         Q.      Okay.  I'm going to ask you to look

```
 1    to another section.
 2            A.    Okay.
 3            Q.    This one it going to be a little
 4    harder to read, I think.  But if you could tell me
 5    what that section says and what it signifies?
 6            A.    Breath sounds absent, tight --
 7    absent to tight with wheezing.  When he was
 8    having -- when he was having the gasping, it was
 9    tight and wheezy.
10            Q.    And that description describes --
11            A.    The breath sounds.
12            Q.    -- what you observed and heard --
13            A.    Uh-huh.
14            Q.    -- prior to the EMS arriving,
15    correct?
16            A.    No.  When the EMS arrived it was
17    absent.
18            Q.    So the tightness with wheezing
19    was --
20            A.    Was the gasping, the clicking,
21    the -- Yeah.
22            Q.    So all of your entries -- is it fair
23    to say that all of your entries under the objective
24    portion describes what you observed between the
25    time you arrived at --
```

1        A.      The whole time I was there.

2        Q.      Okay.

3        A.      From the time I arrived at the cell

4   door until EMS took him away.

5        Q.      Okay.  Can you describe an Ambu Bag

6   to me?

7        A.      Sure.  It has a mask that fits over

8   the nose and mouth of a patient.  It has a -- Yeah.

9   I don't know how to describe it.

10        Q.      I believe earlier --

11        A.      It has the mask, it has the bulb --

12   that's the word I'm looking for, bulb -- that you

13   squeeze to allow air -- exchange -- artificial

14   respiration for the patient without mouth-to-mouth.

15        Q.      And by squeezing that ball does it

16   force air down the lungs?

17        A.      Yes.

18        Q.      Is there a tight seal on the mask?

19        A.      Yes.  There has to be.

20        Q.      Can there be any gaps in that seal

21   for the bag still to work?

22        A.      No.

23        Q.      It has to be totally perfect?

24        A.      It has to be.  Well, yeah, I would

25   think so.  Yeah.  Because it's ineffective if

1   there's a break in the seal.

2          Q.    Okay.   Would CPR, mouth-to-mouth

3   resuscitation -- Well, strike that.

4                Did you perform mouth-to-mouth

5   resuscitation on Daniel Wolfe?

6          A.    No.

7          Q.    Okay.

8          A.    And CPR guidelines now even are that

9   you do compressions.  You don't have to do the

10  mouth-to-mouth, you don't have to do rescue

11  breaths.  That's how it is now, yeah.  But then I

12  didn't have a barrier, I didn't have the Ambu Bag,

13  I didn't have any clue what he had.

14         Q.    So CPR does not involve

15  mouth-to-mouth?

16         A.    Now.

17         Q.    What about 2004?

18         A.    2004, yeah.

19         Q.    It did?

20         A.    Yeah.

21         Q.    But in 2004 you didn't perform it?

22         A.    No.  He still had the gasping and

23  the gurgling and all that until we got him out

24  to the control, out to control.

25         Q.    And so when there's gasping and

1    gurgling you're not going to perform mouth-to-mouth

2    resuscitation?

3         A.    If his chest is rising and falling

4    there's no need.

5         Q.    Okay.

6         A.    And so I put activate EMS due to

7    inmate probable respiratory arrest.  Probable

8    respiratory arrest.

9         Q.    Okay.  Probable indicating that

10   there was some chest movement?

11        A.    There was some chest movement, but

12   he was intubated by EMS.

13        Q.    Okay.  If there was wheezing --

14        A.    He was breathing.

15        Q.    He was breathing.

16              If he was breathing an oxygen tube

17   providing a high concentration of oxygen would have

18   provided some benefits, correct?

19        A.    What do you mean?

20        Q.    He's breathing, taking in.

21        A.    He wasn't breathing effectively, no.

22        Q.    So there's different levels of

23   breathing?

24        A.    Yeah.

25        Q.    Okay.  And so when you put the

1    oxygen --

2         A.    If he was breathing effectively his

3    nail beds would not have been blue.

4         Q.    Okay.

5         A.    When I put the oxygen on his -- on

6    his lips, right around his lips started turning

7    pink but nothing inside.  It wasn't working.  This,

8    all inside his mouth, was dark.  His tongue was

9    dark.

10              MR. SPAID:  I'm going to ask to

11   strike that as nonresponsive to the question.

12        Q.    Rose, were you wearing a watch that

13   morning?

14        A.    Yeah.  I wore a watch every time I

15   went to work.

16        Q.    Do you recall ever checking the

17   watch from the point you were notified that an

18   inmate was having trouble breathing to the point

19   EMS responded?

20        A.    No.

21        Q.    Did you check any other clocks?

22        A.    No.

23        Q.    Okay.

24        A.    I was caught up in the moment.

25        Q.    You were caring for Daniel?

```
 1              A.     Yes.

 2              Q.     You were treating Daniel?

 3              A.     Yes.

 4              Q.     Do you have a recollection of what

 5     time you filled this form out, the Respiratory

 6     Assessment form he had marked?

 7              A.     This -- He was probably -- This I

 8     started probably before the ambulance cleared the

 9     gate.  I did this immediately.

10              Q.     Okay.

11              A.     Because I didn't want to forget

12     anything.  I didn't want to lose my notes.

13              Q.     Okay.

14              A.     Because I wrote on -- I had wrote on

15     a glove and I didn't want to lose the glove and not

16     have the information.

17              Q.     Did you receive Daniel Wolfe's

18     medical records or medical charts prior to EMS

19     arriving?

20              A.     No.

21              Q.     Okay.

22              A.     No.  Ann Newsome did the trip tick.

23              Q.     I think it's pretty clear from

24     everything that's been said, but I got to make

25     sure.
```

1          At no point prior to Daniel Wolfe

2    leaving in the ambulance did you leave E Dorm and

3    go back to medical?

4          A.    Oh, absolutely not.  No.

5          Q.    Right.

6          A.    No.  I had them call Ann Newsome and

7    tell her to do the trip tick, that he was going out

8    911, and so she did the trip tick.  The trip tick

9    is a trip ticket that we fill out anytime an inmate

10   leaves the compound.  It tells where he's going,

11   who authorized it, and it gets him off the count.

12         Q.    And both Dante and I asked you

13   questions about the initial exchange between you

14   and the officer that informed you of Daniel Wolfe's

15   condition.

16         A.    Okay.

17         Q.    I believe earlier -- and correct me

18   if I'm wrong -- you stated that the officer told

19   you that there was an inmate who was having trouble

20   breathing.  Is that correct?

21         A.    Having trouble breathing and -- Come

22   to think of it, I think it's the captain that told

23   me that he was playing like he was unconscious.

24   Because he said he was just talking to him and he

25   was standing at the window.  Which wouldn't be

1    uncommon because an asthmatic standing at the

2    window is trying to get air.

3            Q.    Okay.  Right.

4            A.    Yeah.

5            Q.    Get a better flow of air in the

6    cell?

7            A.    Yeah.

8            Q.    And an inmate -- an asthmatic

9    talking at the door?

10           A.    No, he wasn't at the door.  The

11   captain was at the door.  He said the inmate was at

12   the window and he was just talking to him and

13   then --

14           Q.    Okay.

15           A.    Oh, God.  This is so confusing.

16   I've been -- This happened '04, 2004.  Four used to

17   be my lucky number.

18           Q.    Rose, that's all I have for you

19   today.  I hope that's the end, but Dante has

20   another opportunity to ask you some more.

21                 MR. TREVISANI:  I've got nothing

22   else.

23                 MR. SPAID:  If this deposition

24   transcript is ordered, which it will be, you will

25   have the opportunity to read through it to make any

```
 1   corrections as to the content.  And by corrections,

 2   it's spelling errors, if you said 2001 and you

 3   meant 2004 you can indicate those.  Things of not

 4   great significant substance.  If there is important

 5   changes, then we might have to come back up here

 6   and do this again.  But we want to make sure

 7   everything is accurately taken down.

 8                   THE WITNESS:  Make sure it's

 9   summertime.

10                   MR. SPAID:  And we will order with a

11   mini and an index, please.

12                   MR. TREVISANI:  We will probably

13   order, but will let you know.

14                   (Discussion off the record.)

15                   MR. SPAID:  I'm sorry.  I was

16   supposed to ask you that question.

17                   Would you like to read or will you

18   waive your right to read the deposition to check

19   for those errors?

20                   THE WITNESS:  Oh, I waive.

21                        -  -  -

22                   Thereupon, the deposition concluded at

23   approximately 12:45 p.m.

24                        -  -  -

25
```

140

1                    C E R T I F I C A T E

2

3                         - - -

4

5      THE STATE OF OHIO:
                                      SS:
6      COUNTY OF FRANKLIN:

7

8              I, Carla D. Castle, a Professional
       Reporter and Notary Public in and for the State of
9      Ohio, do hereby certify that before the taking of
       her said deposition, the said Rose HARMON-PALAILE
10     was first duly sworn by me to tell the truth, the
       whole truth, and nothing but the truth;
11             That said deposition was taken in all
       respects pursuant to the stipulations of counsel
12     heretofore set forth; that the foregoing is the
       deposition given at the said time and place by the
13     said Rose HARMON-PALAILE;
               That I am not an attorney for or
14     relative of either party and have no interest
       whatsoever in the event of this litigation.
15             IN WITNESS WHEREOF, I have hereunto set
       my hand and official seal of office at Columbus,
16     Ohio, this 2nd day of February, 2012.

17

18

19

20     _____
       Carla D. Castle
21     Notary Public, State of Ohio

22

       My Commission Expires:  September 29, 2016.
23

24                         - - -

25

WORD INDEX

< - >
- 2:12  3:3, 17
4:2, 7, 11, 17
5:2  92:11, 15
107:22  118:11,
15  128:19
139:21, 24
140:3, 24

< 0 >
01  120:6, 12
01.  120:4, 9, 12
02  46:2
04  138:16
05,  21:7
09  8:18

< 1 >
1  4:11, 11, 15
92:9, 14
118:10, 14
128:24
1:30-ish.  37:2
10  10:17  75:2
100  2:4
10-18-80.  11:14
102  1:1  2:9
10610  9:1, 6,
10
107  4:5
11  31:10, 10

< ' >
'11.  8:19

< 1 >
11-26  120:4
11-29-04
123:12
118  4:11
12  125:22, 23
12:45  1:1
139:23
128  4:6  118:9
12th  10:20
14E  9:2
15  64:6  117:4
15th.  8:9
1986  16:20
17:14
1990.  18:14, 22
1999  22:6, 19
23:7, 10  24:10
1999.  23:4
1st  18:14

< 2 >
20  64:6  67:18
89:9  100:15,
16  117:4
2000  19:18
2000.  30:1
2001  139:2
2002  29:23
30:2

2002,  30:9
2003  30:10
2003-ish.  31:1
2004  20:13
27:10  35:17,
20  36:2, 7, 14,
20  37:17
40:16  51:9, 17
63:1, 17  69:13
75:8, 12  80:24
84:3  85:13, 24
86:7  88:10, 17
96:18  101:6
120:8  133:17,
18, 21  138:16
139:3
2004,  104:13
2005  20:1, 1,
10, 17  21:18
34:16
2005.  63:18
2006  9:20, 25
27:10  87:14,
18
2006.  10:1, 20
27:10
2007  106:6
107:7
2008  9:8  22:7
107:7
2008.  9:20
25:25  106:6
2009.  19:13
201  2:9
2011  8:10
2012  1:1
128:10
2012.  140:16
2016.  140:21
21  68:3
22  5:22
2207  9:23
2-26-84.  12:10
22-year-old
72:12
23  13:19
99:25
23rd  12:25
24  1:1
24.  13:19
25  32:22
25.  13:4  33:1
26th  35:20
36:2  37:17
40:16  63:1
69:11  73:16
75:8, 12  84:3
85:13  86:7
88:17  96:18
104:13
26th,  63:16
85:23
26th.  36:22
2-7-82.  12:3
29  140:21
2nd  140:16

< 3 >
3  4:17  31:10
3.  30:2
3096  8:14, 17,
20
30th  9:1, 10
31st  19:12
33131  2:4
33601-3373
2:10
34748  9:24
3750  2:3
3rd  87:18

< 4 >
43068.  8:6
43229  1:1
43232.  8:15
4889  1:1

< 5 >
5  4:4
5:10-CV-663-Oc-
10DAB  1:1
50  46:2, 2
50.  117:15
53  89:14
59  98:18

< 6 >
6,  125:22
6.  125:23
609  9:15, 21
6-7-8.  10:12
6835  8:4

< 7 >
7  31:10
786.342.6911,
2:5

< 8 >
8.  31:11
81  16:13
81.  16:12
813.221.0200,
2:11
86.  16:14

< 9 >
9:21  1:1
911  45:13, 14
112:8, 21, 22
117:5  137:8
911,  112:16
911.  45:15
112:10
92  4:15
96  20:18
99  9:25, 25
10:1  19:17
20:22

< A >
a  6:19, 24
13:24  15:8, 23
16:1, 25  17:2
21:9, 19  24:18

32:16  33:16
42:7  43:10
47:1  48:17, 25,
25  53:20
57:15  58:14,
18  64:10
68:10  70:19
72:11, 17
73:13  75:1
82:12  83:12
85:25  91:24
92:21  97:4
98:7  99:1, 8
103:8, 22
105:14  107:3
119:19  120:6,
14, 19  121:14
122:4  123:4, 6
126:2, 23
127:6, 11
130:5  136:15
139:10
a.m  1:1
ability  81:18
88:2  105:21,
21
ability.  7:11
105:23
able  6:13
64:4  115:8
121:3
about  12:19
49:14  76:15
97:20
about.  57:4
131:6, 7
absent  81:11
absent.  131:17
Absolutely
72:7  124:19
137:4
Absolutely.
96:8, 13  97:2
AC  51:20
accident  19:25
125:5

accommodation
85:17  86:1
accommodation
,  86:2
accompany
79:20  80:7
accurate  88:19
accurately
139:7
activate  134:6
active  19:3, 5
actual  125:13
Actually  18:20
28:17
addition  37:23,
24
additional
35:6  75:10
95:25  107:13

address  8:8,
13, 17, 21  9:6,
11, 18, 22
administration.
30:22
admitted  95:15
adrenaline
43:19
afraid  71:11
73:5  98:19
after  13:10
23:20  74:15
75:8, 16  82:7
83:7  93:16
after.  42:12
aftermath
68:14  69:3
again  87:2
115:9
again.  25:15
70:11  93:17
against  125:9
age  13:2
98:18
age.  88:6
agency  23:24
26:11  31:15
33:9, 11  63:7,
8  105:18
ago  116:4
ago.  5:11
ahead  15:13,
16  39:2  47:7
110:2, 7
122:18
ahead.  21:18
84:19
aides  24:7
AIDS  34:9
air  82:25
114:18  115:7
132:13, 16
138:5
air.  138:2
airway  50:6
115:11
alarm  28:23
124:4, 10
125:3, 13
alarm.  124:7
alarms  124:15
128:2
alcohol  88:2
Alexis  14:25
all  20:5  70:1,
4  107:12
108:3  135:8
140:11
alleged  36:1,
21
allow  6:15
132:13
allowed  84:9
already  42:2
62:9  70:3
also  111:1
also,  91:21

also.  11:5
77:1
always  63:7
Ambu  47:22
57:22  58:1, 2,
5  65:15  114:2,
19, 23  115:7
130:3  132:5
133:12
ambulance
45:17, 22, 23,
25  48:5  62:5,
23  116:13, 15,
20  117:9
136:8  137:22
amount  63:25
an  36:6, 10
57:25  80:6
81:20  104:1
108:17  115:15
127:4  135:17
and  1:1  3:13
6:22  7:9  13:9
15:13, 17  17:1
18:22  33:2
34:9  35:13
38:14, 20  42:3,
20  43:23  44:4,
12  46:6, 15
47:22  48:2, 18
50:5  51:5
52:7  56:25
57:20  59:6
60:22  68:3
69:22  70:12
71:11, 23
72:10, 13
75:25  77:17
78:22  87:5
90:24  91:21
95:16  106:10,
17  108:13
113:1, 7
117:25  118:21
121:1, 25
124:9, 18
126:12  129:7
130:15  133:22,
25  137:2, 6, 14
138:12  139:6
Andrea  13:13,
16, 18, 23
Ann  37:7, 22,
23  40:14, 17,
21  47:21  48:3,
7, 8, 12  58:17
64:23  65:10
72:11  74:11,
18  76:12, 19,
23  90:19
101:25  116:22
137:6
Ann.  64:22
another  73:9
138:20
answer  7:9
15:14, 17  88:3
99:6  120:7

122:11, 18
128:6
answer.  15:18
38:25  39:2
47:7  49:24
55:15, 22  81:1,
14  85:20
104:17  110:8
111:19  122:12
answering  7:10
answers.  6:16
any  18:23
35:3  55:1
57:12  64:20
73:22  76:5
79:10  86:19
88:1, 15  93:2
99:2  101:18
102:4  105:25
138:25
anybody  45:19
93:23  124:19
anybody's
71:10
anyone  89:15
116:9  125:12
anything  6:8
24:8  50:5
87:1, 6  99:17
136:12
anything.  79:7
anytime  39:17
119:15  137:9
anyway  52:23
106:12  112:4
128:6
Apartment  8:5
9:1
apologize
23:19
apologized
106:18
apparently
122:25
APPEARANCES
:  2:1
appeared
109:10
appointments
33:16
appreciate
29:13, 19
appreciative
25:12
appreciative.
29:8
approachable
103:1
approachable.
102:24
approves
123:25
Approximate
13:2
approximately
29:23  32:18
139:23
are  19:4  38:23

area  64:2
115:15
aren't  8:22
arguing  56:2
arm  43:14
46:13  50:13,
14  52:8
113:11
armed  28:22
around  36:6
45:10  49:18
55:10
around.  56:17
arrest  134:7
arrest.  134:8
arrived  48:21
49:7, 21  51:24
116:13  117:9
130:16  131:16,
25  132:3
arrived.  64:3
arriving  136:19
arriving,
131:14
artificial  132:13
as  25:14  33:5,
11  39:15
51:16  54:8
63:1, 13  83:11
92:13  95:10
98:12  118:13
125:25
ask  7:2
ask.  16:9
asked  21:22
45:11, 18
46:18  61:22
70:16, 21
87:25  110:16
111:8  114:1, 4
115:18  116:9
129:1  137:12
asking  7:8
54:5  63:25
70:4  71:2
125:5  130:7
asking.  7:4
aspect  25:13
28:9
assaulted
53:20, 25
assess  111:21
assessed  73:8
Assessment
4:11  119:13
128:23  136:6
Assessment,
118:20
assessments
30:20
assignment
105:17
assignments
24:19  26:8
assist  33:12
assistance
64:19  65:2
assistant  18:1

assistant.
20:21
assistants
24:6  28:15
assistants.
17:4
assisting  17:2
assisting.
16:23
ASSOCIATES
1:1
assume  7:9
11:1
assuming
37:16
asthma  35:21
36:3, 6, 11
38:22  49:22
68:11, 13, 16
69:3, 7, 25
75:7, 11  77:16
85:18  86:1
93:21, 24
94:10, 13, 14,
19  95:16  96:3,
7  97:7  99:2, 5,
11  108:5
asthma.  32:3
97:21  98:1
119:17
asthmatic
46:17  50:2
120:17  138:1,
8
asthmatic.
47:19  54:22
asthmatics
31:23  32:18
at  3:7  20:14
22:12  24:14
30:5, 8  32:7
40:12  48:22
49:8  51:13
54:10  65:20
70:10  74:7
77:9  96:23
126:8  129:1
130:19  138:11
139:22
attack  29:18
35:22  36:3, 6,
11, 20  37:1
49:22  68:11,
13, 17  69:3, 7,
25  94:14, 19
95:2  96:3
97:7
attack.  108:5
attacking
124:25
attending
59:14
attention
59:22  127:12
attention.
127:25
attorney
140:13

attorneys  5:13
91:8, 16
audibly  95:12
August  87:18
Austin  13:6, 7
14:24
authorized
84:14  137:11
availability
86:23
available  26:8
80:23  102:17
Avenue  9:23
aware  40:9
54:15  55:18
74:17  83:6
94:12  96:4
102:10  107:10
awareness
104:25
away.  132:4

< B >
B.  101:2
B1, 8:5
baby  16:18
bachelor's
94:22
back  13:9
20:18, 18, 25
24:9  25:17
26:1  42:1
43:13  44:20
46:5, 7  48:4
49:10, 15  50:5,
16  51:6, 7
56:8  59:22
60:2, 2  70:1, 4
78:4  79:14
81:5  88:9
97:10  98:25
100:3  101:24
106:13  121:4
137:3  139:5
back,  47:14
back.  44:6
backed  62:2
bad  97:18
98:13
bad.  77:14
Bag  47:22, 22
48:1  57:18, 21,
22, 23  58:1, 2,
5, 7, 11, 19
65:15  70:7, 8,
9  114:2, 20, 23
115:7  130:3
132:5, 21
Bag,  133:12
bag.  57:24
58:3  65:16
ball  132:15
Baltimore
11:19, 21
Baltimore.
11:16

B-a-l-t-i-m-o-r-e.
11:18
bandage  58:9
Band-Aids,
58:7
banging  59:6
78:10, 12, 16,
21  79:10
banter  44:19
barrier  133:12
based  34:24
46:21  71:12
basic  35:13
Basically
41:15  42:19
111:20
basis  77:12
Bates  118:8
bay  127:20, 21
be  3:11  5:14,
17  21:11
22:11  86:12
109:10  115:10
137:25  138:17
be.  14:6
36:16  37:18
132:19
bean  51:2
became  54:14
because  35:1,
2  37:6  43:24
62:8  72:6
98:17  113:6,
12  127:22
137:24
become  83:5
beds  118:4
122:22  135:3
been  5:23
10:4  27:3
38:7  50:4
51:18  71:17
79:25  84:16
93:15
before  20:21
25:19  41:12
73:25  89:3
111:6  122:11
before.  130:24
began  29:22
beginning
23:3  46:8
89:3
behalf  1:1, 1
2:5, 12
behind  51:7
being  3:9
6:12  83:16
bejesus  70:13
87:2
believe  9:2
28:8  29:6, 21
31:2  34:14
44:22  46:10
51:22  54:10
57:15  60:5, 20
63:24  64:9

65:6, 22  67:8,
18  74:5  79:18
83:25  91:12
92:21  132:10
137:17
believe.  21:8
believed  36:21
belong  14:19
benefits  134:18
best  7:11
better  70:19
78:22, 23
118:23  138:5
between  3:5
48:11  51:10
birth  11:10
12:2  13:20
birthdays.
12:22
bit  28:11
29:10  60:25
103:14  121:7
bit,  61:1
bit.  78:4
black  43:11,
22  44:2
110:11  124:8
black.  113:20
122:25
blank  121:11
blood.  113:23
blue  20:22
110:11  118:4
122:25
blue.  109:25
135:3
boards  18:21,
22
body  28:23
124:4, 7, 14
125:3, 12
128:2
bone  97:8, 8
bones  97:9
boo-boo.  93:6
born  12:25
Boston  13:9
bottom  113:7
119:7  123:6
Boulevard
9:15, 22
box  124:8
boxer  49:17
breach.  124:13
break  6:5
22:22  48:16
63:20  107:18
133:1
break.  87:9
breaker.  71:20
breaks  25:20
breath  82:25
119:17  131:6,
11
breathe  41:21
56:15  60:9
115:8

**breathing** 60:8
68:19, 24 75:6,
18 76:2, 5
95:12 115:4,
10 134:16, 20,
21, 23 135:2,
18 137:20, 21
**breathing.**
134:14, 15
**breaths** 133:11
**Brief** 22:25
63:22 87:10
107:21 130:22
**bring** 21:3, 9,
15, 22 82:21
83:1 114:1, 19
**brought** 19:19,
22 45:1 46:18
65:8 66:7
97:10 111:24
114:9, 12
**Building** 2:9
57:1 67:8
**building.** 56:21
**bulb** 132:11, 12
**bulletins** 63:11
**busy** 48:18
**but** 18:2
22:11 27:2
29:15 40:18,
23 43:17 65:8
71:25 103:12
111:14 113:9
116:7 134:11
**butt** 50:12, 13
**button** 124:9, 9
**by** 3:11 5:7
23:1 34:7
45:16 63:23
81:11 85:10
87:11 92:16
101:22 106:20
107:24 116:17
118:16 125:5
128:21
**Byesville** 12:15
**B-y-e-s-v-i-l-l-e**
12:15

**< C >**
**cabinet** 20:25
**call** 7:25 26:8,
11 30:20
31:14 32:4
38:5, 7 45:12,
14, 15 58:18
64:19 74:19
90:18 95:10
102:15 108:6
112:8, 10, 16,
21, 22 116:1
117:5 137:6
**call.** 65:5
**called** 40:21
76:17 90:16,
17 106:16
**calling** 90:2, 2
125:5, 6

**calls** 89:23
90:11 91:15
**came** 106:12
108:16
**Cameron** 15:3
94:16
**Cameron.**
94:17
**camp** 105:15,
15
**campus** 62:8
**can** 11:9
42:10 50:24
125:19 126:16
**canister** 65:23
**cannula** 47:25
114:10, 15
**cannula.** 65:25
**can't** 28:3
43:25 50:14
59:18 90:24
124:24
**cap** 121:15
**capacity** 27:17
33:7 101:8, 16
**capillary**
121:15 122:4,
6
**captain** 42:1, 6,
8, 9, 16, 18, 25
43:15, 23
44:10, 12, 17,
22, 25 45:15
50:2 52:21
53:1, 9 56:4
90:17, 18, 19,
21 93:4, 14
109:1, 2
111:23, 25
112:13 116:24
117:20 130:20
137:22 138:11
**captains** 90:23
**Captrust** 2:9
**car.** 28:20
**care** 24:23, 25
25:3 32:6
34:12 35:1
71:17 101:22
104:14, 21, 24
105:24 106:2
107:8
**care.** 24:16, 24
107:5
**career** 77:18
**caring** 135:25
**CARLA** 1:1
140:8, 20
**carried** 28:23
53:13 70:8
**carries** 124:14
**carry** 13:15, 17
53:14 60:21
64:14 70:7
128:1
**carrying** 45:24
**Carson** 15:1
**cart** 65:20

**Case** 1:1 5:23
63:3
**cases** 29:1
**CASTLE** 1:1
140:8, 20
**category**
129:13
**catwalk** 42:19
43:5 45:9
58:25 59:11
60:11, 21 61:7
79:16 112:21,
24 113:10
130:19
**catwalk.** 59:5
**caught** 103:11
135:24
**cause** 43:1
120:23
**cell** 39:24
40:1 43:8, 8,
10 45:6, 14
48:22, 23 49:8,
21 50:11
51:10, 16, 25
52:15 53:2
54:24, 25 55:7,
18 56:16
58:25 60:10
61:5 78:9
79:10 80:13
81:20, 24 84:2,
7, 14 93:5
109:3, 8, 16
110:17 111:12,
20 112:15, 19
126:8 127:5
130:9, 12, 17
132:3 138:6
**cell.** 45:4
52:2 81:22
112:7
**cellie** 52:22
**cellmate** 56:6
59:11, 14
60:10 61:6
79:10 109:18,
21
**cellmate's**
52:19
**cells** 82:1
126:22
**central** 127:19,
24
**cents.** 89:9
**certain** 97:25
103:14
**certainly**
104:18 121:4
**certificate** 17:8
**certificate.**
17:9
**certificates**
20:6 34:15
**certified** 5:5
**certify** 140:9
**CEUs** 20:1
**chain** 99:1

**chance** 5:10
120:7
**change** 122:22,
24 130:22
**changes** 139:5
**character** 3:13
**charity** 105:15
**chart** 36:8
38:18 41:14
47:18, 20 67:7
75:17 77:2, 3
83:18 84:1
88:8, 15
105:20 121:3,
4 123:17, 18,
19 125:8
126:5
**chart.** 47:12
**charted** 76:24
77:5, 7, 7
106:14
**charting** 30:21
41:16 125:8
**charts** 33:15
38:5 103:22,
23, 24 123:21
125:17 136:18
**check** 73:13
74:10 75:5
76:20 77:6, 11
89:8, 10
135:21 139:18
**check,** 89:4
**checked** 74:18
111:22
**checking**
135:16
**checks** 74:22
75:18 76:2, 4
**checkups**
76:14, 25
**chest** 41:18
44:9 49:19
61:19 73:3, 5
87:4 134:3, 10,
11
**Chief** 101:7
**child** 11:9
70:15 71:7
95:7 99:9
**child.** 11:25
12:7
**children** 14:14,
18 27:12, 16
105:15, 16
**children.** 14:16
**chow** 56:25
**Christina** 12:1
15:2
**Christina's**
94:2, 3, 13
**chronological**
23:7
**CI** 30:8 32:8,
9, 10, 11 33:8,
20 35:17 36:6
37:20 40:12
67:6 73:9, 10

**chance** 5:10
**74**:7, 15, 16
76:16, 19
77:10 80:24
84:5, 13 87:13
100:21 101:9,
19 102:8
106:5 107:6
117:6
**CI.** 30:6 32:19
36:4 74:16
**circulatory**
110:14
**circumstances**
80:19 101:18
**city** 16:6
**civilian** 44:1
45:5 53:8
**civilian.** 53:6
**classes** 34:16
**classification**
80:12
**cleaning** 87:24
**clear** 36:15
62:10 73:12
77:15 81:3
101:17 116:20
136:23
**clearance**
63:12
**cleared** 116:17
123:17, 17
136:8
**cleared,** 62:13
**cleared.** 62:12
**clearing** 45:21
62:17
**clicking** 130:5
**clicking,**
131:20
**clocks** 135:21
**close** 95:10
**closed** 60:10
61:5
**clue** 13:20
46:17 81:15
133:13
**code** 48:5
**codes** 77:24
**collapse.**
110:15
**College** 13:24
16:21
**color** 122:2, 23,
24
**COLUMBUS**
1:1 17:17, 18
18:5, 10
**Columbus,**
8:14 140:15
**come** 39:15
116:15 137:21
**come,** 45:17
**comes** 124:13
**coming** 43:25
44:2 62:18
63:13 74:3
78:18 80:14
111:25

**comment**
50:24
**commenting**
48:13
**comments**
28:7 29:6
**Commission**
140:21
**common** 46:25
**communicate**
65:9
**communication
s** 48:11
**company** 35:7
**compensation**
89:15
**complain**
29:14, 16, 17
**complained**
29:12 62:23
**complaining**
41:19, 21
56:14
**complains**
119:19
**complaint**
106:2, 7
119:15
**complaints**
104:23 107:8
**complete**
17:10, 15 18:9
33:21
**completed**
17:12 18:15
**completely**
19:25 52:10
**complications**
76:5 98:18
**complied.** 92:7
**compound**
45:22 137:10
**compound.**
15:21
**compression.**
59:8
**compressions**
60:24 61:1, 2,
2, 10, 20 113:4,
5, 8, 11 130:2
133:9
**compressions.**
65:12 79:17
**compromised**
115:12
**compromised.**
50:7
**concentration**
134:17
**concern** 34:11
52:20 55:12,
19
**concerned**
76:5, 21
**concerns**
85:13
**concluded**
139:22

condition 60:9
77:16 97:4
120:21, 22, 22
121:1
condition, 98:4
condition.
137:15
conditions
31:19 34:5
97:20, 25
98:11 100:7,
18
conducted
61:12
confinement
33:17 38:14
39:9 41:6, 25
51:20 57:10
79:19, 21 80:3
92:23
confinements
102:2
confused 7:3
confusing 7:1
confusing.
138:15
connected
114:15
connection
96:17 99:3, 3
consciousness
96:3 121:9
consider 103:1
considered
17:5
consistent
31:12 74:2
contact. 72:3
102:5
content 139:1
context 71:4
continued
17:21 73:11
continued.
61:3
continuing
20:3 33:21
34:4, 16 43:5
93:5 109:5
continuous
24:24
continuously
115:15
control 40:2
41:6, 24 43:8
44:15 45:11,
17 110:24
124:11 127:20,
24 133:24
control. 133:24
conversation
46:22 71:16
conversation.
32:14
conversations
72:22 87:12
89:20

convicted 15:5,
8, 23 16:1
26:22 27:12
copy 21:10
91:16 128:22
copying.
120:11
core 97:8
corner 74:21
corporate
22:12
correct 14:11
20:10 25:17
28:9 29:23, 24
34:16 42:17
54:12 58:16,
25 59:3 64:10,
16 65:24 66:5
67:11 81:21
82:8 84:3
87:14, 19 89:5
97:23 103:19
114:20 119:11
120:17 129:22
131:15 134:18
137:17, 20
correctional
47:2 53:18, 20,
25 59:13
64:15, 19 65:1,
7, 14 68:5, 9
79:20 80:2, 7
81:9 105:3
106:1 124:17
Corrections
25:6 26:2, 10
29:22 30:4
33:23 63:6
139:1
Corrections,
1:1 118:19
139:1
Corrections.
5:14
correspondenc
e 91:3, 8
coughing
119:16
could 31:16
32:23 44:9
50:9 56:14
85:7 93:15
could. 118:2
couldn't 25:10
46:20 52:11
59:7 75:14
113:10
counsel 3:6
35:25 85:5
89:20 91:21
107:12 129:1
140:11
counseling
99:16
count 43:1
93:6
count. 43:5
109:6 137:11

county 27:5,
19 28:2, 3
30:1 53:12
64:11 107:6
140:6
couple 24:19,
19 33:17 46:5,
12 72:17
107:25 120:14
course 17:1
127:18
course. 22:23
63:21 107:20
courses 33:21
34:5, 18 35:7
COURT 1:1
7:20 8:14, 17,
20
cover 37:14
89:12
covered 30:24
40:24
CPI 17:23
CPI. 17:19
CPR 5:23
45:4, 10, 19
59:3 61:12
77:19, 22, 25
111:14, 21
112:6, 24
114:18 115:16,
19, 24 116:6, 6,
10 121:5
130:23 133:2,
8, 14
CPR. 74:1
82:1
crackles 73:23
crazy 30:18
crime 15:9, 24
16:2 54:5
71:10
crimes 27:13
71:2
critical 24:16,
22, 25 25:3
Cross-examinat
ion 4:5 107:23
crouched
43:11
crying 109:18
crying. 44:3
cuff 43:2 44:4
50:22 51:1
cuffed 44:13
52:22
cuffs 44:2
current 10:7
12:14 21:10
25:21
currently 8:3
10:2
cuss 44:19
93:7
cussed 42:8
cussing 44:22
Cussing. 56:3

cut 23:19
cutting 69:15
CV 21:10

< D >
daily 33:4
damn 45:23, 24
danger 124:10,
20
Daniel 1:1, 1
32:5 36:2, 5,
13 43:13 44:5
46:4, 10 48:22
49:8 50:9, 18
51:11, 23
52:20 54:11,
24 55:7, 13, 17,
19 56:5, 16
59:10 60:11,
21 61:6 64:1
67:10, 13
68:11, 12 69:1,
7, 10, 16 71:24
72:14 74:10
75:5, 7, 19
76:14, 16, 20
77:12 78:8
79:9, 14, 15, 16
80:6, 12 83:12,
14, 21 84:1
85:12, 25 86:8,
11, 23 88:8, 15
93:17 96:11,
17, 23 97:10
99:12, 20
101:22 102:6
104:15, 21, 24
108:4 109:2, 7,
10 112:14, 18,
21, 24 113:1
115:14 116:1
117:10, 16
122:5 130:16
133:5 135:25
136:2, 17
137:1, 14
Daniel. 78:1
96:20 97:17
Daniel's 42:19
52:12 61:5
79:14 81:4
93:5, 14 109:4,
18, 21, 23
110:17 113:16
117:13, 21
DANTE 2:1
92:6 137:12
138:19
Dante. 85:9
dark 28:16
43:7 44:8
118:4 135:8
dark. 135:9
DATE 1:1
11:10 12:2
13:20 35:23
36:7, 8, 9, 14,

16 120:1, 3
123:10
date. 35:24
dates 27:24
daughter 97:6,
12
dawned 65:4
day 13:21
33:6 42:8
57:12 70:2
93:13, 15, 17
103:11, 11, 23
117:19 126:2
140:16
day. 70:5
87:22 126:3
days 46:5
69:22 72:17,
20 75:2 93:16
95:16 117:19
123:12
DC 51:20
118:25
dead 44:11
48:8, 8 111:3
113:14 129:15
deal 29:2, 3
97:5 103:18
dealing 98:19
dealt 97:16
death 24:25
28:19 77:19
99:20, 25
death's 96:24
deceit 15:9
16:2
December
9:25 12:25
22:5, 6
Declaration
4:17 91:14, 17
declaration.
91:13 92:4, 10
declare 127:10
decrease
123:4, 5
Defendant. 1:1
2:12
Defendant's
4:15 92:14
Defense 92:9
degree 94:23
degreed 17:5
18:7
demanded
105:17
demonstrating
44:15 49:1
72:1 122:3
130:5
denied 45:19
Department
1:1 5:14 25:5
26:2, 10 29:22
30:1, 4, 17, 25
31:17 32:2
33:22 35:17
53:18 63:6

77:23 105:9
118:19
Department.
64:12
depend 82:9,
10
depended
103:10
dependent
32:22 33:1
depending
33:6
deposed. 5:24
deposes 5:5
DEPOSITION
1:1 3:7, 8, 10,
15 4:3 5:20
21:20 25:20
89:4, 19 91:9,
10 92:10
138:23 139:18,
22 140:9, 11,
12
deposition.
6:2 118:10
describe 48:22
50:9 52:7
103:25 121:22
124:6 132:5, 9
described
65:13
describes
131:10, 24
describing
129:25
description
130:8 131:10
designation
18:16 80:6
desk 123:20
125:9
details 27:19
108:4
determine
41:13
device 40:11
84:7
devices 53:15
diabetes 32:21
97:13 98:7, 12,
17, 18
diabetes. 98:19
diabetic 32:25
98:20
diabetic. 98:13
diabetics.
98:14
did 16:20
24:15 25:3
31:5 33:18
55:19 56:5
65:23 71:24
73:7 77:19
85:17, 24 88:8
90:5 104:14
107:1
did. 7:22
33:18 97:18

didn't 5:15
21:2 40:18
46:24 50:2
68:23 69:1
73:10 74:15
77:22 105:16
130:2 133:12
didn't, 71:24
didn't. 21:12
die 113:14
116:5
died 98:18
99:22
died. 76:17
116:1
difference
57:25
different 23:8
32:23 34:23
134:22
difficult 6:20
dinner 106:12,
13
dip 107:2, 2
Diploma 17:7
Diploma. 17:6
18:8
dire 48:6
Direct 4:4 5:6
107:12
directly 90:14
91:3 116:16
directs 42:14
disabled 21:12
25:24 105:15
disabled. 25:23
discharged
73:2 81:5
disciplined
104:20 106:21
discoloration
49:18 50:6
discoloration,
49:16
discolored
44:9, 10 110:9
discolored.
110:11
discuss 22:15
23:3 86:25
discussed
21:14 27:24
32:16 57:11
72:11 81:18
85:24 87:13
93:9
discussing
86:22
discussion
25:19 128:18
139:14
diseases 97:20
dishonesty
15:9, 24
disposable
58:10
distress 126:7

DISTRICT 1:1,
1
DIVISION 1:1
33:8
divorce 9:19,
20
divorced 10:18
DNR 77:21
do 60:11, 25
73:25 82:21
84:22 122:20
127:14
do. 118:23
DOC 21:2, 6
doctor 67:1
73:23, 24 88:5
98:22 101:11,
12, 15 102:8,
12, 16 106:10,
16, 18 123:20
doctors 75:23
100:20, 25
103:14
doctor's 17:2
123:19
document
91:23 92:3, 12
93:2 117:24
118:12, 18
119:5
document.
120:14
documentation
20:13 106:25
107:1
documented
118:5
documents
19:20 21:13,
21, 22, 25
does 23:24
60:18
doing 25:13
42:25 114:18
dollars 89:9
dollars, 89:14
domestic 34:10
done. 107:14
128:4
don't 9:2, 16
25:9, 13 42:11
45:23 50:15,
16 54:17
59:25 73:11
80:1 82:10
86:13 87:20
99:8 104:8, 18
105:1 127:16
door 43:2, 6
44:11, 12, 16,
16, 23, 25
45:12 48:22,
23 49:4, 8, 21
50:11 51:10,
25 52:21, 22
53:2 54:25
60:3, 10 61:5
62:2 78:14

79:10, 16
109:4, 16
110:22 111:8,
8 117:6 130:9,
13 132:4
138:9, 10, 11
door, 56:4
door. 42:19
55:25 96:24
110:23 111:3
doors 51:17
78:14
doorway
113:13
doorway. 59:12
doorways
42:24
Doris 40:20
dorm 38:13
40:5, 7 41:7,
24 51:10, 17,
19 56:22 57:1
62:18 63:3, 13
65:1 78:9
80:24 108:7
114:7 127:15,
15, 18, 19
137:2
Dorm, 58:15
Dorm. 40:5, 8
108:14
dorms 40:11
82:3, 14
127:19, 20, 21
dose. 41:16
double 28:18
down 6:20
35:23 43:11
44:8 58:23
121:7
down, 50:8
down. 48:16
50:3, 23 139:7
Dr 101:1, 1, 1,
5, 9, 13, 19, 23
102:8, 8, 20
103:8, 9, 10, 25
104:6 123:16
drag 45:8
dressings 58:8
Drive 8:5, 13
dropped 16:12,
15
drug 29:2, 3
drugs 88:2
Drugs. 26:24
DTrevisani@Flo
ridaJusticeInstit
ute.org 2:5
due 134:6
duly 5:4
140:10
during 31:9
59:10 84:5
88:9
duties 32:24
duty 77:24
125:7

dying 111:3
130:20
dying. 44:11
113:15

< E >
E 51:10 140:1
each 34:19
Each. 79:22
90:12
earlier 83:25
124:3 125:15
132:10 137:17
earlier. 87:25
100:22
ease 82:22
easier 6:14, 23
127:21
easily 80:21
Echo 40:5, 7
41:6 57:1
108:14
economy 9:8
education
17:24 20:3
33:21 34:4, 16
35:6
effective 45:10
61:21
effective.
114:25
effectively
134:21 135:2
effectiveness
41:13
effectiveness.
41:14
either 22:13
111:3
either. 26:18
elaborate
28:11 29:10
elbow 59:6
elective 34:12
elective. 20:9
electives
34:23, 24
else. 138:22
E-mail 2:5, 10
emergencies
100:8, 9
127:13
emergencies.
66:25
emergency
47:22 48:1
57:23, 24 58:3,
7, 15, 18 63:4
125:13 127:11
emotional 6:8
99:23
empathize 97:4
empathy 97:17
employed 35:7
employee 22:4
employment
22:7, 16 23:3

25:17, 21
32:13 33:19
EMS 54:16
55:4 131:14,
16 132:4
134:6 135:19
136:18
EMS. 134:12
EMT 62:17
63:2, 13
EMTs 62:1
64:2
encounter
69:21
ended 73:25
94:14 95:15
enjoy 31:6
enjoyed 28:8
enough 62:23
enough. 84:24
entered 25:10
entering 78:17
entering. 78:20
entire 22:4
61:12
entries 131:22,
23
entry 121:8
episode 75:15
equipment
38:23 39:20,
24 40:7 57:12,
13 65:7, 10, 18,
24 66:8 84:9,
10, 10
equipment.
65:8
error 34:8
errors 93:10
139:2, 19
escort 80:3
Esquire 2:1, 8
essence 45:7
Estate 1:1
Estate, 1:1
estimate 31:25
32:20 56:18
even 37:13
45:14 50:15
65:4
evening 39:15
82:17
evenings 37:9,
9, 11
event 140:14
eventually 47:9
ever 27:16
39:20, 23 40:6
77:18 106:1
every 73:2
106:14
everybody
77:21 124:12
Everything
60:15 136:24
139:7
everything.
33:13 77:2

exact 35:24
36:7, 8 37:3
127:13
exactly 36:15
74:24 124:12
exam 66:17,
18, 24
examination
4:4, 6 5:6
128:20
exchange
132:13 137:13
exchange.
113:25
excitement
44:21
Excuse 91:14
111:6
Exhibit 92:9,
14 118:10, 14
128:24
Exhibits 4:8,
15
expected 72:10
experience
36:3, 5 38:21
46:25 81:8
98:14 99:24
126:7
expired 19:7,
11
Expires 140:21
explain 23:23
50:25 89:10
express 85:13
extinguishers.
35:15

< F >
face 44:9
49:9 58:6
109:23
face. 49:19
facilities 23:8,
9 24:13, 14
53:18 68:9
81:9 105:4
facility 30:3,
11 47:2 62:11
68:5 84:11
facility. 84:11
facing 43:11
79:14, 14
fact 25:9
27:25 29:13
40:18, 19
44:21 46:13
75:13 90:8
93:19
factor 120:20
factors 120:17
failure 98:16
fainted 50:4
Fair 7:5, 12
10:25 36:23
48:10 49:20
52:11 56:11
69:5 84:24

87:16  88:7, 14
90:5  102:6
131:22
fair.  7:13
36:24  70:25
71:21
falling  134:3
familiar  38:23
66:2  91:23
family  29:2
93:23  97:3
98:13  99:4
far  56:22  67:2
85:2
fast  6:25
43:19  48:18
60:15, 15, 16
73:6
faster  62:10
father  11:1
father's  13:16
favorite  25:7
favorite.  25:6
fear  96:6
128:7
February  8:18
140:16
feel  29:4  99:2
feet  49:2
113:4, 5
feet.  49:3
fellow  113:13
felony  15:6
27:12
felt  61:20
97:17, 17
few  107:17
118:6
field  24:4
57:2  129:25
field.  24:8
fields  57:7
fifty  57:3
Fifty-three  89:9
file  20:25
22:4  105:20
119:23
filed  89:16
106:20
fill  137:9
filled  30:14
119:14, 19
124:1  136:5
finally  59:20
findings  76:24
fine  47:7
fine.  8:2  9:4
91:1
finger  33:6
70:10  107:3
121:23, 23, 24
fingernails
113:17
fingers  44:15
finish  6:15
110:3
finish.  39:22
finishing  41:10

fire  35:12, 14
79:6
first  5:4  6:4
14:18  23:11
30:3, 7, 24
39:19, 23  40:6
45:13  46:17,
19  48:21  49:7
50:10, 19
51:18, 24  52:3
54:14, 23
58:15  60:8
77:17  92:2, 22
94:12  111:8
119:4  130:9,
12, 16  140:10
firsthand
87:17  101:18
fits  132:7
Fitzsimmons
2:8
five  12:20
14:14  32:18
61:11  68:1
72:19  95:16,
20  111:11
113:4, 4
Five.  10:6
32:6
flaccid  50:13
52:8
flap  51:3, 4, 5,
12
flap.  51:14
flaps  51:16
flawlessly  48:3
floor  43:4
45:16  79:16
floor.  49:11
Florida  1:1, 1
2:3, 4, 10  9:24
12:19, 19  19:2,
4, 14  20:20
23:11, 16  26:3
27:5  81:10
100:10  105:4
106:1
Florida.  128:13
Florida.  19:15,
18  24:21
flow  138:5
focus  32:12
Focusing
48:21  76:18
folder  105:20
followed  74:13
108:23, 24
following
73:16  75:12
85:23  86:6
88:17  95:21
follows:  5:5
follow-up
107:3, 14
Food  51:4, 5,
12, 14, 16
foot  49:1

65:20
football  57:2, 7
for  11:23  26:5,
23  27:4  28:11
30:1  37:8, 9
61:20  65:1
67:8  85:13
99:7  104:20,
23  112:9
121:8  127:12
128:6  132:21
139:19
force  132:16
forces  115:7
foregoing
140:12
forever  62:24
74:13  116:24
forever.  62:7
forget  106:14
136:11
forgot  65:3
form  75:6
118:21  119:14,
18, 22  124:1
128:23  129:2
136:5, 6
form.  15:11
38:24  47:6
49:23  55:14,
21  80:25
81:13  84:18
85:19  104:16
108:10  109:13
110:1  111:18
114:24  116:22
117:23  122:9
123:3  126:10
127:8  128:3
formal  17:24
53:10  63:1
105:7  106:2
107:8
formally  77:10
forth  44:20
140:12
forward  24:10
50:16  60:19
found  20:24
45:20  76:20
115:23  116:12
Four  31:10
33:6  57:3
95:20  138:16
four.  14:21
four-year  16:24
FRANKLIN:
140:6
fresh  82:25
Friday  38:4
friend  37:7
82:25
friends  74:20
from  9:25
10:19  52:14
64:1, 19  79:20
81:6  85:4

101:25  102:7
103:2  121:3
136:23
front  5:18
36:9  77:3
87:7
fucking  44:11
110:23  111:3
functional
51:17
functional.
51:21
furious  48:19
further  121:7

< G >
gaps  132:20
gasp.  130:1
gasping  131:8,
20  133:22, 25
gasps  129:22
130:16
gasps.  129:17
gate  136:9
gate.  117:8
GED  16:12, 13,
20
geriatric  35:3
gestured
110:24
get  44:12
60:1  102:16,
16  108:13
121:4  127:12
getting  79:17
girls  32:24
give  45:24
given.  102:17
glad  71:22
118:5
glove  136:15,
15
go  18:3  25:17
66:4  123:17
137:3
go.  41:2
God  40:24
54:22  70:2
86:13, 15
118:3, 4, 25
138:15
God.  40:25
goes  41:15
60:18  70:12
84:15  108:25
116:10  130:21
going  48:15
59:24  84:25
94:23  115:5,
10
going,  137:10
golf  65:20
Good  5:8, 9
42:9  105:10
115:5  117:6
118:3
Good.  6:6
15:4

goodness
29:25
got  14:20
28:15  83:10
100:11  109:5
121:2
gotten  58:17
govern  63:11
GPN  18:20
GPS  124:11
grade  16:16
graduated
16:11
grandchild
97:13  99:2, 10
grandkids  94:9
grandkids,
14:10
grandkids.
11:8
grandmother
98:7  99:1, 9,
10
grandson  94:1
96:2  97:6
grandson.
93:25
grandson's
96:6
gray  110:11
great  85:24
97:5  139:4
green  48:24
Greenleaf  8:4,
8, 12
G-r-e-e-n-l-e-a-f
8:5
grievance
106:9, 20
grieve  99:12
grieved  99:19,
22
ground  6:1
grown.  10:24
guards  28:22
58:24  60:21
113:1  115:18
127:6, 12
guess  42:25
45:5  46:21
72:17  76:7
83:8
guess.  120:10
guessing  64:6
guesstimate
111:11
guidelines
133:8
gun  53:15
88:12
gurgling  130:4
133:23  134:1
guy  69:25
guys  39:14

< H >
H.  67:9

had  17:21
28:7, 14, 17, 23
37:6  44:19
46:17  48:24
49:25  61:10
64:9, 16  87:20
95:15  97:7
98:23  106:24
108:4  111:23
117:7  122:5
had.  28:25
133:13
Hagan  119:10
Hagan.  10:15
half  17:2  27:4
49:2  68:3
half,  27:1
half.  57:2
67:20, 21
hall  56:25
hall.  87:7
hallway  40:2
56:10, 11
60:22  61:7, 24
62:5  64:2
78:24
hallways  79:2
hand  51:23
52:4, 5, 7, 9, 12,
20  54:17
140:15
hand.  52:17
54:20
handbook
21:2, 3, 6
handcuffs  51:7
handed  89:4
handful  54:18
hands  51:6
59:24
hang  20:24
118:7
happen  21:9,
24  73:6
happened
35:23  42:22
43:18  48:20
50:1  60:16
87:20, 21
116:3, 4  121:5
138:16
happened,
43:16
happy  70:18
72:5, 7
hard  61:19
106:17  110:10
harder  131:4
H-a-r-m-o-n
7:24
HARMON-PALA
ILE  1:1  3:7
4:3, 17  7:17
140:9, 13
HARMON-PALA
ILE,  5:3

Harmon-Palaile.
7:16
has  38:22
138:19
have  6:19
38:6  40:23
41:19  43:6
58:18  68:6
69:6  71:16
77:7  79:24
80:7  81:6
83:21  84:7, 9,
15  86:15
87:16, 21
89:15  93:23
94:10  101:17
107:13  122:3
126:5  127:2
130:3  134:17
136:16  138:25
have.  9:12
86:18
having  95:12
103:12  131:8
Hawaiian  13:15
Hawaiian.  10:9
he  13:2  27:6
46:18  47:9
49:17  50:2
54:18  68:22,
25  70:14  71:7
73:1, 6, 12
74:5, 17  94:25
95:14  106:18
108:24  112:20
113:15  117:4
121:6  123:16
126:15  130:20
134:12  137:24
head  6:20
50:14, 15
84:22
health  24:7
30:10, 11
55:13  118:20
hear  41:15
53:22  78:12,
16
heard  14:8, 8
78:13, 14
99:13  131:12
hearing  78:10
99:19
heart  29:18
heat  120:10
heavy  49:4
he'd  44:3
held  23:9
114:16
he'll  123:20
127:1
help  29:13, 16
37:14  45:11
59:22  61:22
115:19
helping  71:17

her  6:13  14:9
90:19  140:9
her.  6:23
102:21
here  89:19
139:5
here.  20:18
hereinafter  5:4
Here's  20:5
heretofore
140:12
hereunto
140:15
He's  42:21
43:4  44:4, 13
50:23  70:2, 4
95:17  122:15
Hewitt  2:8
Hey  69:25
78:22, 23
Hey,  127:22
hide  46:15
HIGGINS  1:1
high  16:4, 5
49:1  106:11,
13  134:17
higher  99:3
highest  16:16
him  19:25
42:8  44:7
50:10, 20
54:24  60:1
70:11  72:5
73:24  75:15
78:23  79:14
80:8  88:16
96:21  106:11
109:15
him.  41:22
46:20  71:22
72:7  78:23
109:22
hired  22:18
his  44:5
46:14  47:11
49:8, 15, 19
52:3, 5, 8
54:11  68:24
71:17  73:18
75:5  83:23
85:14  86:16
94:20  100:14
102:11  109:6
112:14, 18
114:16  118:4
122:11  123:20
126:7  135:2, 6
history.  22:16
hit  84:21
HIV  32:17
34:9, 11, 12
97:14, 16, 24
98:2
HIV.  31:22
hold  18:23
37:3  92:17

holding  43:12,
22  79:15
109:8
hole  51:3
home  24:6, 15
26:4  35:2
95:6
homes  28:14
77:21
honest  5:18
86:15
hope  138:19
Hospice  24:15,
23  25:3, 14, 15
29:1  35:1
99:22, 23
hospice.  23:18
hospital  16:19
66:2  70:3
77:23  95:7, 13
101:25  106:16
107:4
hospital.  94:15,
24  121:6
hospitalization
95:22

hospitalizations
95:20
Hospitals  24:3
68:2
hours  82:8
83:7, 13
125:22  126:12
hours.  80:16
house  87:24
how  56:19
62:3  89:7
104:1  122:19
however  127:9
hug  71:23, 24,
25  72:2
Huh-uh  58:13
huh-uhs  6:22
hundred  57:3
125:4  128:13
husband  27:23
husband's  10:7
Hutchinson
9:23
hyphen  7:24
hyphenated
7:18
hysterical
90:17

< I >
I  5:22  9:15
20:22  21:8
22:4, 8  24:25
25:8  26:8
28:14  29:1, 23
32:9  33:14, 14,
17  34:23, 25
36:1  37:11
38:16  40:1
43:2  44:8, 18
45:11, 13, 23

46:19  47:21
50:1  52:6, 23
56:25  57:1
59:6  61:20, 21
63:24  69:23
70:7, 7, 9, 15,
19  73:3, 9, 10
74:14  75:13
76:7, 8, 9  77:2,
6, 21  79:25
82:9, 21  83:9,
9  87:19  90:7
97:16  98:14
99:7  101:12
104:25  105:15,
17  106:13
107:3  109:4
111:21  113:9
114:14  115:7
116:2, 8, 11, 24
122:21  127:15
132:9  133:11,
13  135:14
136:7
ice  58:9, 10
71:20
idea  55:23, 25
75:15  87:20,
21
identification
92:13  118:13
identified
21:14  90:3
identify  21:24
46:20  92:3
129:10
if  6:7  20:4
45:18  124:9
125:5, 6
132:25  137:18
iffy  105:10
I'm  6:1  7:3
12:12  13:16
17:8  20:22
46:13  48:8
70:23  90:11
98:18  125:6, 7
imagine  124:25
Immediate
56:17, 18
immediately
112:16
immediately.
136:9
imminent.  25:1
impair  88:2, 6
important  6:15
139:4
impression
97:1
impressionable
104:12
in  12:18
16:18  20:25
21:14  23:6, 12
26:2, 15  27:9
29:22  30:13
32:2, 5  34:2

36:8  38:18
40:21  41:5
43:20, 24  51:9
53:18  55:6
60:11  66:16
67:7  68:1, 9
70:16  74:2
75:24  77:21
80:2  81:9
83:17  85:17
87:13  88:9
90:17  94:15
96:7  99:10
100:20  101:3,
21  105:20
106:7  107:4
110:5  112:1, 6
113:13  114:7
115:2  126:22
127:24
in.  45:3  78:18
101:16  134:20
inaccuracies
93:3, 8
inactive  19:7,
10
incarcerated
27:17  100:4, 8,
10, 18
incident  28:14
88:17  96:18
107:7
include  105:4
included  32:6
includes
124:17
including
27:16
index  121:24
139:11
indicate  7:8
76:19  113:21
122:7  123:2
139:3
indicated
22:18  29:21
31:2  36:15
46:10  51:22
54:10  57:15
60:20  64:9
65:6, 22  67:10
74:5  79:18
92:21  94:5
125:16  126:5
indicated,
37:19
indicating
76:12  123:25
134:9
ineffective
132:25
infected  34:12
infirmary
70:10  72:15,
23  81:6
101:25  102:1
infirmary,

40:22
infirmary.  46:6
influence  88:1
informally
77:10
information
22:8  121:2
information.
136:16
informed
137:14
inhaler  46:15
68:25
inhalers  46:15
54:12, 18, 20
55:1
inhalers.  55:5
initial  95:21
137:13
injection.  33:3
injections  33:4
ink  57:20
inmate  38:16,
21  41:15, 19,
20  43:11, 12,
12, 22  44:2, 7
47:16  50:1, 5,
22  51:2  54:4,
4, 4  56:14
60:8  68:6, 10,
18  71:23, 24,
25  72:2  76:10
80:6  81:10, 12
82:16  84:13
99:20  103:2, 4
105:25  106:9,
21  107:9
108:18, 18, 23
113:14  119:19
124:20, 25
126:4, 6, 23
127:5  134:7
135:18  137:9,
19  138:8, 11
inmate.  82:5
102:14
inmates  30:19
31:18  32:1, 17,
18, 20  38:8, 10
39:9  40:22
41:5  42:24
47:3  56:9
57:6, 10  69:24
77:9  78:13, 25
79:5, 19  80:11,
18, 24  82:24
83:5  84:5, 9,
16  91:25
92:23  96:14
97:16  99:21
104:1, 7  108:7
112:1  113:12
125:16, 19
128:1
inmate's  39:24
41:10, 12
81:20  119:23
126:5

inmates.
124:20
inside 28:18,
22 30:11 43:8
61:6 135:7, 8
instance 39:18
instead 82:19
Institute 2:3
17:19
institutes 54:1
68:9 106:1
institution
16:24
instructed
58:24 60:20
77:11
insulin 32:22
33:1 107:1
insulin, 107:2
intense 103:15,
17
intensive 107:5
intents 72:12
interact 104:6
interacted
104:1
interaction
79:12 106:15
interest 140:14
intimate 34:10
into 39:5
41:16 59:23
61:24 64:1
66:5 123:18
intubate 67:13,
15
intubated 46:1
67:11, 23 68:6
115:11 117:10
134:12
intubated.
94:25
involve 133:14
involving 15:9,
24 16:2
is 3:8 5:12
6:11 19:6
21:17 42:16
48:7 68:19
69:25 71:1
105:10 107:11
111:2 112:1
117:7 119:7,
18 120:23
124:19 137:9
is: 128:8
issue 119:20
127:7
issues 108:8
119:16
it 7:1 28:18
37:14 38:5, 8
40:24 48:1
49:5 60:2, 14,
17 73:5 83:2
89:11 90:1
97:9, 24 101:2
102:15 106:16

110:4, 10
114:16 115:1
116:19, 23
120:6, 23
122:1, 25
126:2 127:15
132:15
it, 70:8
it. 14:9 31:4
48:14 69:4
82:15 83:15
87:23 103:13
111:4 112:13,
17 115:22
120:24 122:18
126:16 127:3
132:9
items 55:6
79:6 129:2
it's 6:14 10:9
66:25 87:13
118:24 124:8
125:21 126:5
139:2, 8
I've 90:15
138:16

< J >
jacket 105:12,
20
jail 28:2, 3
jail. 27:19
JANUARY 1:1
January. 17:14
job 6:14
13:10 28:25
35:14
John 11:11, 15,
22 26:19, 22
27:11, 15
Joseph 10:8,
11, 13 11:1
judgment
71:12
judgmental
71:11
July 10:20
19:12 128:9
jump 78:5
jumping 88:12
June 13:21
18:14 25:25
just 14:24
26:7 29:18
46:18 71:8, 19
81:16 82:24
112:5
Justice 2:3

< K >
Kanaha 10:8
13:15, 16
K-a-n-a-h-a
10:8
keep 69:14
122:17
Kelly 12:8, 9,

16
K-e-l-l-y 12:9
Kelly's 14:20,
20, 24, 25 15:1
94:8
kept 114:6
kicking 78:13
kidnapped
28:17
kids 10:21, 23
11:7
Kind 16:19
22:14 60:1
82:20 103:11
105:10
knew 116:10
know 20:3
25:14 42:12
46:25 48:4
50:16 60:5
71:11 86:14
130:8
know. 6:5, 9
27:21 71:14
72:20 77:3
103:3 104:19
105:1 118:25
122:20 124:22
127:16 130:21
139:13
knowledge
7:11 48:11
51:15 62:21
69:6 80:11
83:5, 11 87:17
95:9 101:18
105:21 114:6
128:12

< L >
labored 95:12
Lack 110:14
123:4, 5
lady 6:13
laid 49:18
50:5
Lake 20:15
30:1, 6, 8 32:8,
9, 13, 19 33:8,
20 35:17 36:4,
6 37:20 40:12
53:12 64:11
67:6 74:7, 15
76:16, 19
77:10 80:24
84:5, 13 87:13
100:21 101:9,
19 102:8
117:6
Lake. 32:11
Lakeland 9:15
22:9 24:20
27:10
Lakeland. 9:14
22:13
lasting 96:25
late 126:21

later 45:19
46:5 88:20
later. 123:13
laterally 97:7
lawsuit 89:16
lay 44:7
50:23 59:24
109:22
laying 59:11
60:11 61:6
leading 22:14
79:3
lean 125:7, 8
learned 54:11
least 65:21
leave 36:14
74:15 82:2, 13,
18 85:8 96:25
105:10 137:2
leaves 137:10
leaving 101:19
137:2
led 41:25
120:22, 22
Lee 10:15
12:8, 8, 9, 16
L-e-e 12:9
L-e-e. 12:8
Leesburg
22:10 24:19
Leesburg, 9:23
left 6:13
46:13 50:13
63:24 74:14,
14, 15 76:16
82:20 105:11,
12 120:1
left. 72:13
73:11
legs 59:5
length 85:24
less. 29:14
let 26:11 44:1
letter 67:8, 9
level 121:9
levels 134:22
license 19:8,
12 20:2, 3
34:1 82:15
license. 67:17
licensed 18:19
19:1, 5
licensed. 18:21
licenses 18:24
19:10
licensure 20:1
life 11:23
12:17 34:25
93:14 96:6, 12
117:21
light 43:9, 9
lighthearted
70:17 71:15
lighthearted.
71:6
lighting 79:6
110:10
lights 43:9

like 30:18
43:10 58:20
71:9 97:25
106:25 109:24
117:4 130:4, 4
like, 70:12
71:7
liked 28:8
102:21
limit 68:4
limp. 52:10
line 129:15
lip 114:17, 17
lips 135:6, 6
listen 41:11
57:18 73:3, 5,
17, 18 87:3
listening 41:10,
17 73:21
literally 97:7
litigation.
140:14
little 6:14
28:11 29:10
60:25 61:1, 9
66:4 78:4
108:2 121:7
131:3
live 8:3 11:15
27:9
lived 8:7 9:14,
24 12:16, 18,
19 74:20
living 128:9
loading 54:16
located 66:11,
13, 19
location 12:4,
14 13:5
lock-down
126:13, 22
127:5
long 8:7, 16
9:5 10:10, 16
23:20 24:17
25:24 26:25
27:20 43:7
56:15 60:12
61:4 62:4, 10,
22 72:14
116:19 121:25
long. 108:1
longer 61:9
101:14 113:6
Longfellow
9:15, 21
look 20:18
47:11 55:9
91:20, 21
109:23 113:16,
19 118:1
129:1 130:25
looked 38:17
44:3 50:22
70:18 108:12
130:19
looking 51:13
132:12

looks 120:6
123:9
lordy 19:17
lose 82:15
136:12, 15
losing 99:4
loss 99:4
lost 13:10
48:2 96:2
lot 28:17
31:22 48:15
70:19 80:1
103:22, 23
113:9 128:15
loved 30:13
31:3, 4
Lowell 32:10
lower 114:17
LPN 18:19, 23
33:11
LPN. 33:9
LPNs 24:7
33:13 40:10
103:21
luck 42:9
lucky 138:17
lunch 70:9, 9
lung 41:11
57:19 74:22
lungs 41:11
73:21 132:16
lungs. 73:17,
19
Luon 123:7
Lynn 1:1, 1
12:1 89:16
90:13 91:3, 5,
8, 16 97:5
99:3
Lynn. 91:19

< M >
M.D. 123:7
Ma'am 44:4
mace 53:19
machine 38:17
84:25
Madame 7:20
made 28:8
88:14
main 124:10
maintain 34:1
126:17
majority 11:23
12:17
make 72:2
112:2 118:22
136:24
mama 74:19
man 44:11
72:12 111:2, 2
130:20
mandated
20:7, 8 34:3, 7,
20
Mandelbaum
2:8

manuals 63:11
many 59:4
March 8:9, 18
9:7
Marie 7:16
Marion 32:11
73:10 74:16
mark 92:9
Marked 4:8, 15
92:13 118:9,
13 128:23
136:6
married 10:2,
5, 10, 13, 16
16:18
Maryland 11:19
mask 114:20,
23 132:7, 11,
18
master's 94:23
mattress
46:14 50:14
51:24 52:4, 10
54:12, 20
mattress.
43:14
may 77:6
86:14 102:15
105:12 107:12
maybe 47:15
57:7
maybe. 117:1
Mayo 101:1, 9
102:8, 20
M-c-E-l-f-r-e-s-h
11:14
McElfresh,
11:11

M-c-E-l-f-r-e-s-h.
11:12
me 20:17
27:24 28:12
30:13 31:13
37:8, 10 41:25
45:2 59:17
73:4 77:13
79:15 87:3
97:8 125:9
131:4 137:17,
23
me. 13:17
29:24 30:15
38:20 58:21
61:22 62:24
70:13 91:14
97:10 111:6
119:12
mean 18:17
20:22 25:16
28:19 45:6
52:24 54:6
62:13 66:13,
23 67:6 68:25
69:14 70:20,
22 77:20
78:19 80:2, 15
83:9 84:25

96:19 97:9
99:16 100:7
102:15 104:11,
25 110:12
115:1 120:19
123:17 127:9
134:19
means 51:1
115:11 120:21
121:15 122:21
meant 57:17
139:3
med 38:18
102:1
medical 16:22
17:2, 3 20:21
22:4, 19 23:4,
23 24:2, 3, 8
29:15 30:12,
13, 14, 24 31:5,
17, 18 32:1
33:8 34:8
35:5, 16 38:16
40:10, 15 48:3,
4 53:24 56:23,
24 57:23 58:3,
15, 18 60:23
61:24 63:3, 12
64:5, 20, 21
65:10 67:6, 8,
9 69:23 79:21
80:8, 14 81:19
82:3, 13, 18, 22
86:1, 2 90:18
100:6, 7, 18, 21
101:7 102:7
106:10 116:2
121:1 124:18
125:17 126:16
127:2, 11, 13
136:18, 18
137:3
medical. 31:3
40:17 126:20
medication
30:21 38:19
41:13 83:22
84:15 88:11
108:12, 14
medications
88:4
medicine 39:4
83:20 84:21,
23
meds 32:25
meet 5:10
62:1
member 29:3
53:25 97:3
99:5
members 47:1
74:6 81:19, 19
memory 78:6
men 82:21
mental 30:10,
11

mentioned
17:20 124:3
125:15
mentioned.
26:14
mess 87:7
107:4
met 69:15
90:15
metal 48:24
Miami 2:3, 4
MIDDLE 1:1
12:24 13:14,
16, 17 21:20.
117:7 129:5,
15
midnight
31:11, 11 38:1,
6, 7
midway 42:18
might 117:1
miles 128:12
mind 7:25
83:16 85:4
92:5
mini 139:11
minute 21:17
56:20 86:13
minutes 56:19
60:14 100:16,
16 117:4
minutes. 61:11
64:7 111:11
misstated
29:24
mistake 91:25
92:22
mom 94:21
98:16
moment 61:5
120:10
moment.
135:24
momentum
59:7
mom's 71:7
months 27:3
months. 10:17
95:20
more 29:7, 10
88:18 97:8
103:23 128:12
more. 128:15
138:20
Morgan 14:20,
22
morning 5:8
32:5 35:20, 21
36:2 37:1, 17,
20 38:2 39:8
40:16 41:8
51:12 55:7, 12
62:25 67:11
69:11, 18 75:8,
12 78:9 84:2
85:12, 23 86:6
98:23 104:13

135:13
morning. 5:9
mother 71:18
99:8, 9
mother, 98:17
mother's 70:15
motion. 60:18
mouth 132:8
135:8

mouth-to-mouth
133:2, 4, 10, 15
134:1
mouth-to-mouth
. 132:14
move 60:25
61:1 69:17
107:19
moved 13:9, 9
20:21 112:14,
18, 20 113:1
movement
134:10, 11
moves 20:23
moving 8:12
11:25 12:6
25:2
moving. 113:8
much 31:15
34:20 89:8
much. 31:24
musculature
61:19
My 9:19 19:7,
25 20:7 22:14
23:10 25:9
34:12 46:17
67:16 75:22
77:8 105:21
113:11 125:7
140:15, 21
myself. 42:3

< N >
nail 118:4
122:22 135:3
name 5:12
7:15 10:7
11:10 12:25
13:16, 17
38:18 47:16
83:21, 23
90:23 91:18
123:7
name, 13:14
name. 90:25
101:4
names 14:18
100:24
names. 12:23
narrow 43:7
nasal 47:25
65:25 114:9,
15
Nashport 12:5
nature 68:10
nebulizer 38:8,
17, 19, 20, 22,

23 39:10, 14,
16, 20, 24 40:7,
11 41:5 57:11,
13 58:20
80:13, 17
81:10, 20 82:4
83:6, 13, 14
84:7, 8, 12, 14,
15, 22, 25 86:7,
11, 14, 23 92:1,
24 95:17
108:13, 13
125:16, 20
126:6, 8, 24
127:14
nebulizer,
84:20
nebulizer.
83:23
nebulizers
39:11 81:7
83:16, 17
neck. 124:8
need 6:5
21:11 23:15
45:24 58:8
59:21, 22
63:20 82:25
99:16 108:3
110:6 126:2,
23
need. 134:4
needed 16:19
30:12, 15
38:19 39:16,
16 58:19
65:11, 14
68:24 91:25
111:21 126:1,
1, 6
needs 127:2
negligent
104:14
Neosporin 58:8
never 5:23
48:6 69:2
71:9 72:1
77:19 90:16
new 47:9
Newsome 37:7,
22 40:14, 17,
21 47:21
48:12 74:12,
18 90:19
136:22 137:6
Newsome.
37:23
next 17:24
22:15 69:20
117:19 123:11
Nicholas
12:24 13:7, 14
night 28:16
30:12 42:9, 9
43:9, 19 108:4
126:21 127:11,
12

nights 37:10,
12
nighttime. 80:9
Nine 10:17
14:25
No 4:11, 15
34:7 48:10
49:17 87:17
116:11
no, 28:2
No. 1:1 11:3
14:2 15:7, 10,
22, 25 16:3
18:25 22:1
27:14 33:25
36:12 38:12
42:5 47:5
52:13 53:16
54:2 55:2, 8,
11, 23 56:7
57:14 58:13
61:25 64:24
66:12 68:7
69:12 71:3
72:16, 24 75:9,
20 76:3, 22
79:1, 4 84:4
85:15, 21 86:3,
9, 21 89:18
91:4, 6 93:22
94:11 96:5, 15
98:6 100:19
101:20 104:5,
22 105:21
106:22 110:20
111:7 114:8,
21 125:14
132:22 133:6
134:21 135:20,
22 136:20
137:4
nobody 90:2
nod 6:20
nonexistent
121:19 122:6,
21
nonresponsive
54:8 135:11
non-responsive
85:6
Nope 65:3
Nordstrom's
13:8
normally
81:10 113:21
118:24
North 8:14, 17
9:1, 10
no's 6:23
nose 66:5
115:3 132:8
not 7:7 13:10
20:23 41:24
44:1 56:15
63:15 70:24
71:14 77:15
80:5 98:19
102:9 115:4

122:23  124:20
136:15  139:3
Notary  3:8, 11,
14  140:8, 21
notes  3:11
88:8, 15
notes.  136:12
nothing  80:16
104:11  138:21
nothing.
121:21
Notice  3:9
49:14, 16  93:9
notice.  105:13
noticed  49:18
notified  56:13
60:8  135:17
notify  126:19
127:6
November  9:8,
25  10:1  22:6,
7  35:17, 20
36:2, 13, 20, 22
37:5, 17  40:16
62:25  63:16
69:11  73:16
75:8, 12  84:3
85:12, 23  86:6
88:17  96:17
104:13
November.
37:15
Now  83:16
Now,  35:10
now.  13:11
45:25  94:6
95:17  128:16
133:16
number  9:2
21:21  32:1, 17
92:22  118:21
number.  47:16
138:17
nurse  65:2
78:22, 23
84:21  102:1
105:3, 25
106:15, 17
nurse,  18:20
nurse.  18:19
nurses  17:3
33:12  40:10,
20, 23  63:9
64:20  65:5
66:22  67:5, 7
70:6  73:8
103:19
nurses'  66:20
67:3
nursing  5:22
17:18, 25  18:1,
2, 3, 11  24:2, 3,
6  26:4  28:14,
15  34:12  35:2
67:19  74:6
77:18, 21
81:18  94:22

103:18
Nursing.  18:6

< O >
Object  15:11
38:24  47:4
49:23  55:14,
21  80:25
81:13  84:18
85:19  104:16
108:10  109:13
110:1  122:9
123:3
object.  15:14
objected.  81:17
objecting
122:14
objection  85:5
111:16  114:24
116:22  117:23
126:10, 17
127:8  128:3
objection,
35:25
Objection.  53:3
objections
122:10, 11
objective
121:8  129:6
131:23
objective,
129:12
objective.
129:14
observation
79:13  104:4
observations
75:18
observations.
77:8
observe  49:22
52:4  53:24
54:25  55:6
76:2, 4  104:6
observed
50:10, 19  52:3
53:19  54:24
76:13  130:9
131:12, 24
observing
52:14  59:9
79:9
obtain  16:13
obtaining
16:20
obviously.
70:20  104:12
OCALA  1:1
128:13
occasional
88:24  89:2
96:22  129:11,
22  130:1, 15
occasionally
96:22
occasionally.
130:6
occur  82:7

occurred
36:21  37:1
41:7  87:17
95:2  130:22
occurrences
40:10
occurs  68:17
October  18:22
22:6
of  1:1  3:14,
15  8:18  10:1
11:1  15:6
19:1, 9  21:21
22:10  24:20
25:5  27:11, 15
32:1  33:22
35:23  36:13,
25  41:19, 23
45:7  51:1
52:25  60:12
63:10  65:24
67:19  69:3, 6
71:12  73:20
75:6  78:7
80:1  81:9
84:2, 8  86:10
87:2  91:16
92:22  99:20
107:1, 25
113:7  119:15,
16  123:25
125:11  128:9,
22  129:16
134:22  140:8,
9
of.  95:23
107:10
off  23:19
28:16  87:8
off.  49:13
offered  63:5, 7,
8
offered.  63:9
office  22:8, 10,
12  24:20
53:13, 19
79:21  103:24
105:5  118:20
140:15
office.  103:24
officer  41:18
42:2, 4, 13, 20
45:1  53:20
54:17  80:7
108:15  111:23
116:2, 7
126:22, 23
127:1, 2, 22, 23
137:14, 18
officer.  101:7
officers  38:15,
16  45:3  59:13
61:22  64:4, 15,
19  65:1, 7, 14,
17  66:8  79:20
80:3  110:16,
22  111:25
116:8

offices  17:3
100:21
official  3:13
140:15
Oh  5:17  7:19
9:14  15:15
19:17  20:5
21:17, 17  28:1
30:20  37:24
42:7  46:12
47:21  53:21,
23  54:22
57:17  66:13
70:2, 12  71:3,
9  73:1  78:19
86:13  88:11
93:7  96:23
104:22  118:3,
4  120:4
122:16  128:15
137:4  138:15
139:20
Oh,  27:25
41:21  101:1
Oh.  7:23
OHIO  1:1  8:6,
15  11:22
12:16  19:6, 16
20:19  25:10
26:16  28:13
100:10  128:9
140:9, 16, 21
Ohio.  9:9
11:20, 21  12:5,
15  16:7  23:12
27:6
OHIO:  140:5
Okay  11:6
20:20  21:9
22:21  24:15
27:7  35:5
36:5, 25  37:16
39:2, 8  41:9
46:21  49:25
51:22  59:9
61:4  62:13
63:10  64:15
66:16  69:19
71:21  78:6
79:8  80:5, 17
83:4, 11  86:22
89:14, 23
90:13  91:1, 20
92:19  93:4, 21
94:9  95:1
98:15, 20
101:5  112:23
115:14  118:3
120:13  121:14,
23  123:23
125:24  126:15
127:4  128:1
130:15, 25
132:5  133:2
134:9, 13, 25
138:3
Okay.  5:19
6:3, 10, 17  7:6

11:4  14:5, 7
15:15  21:1
22:2, 17  23:14,
21  24:5, 11
27:22  32:15
34:22  35:9
39:1  44:17
46:9  47:13, 17,
24  52:18  54:3,
9  55:3, 24
58:4  60:4
61:17  63:19
64:13  72:25
74:25  78:2
86:17  88:22,
25  90:10
92:20  93:12
95:5  97:22
98:9  99:15
100:13  102:13
103:6  104:10
105:6  106:23
107:16  112:11
115:6  117:2
118:3  119:1, 2
120:15  122:13,
16  127:17
128:5, 17
129:4, 18
131:2  132:2
133:7  134:5
135:4, 23
136:10, 13, 21
137:16  138:14
old  13:2, 18
14:22  88:6
old.  12:13
100:1
older  12:12
older.  10:22
oldest  11:9, 25
12:6
on  1:1  17:17
22:18  26:10
29:5, 11  31:14
36:21  40:15
47:15  48:14
50:13  51:8
61:6  65:19
76:10  82:10
86:5  87:17
90:20  122:10
135:5  136:14
on.  90:4
once  73:3, 4,
13  75:1  87:4,
4
one  82:14, 16
98:22  117:10
one.  92:1
one-hour  34:9
one-page
118:12
ones  34:7, 20
35:3  40:22
64:6  107:13
one-year  17:1
ongoing  121:1

only  77:18
96:19  100:10
101:15
onset  69:6
98:11
onto  45:8
Open  44:10,
16, 16, 24
51:12  52:21
53:1  56:4
110:17, 22, 23
111:1, 3, 8
126:15  127:20,
21
open.  44:23
opened  44:13
52:22  111:9
opinion  104:2
opportunities
63:8
opportunity
77:25  138:20,
25
opposite
19:18  41:23
or  13:21
19:10, 18  22:6
53:19  79:12
80:21  87:5
99:16, 25
101:13  108:21
115:3  116:3
121:24  130:10
140:13
order  23:7
43:17  44:23
48:19, 20
139:10, 13
order.  43:21
ordered  44:24
75:15  81:7, 11
83:15  86:14,
18  98:22
125:21, 22, 25
138:24
ordered.  83:18
orders  75:14
81:5  86:16
orientation
35:12, 13
orientation.
21:4
original  98:25
Orlando  22:12,
13
Orlando,  22:12
other  21:13,
24  40:9  42:24
51:19  52:9
53:14  72:21
73:8  93:3, 9
98:10  107:7
115:25
other.  74:21
our  6:15  66:17
ourselves  41:1
out  22:9  42:9
58:25  61:23

87:7 133:23
137:7
out, 130:18
out. 81:7
106:19 112:22
118:21
outside 28:22
29:2, 3 33:16
40:2 41:6
42:19 45:11
51:25 52:15
60:22 61:8
67:16 74:20
93:5
over 51:19
118:2 132:7
overview 34:9
oxygen 47:25
58:7 65:15, 23
66:5, 11
110:14 113:22,
22, 25 114:4, 6,
12, 23 115:9
117:14 123:4
134:16, 17
135:1, 5
oxygen. 47:23
123:5

< P >
P.A. 2:8
p.m. 1:1
139:23
packet 35:13
packs 58:9
packs. 58:10
Page 4:3
68:16 92:22
page, 5:25
page. 129:16
pages 106:25,
25
Palaile 12:25
13:16
Palaile. 10:8
P-a-l-a-i-l-e.
7:24
panting
129:17, 22
130:1, 15
paper 57:19
paramedics
117:10
Paraprofession
al 17:18
park 83:1, 2
parking 28:17
Parr 12:1
P-a-r-r. 12:1
part 6:18 35:6
45:20 105:18
106:20 116:11,
12
participating
101:21
parties 3:6
partner 34:10
party 140:14

pass 32:25
102:1
pass, 30:21
passages
115:11, 12
passed 111:5
passes 33:17
passing 99:13
patient 34:8,
24 67:22
68:18 132:8,
14
patient. 34:13
123:22
patients 25:12
29:7 34:11
71:12 83:17
patient's 29:2
58:6
patients. 99:22
pay 59:22
PBA 124:7
pen. 57:20
penciled 47:10
people 45:9
98:19 112:6
perceive 97:24
perceiving
50:18
percent. 46:3
percentage
31:25
perfect 132:23
perform
115:15 133:4,
21 134:1
performance
105:8
performing
112:24
period 23:15
26:6 31:9
56:1 59:10
60:12 61:15
68:4 84:6
100:4 105:2
period. 129:7,
13
Periodically
61:15 113:2
permanent
98:4, 11
permitted 84:6
personable
102:23
Personal 1:1
28:23 48:11
51:15 62:16,
20 69:6 80:10
83:4 95:9
96:16 102:19
104:4 124:3, 7,
14 125:3, 12
128:2
personally
32:5 47:2
75:9

personnel
62:18
Personnel.
124:16
pg. 4:11
pgs. 4:17
phlebotomists
24:7
phone 38:5, 7
90:11, 16
91:15 116:1
phone. 90:20
phrase 6:25
picking 42:13
pie 51:3
piece 57:19
65:23 84:8
piling 112:2
pill 32:24
33:17
pills 32:25
pink 122:2, 2,
3, 23, 24 135:7
pinpoint
124:12
PLACE 1:1
3:14 37:22
140:12
placed 51:7,
23 58:5
119:22
Plaintiff, 1:1
Plaintiff. 2:5
Plaintiff's 4:8
118:10, 14
128:23
plan 128:9
playing 108:21
137:23
please 6:5, 9
7:2, 14 22:22
23:22 24:12
25:21 29:24
110:7 120:3
129:9
please. 126:18
139:11
pneumonia
95:14 98:2
pneumonia.
98:3
pod 40:4
pod. 40:3
point 6:4, 24
16:16 41:4
54:11, 23
56:13 59:2
60:9, 20 61:23
64:18 65:9
68:18, 18
79:11 96:2
101:12 117:14,
18 126:9
135:17, 18
137:1
pointed 42:20
60:1 70:10
pointing 60:6

Polk 73:9
74:16 76:17
106:5 107:6
portion 21:20
131:24
position 101:6
positioned
50:10, 15
possession
21:25 55:20
possession.
21:23
possibly
120:22
post 75:14
posture 50:9
pounding
78:14
PR 20:20
Practical 18:5,
10, 19, 20
precedes
120:24
precipitating
120:16, 20, 23
preferred
71:13 82:22
prepared 33:15
prescribes
88:5
presence 3:12
present 36:10
130:16
press 125:2, 12
pressed
114:17 122:22
pretending
108:19
pretty 31:12,
15 34:20 74:2
77:2 117:6
136:23
prevention
34:8
primarily 30:25
prior 8:12, 20
9:10, 21 10:13
62:25 69:11
78:17, 20 84:2
89:19 91:16
94:18 131:14
136:18 137:1
prison 25:10
26:16 27:25
28:1, 3, 9
30:11 70:17,
23 71:8, 17
73:9 74:14, 15
76:9 87:21
99:10 116:1, 3
prison. 26:12
76:11
prisons 25:5,
15 28:21
PRN 39:16
125:25
probable
134:7, 7, 9

Probably 31:1
38:3, 4 66:1
81:17 113:3
117:6 124:24
136:7, 8
139:12
problem 76:21
process 80:21,
23
professional
103:18 140:8
program 17:5,
10, 13, 16, 24
18:7, 10, 15
proof 3:13
proper 59:7
protocols
62:17 63:2
provide 7:9
39:25 57:5, 9
66:5 75:6
81:20 82:4
86:7
provided
83:13 86:12
104:24 105:24
107:9 134:18
providing 41:4
56:9 92:23
104:14, 21
134:17
psych 30:14,
16 40:20, 21
56:25 65:2, 3
77:22
Public 140:8,
21
pull 47:20
58:24
pulled 30:12
47:18 130:18
pulse 111:22
pulse, 129:6
purchased
84:10
purpose 32:13
36:18 73:20
purposes
72:13 92:13
118:13
purse 70:7
pursuant 3:9
140:11
push 121:25
124:9
pushed 59:25
put 26:10
31:13, 13 36:7
62:5 70:7
88:18 105:19
114:14 115:9
120:4, 9
123:19, 21
129:24 134:6,
25 135:5
putting 38:4

< Q >

qualifications
3:14
question 6:25
7:7, 10 15:20
71:5 85:6
122:12 128:8
question, 24:9
question.
23:20 54:8
135:11 139:16
questions
6:16 16:8
22:15 36:19
87:25 88:3
92:19 97:19
99:1 107:12,
18 108:1
118:7 120:7,
14 137:13
quick 107:18
quickly 92:5
quit 101:13
quite 16:8
97:25

< R >
radio 64:10
65:1 112:13,
16
radio. 53:13
64:14
radioed 45:15
112:21 117:5
radios 64:16
rail 59:5, 6
railing 113:10,
12
rather 38:15
80:13
reached 16:16
reaching 54:19
reaction 97:12
read 119:25
120:3 131:4
138:25 139:17,
18
readily 80:23
ready 118:6
realize 120:7
really 30:15
70:18
really. 14:4
115:5
realm 97:25
realms 67:16
reason 29:19
reasonable
82:17
recall 10:18
16:11 17:12
18:13 21:5
27:7, 20 28:5
30:7, 23 35:19
36:25 38:2, 10,
13 40:15 42:4,
6 50:18 51:9,
13 54:14
56:22 59:9

63:10 65:13,
17 72:14, 21
74:9 76:12, 23
78:9 79:5, 9
80:5 86:22
90:21 100:24
101:5, 8, 21
135:16
receive 16:21
65:23 91:2
105:7 106:2
136:17
received 21:5
34:15 41:14
63:1 80:13
89:15 91:7
102:7
receiving
38:22 91:16
recess 22:25
63:22 87:10
107:21
recession
13:10
recognize
119:4
recollection
60:12 62:3
79:23 80:11
86:10, 20
88:19 102:20
103:9 136:4
record 5:12
7:14 22:11
23:22 25:21
50:25 85:4
87:9 88:18
89:7 92:2, 8
129:9
record. 128:18
139:14
records 136:18
red 122:1, 1
Redirect 4:6
30:21 128:20
reduced 3:10
reference. 98:8
referenced
100:20
Referred 4:8,
15 34:14
referring 26:20
36:20 57:21
91:12
refill 121:15,
16, 20 122:6
refill. 122:4
refused 110:22
regarding
92:22 101:19
regular 75:4,
18 76:1, 13, 20,
24 77:11
85:11, 16, 22
88:9, 16, 23
regular. 75:3
regularly 82:7
102:16 119:19

reiterated
62:24
related 63:2
77:16 88:8
89:16 105:8
relation 32:3
34:15 75:7, 11
85:18 86:1
88:15 96:7
106:8
relative 140:14
relevant 23:15
remember 9:3,
16 27:23
35:10 50:15
59:19 63:6
80:1 86:15
90:25 111:10
117:13
remember.
28:4 35:8
50:17 104:9
renal 98:16
renewed 19:7
repetitive
108:3
replacement
105:19
REPORTED
1:1
Reporter 7:21
140:8
reporter. 92:14
118:14
represent 36:1
Representative
1:1
representing
5:14
reprimands
105:8
request 75:10
81:11 83:6
85:17, 25
125:20
requested
39:10 80:18
82:16 83:12,
15
requesting
86:11
require 35:5
required 33:20
80:7 89:11
rescue 133:10
reservoir. 39:7
reside 8:13, 16
9:5, 13, 17, 22
resided 11:22
residing 36:4
r-e-s-p 129:7,
13
respective 3:6
respects
140:17
respiration
132:14

respirations
129:21, 25
130:3
respirations.
129:19
Respiratory
4:11 34:5
108:7 118:20
119:13, 16, 20
126:7 127:7
128:23 134:7,
8 136:5
respiratory.
35:4
respond 56:15
63:3
responded
39:9 51:11
54:24 135:19
responder
63:12
responding
55:17 58:14
78:8 84:2
response
129:24
responses
6:19
responsibilities
33:10
rest 93:1
restroom 6:7
result 96:3
results 20:7
resume 21:10,
11
resuscitation
133:3, 5 134:2
retired 42:12
return 122:2, 3,
23, 24
returned
117:19
review 108:6
123:20
reviewed 84:1
Reynoldsburg
8:6
R-e-y-n-o-l-d-s-b
-u-r-g 8:6
right 5:17
13:3 30:2
42:19 43:13
46:13 50:13
51:23 52:4
54:6 56:8
58:17, 24 59:4
66:20 67:3
87:6, 6 89:3,
21 93:4 96:21
99:6 108:8, 16
109:18 110:17,
25 114:2, 23
115:16 116:13,
16 117:11, 15
119:8, 20, 23
120:8, 25
121:1, 2, 14, 16

124:4 125:17
127:23 128:2,
10, 14, 16
129:12 130:24
135:6 139:18
Right. 6:21
61:16 69:8
83:19, 24
87:15 92:25
93:20 95:4
100:2 124:2
137:5 138:3
rising 134:3
RN 94:21
95:1, 6
RN, 40:19
RNs 24:7
33:13
ROAD 1:1
roles 23:8
24:13
roll 111:1
rolled 60:2, 3
rolled. 49:6
rolling 44:15
Ronnie 10:15,
16, 19
room 41:6, 24
45:12, 17
66:18, 25 67:2
69:24 110:25
111:15 115:15
room. 66:17,
24
roommate
109:8
ROSE 1:1 3:7
4:3, 17 5:3
7:16 8:1, 3
10:2 15:5
23:2 63:24
90:5 93:21
107:11, 25
118:18 119:10
122:10 128:22
135:12 138:18
140:9, 13
Rose, 87:12
Rose. 5:8
88:12
roster 47:10,
15
Rotunda 8:14,
17, 20
rough 111:10
routine 125:22
rules 6:1
89:11
running 124:13
rushed 44:25
45:1, 2 117:1
rushing 43:19

< S >
S 4:8 5:1
S.E 2:4
sad, 99:17

safe 29:4
safest 28:24
safety 25:13
34:9 35:12, 14
53:6 55:13
85:14
Safety. 53:7
said 3:9 46:2
54:19 67:18
69:25 73:4
116:9 140:13
said, 42:20
said. 53:9
81:16
same 68:15
93:17 97:12
same. 34:21
129:3
sas@ManFitzLa
w.com 2:10
sat 46:2
satisfaction
75:23
saturation
117:14
saved 93:14
117:21
saw 43:10
46:4 47:18
48:5 55:5
76:8 78:14
93:17 96:21,
23 109:1, 8
say 36:19
42:11 81:23
say. 13:6
122:15
saying 48:18
70:21 78:22
122:15
saying. 48:9
scare 96:9
97:18 98:12
scared 28:19
70:13 77:13,
19 87:2, 2
96:11 116:25
scared. 78:3
scary 113:5
schedule
26:11 31:12,
14 100:14
scheduled
26:12 37:8, 10
school 16:4,
17 22 17:17 18:2,
3, 5, 10 101:4
school, 18:1
School. 16:5
schooling.
17:21
scrap 57:19
seal 132:18,
20 140:15
seal. 133:1
Searles 42:11
Sebring 24:21

Second 2:4
5:10 6:9, 11
91:21 92:18
118:1
seconds 56:19
secretive 87:5
section 31:5
121:8, 15
129:6 131:5
section. 131:1
security 28:9,
24 46:19, 24
47:1 48:2, 6,
12 53:6, 10, 15
62:14 63:2, 11,
12 116:20
117:8 124:13
126:11, 19, 22
security, 82:20
security. 39:18
116:18
see 13:4
19:19 20:20
27:9 29:25
33:2 36:9
38:3 41:22
42:24 43:16
44:3, 5, 8 49:8
52:12 56:24
59:17 70:1, 18
71:22 72:5, 7,
10 73:24
78:22, 23
79:15 90:1
97:24 109:14,
22 113:13
129:6, 6, 7
seeing 32:21
34:25 63:10
66:2 79:5
seemed 117:3
seen 69:24
selected 34:24
selective 34:6

self-explanatory
16:9
send 64:4
senior 16:17
33:12, 12, 13
sense 58:20
sent 24:21
40:24 47:22
70:19 91:10
105:19 106:16
107:4
sentenced
26:25 27:8
separate. 97:15
September
140:21
sequence
58:23
serious 44:23
70:2 100:12
Serls 42:11
served 21:19
27:4

Services
118:20
set 39:3
140:15
set-up. 128:7
set-ups 39:13,
14
seven 9:24
61:11 88:19
113:4, 4
seven. 14:25
several 19:19
43:17 45:3
severe 68:11
she 76:13, 16,
20 94:22, 24
101:3
Sheriff's 30:1
53:13, 19
64:12 105:5, 9
She's 15:2
94:22
shift 73:25
shifts 31:8
shirt 49:12, 13
shook 97:7
short 87:9
shortly 42:12
74:15
shortness
41:20 119:16
shorts 49:17
show 117:24
showing 92:5
shut 60:3
shut. 60:3
sick 16:18
32:4 102:15
side 41:23
51:20 62:4
90:3
sidewalk 87:6
signature 3:15
119:7 123:7,
11, 23
signed 63:14
123:12
significant
139:4
signifies 131:5
signs 49:22
94:18
Sills 12:8, 9
S-i-l-l-s. 12:9
similar 20:12
77:12 80:12
97:4, 21 98:11
since 37:11
SINCLAIR 1:1
Sirs 42:11
sit 67:7 77:4
86:19 125:10
site 29:5
sitting 49:11
50:12 70:18
situation 48:7
127:5

six 11:8
14:10 15:3
68:1 106:25,
25 125:22
skills. 31:7
slammed 9:8
slider 49:5
slow 60:18
slumped 50:16
smell 79:7
smile 103:12
So 24:7 37:10
45:10 48:19
49:1 73:7
77:25 101:16
105:17 112:5
116:4 118:4
127:20
some 12:25
35:3 54:11
68:17 76:21
92:18 107:13
125:15
somebody
40:24
something
58:19 71:20
101:14 105:19
106:11 108:22
something.
47:10
somewhat
97:20
son 25:10
26:15 27:25
94:13 100:3, 6,
17
son. 94:2, 8
son's 28:1
sorry 11:13
17:9 20:4
21:18 39:22
46:13 48:17
55:16 69:14,
15 78:5 81:23
110:5 139:15
sorry. 22:24
37:24 53:5
63:20 88:13
110:2
sort 68:5
sound 130:6
sounds 30:2
41:11 57:19
82:24 124:10
131:6
sounds. 131:11
space 121:11
SPAID 2:8
4:4, 6 5:13
15:19 54:7
85:3, 9 87:8
92:8 107:20
108:10 109:13
110:1, 4, 7
111:16, 18
114:24 116:22
117:23 122:9,

14, 17 123:3
126:10, 17
127:8 128:3
135:10 138:23
139:10, 15
SPAID: 5:7
23:1 63:23
85:10 87:11
92:16 128:21
speak 90:6
specialize 24:1
specific 62:18
63:3 82:3
129:2
Specifically
21:16 51:10
77:16 129:5
spell 7:20
11:17
spelling 42:10
139:2
spend 27:17
spent 26:2
spoke 90:8, 9,
9, 17, 19
123:15, 21
spoken 90:13,
16
spread 14:13
squeeze 39:4
132:13
squeezed 58:6
squeezing
132:15
squirt 84:23
SS: 140:5
staff 40:11
47:1 53:24
63:9 65:2
74:6 81:19, 19
102:25 103:18
124:17
staff. 103:7
staffing 24:1
82:23
staffing. 23:25
82:11
stage 98:16
stairs 42:14,
20 113:5, 8
stairs. 113:6
stamped 118:9
123:7
stand 60:18
62:6
standing
42:17 55:25
59:12 109:16
116:8 137:25
138:1
standpoint
103:1, 2
stands 60:17
129:10, 19
start 12:23
22:20 111:14
112:2

started 30:7
78:21 89:4
101:2, 2
112:23 126:7
130:23 135:6
136:8
Starting 11:9
23:2, 7 30:3
38:1
state 7:14
19:1, 4 20:8
25:21 28:5
34:8 81:9
89:7 105:3
140:5, 8, 21
state. 19:3, 8
34:3 63:14, 15
stated 83:25
137:18
statement
10:25 93:19
statement.
46:8
STATES 1:1
state-tested
17:25
stating 106:10
Station 13:24
66:22 67:5, 6
station. 66:21
67:4 70:6
status 19:6
25:22
statutes 89:11
stayed 30:13
72:15
stenotype 3:10
stepchild 13:12
stepchildren
11:5 12:21
27:16
STEPHEN 2:8
5:13
steps 42:23
stepson 27:18
sternly 60:1
sternly. 60:6
stethoscope
57:16, 18 70:8
stick 107:3
stick. 33:6
still 28:19
75:24
still. 62:6
stipulated 3:5
STIPULATIONS
3:4 140:11
stitches 67:1
stolen 46:16
stop 60:25
61:2, 10
stopped 113:2
stops 68:17
stories 53:22
stranger 125:1
Street 2:4, 9
9:1, 11

stressed 48:6
stretcher 54:17
stricken 85:3
strike 54:7
64:8 73:1
80:22 84:12
133:3 135:11
strong 61:18
stubbed 29:17
student. 13:25
stuff 46:16
70:8
subpoena
21:15, 20
substance
139:4
such 63:12
sucking 130:4,
5
sudden 43:3
suffered 99:4
sugar 106:11
suicide 30:19
suitable-for-fra
ming 20:2
SUITE 1:1 2:9
summertime.
139:9
supplemental
23:25
supplies 64:5
supply 65:15
support 112:5
supposed
13:17 16:25
37:12 45:6
70:24 110:4
139:16
sure 13:11
20:23 90:12
112:3, 3 139:6
Sure. 33:24
40:13 93:11
128:25 136:25
surrounded
28:22
survived
117:16
Survivor, 1:1
Suwannee
22:3, 19 23:4,
10, 23 35:5
105:14
Suwannee.
26:5
swollen,
115:12
sworn 5:4
140:10
sympathizer
26:18

< T >
Ta 101:1, 13,
19, 23 102:8
103:8, 9, 10, 25
104:6 123:7,
16

take 6:8, 19
57:11 106:19
taken 5:21
40:7 83:17
taken. 22:25
63:22 87:10
107:21
takes 122:1
taking 62:24
talk 14:9
30:19 69:20
76:15
talked 59:23
talking 43:3
50:3 70:14
137:24 138:9,
12
Tampa 2:10
9:2
tank 48:1
66:11 114:13,
15
Ta's 101:5
Taylor 15:2
telephone
89:23
tell 25:11
137:7
telling 19:24
22:3 27:23
59:20 122:18
tells 15:17
137:10
temp 129:6
temporary
23:24
ten 114:16
Ten. 14:23
term 68:17
88:23 129:10
terms 105:11
test 20:7
121:22
testing 98:21
tests 20:5, 6
35:12 98:22
Texas 13:6, 24
14:1
Texas. 28:6
than 21:14
57:12 80:14
97:9 128:13
Thank 40:24,
25 69:9, 19
79:8 89:1
107:15 129:20
Thanks 85:9
Thanksgiving
37:6, 14
that 3:13 7:10
9:17 15:19
17:13, 15 21:3,
5 23:11 26:14
30:25 35:6
36:2 38:1, 3, 7,
18 40:2 41:7
43:12, 18, 20
44:20 46:21

48:5, 20  50:7
51:11, 23  55:5
56:14  60:19
61:10  63:7
64:21  65:4
67:9  68:9
69:17  71:4
74:16  76:12,
19  77:5, 14
82:18  84:1
85:6  87:1
88:5, 17  90:21
92:18  93:1, 8,
14  94:12, 18
96:3  97:11
98:23  99:11,
22  106:15
108:7  115:23
116:2  117:10
118:1, 23
120:7, 8
121:18  122:6
126:9  130:23
133:8  134:9
135:12
that.  23:17
64:8  68:20
69:16  75:16
80:22  84:12
108:22  110:5
118:7  120:5
133:3
that's  28:3
62:7  67:1
73:18  80:15
94:7  103:13
108:18, 25
111:4  123:10
132:12
the  1:1  3:15,
16  6:12  8:7,
16  9:5  12:16
13:15, 22
16:15, 19  20:6
21:15  23:7
25:11, 20, 20
26:9  27:18, 24
28:8  31:14
33:7  34:8, 14,
21  35:14, 19,
24  36:8  37:1,
16  40:16  41:4,
24  42:18  43:4,
7  44:17, 21, 24
45:9, 14, 17, 21
46:7, 25  47:2
48:7, 22  50:21
51:14  52:9, 20,
21  53:1, 9
54:16, 19
55:13  56:9, 20
57:6, 9, 10, 13,
17  58:2, 5, 9
60:21  61:4, 7
63:5, 8, 11, 12
64:2, 5, 18, 25
65:6, 14  67:8
68:13  69:23

72:22  74:9, 20
78:13  79:13,
15  80:24
81:12, 25  84:6,
10, 15  90:17
91:12, 17, 25
93:13, 16, 18
95:1, 6  100:21
101:14  102:1,
1  104:24
105:4, 25
106:9, 21
107:2  108:4, 5,
14  110:9, 21
112:7, 12, 21
113:8, 22
114:22  117:5,
18  119:22
120:10  122:22
124:1  126:18,
25  129:13, 24
130:20  131:21,
24  132:8
133:9, 23
134:25  135:16
136:8  138:1, 5,
10, 12  140:5,
10, 12, 12
their  14:17
26:11  30:10
33:2  59:21
83:18  125:16
127:24
them  26:12
35:11  45:22,
24  47:8  58:6
71:13  78:15
82:18  112:10
them.  29:13,
16  51:8  80:4
themselves
39:4
then  15:1
30:11  39:16
70:21  71:12
101:11  127:21
138:13
then,  101:15
then.  88:11
there  21:21
32:22  43:23,
25  45:25
47:16  50:6
52:16  55:4
59:19  60:6
65:5  74:13
100:22  101:13
105:11  111:15,
24  112:2, 6
121:20  134:10
there,  42:2
there.  16:19
22:20  29:20
42:15, 21
83:10  85:8
94:23  100:12
109:1  132:1

there's  133:1
134:4
these  36:18
44:14
they  14:19
21:22  24:20
29:12, 14, 16,
17  30:12, 14
38:19  39:17
41:14  45:5
46:1  47:11
48:5  51:6
59:24  97:18
108:12  112:4
115:24  116:25
126:13  127:10,
11, 13
they're  20:4
29:15  126:21
thing  6:4
35:11  52:19
things  26:13
43:18, 18
45:13  48:19
58:8  66:4
139:3
things.  46:12
125:1
think  17:20
27:2, 10  34:6
35:3, 11  39:6
40:19  54:5
57:1  59:18
67:9  77:5, 6,
13  82:17  85:2,
7  97:11  98:10
101:2, 4
107:11, 14
116:24, 25, 25
128:8  131:4
132:25  136:23
137:22, 22
think.  8:25
thinking  71:9
95:14
third  129:13
this  3:6, 8
20:19  32:13
39:17  44:10
72:9  89:4
92:9  111:22
116:5  118:17
119:5  128:23
This,  135:7
this.  86:5
91:20  98:24
118:5
Thomas  11:11,
15, 22  26:19,
22  27:11, 15
those  11:2
80:18  100:24
though  98:5
thought  50:21
56:5  57:17
94:5  113:14,
14  116:7
117:20

three  10:24
11:6  14:16, 18
15:1  20:7
49:2  60:14
66:7  72:19
76:8  94:5
106:25  111:11
123:12  126:1,
3
three.  14:15
65:21
three-page
92:12
through  41:2
50:11  54:25
62:14  72:8
thumb  121:24,
24
tick  137:7, 8, 8
tick.  136:22
ticket  137:9
TID  126:1
tight  131:6, 7,
9  132:18
tightness
131:18
till  8:18  44:2
48:5  117:5
TIME  1:1  3:8,
14  18:1  23:15
25:2  26:1
27:4, 17, 25
28:24  30:23
32:7  33:19
34:25  36:25
37:4  39:19, 23
40:6  45:6
51:18  52:23
55:9  56:1
59:10  60:7, 13,
16  61:13  62:4,
6  63:25  68:4
76:18  77:18
84:6  93:18
95:1  96:20
100:11, 11, 18
101:9  105:2
106:17  107:11,
14  111:5, 7, 23
112:22  116:25
117:4  121:25
123:20  131:25
132:1, 3
135:14  136:5
140:12
time.  11:13
98:11  100:4
107:15  120:1
times  10:4
33:6  44:18
67:25  76:8
125:4  126:1, 3
tired  45:18
title  18:17
118:17
titled  129:6
to  6:18  7:1,
11  9:7  10:11,

14  11:1  15:17
17:18  18:4
20:19  22:19
23:2, 16  25:16
28:20  29:18
30:24  31:11
32:10  33:15,
20  37:12, 13
39:24  41:13
43:2  44:15
48:16  56:15
57:19, 22  58:8,
21  59:23  62:9,
11, 12  63:2
64:4  65:13
66:10  71:10
73:8  76:11
79:14  80:23
81:19  82:13,
25  83:12, 22
84:6  85:1, 5
87:4  88:2, 16
89:21  91:22
92:6, 17
103:25  104:15
105:20, 22, 24
106:12, 18
109:20  110:16
115:14, 18
117:8, 19
121:3  122:2
123:16, 22
125:10  126:17
127:6, 18
129:3  130:7
131:1, 23
132:6  133:24
134:6  135:10
137:22  138:16
to.  14:19  45:7
53:21  92:24
today  6:12, 25
86:19  88:3
89:12, 20
138:19
today.  19:20
toe  29:17
together.  48:3
told  44:7
45:18, 22
70:15  73:2
74:19  75:1
76:17  77:6, 12
93:14  97:6, 12
106:11  108:16,
17  111:2
137:18, 22
tongue  135:8
tonight.  83:3
too.  68:2  90:9
took  34:18
38:17  39:24
40:2  61:11
63:25  116:20,
24
top  43:10
120:1
Total  95:23, 24

Totally  65:3
132:23
touch  26:13
59:25  72:2
touched  86:4
Tower  2:3
tradition  13:15
tragic  72:11
tragic.  99:18
trained  67:15
115:24
training  16:21
17:21, 24
53:11  63:1
116:11
training.  18:2
45:20  116:12
transcribed
3:12
transcript
138:24
transferred
20:19  76:9, 10
90:18
transfers
33:14, 15
transitioned
30:24
translation
48:2
transported
82:19
travel  89:12
treat  71:12
103:17
treated  32:2, 2,
16, 17  69:10
101:22  105:16
treating  136:2
treatment
39:25  41:12,
12  56:9  57:10,
11  58:20  75:7,
11  80:13
81:11  82:4, 5,
13  83:6, 13, 15
86:8, 11  102:7
125:16  126:8,
24
treatment.
81:20
treatments
38:8  39:10
41:5  57:6
80:18  86:24
92:24  125:20
126:6
treatments,
38:22
TREVISANI
2:1  4:5  15:11,
13, 16, 21
38:24  47:4, 6
49:23  53:3, 5
55:14, 21
80:25  81:13
84:18  85:7, 19
104:16  107:17

118:8  138:21
139:12
TREVISANI:
107:24  118:16
triage  66:25
67:2
trip  136:22
137:7, 8, 8, 9
trouble  68:23
135:18  137:19,
21
true  102:14
trusted  84:16,
20
truth  140:10,
10, 10
tube  134:16
turn  43:8
turned  14:25
17:1  40:25
114:14, 15
turning  135:6
twenty  100:1
Twenty-one
67:20, 21
two  11:5
12:21  15:2
20:7  24:18
27:1, 1, 2, 2, 2,
4  32:24  38:8,
10, 15, 15  39:9,
10, 12, 13  41:5
49:2  54:18
56:9  57:6, 7,
10  59:20  60:5,
14  65:19  66:4
69:22  72:18
76:8  78:25
79:18, 19, 25
80:3  82:23
90:11  91:25
93:8, 16  95:19
97:15  100:11,
16  108:7
112:1  117:19
122:3
two.  15:1
57:8  95:24
two-second
122:4
two-year-old
94:2, 3  95:18,
19
type  21:21
34:24  43:9
typed  93:7
typically
110:12  119:14
122:7  123:1

< U >
Uh-huh  7:19
17:8  23:5
29:9  111:13
Uh-huh.  8:24
14:12  17:22
18:18  19:21
23:13  26:17

28:10  46:23
52:1  56:12
66:15  78:11
94:4  100:5
102:3, 18
131:13
uh-huhs  6:22
Uhm  20:16
24:7  25:13
29:12  33:14,
16  34:7  35:1
45:18  68:25
82:9  95:11
101:1  119:16
uhm,  30:19
35:2  116:10
unable  59:3
60:9
uncommon
138:1
unconscious
44:5, 14  50:19,
23  68:19  69:2
108:21  109:11,
15  121:12
unconscious,
55:18
unconscious.
68:14  108:19
109:17  137:23
uncuffed
52:23  112:1
under  46:14
121:8
underneath
51:24  54:12
understand.
37:4  58:22
72:4
understanding
50:25  62:17
understood
7:10
unfounded
106:24
unique  49:14
unit  108:24
111:24
unit.  77:24
UNITED  1:1
Unsworn  4:17
91:9, 10, 11, 13,
17  92:4, 10
until  18:21
44:16  46:5
77:25
unusual  80:16
82:12
up  5:18  43:22
74:13  94:14
125:8  126:3
up,  50:22
up.  125:10
upset  116:2
upside  84:22
upstairs  41:25
42:1, 2

urine  107:2
us  9:9
us.  84:23
use  31:7
84:11  114:22
115:1, 3

< V >
variation
126:18
varies  127:15
variety  31:18
verbal  6:19
verify  48:8
92:6
verify.  91:22
very  99:18
119:25
violence  34:10,
10
visibly  49:21
vision  118:23
visit  74:3
100:11, 15
visitation
100:15
visited  32:1
visitor  124:25
visitors  124:21
visits  75:4
85:11, 16, 22
88:9, 16, 24
visits.  88:21
89:2  96:22
voice  44:21
vs  1:1

< W >
wait  9:14
21:17  35:11
39:6  60:23
86:13  110:6
112:12  126:12
waiting  45:17
69:24, 24
waive  139:18
waive.  139:20
waived.  3:16
walk  23:6
38:15, 16  41:1,
7  83:1, 2
walked  69:23
109:5
walking  24:10
walks  42:13
126:23
walkways  79:2
wallet  20:2
want  5:16
43:1  54:18
wanted  71:10
77:20
wanting  70:1
ward  65:2
was  16:17
20:8, 20  23:3
24:25  27:7
28:16  32:10

35:12  37:15
40:21  41:9
42:1  43:3, 13
44:10, 21, 22
45:6  46:13, 16,
19  47:18  48:3
49:10, 18  50:3
52:17  54:5
55:20  56:23
59:10, 20
60:15  63:25
64:22  67:10
70:17  73:2, 24
74:23  75:2
79:13  84:13
87:21  89:11,
12  90:2, 18, 22
91:18  92:12
95:11  98:21
100:3, 9
101:25  102:23
103:11  106:5,
17  109:15, 16
110:11  111:9
114:17  118:12
121:21  130:3,
22  131:7, 8, 16,
19  135:8
137:25  139:15
140:10
was.  26:21
102:12
wasn't  21:4
45:5  47:10
61:21  105:18
115:9  121:4
wasted  52:23
watch  135:12,
14, 17
watches  30:19
watching
40:22  42:24
water  6:7
way  7:1  40:25
80:8  83:9
103:17, 18
104:20  105:16
112:6  114:16
115:2  125:21
127:4, 13
way.  83:8
we  8:23  28:13
41:18  60:24
61:9  71:23
74:19  92:8
107:18  123:18
weapon  55:20
56:6
weapon.  85:1
wear  124:8
wearing  135:12
week  72:18
73:4, 14  75:2
87:4  116:5
week.  74:24
87:4
weekly  74:10,

22
weeks  72:18
well  25:15
41:22  50:4
71:8
we'll  68:4
Well,  124:25
well-being
85:14
went  65:18
70:10  135:15
were  20:7
21:23  24:13
25:12  26:20
33:1  38:11
42:23  45:2
51:20  56:2, 8
59:2  60:7
61:3  62:8
68:4  71:2
74:20  75:23
76:19  90:3
101:9  105:2
111:25  112:4
115:8
we're  5:25
7:9  8:22
20:18  22:19
32:12  36:20
41:1  66:1
68:15  81:3
101:17
were.  86:16
West  2:9
we've  85:24
86:4  93:9
what  18:16
19:10  24:12
36:15  53:8
60:23  70:22
86:15  88:18
103:10  120:21
122:14  130:8
131:5  136:4
whatever  115:4
whatever.
115:13
what's  42:25
49:2
whatsoever
140:14
wheezing
73:23  76:2, 13
95:13  131:7,
18  134:13
wheezy.  131:9
when  25:2
46:1  48:4
99:12  109:1
110:13  111:7
112:17  116:6
120:25  130:2
Where  28:2
29:4  60:10
66:11, 14
71:25  75:4
Whereas
127:23

WHEREOF
140:15
which  36:21
while  32:19
33:20  36:3
62:11  77:24
102:9  121:5
130:19
whiny  29:15
white  43:12,
12  122:1
Whiting  2:9
who  32:24
38:21  39:9
91:10  97:4
126:4  137:11
who.  5:16
whoever
102:17
whole  140:10
why  53:1
84:21
wide  31:18
49:1
will  5:13  92:9
124:11  138:24
window  29:3
32:24  48:25
50:11  54:25
137:25  138:2,
12
windows  43:7
windows.
78:15
wing  38:13
56:23  60:22
64:1  78:17
81:25  82:2, 4
wing.  81:24
with  19:23
20:6  22:15, 19
23:16  30:4
32:21  37:7
52:23  58:11
65:10  74:14
75:19  78:25
80:12  83:21,
22  84:17, 23
85:12, 23
86:23  91:15
103:18  104:7
110:7
Without  77:3
105:12
witness  3:12,
16  15:12, 15
68:12, 22  92:7
110:3, 6
122:13, 16, 19
139:8, 20
140:15
witnessed
29:2  68:10, 13
69:3
Wolfe  1:1
36:3, 5, 13
46:11  50:10,
19  51:11

54:11  55:13,
19  58:24
59:10  60:11,
21  61:6  64:1
67:10, 13
68:11  69:2, 11,
16  71:16
72:14  75:7, 19
76:14, 16, 20
77:12  80:12
83:12, 21
85:12, 25  86:8,
11, 23  88:8, 15
89:17  90:13
91:3, 5  97:5
99:4, 12, 20
102:7  104:15,
21, 24  108:4
133:5  137:1
Wolfe,  1:1, 1
Wolfe.  69:21
Wolfe's  1:1
48:22  49:8
51:23  54:24
55:7, 17  56:6,
16  68:13  69:7
78:9  79:10
80:6  84:1
91:8, 16  96:11
101:22  109:2,
7  130:17
136:17  137:14
wonder  116:5
word  132:12
word,  8:4
word.  39:6
93:7
worded  106:14
wore  135:14
work  26:4
28:16  31:18,
23  33:7  46:5
51:5  74:20
101:15  117:20
132:21
work.  123:24
135:15
worked  13:8
22:5, 5, 9, 9, 10,
11  23:8, 11, 18
24:13, 20
28:13, 15, 18
29:25  30:4, 10
37:7, 7, 9, 11,
12, 13, 13  48:3
53:12, 17  54:1
62:22  68:1, 8
74:12  77:20,
22  84:6
100:21  101:9
105:14  117:12
working  20:24
23:16  26:2
28:9  29:4, 22
31:8  33:11, 20
35:16  37:20
40:15, 20  68:5
81:8  87:22

101:10, 16
102:9  105:3,
25  135:7
working.  31:16
would  22:12
26:9  32:25
35:14  38:4, 9
57:2  60:24
73:6, 13  74:6
80:6  84:14
88:5  127:14
132:24
wouldn't  38:6
wound  58:9
wrist  52:8, 9
write  35:22
91:5
write-up.  75:25
writing  3:10
121:5
written  91:2, 7
wrong  15:19
64:6  65:8
137:18
wrong.  97:23
wrote  106:9
120:17  121:1,
11, 18  129:21
130:8  136:14,
14
wrote.  36:9

< X >
X  4:1

< Y >
yard  126:15
yards  57:3
Yeah  24:24
28:1, 13  30:2
31:13  42:7, 15
57:4  60:23
63:18  68:20
70:13  78:18,
20  80:15
91:24  93:11
95:3  97:2
99:8  102:11,
21  103:10
108:17  113:3
118:24  120:9
121:3, 20
123:15  124:19
126:25  132:24,
25  133:11
135:14
Yeah,  70:3
Yeah.  16:10
34:6  41:3
54:13  62:2
74:4  95:3
103:5, 16
130:11  131:21
132:8  133:18,
20  134:24
138:4, 7
Yeahs  95:4

year  9:7  13:1,
1  16:17  17:1
18:13  19:10
20:14  34:19
100:1  116:3
year.  13:22
years  5:22
10:17  19:18
24:18, 20  27:1,
2  53:17  67:18
68:3, 8  88:19
100:12
years,  9:24
13:8
years.  12:20
100:16
yelled  44:10
45:12, 14
59:21  112:9, 9,
17
yelling  56:2
Yes.  7:19
8:11  10:3
11:24  17:11
18:12  20:11
23:5  24:4
25:18  29:9
31:20  34:17
35:18  36:17
37:21, 25
39:21  53:23
55:16  59:1, 15
61:14  62:15,
19  64:17  66:3,
6, 9  67:12, 24
73:15  74:8
80:20  81:2
82:6  88:21
89:6, 13, 22, 24
91:10  95:8
96:1, 10  97:14
99:11, 14
100:23  103:20
106:3  108:9
109:9, 12, 19
110:18  111:13
112:25  113:18
114:3, 5, 11
115:17, 20
116:14  117:12,
17, 22  119:6, 9,
21, 24  120:2,
18  121:10, 13,
17  123:8
124:5  125:18
126:14  128:11
129:8, 23
130:14  132:17
136:1, 3
yesterday
98:2
you  6:4  8:1
11:10  16:21
17:20  19:5
22:16  23:9
25:3, 4  26:1,
19  28:23  29:7,
21  30:23  31:2,

6, 17  35:13
36:14  39:8, 19
40:14  42:14
49:20  50:25
51:11  56:1
58:12  60:12
65:10, 22
66:22  67:5
69:5  72:1
76:6, 18  81:15
88:7  90:8
92:2  96:4
99:13  111:8
113:2  114:2
116:8  117:20
120:13  128:9
129:2  130:9
132:12  133:9
137:12, 13, 19
138:18  139:2,
17
you.  5:18
69:9, 19  78:5
79:8  89:1
129:20
young  61:18
your  7:15
14:13  17:23
18:10  27:12,
16  32:12
34:15  75:17
97:12  105:23
110:8  125:2
you're  7:2
28:21  29:19
124:10
yours  119:8

< Z >
Zanesville
16:5, 7
Zip.  9:3, 16