```
 1                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                          OCALA DIVISION

 3

 4    LYNN WOLFE, as Personal
      Representative of the ESTATE
 5    OF DANIEL WOLFE, on behalf of
      the Estate, and on behalf of
 6    Daniel Wolfe's Survivor,
      LYNN WOLFE,
 7                              CASE NO.: 5:10-CV-663-Oc-10DAB
           Plaintiff,
 8
      vs.
 9
      FLORIDA DEPARTMENT OF
10    CORRECTIONS,

11         Defendant.
      _____/
12
                            DEPOSITION OF
13                          RUBEN BERRIOS

14           Taken on Behalf of the Defendant

15    DATE TAKEN:   November 18, 2011
      TIME:         2:00 p.m. - 3:30 p.m.
16    PLACE:        Florida State Prison
                    7819 NW 228th Street
17                  Raiford, Florida  32026-1000

18

19        Examination of the witness taken before:

20          Shanda Hoffman, Court Reporter
        Notary Public, State of Florida at Large
21      136 SW Nassau Street, Lake City, FL  32025

22

23

24        THIRD CIRCUIT REPORTERS & VIDEO
                Toll-Free 855-850-7038
25            www.AllCourtReporters.com
```

**CERTIFIED
COPY**

```
 1                    A P P E A R A N C E S

 2

 3               ON BEHALF OF THE PLAINTIFF

 4             RANDALL C. BERG, JR., ESQUIRE
                Florida Justice Institute
 5                  3750 Miami Tower
                  100 SE Second Street
 6               Miami, Florida  33131
                     305.358.2081
 7

 8               ON BEHALF OF THE DEFENDANT

 9               STEPHEN A. SPAID, ESQUIRE
            Mandelbaum, Fitzsimmons & Hewitt, P.A.
10                 Post Office Box 3373
                Tampa, Florida  33601-3373
11                    813.221.0200

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2    WITNESS                                        PAGE NO.

3    RUBEN BERRIOS

4          Direct Examination by Mr. Spaid..................4
           Cross-Examination by Mr. Berg....................50
5          Redirect Examination by Mr. Spaid...............58

6    Certificate of Oath....................................62
     Certificate of Reporter...............................63
7    Letter to Witness.....................................64
     Errata Sheet (to be delivered upon receipt).............65

8

9                        E X H I B I T S

10         Defendant's Exhibit No. 1.......................56

11

12

13

14

15

16

17                        .

18

19

20

21

22

23

24

25

1    WHEREUPON:

2                        RUBEN BERRIOS,

3    acknowledged having been duly sworn to tell the truth and

4    testified upon his oath as follows:

5              THE WITNESS:  I do.

6                     DIRECT EXAMINATION

7    BY MR. SPAID:

8        Q    Mr. Berrios, my name is Stephen Spaid.  I'm an

9    attorney that's been hired to represent the Department of

10   Corrections in this matter.  We set your deposition today.

11   Have you ever had your deposition taken before?

12       A    No, sir.

13       Q    We're going to go over some of the ground rules so

14   that we're all on the same page.  You've been sworn in.

15   You're obligated to tell the truth, the whole truth, and to

16   the best of your ability.  Do you understand that?

17       A    Yes, sir.

18       Q    Everything that's said today, by all of us, will

19   be taken down and typed up by the court reporter.  For her

20   to do her job, and to make it a little easier on her, I'm

21   going to ask when I ask a question, you'll allow me to

22   finish my question, and when you're answering, I'll do my

23   best not to interrupt you.  Do you understand?

24       A    Yes, sir.

25       Q    Another thing is, given that she's typing up

```
 1    everything we say, we both have to make sure there's no nods
 2    of the head and avoid uh-huh's and uh-uh's, because it's
 3    very hard for her to type those up, and it gets a little
 4    hard to hear.  If at any point I ask you a question that you
 5    do not understand, please ask me to rephrase it, clarify.
 6    I'll do my best to clean it up.  Some of the questions are
 7    going to be very simple; some might be a bit confusing
 8    today.  Again, if at any point you need something clarified,
 9    please just let me know, okay?
10        A    Yes, sir.
11        Q    If I do ask a question and you do not ask me to
12    clarify it, I'm going to assume you understood the question,
13    and are answering to the best of your knowledge and ability.
14    Is that fair?
15        A    Yes, sir.
16        Q    Thank you.  For the record, can you please state
17    your full name?
18        A    Ruben Berrios, sir.
19        Q    And do you have any nicknames or aliases that you
20    go by?
21        A    Yes, sir.
22        Q    What are those?
23        A    Florida Boy and R.J.
24        Q    And what does R.J. stand for?
25        A    Ruben Junior.
```

| | | |
|---|---|---|
| 1 | Q | All right.  What is your date of birth? |
| 2 | A | *i* |
| 3 | Q | Where were you born, sir? |
| 4 | A | New Haven, Connecticut. |
| 5 | Q | Have you ever been married? |
| 6 | A | No, sir. |
| 7 | Q | Do you have any children? |
| 8 | A | No, sir. |
| 9 | Q | Do you recall your last address prior to being |

10   incarcerated?

| | | |
|---|---|---|
| 11 | A | Can you rephrase that?  I don't understand. |
| 12 | Q | Where did you last live? |
| 13 | A | Oh, address.  I thought you said duress.  1725 |

14   Fort Shea Road in Orlando, Florida.

| | | |
|---|---|---|
| 15 | Q | And where do you currently reside? |
| 16 | A | In Florida State Prison in Raiford. |
| 17 | Q | And how long have you been at this facility? |
| 18 | A | Since April 12, 2011. |
| 19 | Q | And before coming to this facility, where were you |

20   housed?

| | | |
|---|---|---|
| 21 | A | Charlotte Correctional Institution. |
| 22 | Q | And how long were you at that facility? |
| 23 | A | From August of 2008 up until April of 2011. |
| 24 | Q | And prior to the Charlotte facility, where were |

25   you housed?

```
 1      A      I was housed at Apalachee Correctional Institute.

 2      Q      And how long were you housed at Apalachee?

 3      A      From December 2006 up until June 2008.

 4      Q      And prior to the Apalachee Correctional Institute,

 5  where were you housed?

 6      A      Lake Correctional Institute.

 7      Q      And how long were you housed at that facility?

 8      A      From October 2005 until December 2006.

 9      Q      Is October 2005 when you were first taken into the

10  custody of the Florida Department of Corrections?

11      A      Yeah.  I went from the Central Florida Reception.

12  That's when I came in, and then from there I went to Lake.

13  That was my first institute.

14      Q      And that was 2005, correct?

15      A      Yeah.

16      Q      Okay, I want to make sure I heard you right.  Sir,

17  have you ever been convicted of a felony or a crime

18  involving dishonesty or deceit, or a crime punishable by

19  incarceration by more than a year?

20      A      Is that two questions, or do you want -- have I

21  been convicted of a felony?  Yes, I'm in prison for a

22  felony.  Have I ever been convicted of a crime about deceit?

23  No.

24      Q      Okay, thank you.  I was going to clarify after.

25             MR. BERG:  He asked a compound question.
```

1        Q     I did.  It's a bad habit.  The felony you alluded

2    to that you're currently serving time for, what were the

3    charges?

4        A     I got one attempted murder, three false

5    imprisonment with a firearm, three aggravated assaults with

6    a firearm, one home invasion robbery with a firearm, one

7    armed burglary of a dwelling, resisting arrest, and

8    possession of burglary tools.  I'm sure it should be a count

9    of 14 charges.

10       Q     Do all of those charges stem from one?

11       A     One criminal episode.

12       Q     Okay, thank you.  Do you ever recall meeting an

13   individual named Daniel Wolfe?

14       A     Yes, sir.

15       Q     When did you first meet inmate Wolfe?

16       A     It probably had been about the second week I was

17   at Charlotte -- I mean at Lake CI.

18       Q     Were you housed in the same dorm as Mr. Wolfe?

19       A     Not at the beginning we weren't housed in the same

20   dorm, but around July, I think it was, we were being housed

21   in the same dorm, the same actual quad and everything.

22       Q     When you say quad, is that the wing of E dorm at

23   Lake Correctional?

24       A     Each dorm has four wings, either like E1, E2, E3,

25   E4.  I was housed in E1 with Daniel Wolfe.

1      Q     Okay, thank you.  And how would you describe your

2   relationship with Mr. Wolfe?

3      A     We were really good friends.  We were also gang

4   related together, so we had a bond between that.  So that

5   was also one of our bonds that we had.  Me and him were

6   close.  We used to talk, hang out during our free time

7   hours.  He used to sing for us, and we just -- we had a real

8   good friendship, I'd say.

9      Q     And just so I hear you right, you said gang

10  related, correct?

11     A     Yeah.

12     Q     And which gang was that?

13     A     The Folk Nation.

14     Q     Did you join the Folk Nation after coming into the

15  Department of Corrections?

16     A     No, sir.

17     Q     You joined it when you were out, not incarcerated,

18  correct?

19     A     Yes, sir.

20     Q     Did you ever serve on the same work detail as Mr.

21  Wolfe while housed at Lake CI?

22     A     No, sir.

23     Q     I believe you indicated you used to hang out just

24  kind of generally.  Was that during rec time?

25     A     Well, yeah, most of the time during rec, or when

1    we were housed together in the same quad, we used to hang

2    out during the time that they let us be in the dayroom,

3    watch TV or play cards or stuff like that.

4        Q    Were there any workout facilities at that center?

5        A    They had a weight bench.  They had a couple dip

6    sets and bars.

7        Q    Did you ever work out with Mr. Wolfe?

8        A    No.

9        Q    I believe you mentioned Mr. Wolfe would sing

10   occasionally?

11       A    Yes, sir.

12       Q    Was he a good singer?

13       A    Yes, sir.

14       Q    Did he just start doing it, or were people asking

15   for it?

16       A    He started at first, but people started

17   requesting, he had such a good voice.  My opinion, he was

18   better than Justin Timberlake.  Even female officers would

19   ask for him to sing for them.  He had a very great voice and

20   some talent.

21       Q    All those times you recall Mr. Wolfe singing, do

22   you ever recall him appearing out of breath?

23       A    Probably a couple of times, but not where it was

24   nothing drastic.  Sometimes he'd say, "I can't sing right

25   now, I'm feeling woozy," or "My voice ain't ready for it."

```
 1      Q    Do you ever recall inmate Wolfe using an inhaler?

 2      A    Yes, sir.

 3      Q    Are you asthmatic?

 4      A    Yes, sir.

 5      Q    Do you recall if Mr. Wolfe borrowed your inhaler?

 6      A    No, he never borrowed my inhaler.

 7      Q    Did you ever borrow his inhaler?

 8      A    No, sir.

 9      Q    How long have you been diagnosed as an asthmatic?

10      A    Since I was an infant, I'd say during my early

11  years, probably three, maybe earlier than that.  I can't

12  really determine what year, but since infancy.

13      Q    So approximately 22, 23 years somewhere, maybe?

14      A    Longer, probably about 25.

15      Q    So you're familiar with the condition of having an

16  asthma attack, correct?

17      A    Yes, sir.

18      Q    Have you ever had a serious asthma attack?

19      A    Yes, sir.

20      Q    Have you ever had to be taken to the hospital for

21  an asthma attack?

22      A    Yes, sir.

23      Q    Have any of those attacks occurred while you were

24  incarcerated?

25      A    No, sir, thank God.
```

```
 1        Q      When was the last series of asthma attack you ever
 2   had?
 3        A      Meaning where hospitalized or just asthma?
 4        Q      Start with the last time you were hospitalized.
 5        A      I'd say it was in probably 2002, maybe 2000,
 6   something like that.  It was a while ago.
 7        Q      Do you recall what was done for you when you were
 8   taken to the hospital?
 9        A      Yeah, I was given an asthma treatment, which is a
10   vent -- it's a machine that gives you oxygen.  They put
11   Albuterol medicine inside of it, put it over your face and
12   have you breathe in.  I had, like, various treatment around
13   the clock.
14        Q      Would that be a Nebulizer?
15        A      Nebulizer, exactly, yes, sir.
16        Q      Was anything else given to you when you were taken
17   to the hospital?
18        A      No.
19        Q      Are you permitted to have your inhalers right now?
20        A      Yes, sir.
21        Q      And do you have one or two or how many?
22        A      I have two.  I take Flovent, which is like a
23   steroid for your lung, and then I take Albuterol, which is
24   your emergency inhaler.  If you're having shortness or
25   feeling an asthma attack coming, you take it, and it will
```

```
 1    help subside it.  If it gets serious, that's when you need a

 2    nebulizer treatment.

 3        Q    Okay.  Have you requested a nebulizer treatment

 4    since being incarcerated?

 5        A    Yes.

 6        Q    And was that provided to you?

 7        A    Yes.

 8        Q    Did you ever request a nebulizer treatment while

 9    housed at Lake CI?

10        A    Not at Lake CI, no.

11        Q    Have you ever made a formal ADA request related to

12    your asthma condition since being incarcerated in the

13    Florida Department of Corrections system?

14             MR. BERG:  Objection to the form.

15             MR. SPAID:  What was wrong with the form?

16             MR. BERG:  You assumed he knows what ADA is.

17        A    I don't know what ADA is.

18        Q    Have you ever heard of the American with

19    Disabilities Act?

20        A    Yes, sir.

21        Q    Have you ever received any paperwork related to

22    the American with Disabilities Act?

23        A    No, sir.

24        Q    Have you ever received any verbal instruction

25    related to the American with Disabilities Act?
```

1        A        No, sir.

2        Q        Did you ever discuss Mr. Wolfe's asthmatic
3    condition with him?

4        A        Not really, no, nothing serious, no.

5        Q        Did he ever complain to you of having trouble
6    breathing?

7        A        I've seen him have shortness of breath a couple of
8    times, and he'd go to medical.  I've witnessed it.

9        Q        And when he would -- the situations you're
10   referring to where he had to go to medical, was he able to
11   request to be taken to medical?

12       A        It was during yard some of the times, and he'd
13   actually just walk up to medical and claim a medical
14   emergency.  When he claimed medical emergency, they gave it
15   to him, and they'd already have his file and understand
16   what's going on and give him his treatment or whatever, do
17   the process.

18       Q        Okay.

19       A        Take his vitals.

20       Q        So is it fair to say in those circumstances there
21   was never a delay in him receiving his treatment?

22       A        Not in those circumstances, where he was able to
23   walk to medical himself and actually request that treatment
24   at medical.

25       Q        Do you ever recall prior to the morning of August

1    3, 2006, Mr. Wolfe declaring a medical emergency while on

2    lockdown in wing 1 of E dorm at Lake CI?

3         A    Prior?

4         Q    Prior to.

5         A    No.

6         Q    Do you recall Daniel Wolfe ever reporting a

7    medical emergency prior to August 3, 2006, at night?

8         A    No.

9         Q    Going back to your relationship with Mr. Wolfe,

10   can you describe him to me physically?

11        A    Yes, sir.

12        Q    Please do so.

13        A    He was bald -- he had a little receding hair line,

14   light skinned, I'd say about her complexion (indicating.)

15   Hair a little dark, probably dark dirty brown, sort of.

16   Tattoos, he had a crown right here, a three-point crown on

17   his right hand, and then a seven and a four right here

18   (indicating.)  He had a new tattoo he just got done.  It was

19   a clown coming out of a -- like a jack-in-the-box.  He had

20   it on this area right here.  He's taller than me, so I'd say

21   he was probably about 5'8, 5'9, slim.

22        Q    Do you recall ever seeing Mr. Wolfe without his

23   shirt on?

24        A    Yes, sir.

25        Q    Do you recall any tattoos on his torso?

1       A       He's got "D Notion" around his neck and a couple

2    of other tattoos that I can't really describe.  He's got a

3    couple more on around his chest area.

4       Q       Do you have any understanding what the notion

5    tattoo represented?

6       A       That's his nickname, D Notion.

7       Q       Is that what you would actually call him?

8       A       We'd call him Dino for short.

9       Q       Did he ever tell you how he got that nickname?

10      A       No.

11      Q       Was that did he get that nickname while at Lake

12   CI?

13      A       That's been his name since I've known him, so I

14   can't really say.  That's how he introduced himself to me,

15   "I'm Dino."  And here we go by nicknames.  We don't use our

16   government names.

17      Q       Right.  Did any of the tattoos you recall Mr.

18   Wolfe having, did they have gang -- any gang symbols?

19      A       Gang-related, yes, a couple of them.  Like the

20   ones I described on the hands, those are gang-related.

21      Q       Okay.  I notice you obviously have a number of

22   tattoos yourself.  Any ones that are your favorites?  I

23   think I've got a list of some.  Your back, you have -- what

24   do you have on your back?  Because it doesn't tell me.

25      A       I've got a big Jesus face with a day scene, a

```
 1    night scene, a scroll on the bottom that says stigmata.  One

 2    naked lady on the left side, a naked lady on the right side,

 3    and a serpent crawling through all of that with the words

 4    stigmata at the bottom and Romans 7:14 through 25 on the

 5    top, with two on each side of my shoulder.

 6        Q    When did you get that tattoo?

 7        A    I started out at Lake, but I got it finished

 8    around at Apalachee.

 9        Q    Did you get most of your tattoos done since being

10    incarcerated?

11        A    Yeah.  Dino actually did this one on my shoulder.

12    He never got to finish it, though.

13        Q    Your left shoulder, would that be a devil with

14    Jesus?

15        A    Yeah.  He never got to finish it, though.  And he

16    also did this one (indicating.)  He had a real good talent.

17    And he did my mother's name on my neck.

18        Q    When he would do those tattoos, what would he use

19    for the color?

20        A    Homemade ink, we'd make homemade ink.

21        Q    And do you tattoo yourself?

22        A    Yes, sir.

23        Q    So you know how to make ink in here, correct?

24        A    Yes, sir.

25        Q    What did you use to make the homemade ink?
```

```
 1         A     We usually buy soot from somebody in the kitchen

 2    who burns the soot.  They'll probably use like oil or

 3    something, burn it down, or grease.  Lard or something it's

 4    called.  Burn it down, collect the soot, sell a can,

 5    probably like a dip can full, for about five dollars.

 6         Q     Did Mr. Wolfe dip?

 7         A     No.

 8         Q     Did he do those tattoos for free?

 9         A     No.

10         Q     Do you recall what they -- what he charged you?

11         A     Yeah.

12         Q     What was that?

13         A     This was $15, $10 for this one, and then he did

14    this one, the neck, I think for about $3, $2 (indicating.)

15         Q     Okay.  Did Mr. Wolfe ever do any of his own

16    tattoos?

17         A     I think he said he did a couple of them on his --

18    I'm not sure which ones, but I never seen him do his own

19    tattoos.

20         Q     Have you ever done your own tattoos?

21         A     Yeah, but it doesn't really work out too good, not

22    as good as when somebody else does it.

23         Q     Did you ever do any tattoos on Mr. Wolfe?

24         A     No, sir.

25         Q     Does it hurt getting a tattoo done with the soot
```

1   you described and getting the tattoos in here?

2     A   No, sir.

3     Q   Do you ever take anything for pain when getting a

4   tattoo done?

5     A   No, sir.

6     Q   Do you know if Mr. Wolfe ever took anything for

7   pain while getting his tattoos done?

8     A   No, sir.  That would defeat the purpose of getting

9   a tattoo.  That's part of the whole experience.

10     Q   Fair enough.  Can you tell me where you were the

11  morning of August 3, 2006?

12     A   The morning, I was in my cell.

13     Q   Starting at about midnight that morning, can you

14  walk me through everything until, say, the morning 8:00 a.m.

15  count?

16     A   I was actually asleep before midnight.  I went to

17  sleep around 11:00.  So I wasn't aware when they did shift

18  change or none of that.  But I was woken up out of my sleep,

19  I'm not exactly sure what time it was, by David Kitt.  He

20  was banging on my wall.  I asked him what was going on.  He

21  told me Dino was having an asthma attack.  He said, "I need

22  you to help me kick on the door, get the guard's attention."

23          So I started kicking on the door.  My roommate

24  woke up.  He started helping me out.  Other inmates started

25  waking up, trying to find out what was going on.  We yelled

Case 5:10-cv-00663-PRL   Document 56-5   Filed 06/14/12   Page 20 of 65  PageID 1846

1    out Dino is having an asthma attack.  So we all started

2    kicking and kicking and kicking.  I began to panic.  I

3    grabbed my asthma inhaler, tried to see if I could slide

4    them under the door.  They wouldn't fit under the door.  The

5    flap was locked, because they were welded shut by the

6    colonel a while back.  So pretty much that threw that out of

7    there.

8          So we just kept on kicking and kicking, and there

9    was no response.  Nobody came.  We were kicking, banging.

10   And David Kitt yelled that Dino had passed out and fell out.

11   So I panicked and started to lit some toilet paper on fire

12   and threw it under the door.  A couple of minutes later they

13   responded, and I don't recall the sergeant's name, it's been

14   so long, but I do recall he was the same sergeant who

15   responded last time Dino had a bad asthma attack, said he

16   flatlined and was revived.  He was the same sergeant who

17   responded that time.  He was the one who responded this

18   time.  When he saw it was Dino -- excuse me -- Daniel Wolfe,

19   seen it was Daniel Wolfe, and he called it in on the radio.

20   He called Daniel Wolfe, DC number and name, and told them

21   he's having an asthma attack.

22          Now, they were waiting for medical to show up, and

23   cuffed up David Kitt.  When medical arrived there, the lady

24   came, I think it was about 15 minutes after he called it in.

25   When she arrived, she showed up with a thermometer, nothing

1    else, no oxygen tank. And she already knew it was an asthma
2    attack. It surprised me. What's she doing with just a
3    thermometer? Well, they show up. The old lady shows up,
4    goes in the cell. I can't really tell what's going on at
5    that point because I can't see in the cell.

6            They bring the stretcher, and they put Dino on the
7    stretcher. So when they're bringing him down the stairs, I
8    got a clear view of Dino, and his lips are blue, his whole
9    skin is like real pale and he's not moving. His eyes are
10   closed. And I've seen dead bodies before, I've seen my
11   grandmother before, and that's the first impression I got
12   when I seen him was he was dead. And I was very worried. I
13   sat back and just did a little prayer for him.

14           And soon after they carted him out, the white
15   shirts, which are supervisors, OICs and stuff like that,
16   they came and started taking pictures of everything. They
17   had already transferred David Kitt to confinement. They
18   started doing their investigation in the cell, taking
19   pictures and all that. And they were there for a while. I
20   ended up trying to lay back down and go back to sleep and
21   find out what happened. And the next morning during yard,
22   that's when we found out that Dino didn't make it.

23       Q    Do you recall who informed you that Mr. Wolfe did
24   not make it?

25       A    I know his nickname. I don't know his real name.

```
 1     It was Tone.  He worked at medical.

 2          Q     He was a fellow inmate, though, correct?

 3          A     Yes, sir.

 4          Q     And his nickname was Tone?

 5          A     Yeah.

 6          Q     T-O-N-E?

 7          A     Yeah, yes, sir.

 8          Q     I'm going to try to go back to the beginning and

 9     kind of work through everything you just told me so I have a

10     full understanding.  You mentioned that sometime before

11     midnight you fell asleep, correct?

12          A     Yes, sir.

13          Q     Did you have a watch on you that night?

14          A     No, no, sir.

15          Q     Was there a clock in your cell?

16          A     No, sir.

17          Q     Was there a visible clock somewhere in that wing

18     that you recall looking at before you fell asleep?

19          A     There's a visible clock in there, but I did not

20     look at it before I fell asleep.  They have one they put

21     over the TV, the television set, but I did not look over at

22     it before I went to sleep.

23          Q     Do you recall if there was a midnight count

24     conducted at Lake CI, generally, during your time there,

25     around August 2006?
```

1    A    Generally there's always.  When they first come on
2   shift, they have to do a count, and from there they usually
3   do their -- they're supposed to do their security checks,
4   which they don't really do consistently on time.  It's
5   supposed to be, from what I'm aware of, it's supposed to be
6   every 15 minutes, but I'm not sure exactly how that works in
7   open pop.  It could be 30 minutes, but I know they have to
8   do a certain amount of security checks for purposes to make
9   sure the inmates are safe, alive, whatever, make sure
10  they're not getting beaten to death by their roommate or
11  whatever.
12          Since we're locked in a cell, they have a certain
13  amount of time they have to do their checks.  That
14  particular shift, they were more laid-back.  They do their
15  security checks probably every hour or two hours, instead of
16  their normal time, but they really don't have any supervisor
17  on there to get on them, so they're just laid-back.
18      Q   Do you recall if they -- while residing in wing 1
19  of E dorm at Lake CI, do you recall whether or not a 3:00
20  o'clock count was normal procedure?
21      A   I never used to be up that late, so I wouldn't
22  know.
23      Q   Okay.  So moving on, you recall being woken up by
24  David Kitt banging on the wall, correct?
25      A   Yes, sir.

```
1          Q    Between when you first fell asleep sometime before

2     midnight and being woken up by Mr. Kitt, was there any point

3     where you were awake?  Did you wake up to use the restroom

4     or anything like that?

5          A    No, sir.

6          Q    Who was your cellmate at the time?

7          A    Enrique Cotto.

8          Q    And you believe Mr. Cotto was asleep also on the

9     morning of August 3, 2006 --

10              MR. BERG:  Objection as to form.

11         Q    -- around midnight, correct?  You can answer.

12              MR. BERG:  Objection to form.

13         Q    You can still answer.

14         A    I don't understand the question you asked me.

15         Q    I believe you stated your roommate was also woken

16    up by Mr. Kitt, correct?

17              MR. BERG:  Objection as to form.

18              MR. SPAID:  What's wrong with the form?

19              MR. BERG:  You're assuming facts not in evidence.

20         We just heard Cotto say he wasn't asleep.

21              MR. SPAID:  One, you should not be testifying --

22              MR. BERG:  Well, you asked me what the problem

23         was, and I'm just telling you what the problem was.

24         You're misstating the facts.

25              MR. SPAID:  I'm trying to clarify Mr. Berrios's
```

1          statement as to --

2               MR. BERG:  He didn't say he was asleep.  He said

3          he was asleep.

4               MR. SPAID:  Madam court reporter, can you please

5          read back the section regarding when Mr. Berrios

6          described during his narrative being woken up by

7          banging on the wall by Mr. Kitt, his response, and when

8          he first mentioned Mr. Cotto.

9               (The requested answer was read back.)

10     A    When I said woke up, I meant get up from the bed.

11     I don't know if he was asleep.

12     Q    Were you having any discussions with Mr. Cotto

13     before you heard Mr. Kitt banging on the wall?

14     A    No.

15     Q    Do you recall any specific comments made by any

16     inmates in wing 1 of E dorm on August 3, 2006, after being

17     woken up by Mr. Kitt, regarding Mr. Wolfe's asthma attack?

18     A    Do I recall any?

19     Q    Anyone else on the wing saying anything or yell

20     anything that you could clearly discern?

21     A    No, sir.

22     Q    Other than banging and kicking on the cell door,

23     did you do anything else to make noise?

24     A    Just yelling, saying, "Hey, guard, CO."

25     Q    Could you discern any other loud noises other than

1    inmates banging on their cell doors or kicking their cell

2    doors?

3        A    More yelling.

4        Q    Just kind of vague, general yells?

5        A    Yeah, noise, nothing specific said, trying to

6    cause noise.

7        Q    As for the -- I believe you said you tried to see

8    if the inhaler could be slid under the door to Mr. Wolfe's

9    cell, correct?

10       A    Yes, sir.

11       Q    Could it fit under the door?

12       A    No, sir.

13       Q    Did you try both the Albuterol inhaler and the

14   steroid inhaler?

15       A    The steroid inhaler would've been -- it's not for

16   that.

17       Q    Okay.  Thank you.

18       A    The Albuterol inhaler is for emergencies.

19       Q    Okay.  Do you recall looking out your cell door

20   window at any point after being woken up by Mr. Kitt that

21   morning?

22       A    Yes, sir.

23       Q    What did you see when you looked out your cell

24   door window?

25       A    Lights out, dark, a couple of inmates listening to

1    the radio, and one of -- Alfredo Rivera, he asked me what

2    was going on.  I said, "Man, we need to kick this door down.

3    Dino is having an asthma attack."  That got everybody united

4    to start kicking.

5        Q    Could you estimate how many inmates were banging

6    on their cell doors?

7        A    It just started becoming a loud noise.  I know it

8    was a group effort.

9        Q    From your cell, when the cell door is shut, could

10   you see into the guard station?

11       A    No.  The guard station, they have -- cells are --

12   it's a butterfly dorm, right?  The officers' station is in

13   the middle.  Each dorm is like a wing.  That's why they call

14   it butterfly dorm.  So on our side it's called the blind

15   side, because you cannot see the officers' station.  Across

16   from us, that's called the visual side, where they've got a

17   view of the officers' station.  So on our side, which is

18   like cell 1 all the way, I'm going to say, through 7 or up

19   until 8, that's the blind side, both downstairs and

20   upstairs.

21       Q    I'm sorry, could you repeat that?  Cells 1

22   through --

23       A    From 1 and, I'm assuming, it's from 7 or 8.  I'm

24   not sure, because some of those, there's a shower in between

25   on that side.  So, like, I'm not sure if it ends at 8 or 7,

1    but from that side upstairs and downstairs is the blind

2    side.

3        Q    From your cell, when the cell door is closed,

4    looking through the cell door window, could you observe a

5    door that allowed correctional officers to enter and leave

6    the wing?

7        A    You won't get a clear view.  You have to like lean

8    over and get -- you know what I'm saying?  It's not really a

9    very clear view, but if you try really hard enough, you can

10   see it.

11       Q    Was that door to your left or right?

12       A    My right.

13       Q    How many cells down was Mr. Wolfe's cell from your

14   cell?

15       A    Next door.

16       Q    To your left or to your right?

17       A    My left.

18       Q    You recall -- you stated that the guard who

19   responded to Mr. Wolfe's cell was the same one who may have

20   responded to a previous asthma attack that's been referenced

21   as him flatlining.  Who first told you about that incident?

22       A    Daniel Wolfe told me about it, because I used to

23   ask about that sergeant to find out what kind of sergeant he

24   was.  Daniel Wolfe told me that's the dude that saved his

25   life the first time.  He had told me about that incident

1    where he had flatlined.

2         Q    Other than Mr. Wolfe, did you discuss that
3    incident with anyone else?

4         A    Not me, no.

5         Q    Do you recall how many correctional officers
6    responded to Mr. Wolfe's cell on the morning of August 3,
7    2006?

8         A    I'd say with that sergeant, probably two
9    correctional officers, but I know it was the sergeant was
10   the main one.

11        Q    Okay.  And did any medical staff respond?

12        A    No.

13        Q    Any nurses respond?

14        A    Not until after the call.  You talking about the
15   first response, or we talking about after he called?

16        Q    At any point prior to Mr. Wolfe being removed from
17   the wing that morning.

18        A    After the call came in, that the sarge called it
19   in, the nurse came about 15 minutes later, so she responded.

20        Q    I believe you mentioned the nurse brought a
21   stretcher with her, correct?

22        A    She didn't bring a stretcher at first.

23        Q    Did one of the correctional officers or one of the
24   medical staff?  Who brought the stretcher?

25        A    I don't recall.  I cannot say I recall exactly who

1    brought the stretcher.

2        Q    Do you recall the nurse bringing anything other
3    than a thermometer with her?

4        A    There was a stethoscope, or whatever that thing is
5    to listen to your heart, that and a thermometer.  That's all
6    she brought.

7        Q    At any point did you see a medical bag brought to
8    Daniel Wolfe's cell?

9        A    Not until the stretcher came, that was afterwards.

10       Q    But the stretcher did come with a medical bag?

11       A    It came with the dude who brought the stretcher.

12       Q    Have you ever had a medical emergency since being
13   incarcerated?

14       A    Yeah, yes.

15       Q    Did you have to be taken to the hospital?

16       A    No, sir.

17       Q    Were you transported to medical?

18       A    A couple of times, yes.

19       Q    What was the first medical emergency that you've
20   had?

21       A    I'd say with a sprained ankle.  I've had a lot of
22   them, so I can't pinpoint exactly which one it was.  I've
23   been in prison six years.  So I've had a sprained ankle.
24   I've had shortness of breath, so I had to go get my asthma
25   treatments.  And cuts and things like that.

1      Q    Did any of those medical emergencies ever warrant

2   a nurse coming to you with a stretcher?

3      A    No.

4      Q    Did any of those medical emergencies ever warrant

5   a nurse coming to you with a medical bag?

6      A    On the time I had shortness of breath, they came

7   with the -- it wasn't a medical bag.  They came with a

8   thermometer, the regular stuff.

9      Q    How clear was your view of the area in front of

10   Daniel Wolfe's cell following being awoken by Mr. Kitt in

11   the morning of August 3, 2006?  Did you have a clear line of

12   sight?

13      A    Yeah, but what am I looking at?

14      Q    If people were to come and go from Mr. Wolfe's

15   cell, would you have been able to see everybody as they

16   entered?

17      A    Yes.

18      Q    Mr. Wolfe was taken out on a stretcher, correct?

19      A    Yes, sir.

20      Q    Were you able to observe Mr. Wolfe being

21   transported on the stretcher the entire way out of the wing?

22      A    Not all the way out the wing, up until he got to

23   the blind side, the little spot with the door you can't see,

24   you have to crank your neck to look.  I seen him come out of

25   the cell, down the stairs, and then disappear.  And then you

1    can go and look through your window, outside window, and

2    you'd see him leaving the dorm.

3         Q    Okay.  Can you estimate how long it took from the

4    time the nurse arrived until Mr. Wolfe was taken out of the

5    wing?  By out of the wing, I mean out that door, to the

6    blind spot where you can no longer see.

7         A    I'd say 15 minutes, 15 to 20 minutes.

8         Q    So the nurse was in E dorm for approximately 15 to

9    20 minutes before Mr. Wolfe was taken out?

10        A    Taken out of the cell, yeah.

11        Q    Do you have any recollection as to what time it

12   was when Mr. Wolfe was finally taken out of E dorm?

13        A    No, sir.

14        Q    Do you have any specific recollection as to what

15   time the nurse arrived into E dorm that morning August 3,

16   2006?

17        A    Not the time.

18        Q    Any point while all this was going on, did you

19   ever look at that clock in the main area?

20        A    No, sir.

21        Q    Can you please describe your relationship with Mr.

22   Kitt to me?

23        A    More acquaintance, not really -- we didn't really

24   hang out like that.  I knew him by his name and called him

25   "Goofy," and we knew each other.  That was about it.  We was

1    acquaintances, nothing ...

2        Q    Was he a member of Folk Nation?

3        A    No.

4        Q    Were most of the individuals that you frequently

5    hung out with at Lake CI members of the same gang?

6        A    No.

7        Q    Was Mr. Kitt a member of any gang?

8        A    Not that I know of.

9        Q    Do you ever recall Mr. Kitt and Mr. Wolfe getting

10   into any verbal arguments?

11       A    No.

12       Q    Did you ever observe Mr. Kitt and Mr. Wolfe

13   getting into any physical altercations?

14       A    No.

15       Q    Do you recall ever observing Mr. Wolfe get into

16   any physical altercations with any other inmates at Lake CI?

17       A    No.

18       Q    If you could, can you describe the window on your

19   cell door for me?  Give me an estimation as to how big it

20   was, and remember madam court reporter is going to have to

21   try to type this up.

22       A    I'd say it was about 3 feet by 9 to 7 inches, 3

23   feet diagonal, up and down, and then about 7 inches across.

24       Q    3 feet tall and 7 to 9 inches wide, correct?

25       A    Yeah.

1      Q     Do you recall what Mr. Cotto did once the

2   correctional officers responded to Mr. Wolfe's cell the

3   morning of August 3, 2006?

4      A     He lit a cigarette.

5      Q     Was he still standing by the door?

6      A     Yeah, he was by the door.  I sat back on the bench

7   -- on the bunk.  I was just flabbergasted about the whole

8   situation.

9      Q     During that entire period of banging on the doors

10  and yelling you described previously, did you ever get out

11  of breath that night?

12     A     Yeah, Enrique Cotto actually had to take over and

13  kick for me.  We were switching kicking on the door.  We

14  were kicking for a while, so it was a lot of work.  It gets

15  tiring.

16     Q     Have you ever been a smoker, sir?

17     A     I smoked marijuana.

18     Q     Have you been able to do that since you've been

19  incarcerated?

20     A     No, sir.

21     Q     Did you ever take up smoking cigarettes at any

22  point?

23     A     When I was young, real young.  It didn't work out

24  too good for me.  I never liked it.

25     Q     Did it ever cause any complications with your

```
 1    asthma?

 2         A    Yes, sir.

 3         Q    Anything severe?

 4         A    Not severe, but it activated it, caused wheezing,

 5    and I wasn't comfortable with smoking cigarettes.

 6         Q    Did smoking marijuana cause the same symptoms?

 7         A    No.

 8         Q    Do you recall whether or not Mr. Wolfe ever smoked

 9    cigarettes?

10         A    No, not that I ...

11         Q    Do you ever recall him smoking cigars?

12         A    No, sir.

13         Q    Do you recall him ever using dip tobacco?

14         A    No.

15         Q    Do you recall him ever smoking weed while being

16    incarcerated?

17         A    Not that I seen.

18         Q    Did Mr. Wolfe ever make any verbal complaints to

19    you about his breathing?

20         A    Not to me.

21         Q    Did he ever make any complaints about allergies to

22    you?

23         A    He had a couple of allergies, sneezing a lot.  I

24    get the same thing, itchy eyes and just start sneezing a

25    lot, runny nose.  He had that a couple of times.
```

1        Q     In the approximately six years you've been

2    incarcerated, have you ever experienced a similar situation

3    where a number of inmates began to bang and kick their cell

4    doors to make a lot of noise?

5        A     Yes, sir.

6        Q     Is it quite frequent for that to occur?

7        A     Not in open population, no, it's not.  On CM

8    that's regular, because you've got inmates that's acting up

9    and they do it.  It's close management facilities, so the

10   inmates are -- they misbehave by doing that.  That's

11   frequent on CM.  Open pop that's not heard of, unless it's

12   confinement areas, but for open pop that's not common.

13       Q     Earlier there was some discussion about CM1 and

14   CM2 and CM3.  Can you please explain to me what those

15   abbreviations are?

16       A     Close management 1 is the highest security level

17   for an inmate who's been in trouble, say for causing death

18   on another inmate or getting caught with escape

19   paraphernalia or battery on an inmate, stuff like that.  Or

20   you can also be put on CM1 by behaving badly during the

21   other levels on CM.  It's more like a punishment, they'll

22   move you up to CM1.

23             CM2 is less restricted, which is close management

24   2.  It's a little bit more privileged than you would get on

25   CM1, and they'll allow you to come out of your cell probably

1    three times a week to be able to go to dayroom. On CM1 you

2    can't come out of your cell at all, unless you're going to

3    groups which are for mental health purposes, rec, or

4    callouts. CM2 you're allowed to go to dayroom, make phone

5    calls twice a month, and you're still restrained, though.

6            CM3, which is close management 3, is for --

7    they've got the least. They don't even have to be

8    restrained. They don't have to be in cuffs. They work.

9    They pass out trays. They clean up. They attend to all the

10   CM2s and CM1s who are behind doors.

11   Q    What is your current designation?

12   A    Right now I just made CM2.

13   Q    And when you say you just made CM2, what were you

14   designated before?

15   A    CM1.

16   Q    In the previous incidents which I believe you

17   indicated -- correct me if I'm wrong -- that you had

18   experienced other occasions where inmates would bang and

19   kick on their cell doors loudly for some reason or another,

20   were any of those to get the guard's attention, from what

21   you recall?

22   A    Yeah, there's been a couple of times. I've been

23   on close management since 2008, so I've seen where an inmate

24   might be having a seizure. He's on CM1. So we'd all kick

25   on the door to get the guard's attention. I've seen

1    incidents where the inmate just wants to be a hard ass and

2    starts kicking on the door, and other inmates just want to

3    join him and kick on the door.  I've seen incidents where

4    inmates get gassed, and other inmates don't approve of that,

5    so they'll start kicking on the door.  You've got to realize

6    the difference in the situations.

7         Q    In the situation that you referenced regarding the

8    seizures, was the banging on the door effective to get a

9    guard's attention?

10        A    Yes.

11        Q    Did the guards respond?

12        A    Yes.

13        Q    Did they respond timely?

14        A    No, not timely, but they'll respond.  They'll

15   eventually respond saying, "What's the ruckus about?"

16             "Someone is having a seizure."

17             They'll call it in.  It's not all the time like

18   that, but sometimes it is, and sometimes it isn't.

19        Q    Is it your understanding that the correctional

20   officers can hear the banging on the doors while they are in

21   the guards' station?

22        A    We assume they can.  If you make loud enough

23   noise, vibration or something, you've got to realize

24   something's up.  Why are the walls vibrating?  You know what

25   I mean?  Noises get people's attention, regardless.

1        Q        Have you personally observed a guard in the guard

2    station at Lake CI react to a loud noise in one of the wings

3    below?

4        A        Below?

5                 MR. BERG:  Objection to form.

6        Q        Have you personally ever observed a guard in the

7    guard station in E dorm at Lake CI acknowledge a loud

8    banging noise from one of the wings there at E dorm at Lake

9    CI?

10               MR. BERG:  Objection to the form.

11       Q        Go ahead and answer, please.

12       A        Rephrase the question again.

13       Q        When you were residing in Lake, did you ever have

14   an experience where somebody made a loud noise, and you were

15   in a position looking at the guard center that was used to

16   observe that dorm, and saw a guard make a physical

17   manifestation or gesture that showed they recognized a loud

18   noise?

19       A        No.  You said where I was present to watch the

20   guard, so no.

21       Q        Okay.  Prior to the deposition here today, did you

22   ever speak with any other individuals regarding this lawsuit

23   that has been filed?

24       A        Inmates or just individuals?

25       Q        Anyone.

```
 1      A    Yes.

 2      Q    Who did you speak with?

 3      A    Mr. Heller and I think it was Mr. -- excuse me --

 4           MR. BERG:  Berg.

 5      A    Berg.

 6      Q    Were those conversations in person or over the

 7    phone?

 8      A    Over the phone.

 9      Q    How many conversations did you have with Mr.

10    Heller?

11      A    Two.

12      Q    Was Mr. Berg also on both phone calls?

13      A    No.

14      Q    Was he on just one phone call?

15      A    The last phone call.

16      Q    When was that last phone call?

17      A    Wednesday, last Wednesday.

18      Q    About eight days ago?

19      A    No, this last Wednesday.  Like, today is Friday.

20      Q    Two days ago?

21      A    Two days ago.

22      Q    What did you discuss with Mr. Heller and Mr. Berg

23    Wednesday?

24      A    They just wanted me to be aware that I'd be having

25    a deposition today, and asked if I received my copy of my
```

1   unsworn statement that I had.  I told them yes.  They were

2   just trying to find out if I'm doing okay, I'm all right.

3   They let me know I'd be having this deposition today.

4        Q    Going back to the first conversation that you had

5   with Mr. Heller, when did that occur?

6        A    Wow, I want to get the date exact.  I just had a

7   brain fart.  It happened, I'd like to say -- I got here in

8   April.  I want to say around July, maybe, or somewhere

9   around that time, July.  I'd say about July, more accurate.

10  I can't be specific as to what date.

11       Q    And what did you discuss with Mr. Heller during

12  that phone conversation?

13       A    He actually called me to -- I was flabbergasted by

14  the call.  I didn't know who he was or what it was about,

15  but he informed me.  He asked me if I knew Daniel Wolfe, and

16  he asked me -- told me he was representing Daniel Wolfe's

17  mother in your case that y'all have going on right now, and

18  asked me if I knew anything about it.  I told him yes.  I

19  explained to him my statement.  I gave him what I knew.

20       Q    Did Mr. Heller discuss with you any of the other

21  statements obtained from any other inmates?

22       A    No, sir.

23       Q    Did Mr. Heller send you any documentation prior to

24  that phone call?

25       A    No, sir.

1       Q     Did Mr. Heller send you any documentation

2    following that phone call?

3       A     Yes, sir, my unsworn statement.  That's all he

4    sent.  That's all I've ever received from them.

5       Q     And did you sign that statement?

6       A     Yes, sir.

7       Q     Did you return that to him?

8       A     Yes, sir.

9       Q     Did you send any additional documentation to Mr.

10   Heller or Mr. Berg at their office, anybody associated with

11   their office?

12      A     Rephrase it.

13      Q     Did you write any letters to their office in

14   addition to the unsworn statement?

15      A     I sent a letter to Daniel Wolfe's mother with

16   that, with the unsworn statement, giving her my condolences

17   and stuff like that.

18      Q     And that all occurred after the July 2011 phone

19   call, correct?

20      A     Yes, sir.

21      Q     Prior to the July 2011 phone call, have you ever

22   attempted to contact Ms. Wolfe?

23      A     No, sir.

24      Q     Other than offering your condolences, did you

25   discuss the death of Mr. Wolfe in that letter, any specific

1    facts surrounding how it occurred?

2         A    Yes, sir.

3         Q    Do you recall what you described in that letter?

4         A    The same thing I told Mr. Heller, pretty much.

5         Q    Have you received any compensation from anyone

6    related to Ms. Wolfe or their law firm?

7         A    No, sir.

8         Q    Have you been promised any compensation?

9         A    No, sir.

10        Q    Other than the two conversations that we've just

11   discussed, were there any other teleconferences with any

12   other individuals related to this incident?

13        A    No, sir.

14        Q    Has anyone else come to see you in relation to

15   Daniel Wolfe?

16        A    No, sir.

17        Q    Following Mr. Wolfe's passing, did you have any

18   discussions with Mr. Kitt regarding the incident that

19   occurred on August 3, 2006?

20        A    He was placed in the box after that, and yeah, he

21   was let out after the investigation.  I think he did 21 days

22   for the investigation.

23        Q    Do you recall whether or not he received a DR in

24   relation to that incident?

25        A    No, sir.

1       Q      Do you know if Mr. Kitt ever attempted to contact
2    Ms. Wolfe?

3       A      No, I do not know.

4       Q      Mr. Berrios, what's your opinion of the Department
5    of Corrections?

6       A      My opinion of the Department of Corrections,
7    they're just another enterprise, really.  I feel it's a
8    money enterprise for them.  I don't think bad about their
9    job, because they're doing what they're supposed to do, by
10   housing inmates that are criminal, molesters, murders.  But
11   I don't fault them for my charges or anything like that.  I
12   don't have a grudge against them or nothing like that.

13      Q      What's your opinion of law enforcement officers,
14   in general?

15      A      They're -- they do their job.  They put their life
16   on the line every day for their work.

17      Q      Do you have any complaints regarding the treatment
18   you received while residing at Lake CI?

19      A      No, not while I was at Lake CI.

20      Q      Do you have any complaints regarding specific
21   correctional officers at Lake CI?

22      A      No, sir.

23      Q      Do you have any complaints regarding the medical
24   treatment you may have received at Lake CI?

25      A      I never had any medical treatment at Lake CI.

1          Q      Thank you for clarifying.  Since being

2     incarcerated in 2005, have you had any -- have you received

3     any disciplinary referrals?  What's the proper phrase?

4          A      Disciplinary reports.

5          Q      Reports, thank you.  Since being incarcerated in

6     2005, have you received any disciplinary reports?

7          A      A total of 26.

8          Q      Do you recall what each of those 26 were for?

9          A      I would not like to discuss every last one of

10    them, but I'll give you a few: fighting, assaults.

11         Q      If you don't mind, let me go through some

12    questions for you.  We'll see which ones we can identify.

13    Have you ever received a DR for fighting?

14         A      Yes, sir.

15         Q      Did you receive one November 23, 2005?

16         A      Yes, sir, that was my first DR ever.

17         Q      Where were you housed when that one occurred?

18         A      E dorm.

19         Q      At which facility?

20         A      At Lake CI.

21         Q      Thank you.  Did you lose any gain time for that

22    violation?

23         A      No.

24         Q      Did you accrue any gain time before that

25    violation?

```
1         A      Not that -- I don't remember.  I've lost gain
2    time.  I've had it and lost it.  I just got like three days
3    in the last five years or six years.  I just started getting
4    gain time again.
5         Q      Have you ever received a DR for lying to staff?
6         A      Yes, sir.
7         Q      More than one?
8         A      Yes.  But those were -- those were frivolous DRs,
9    what they call on-the-house DRs, where an officer would
10   just -- if I have a problem with a certain officer, they'll
11   just write DRs.  I've had those.  I've also had spoken
12   threats.  I've also had disrespect.  These are some that you
13   can't really argue or refute them, because it's the
14   officer's word against your word.  So nine out of ten,
15   you're going with the officer's word.
16             MR. BERG:  Instead of me interrupting you for all
17        of these DRs, can I have a standing objection to the
18        DRs?  I don't think they're admissible.
19             MR. SPAID:  A standing objection is fine.
20             MR. BERG:  Objection as to form for all DRs.
21        Q      Have you ever received a DR for fighting?
22        A      (No response.)
23        Q      You can answer.
24        A      Yes, sir.
25        Q      I'm sorry, I should have explained that in the
```

```
 1   very beginning.  At times Mr. Berg will say "object to
 2   form."  He's simply preserving an objection for later.
 3   We'll deal with it when you're not around, and the court can
 4   make a decision.  He's not instructing you not to answer.
 5        A    No, I know that.
 6        Q    Okay, I just want to make sure.  Some people are
 7   aware and others are not, so.
 8        A    I'm aware of that.
 9        Q    I'll repeat that last question.  Have you ever
10   received a DR for fighting?
11        A    Yes, sir.
12        Q    Have you received more than one?
13        A    Yes, sir.
14        Q    Do you recall how many?
15        A    First one -- I want to say three.  I've got more
16   than that, but those are the ones I got caught for.  So
17   yeah, I'd say about three DRs for fighting.
18        Q    Did you win those fights?
19        A    Yes, proudly, yes.  I don't look for them, but
20   when they come my way, I just ...
21        Q    Do you recall how many of your DRs were received
22   while at Lake CI?
23        A    One.
24        Q    Do you recall getting into any verbal arguments
25   with Mr. Wolfe?
```

1    A    No.

2    Q    I believe you described Mr. Wolfe to be a close

3    friend of yours; is that correct?

4    A    Yes, sir.

5    Q    Did you care for Mr. Wolfe's well-being?

6    A    Yes, sir.

7    Q    Do you want to see what's best for Mr. Wolfe's

8    mother?

9    A    I don't know her like that, but being he was my

10   friend, sure.

11   Q    Regarding what you described to me earlier

12   relating to the asthma attack Mr. Wolfe experienced on

13   August 3, 2006, is there anything else you failed to mention

14   regarding what you observed or heard that evening that you

15   feel I should be made aware of?

16   A    No, I think that was it.

17   Q    In your opinion, were the guards, the correctional

18   officers, at Lake CI negligent in their actions August 3,

19   2006?

20        MR. BERG:   Objection as to form.

21   Q    Go ahead answer.

22   A    Yes, I think they were negligent in responding to

23   the whole thing.

24   Q    And other than the charges for which you were

25   convicted and you're currently serving out your sentence,

1    had you ever been previously convicted of a felony crime?

2        A    No, sir.

3        Q    Had you ever previously been convicted of a crime

4    involving dishonesty or deceit?

5        A    No, sir.

6        Q    Do you have any juvenile convictions,

7    adjudications?

8             MR. BERG:  Objection to form.

9        A    They were adjudication withheld, but I've had --

10   I've been arrested as a juvenile and did a couple programs.

11       Q    What were you arrested for as a juvenile?

12       A    Possession of marijuana.

13            MR. BERG:  Objection as to form.

14       A    Possession of marijuana, probably a violation of

15   probation most of the time.  Those were mainly it.  Most of

16   it was violation of probation, absconding from supervision.

17       Q    Did Mr. Wolfe ever discuss any gang problems he

18   may have experienced at other facilities prior to him being

19   sent to Lake CI?

20       A    No.

21       Q    Did you ever discuss how he came about to join

22   Folk Nation?

23            MR. BERG:  Objection as to form.

24       A    No.

25       Q    Were there any other inmates in wing 1 of E dorm

1    at Lake CI during the time you resided there that were

2    affiliated with other gangs?

3         A    It's prison, so I'm sure there was.  We're in

4    prison.

5         Q    Ever have any conflicts with any of those other

6    gangs, if there were?

7         A    No, sir.

8         Q    Sir, I think that's all the questions I have for

9    you today.  Mr. Berg is going to have a chance to ask you

10   some additional ones.  I appreciate your time and patience.

11        A    Thank you.

12                      CROSS-EXAMINATION

13   BY MR. BERG:

14        Q    Mr. Berrios, you say you have asthma, correct?

15        A    Yes, sir.

16        Q    And you've periodically needed a nebulizer; is

17   that correct?

18        A    Yes, sir.

19        Q    Have you ever requested to have a nebulizer in

20   your cell?

21        A    No, sir, they don't permit that.

22        Q    Do you know of any asthmatic inmates that have

23   been allowed to have a nebulizer in their cell?

24        A    No.

25        Q    Do you need a 110 volt current to be able to run a

1    nebulizer?

2        A    Yes, sir.

3        Q    Are there 110 volt outlets in cells?

4        A    There's no outlets in cells.  They're not allowed

5    in cells.

6        Q    Have you ever been told that you could request to

7    have a nebulizer in your cell?

8        A    No.

9        Q    Do you know what a personal body alarm is?

10       A    Yes, sir.

11       Q    Have you ever seen inmates being allowed, who have

12   disabilities, being allowed to have a personal body alarm so

13   they can alert a correctional officer in case they have an

14   emergency?

15       A    No.

16       Q    Have you ever had an emergency call button in your

17   cell so you could call a correctional officer in the event

18   you had an emergency?

19       A    At the facilities I've been to, no.

20       Q    Are you aware of any correctional facility in the

21   state of Florida which has emergency call buttons for

22   inmates with disabilities in case they have to notify a

23   correctional officer they're having a problem?

24       A    This is going off of other inmates, at the new

25   institution in Suwannee that they have that.  I can't

1       verify, because I've never been there, but this is what I've

2       heard, word of mouth, but nothing I can really verify.

3           Q     You said you had two inhalers, correct?

4           A     Yes, sir.

5           Q     Flovent and Albuterol?

6           A     Yes, sir.

7           Q     Have you ever had any problems getting those

8       inhalers?

9           A     They give you a prescription for them.  You get

10      them -- you go get your prescription.  When they run out,

11      you turn your prescription in, your prescription paper, and

12      they send them back to you when they get them.  You get them

13      --

14          Q     Go ahead.

15          A     They're for you to have on your person.

16          Q     Right.  Have you ever had a period of time when

17      they ran out of inhalers and you weren't able to get them?

18          A     At the institution from Apalachee up to Charlotte

19      to here, I haven't had a problem with that, but I never -- I

20      never had to -- I wasn't really that bad, where my asthma

21      started acting up again.  So I really wasn't constantly

22      getting prescriptions for it.

23          Q     So your asthma would periodically get worse and

24      better?

25          A     Yes.  My inhalers, they've lasted me a pretty good

1    while.  I wasn't on them every day like I have been

2    recently.  Now I get them every month, I switch them out.

3         Q    Was Mr. Wolfe on inhalers?  Did he use inhalers?

4         A    Yes.

5         Q    Did he have the same inhalers you had?

6         A    I don't know if he had the Flovent.  I know he had

7    Albuterol, because that's an emergency inhaler.  And the

8    other one, I can't recall the name of the medication, but it

9    wasn't the same Flovent that I was on.

10        Q    On the night that he was -- that he died, did he

11   have an inhaler with him?

12        A    Not that I know of.

13             MR. SPAID:  Objection to form.

14        Q    After Mr. Wolfe passed, were you ever interviewed

15   by inspector general?

16        A    No, sir.

17        Q    Were you ever interviewed by anyone regarding his

18   death?

19        A    No, sir.

20        Q    After he died, did the institution make any effort

21   to provide you, or any other inmates you're aware of, with

22   any type of psychological services to deal with your

23   grieving over his death?

24        A    No, sir.

25        Q    After his death did the institution at Lake make

1     any effort to have any religious services for Mr. Wolfe?

2          A     No, sir.

3          Q     In his memory?

4          A     No, sir.

5          Q     You said that -- you testified earlier that after

6     he died, they took Mr. Kitt and put him in solitary; is that

7     correct?

8          A     Yes, sir.

9          Q     Do you know the reason for that?

10         A     I guess it's procedure for certain -- to

11    investigate -- for investigation.

12         Q     And how long was he in solitary?

13         A     He didn't come out, I want to say, 14 to 21 days.

14    I'm not sure, but he didn't come out the next day or the

15    next week.  He was there until they were done with the

16    investigation.

17         Q     And you said they came and took pictures of the

18    cell; is that correct?

19         A     Yeah, they took -- I seen the flashing.  I assume

20    there are pictures, because there was flashing, but I can't

21    see in the cell, so I can't say that's what they did.

22         Q     Do you know who did the investigation?

23         A     No.

24         Q     You said the colonel welded the food flap shut.

25    Do you know when that occurred?

1    A    That was before I got there.

2    Q    Do you know why it occurred?

3    A    Yes, they said it was to prevent inmates from

4  masturbating.  They were lewd, doing lascivious, and I guess

5  it's cool to open the flap and ...

6    Q    Did they do it throughout all the cells at Lake,

7  or just that dorm?

8    A    Well, at Lake you only have E dorm, which is a

9  butterfly dorm which houses two-man cells.  Then you've got

10  F dorm, which is confinement.  They can't weld doors shut

11  because they got to feed you through those flaps, and most

12  of the other dorms were open pop -- not open pop, open bay,

13  so they're not behind a door.

14    Q    Gotcha.

15    A    But yes, in the E wing, to answer your question,

16  all the E wing cells' flaps were welded shut in E dorm.

17    Q    Inmates in E dorm, though, were allowed out during

18  the day; is that correct?

19    A    Yes, sir.

20    Q    And you were only locked in during the evening; is

21  that correct?

22    A    Lights out, you go in around 10:00 o'clock.

23    Q    Until the next morning?

24    A    Yeah.

25    Q    And what time do they open them up?

```
 1        A    First thing -- I want to say after count, after

 2    7:00 o'clock count, I think, because you got to go to

 3    breakfast.

 4        Q    From the time Mr. Kitt notified you and your

 5    cellmate about Mr. Wolfe having problems breathing, how long

 6    did it take until the first person arrived at the cell?

 7        A    I want to say about 30 to 45 minutes we were

 8    kicking, so.

 9        Q    Okay.  Did you give a statement in this matter to

10    Mr. Heller?

11        A    Yes, sir.

12        Q    You didn't put this in, right?

13             MR. SPAID:  No.

14        Q    I'll have this marked as Plaintiff's No. 1.

15             (Plaintiff's Exhibit No. 1 was marked for

16        identification.)

17        Q    I'd like to have you review what's going to be

18    marked as Plaintiff's 1.  Is this your unsworn statement?

19             (Witness reading.)

20        A    Yes, sir.

21        Q    Is everything stated in Plaintiff's Exhibit No. 1

22    truthful?

23        A    Yes, sir.

24        Q    I don't know if you finished answering the

25    question.  How long did it take before you began -- when you
```

1    started kicking on the door until someone finally got to the

2    cell, approximately?

3         A    Approximately 30 to 45 minutes.

4         Q    While you were in E dorm, Mr. Wolfe went to the

5    clinic several times because of shortness of breath; is that

6    correct?

7         A    Yes, sir.

8         Q    And when he was there, was he given a nebulizer,

9    to your knowledge?

10        A    That's ...

11        Q    You don't know?

12        A    I don't know after that.  I know he went there.

13        Q    How long after you started banging on the door did

14   it take until the nurse got there?

15        A    From banging on the door till the nurse got

16   there?

17        Q    Yeah.

18        A    That would have to be like, let's say, it took 30

19   minutes to get the response.  So we have about 15 minutes.

20   We'll say 45.  But if we're going with 45, I'd say an hour.

21   So that's why I'm approximate, not a specific time.

22        Q    Right.  So approximately how long did it take?

23   You can give a range if you like.

24        A    Forty-five minutes maybe, then.

25        Q    Okay.

1    A    From when we first started kicking until she got
2    there.

3    Q    Okay.  Is there anything else you'd like to add to
4    your testimony here today regarding the death of Daniel
5    Wolfe?

6    A    He was a good kid.  He had a lot of talent, and
7    it's a shame that's the way he passed away.  It opened my
8    eyes up to a lot of things, and it really hurts me to see
9    how it happened.  I felt like if the officer would have
10   responded sooner or whatever, there could have been a chance
11   he'd still be here today.

12   Q    I have no further questions.

13                    REDIRECT EXAMINATION

14   BY MR. SPAID:

15   Q    Just a few follow-up.  From the moment you and Mr.
16   Cotto started banging on the cell door till when the
17   correctional officer first responded, at any point did you
18   look at the clock on the wall outside your dorm?

19   A    No, sir.

20   Q    From the point that the correctional officer
21   responded until the nurse arrived, did you look at the clock
22   at any point during that time?

23   A    No, sir.

24   Q    Mr. Berg asked you about whether or not you've
25   ever had a nebulizer permitted in your cell, correct?

1      A     Yes, sir.

2      Q     Did you ever make a request to have a nebulizer

3    available in your cell?

4      A     No, sir.

5      Q     Do you have any knowledge as to whether or not the

6    prescription for the inhalers you've been given in the past

7    six years, were those prescriptions filled by an outside

8    pharmacy?

9      A     Yes, all prescriptions are filled by outside

10   pharmacists.

11     Q     Did you ever request for religious services be

12   provided to you following Daniel Wolfe's death?

13     A     Did I ever request?  No.

14     Q     Did you ever request psychological counseling

15   following Daniel Wolfe's death in relation to Mr. Wolfe's

16   death?

17     A     No, sir.

18     Q     Have you ever received psychological counseling

19   since being incarcerated in 2005?

20     A     Yes, sir.

21     Q     Did you initiate the counseling process?

22     A     I have.

23     Q     By that, have you ever made a request for the

24   counseling?

25     A     Yes.

1       Q      Have you ever made a request for psychological

2   counseling and been denied counseling?

3       A      Yes, sir, by the officers.

4       Q      Do you know if you -- ever feel you've been denied

5   a service you should be provided, is there a mechanism for

6   you to report that denial and appeal it?

7       A      Yes, sir, there is.  It's called a "grievance

8   procedure."

9       Q      Have you ever taken advantage of the grievance

10  procedures?

11      A      Yes, sir.

12      Q      Have those grievance procedures ever been

13  successful for you?

14      A      No, sir.

15      Q      Mr. Berrios, that's all the questions I have

16  again.  Anymore?

17             MR. BERG:  I'm good.

18             MR. SPAID:  Following a deposition, the deponent

19        has the option to read or waive the reading of the

20        transcript, which means we're going to order that this

21        be typed up, and once the court reporter has a chance

22        to do that, she'll provide you a copy so you can read

23        through it and note any inaccuracies, which would be

24        misspellings of names, if you said left instead of

25        right, those type of things, little one's that she

```
 1          might have taken down your statement incorrectly.  Now,
 2          you can't change the substance, the major substance, or
 3          else we'll come back again and depose you on that
 4          issue.
 5                  MR. BERG:  Actually you can change the substance.
 6                  MR. SPAID:  Yeah, I was going to say we'll come
 7          back again.  It gives us a reason to come back.  If
 8          it's a little thing like a typo, then, you know, you
 9          note it on what they call an errata sheet and turn it
10          back in.  Would you care to read or waive your right to
11          read?
12                  THE WITNESS:  I'd like to read.
13                  (Reading and signing of deposition not waived.)
14                  (Deposition concluded at 3:30 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

1                          CERTIFICATE OF OATH

2

3     STATE OF FLORIDA                    )
      COUNTY OF UNION                     )
4

5

6            I, Shanda Hoffman, Court Reporter, Notary Public,
      State of Florida, certify that RUBEN BERRIOS personally
7     appeared before me on the 18th of November, 2011, and was
      duly sworn.
8

9     Signed this 18th day of November, 2011.

10

11            _____

12                  Shanda Hoffman, Court Reporter
                    Notary Public, State of Florida
13

14

15                    SHANDA HOFFMAN
                      MY COMMISSION # DD 896277
                      EXPIRES: July 5, 2013
16                    Bonded Thru Notary Public Underwriters

17

18

19

20

21

22

23

24

25

1                          CERTIFICATE OF REPORTER

2

3     STATE OF FLORIDA                )
      COUNTY OF UNION                 )
4

5              I, SHANDA HOFFMAN, Court Reporter, do hereby
      certify that I was authorized to and did stenographically
6     report the deposition of RUBEN BERRIOS; that a review of the
      transcript was requested; and that the foregoing transcript,
7     pages 1 through 61, is a true record of my stenographic
      notes.
8

               I FURTHER CERTIFY that I am not a relative,
9     employee, or attorney, or counsel of any of the parties, nor
      am I a relative or employee of any of the parties' attorney
10    or counsel connected with the action, nor am I financially
      interested in the action.
11

12             DATED this 18th day of November, 2011.

13

14

15                        SHANDA HOFFMAN, Court Reporter

16

17

18

19

20

21

22

23

24

25

```
1    THIRD CIRCUIT REPORTERS & VIDEO
     136 SW Nassau Street
2    PO Box 8257 (32056)
     Lake City, Florida   32025
3    Ph.   386.754.2482
     Fax   386.754.2408
4    e-mail:   ThirdCircuit@AllCourtReporters.com
     Website:   AllCourtReporters.com
5

6
     Ruben Berrios, DC#X51654
7    Florida State Prison
     7819 NW 228th Street
8    Raiford, Florida   32026-1000

9

10
     In Re:     Lynn Wolfe vs. Department of Corrections
11               Deposition of Ruben Berrios

12   Mr. Berrios:

13   Enclosed with a copy of the deposition transcript in the
     above-referenced case, please find the errata sheet attached
14   for reading and signing as requested.

15   Please forward the completed errata sheet to the above Lake
     City address so that I may forward it on to the other
16   parties in the case.

17   Please call if you have any questions.

18   Thank you.

19

20   Shanda Hoffman

21

22

23   cc:   Randall Berg, Jr., Esquire
           Samuel Mandelbaum, Esquire
24

25
```

1                    E R R A T A   S H E E T

2                THIRD JUDICIAL CIRCUIT IN AND
                   FOR UNION COUNTY, FLORIDA
3

4    IN RE:    Lynn Wolfe vs. Department of Corrections
               Case No.: 5:10-CV-663-Oc-10DAB
5

6

7          I, RUBEN BERRIOS, have read the foregoing pages of

8    my deposition given on November 18, 2011, and find same to

9    be true and correct transcription of the proceedings taken

10   at the time and place indicated therein, except as follows:

11

12   PAGE_____ LINE_____ SHOULD BE_____

13   PAGE_____ LINE_____ SHOULD BE_____

14   PAGE_____ LINE_____ SHOULD BE_____

15   PAGE_____ LINE_____ SHOULD BE_____

16   PAGE_____ LINE_____ SHOULD BE_____

17   PAGE_____ LINE_____ SHOULD BE_____

18   PAGE_____ LINE_____ SHOULD BE_____

19   PAGE_____ LINE_____ SHOULD BE_____

20

21   DATED:_____

22

23                                      _____

24                                      RUBEN BERRIOS

25