```
                              State of Florida                           Printed
TADR053                   Department of Corrections                    12/20/2002
(707)                      INITIAL PHYSICAL EXAM                          14:4
         Exam Date: 12/20/2002 Start Time: 14:35 End Time: 14:39

Provider: A086  - ALTAMIRANO, SILVANO


INMATE NAME: WOLFE, DANIEL                           DC#: 0-L22537   Cls.Team: 29
  Received: 12/17/2002   County: BROWARD        Rec.Ctr: S.FLA.RECEPTION CTR
  Race: WHITE     Sex: MALE    Date of Birth:                    Age:  21
  Birthplace: City: FT.LAUDERDALE              State: FL   Country: UNITED STATES
  Occupation:                                  Religion: CHRISTIAN
  Education Grade Level: 08     Marital Status: UNKNOWN


MEASUREMENTS AND OTHER FINDINGS:
  Height: 5' 11"   Hair: BROWN      Eyes: BLUE
  Build: THIN          Glasses: No      Contact Lens: No
  Vision: Right: 20/ 25  Corr to: 20/  0   Left: 20/ 25   Corr to: 20/  0
  Temp: 097.2F   Pulse:  76   Resp: 20    BP: 110/078    Weight: 159 lbs

MEDICAL HISTORY (Subjective):
  Old Medical Record Review . . . . . . . . . . : NO COMMENTS
  General (History of Present Illness) . . . . :
    GENERAL HEALTH:
    21 Y/O W/M NAD HERE FOR IPE
    CBC:
    WNL
    UA:
    WNL
    SICKLE CELL:
    NA
    HIV STATUS:
    NA
    CHEST X-RAY:
    12/17/02
    EKG:
    NA
    RPR:
    NR
    PPD: 00MM
  Past Major Medical/Surgery HX
    H/O ASTHMA SINCE 5 Y/O
    LAA 1 YR AGO
    PSH: NONE
    H/O HOSPITALIZATION R/T ASTHMA ATTACK 2001
  Psychological HX
    H/O PSYCH DIS PENDING PSYCH EVAL
  Family HX
    GRANDFATHER: DM
  Social HX (Tobacco, Drugs, Sexual, PPD, STD):
    TOBACCO(YEARS):    NO
    ALCOHOL:           NO
    DRUGS:             NO
```

0318

```
                                State of Florida                        Printed
IADR053                    Department of Corrections                  12/20/2002
  (707)                      INITIAL PHYSICAL EXAM                       14:47
            Exam Date: 12/20/2002 Start Time: 14:35 End Time: 14:39

Provider: A086   = ALTAMIRANO, SILVANO

INMATE NAME: WOLFE, DANIEL                     DC#: 0-L22537   Cls Team: 29
   Received: 12/17/2002   County: BROWARD      Rec.Ctr: S FLA RECEPTION CTR
   Race: WHITE     Sex: MALE    Date of Birth:              Age: 21

   Social HX (Tobacco, Drugs, Sexual, PPD, STD)
      SEXUAL HX           NONE
   Review of Systems                               NO COMMENTS
   Allergies
      NKA

PHYSICAL EVALUATION (Objective):
   Head, Face, Neck, and Scalp ..........   NORMAL
   Nose .................................   NORMAL
   Sinuses ..............................   NORMAL
   Mouth and Throat .....................   NORMAL
   Ears - General (Int. and canals) .....   NORMAL
   Hearing ..............................   NORMAL
   Drums (Perforation) ..................   NORMAL
   Eyes (General)
      20/25
   Opthalmoloscopic .....................   NORMAL
   Pupils (Equality and Reaction) .......   NORMAL
   Ocular Motillity, Parallel Movements     NORMAL
   Lungs and Chest (Include Breasts)
      WHEEZES NOTED-            NO
      RHONCHI NOTED-            NO
      CRACKLES NOTED-           NO
   Heart (Thrust, Size, Rhythm, Sounds)     NORMAL
   Vascular System (Varicosities,etc)       NORMAL
   Abdomen and Viscera (include Hernia)     NORMAL
   Anus & Rectum (Hemmorrhoids,Fistula)
      REFUSES
   Endocrine System .....................   NORMAL
   Upper Extremeties (Strength, ROM) ....   NORMAL
   Lower Extremeties (Strength, ROM) ....   NORMAL
   G U System ...........................   NORMAL
   Spine, Other Musculoskeletal .........   NORMAL
   Skin, Lymphatics .....................   NORMAL
   Neurologic ...........................   NORMAL
   Psychiatric (Personality Deviation) ..   NORMAL
   Pelvic (Method                  )        NA
```

0319

```
                              State of Florida                           Printed:
TADR053                    Department of Corrections                   12/20/2002
 (707)                      INITIAL PHYSICAL EXAM                         14:41
            Exam Date: 12/20/2002 Start Time: 14:35 End Time: 14:39

  Provider: A086   = ALTAMIRANO, SILVANO

INMATE NAME: WOLFE, DANIEL                       DC#: 0-L22537    Cls Team: 29
  Received: 12/17/2002    County: BROWARD        Rec.Ctr.: S.FLA RECEPTION CTR
  Race: WHITE      Sex: MALE     Date of Birth: _____          Age:  2_

  Marks and Scars: TATTOO              RIGHT ARM             JOKER

  Other Physical Findings/Abnormalities
    NO COMMENTS

ASSESSMENT:

  Problem 001:
  Diagnosis: 493      = ASTHMA                                    Chronic: Yes
             ASTHMA

PLAN:
  RTCA 90 DAYS
  PEAK FLOW
  COMPLIANCE W MEDICATION
  RECTAL EXAM AND PNU VACC REFUSAL IN CHART
  RTC PRN

  Problem 001:
  Appointment Scheduled
    LAB TEST/PHYS                              on 12/03/2004  at 14:35
    PHYSICAL EXAM
                                               on 12/15/2004  at 08:54
    DENTAL INITIAL EXAM
                                               on 12/17/2004  at 14:35
    INITIAL PHYSICAL EXM

INMATE HEALTH EDUCATION:
  Health Education:                       Yes
    AVOID ALLERGENS, AVOID SMOKING, MEDICATION
    COMPLIANCE, INSTRUCTED ON THE PROPER USE OF
    INHALER MEDICATIONS
    INMATE INSTRUCTED RE: GENERAL WELLNESS, EXERCISE,
    SELF EXAM FOR TESTICULAR CANCER
  Discussed lab results:                  Yes
    YES
  Discussed follow-up care:               Yes
    YES

HEALTH SERVICES PROFILE:
  Grade: P3  U1  E1  H1  I:1  S:  D1  X2  T:  _
```

0320

```
IADR053                          State of Florida                    Printed
 (707)                     Department of Corrections                12/20/2002
                            INITIAL PHYSICAL EXAM                     14:41
           Exam Date: 12/20/2002 Start Time: 14:35 End Time: 14:39

Provider: A086   = ALTAMIRANO, SILVANO

INMATE NAME: WOLFE, DANIEL                        DC#: 0-L22537  Cls Team: 29
Received: 12/17/2002    County: BROWARD         Rec Ctr: S FLA RECEPTION CTR
Race: WHITE       Sex: MALE      Date of Birth:              Age: 21
Work Release Approval: PRE-REL REV REQ
Special Ed Potential: No
Medical Restrictions:
  NO COMMENTS

                      *** END OF REPORT ***
```

0321