FLORIDA DEPARTMENT OF CORRECTIONS
RESPIRATORY CLINIC (RC) FLOW SHEET

_Asthma_
(Fill in diagnosis)

Minimum FINDINGS to be documented on DC4-701F each visit:

DATE OF LAST ATTACK, COUGH, WHEEZING, SOB:
RECENT EMERGENCY TREATMENT:
EXAM: ENT—LUNG—HEART

EDUCATION: Smoking cessation (if applicable), avoidance of allergens, instructions on use of inhaler, treatment compliance.

INITIAL ONE-TIME DATA:
AGGRAVATING CAUSES (exercise, ASA, smog, colds): _cats, pollen_

PEAK FLOW (PERSONAL BEST): _675_

BASELINE HISTORY—ASSESSMENT:
AGE AT ONSET _Childhood_
FAMILY HISTORY _None_
FREQUENCY / SEVERITY OF ATTACKS _1-2 mo. wks_
SMOKING HABITS _1½ pack/day_

PREVIOUS / ONGOING TREATMENT (include intubations and use of systemic steroids) _Albuterol, other_

MEDICAL / SURGICAL HISTORY _None_

| RECURRING DATA | CIC DATE 8/28/04 | CIC DATE 7/2/04 | CIC DATE 1/6/04 | CIC DATE 2/28/ | CIC DATE 5/23/ | CIC DATE 8/15/ | CIC DATE 11/7/05 | CIC DATE 1/30/06 | CIC DATE 5/1/06 | CIC DATE 7/20/ | CIC DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PEAK FLOW 675 | 550 | 560 | 600 | 575 | 630 | 550 | 640 | 540 | 500 | 400 | |
| RESCUE INHALERS USE/WEEK 6% | | 100% | 87% | 96% | 83% | 97% | 82% | 85% | .4 %r | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Chest X-ray (as indicated) | 3/04 NL | | Y | Y | Y | Y | — | — | Normal | — | |
| CONTROL | G | B | F | G | G | G | G | Fair | Fair | Fair | |
| STATUS | ↓ | → | → | → | → | → | → | → | → | → | |
| EDUCATION (SEE ABOVE): | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | |
| Initials of clinician reviewing this form | | | | | | | | | | | |

YEARLY DATA

CONTROL:
  G = Good
  F = Fair
  P = Poor
STATUS:
  ↑ = Improved
  → = Unchanged
  ↓ = Worsened

Inmate Name _Wolf, Daniel_
DC# _122537_  Race/Sex _W/M_
Date of Birth _____
Institution _CI_

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

0343

FLORIDA DEPARTMENT OF CORRECTIONS
Asthma/Pulmonary (CA) Clinic Flow Sheet

Minimum FINDINGS to be documented on DC4-701 F each visit: Refer to DC4-701F

DATE OF LAST ATTACK, COUGH, WHEEZING, SOB

EXAM: ENT- LUNG- HEART

EDUCATION: Smoking cessation (if applicable), avoidance of allergens, instructions
- Proper use of inhaler
- Smoking cessation
- Avoidance of allergens
- Lifestyle modifications

INITIAL ONE-TIME DATA: Pneumovac given: Refused 12/12/02
AGE AT ONSET: Childhood
AGGRAVATED CAUSES (exercise, ASA, smog, colds): Cats/pollen
BEST PFR (BASELINE): 670 liters
SMOKING HISTORY (packs/per day/years): 1/2 - 1 ppd x 24 yrs
CHEST X ray: negative 01/21/02

| RECURRING DATA | CIC DATE 02/05/02 | CIC DATE 7/05 | CIC DATE 9/03 | CIC DATE 10/04 | CIC DATE 1/04 | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| PEAK FLOW / % PREDICTED P.F. | | | | 550 / 92% | 550 / 97% | | | | | |
| 550/670 — 90% | | | | | | | | | | |
| 495/670 — 81% | | | | | | | | | | |
| 625/670 — 108% | | | | | | | | | | |
| best pf | | | | 240/670 | | | | | | |
| Symptoms / last attack | | | | 0 6/03 | | | | | | |
| EDUCATION (SEE ABOVE): smoking | ✓ | ✓ | ✓ | ✓ | | | | | | |
| Initials of person completing this form at the time of the visit | lw | lw | lw | Montgomery MD | | | | | | |
| Initials of clinician reviewing this form | lw | lw | lw | | | | | | | |

DR. TIN NGUYEN
CHIEF HEALTH OFFICER
LANCASTER CORRECTIONAL INST.

| YEARLY DATA | 2002 | | |
|---|---|---|---|
| FLU VACCINE (GIVEN OR REFUSED) | Given 12/17/02 | | |

Inmate Name _____
DC# _____
Date of Birth _____
Institution _____

WOLFE, DANIEL
DC# L22537
W/M DOB:

Lancaster CI

ASTHMA/PULMONARY (CA) CLINIC FLOW SHEET
DC4-770 D (11/97)

0344

## FLORIDA DEPARTMENT OF CORRECTIONS
### Asthma/Pulmonary (CA) Clinic Flow Sheet

Minimum FINDINGS to be documented on DC4-701 F each visit

*DATE OF LAST ATTACK. COUGH, WHEEZING, SOB*

*EXAM: ENT- LUNG- HEART*

EDUCATION: Smoking cessation (if applicable), avoidance of allergens, instructions on use of inhaler.

INITIAL ONE-TIME DATA: *Pneumovac given:* Refused

*AGE AT ONSET:* 5 y/o

*AGGRAVATED CAUSES (exercise, ASA, smog, colds):*

*BEST PFR (BASELINE):* 6 colors

*SMOKING HISTORY (packs /per day/years):* Denies

*CHEST X ray:* 12/17/02

| RECURRING DATA | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE | CIC DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PEAK FLOW/ % PREDICTED P.F. | 96% | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| EDUCATION (SEE ABOVE): | Dnl | | | | | | | | | | |
| Initials of person completing this form at the time of the visit | | | | | | | | | | | |
| Initials of clinician reviewing this form | | | | | | | | | | | |

| YEARLY DATA | | | |
|---|---|---|---|
| FLU VACCINE (GIVEN OR REFUSED) | 12/17/02 | | |

```
0-L22537 TM 29  12/17/2002
Inr
    WOLFE, DANIEL
D(
D W/M DOB
Institution              (21) VV
```

ASTHMA/PULMONARY (CA) CLINIC FLOW SHEET
DC4-770 D (11/97)

0345