UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LYNN WOLFE as Personal Representative of
the Estate of Daniel Wolfe, on behalf of the
Estate, and on behalf of Daniel Wolfe's
Survivor, Lynn Wolfe,

    Plaintiff,

v.                                         Case No.  5:10-cv-663-Oc-10TBS

Florida Department of Corrections,

    Defendant.
_____/

## ORDER

Pending before the Court are Defendant's Motion to Seal (Doc. 55) and Defendant's Motion to Substitute Exhibits (Doc. 56).  Because Defendant failed to certify compliance with Local Rule 3.01(g), both Motions are due to be DENIED without prejudice to renewal upon compliance with the Local Rule.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 15, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel