UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LYNN WOLFE as Personal Representative of
the Estates of Daniel Wolfe, on behalf of the
Estate, and on behalf of Daniel Wolfe's
Survivor, Lynn Wolfe,

    Plaintiff,

v.        Case No. 5:10-cv-663-Oc-10TBS

Florida Department of Corrections,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Seal. (Doc. 58). Defendant seeks leave to file under seal five documents in support of its motion for summary judgment. According to Defendant, these documents have security implications in that they could be used by third parties to compromise the safety and security of the Defendant's institutions.

Court records may only be sealed where a party shows a compelling interest in doing so, and where the sealing is narrowly tailored to effect that interest. Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1015-16 (11th Cir. 1992). Based on Defendant's representation, the Court is satisfied that a seal of these documents is essential to preserve the safety and security of the Defendant's institutions and that the sealing of these five documents is narrowly tailored to serve that interest.

Accordingly, Defendant's Unopposed Motion to Seal (Doc. 58) is GRANTED. Defendant is authorized to file the five documents identified in its motion in a sealed

envelope, clearly labeled with the style of the case, the docket number of the filing to which the exhibits are to be attached, and stating that the documents are being filed under seal pursuant to this Order of the Court.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 20, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel