**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**LYNN WOLFE, as Personal Representative of the Estate of Daniel Wolfe, on behalf of the Estate, and on behalf of Daniel Wolfes Survivor, Lynn Wolfe**

    Plaintiff,

v.   Case No:5:10-CV-663-Oc-PRL

**SECRETARY, DEPARTMENT OF CORRECTIONS**

    Defendant.

# ORDER

Pending before the Court is the Parties' Joint Motion for Order Permitting Use of Electronic Equipment and Cell Phones. (Doc. 96). Counsel for Plaintiff and Defendant jointly request that they be permitted to bring laptop computers and cellular telephones into the courtroom during trial. Counsel represents that these items will assist them in effectively representing their clients and will in no way impede, disrupt or delay the trial. Pursuant to Local Rule 4.11(b), computer equipment and cellular telephones are prohibited in the courthouse "unless otherwise permitted by the judicial officer before whom the particular case or proceeding is pending."

Upon due consideration, the Parties' Joint Motion for Order Permitting Use of Electronic Equipment and Cell Phones (Doc. 96) is **GRANTED**. Randall C. Berg, Jr., Shawn A. Heller, Dante P. Trevisani, Samuel R. Mandelbaum, Scott K. Hewitt and Stephen A. Spaid are each authorized to bring one laptop computer and one cellular telephone into the United States Courthouse in Ocala during the scheduled trial in this case. Counsel is required to present a copy of this Order to the Court Security Officers at the entrance to the Courthouse with appropriate

identification. The equipment described above is subject to inspection at any time by courthouse security personnel.

      **DONE** and **ORDERED** in Chambers in Ocala, Florida on October 18, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Court Security Officers