**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**LYNN WOLFE, as Personal Representative of the Estate of Daniel Wolfe, on behalf of the Estate, and on behalf of Daniel Wolfes Survivor, Lynn Wolfe**

    Plaintiff,

v.                                                       **Case No:5:10-CV-663-Oc-PRL**

**SECRETARY, DEPARTMENT OF CORRECTIONS**

    Defendant.

## ORDER

Pursuant to prior notice, a pretrial conference was held on October 24, 2012. During the course of the conference, the record of which is incorporated by reference, the Court made the following rulings:

    1.  The Parties' Joint Pretrial Statement (Doc. 113) and related Notices (Docs. 118 and 119) are **CONFIRMED** and **ADOPTED**, control the course of the trial, and may not be further amended except by order of this Court pursuant to Rule 3.06 of the Local Rules of the Middle District of Florida.[1]

    2.  The parties' Joint Motion to Allow Counsel to Conduct or Participate in *Voir Dire* (Doc. 97) is **DENIED**.

    3.  Defendant's Opposed Motion for Leave to Depose Witnesses Jason Cunningham and Gillard Smith (Doc. 108) is **DENIED.**

---

[1] The Court granted defense counsel's *ore tenus* request that Stuart Wolfe be added to its witness list.

- 2 -

    4.   Defendant's Opposed Motion in Limine to Exclude the Use of the "The Florida Justice Institute" Firm Name (Doc. 101) is **DENIED**.

    5.   Plaintiff's Motion for Order Permitting Inmate Witnesses to Appear in Civilian Clothing and Prohibiting Correctional Officer Witnesses from Appearing in Uniform (Doc. 103) is **DENIED**.

    6.   If the parties wish to file written responses to any pending motions, they shall do so by the close of business on **October 29, 2012**.

    7.   The Court will take up pending motions on **November 5, 2012 at 8:30 a.m.**

**DONE** and **ORDERED** in Ocala, Florida on October 25, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties