UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LYNN WOLFE, as Personal Representative of the Estate of Daniel Wolfe, on behalf of the Estate, and on behalf of Daniel Wolfes Survivors, Lynn Wolfe and Stuart Wolfe**

    Plaintiff,

v.   Case No:5:10-CV-663-Oc-PRL

**SECRETARY, DEPARTMENT OF CORRECTIONS**

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion to Exclude Evidence and Argument on Unreasonableness or Undue Hardship. (Doc. 107). Defendant filed a response in opposition. (Doc. 133).

Plaintiff moves the Court to preclude Defendant from offering any evidence, and making any argument, on the issue of the unreasonableness or undue hardship of providing Daniel Wolfe with an accommodation because unreasonableness and undue hardship are both affirmative defenses that Defendant has failed to plead, and thus waived. The Court, however, is satisfied that these defenses are encompassed in Defendant's Fifteenth Affirmative Defense – i.e., that Defendant's actions with respect to Plaintiff's condition were taken for bona fide non-discriminatory reasons. Indeed, it clear from the record that Defendant has always intended to challenge Plaintiff's proposed accommodations on the grounds of unreasonableness and/or undue hardship.

- 2 -

Accordingly, Plaintiff's Motion to Exclude Evidence and Argument on Unreasonableness or Undue Hardship (Doc. 107) is **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on December 17, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties