UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LYNN WOLFE, as Personal Representative of the Estate of Daniel Wolfe, on behalf of the Estate, and on behalf of Daniel Wolfes Survivors, Lynn Wolfe and Stuart Wolfe**

    **Plaintiff,**

v.                                                       **Case No:5:10-CV-663-Oc-PRL**

**SECRETARY, DEPARTMENT OF CORRECTIONS**

    **Defendant.**

## ORDER

Pursuant to prior notice, a final pretrial conference was held on December 19, 2012. During the course of the conference, the record of which is incorporated by reference, the Court made the following rulings:

1. The Parties' Joint Pretrial Statement (Doc. 144) and related Notice (Doc. 145) are **CONFIRMED** and **ADOPTED**, control the course of the trial, and may not be further amended except by order of this Court pursuant to Rule 3.06 of the Local Rules of the Middle District of Florida.[1]

2. Plaintiff's Motion for Leave to File Under Seal (Doc. 147) is **DENIED**.

3. Defendant should file its response to Plaintiff's Motion in Limine to Exclude Stuart Wolfe as a Witness (Doc. 143) by the close of business on **December 21, 2012**.

---

[1] The Court granted Plaintiff's *ore tenus* request that David Kitt be added to her witness list and granted defense counsel's ore tenus request to strike Sam Mandelbaum and Stephen Spaid from Plaintiff's witness list. In addition, the Court granted the parties' *ore tenus* requests to add the two letters attached to Plaintiff's Motion to Exclude David Kitt as a Witness (Doc. 149).

4. Trial will commence on **January 7, 2013 at 8:30 a.m.**

**DONE** and **ORDERED** in Ocala, Florida on December 21, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties