**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**LYNN WOLFE, as Personal Representative of the Estate of Daniel Wolfe, on behalf of the Estate, and on behalf of Daniel Wolfes Survivors, Lynn Wolfe and Stuart Wolfe**

    **Plaintiff,**

v.                                                   **Case No:5:10-CV-663-Oc-PRL**

**SECRETARY, DEPARTMENT OF CORRECTIONS**

    **Defendant.**

___

## ORDER OF DISMISSAL

This matter is before the Court on the Parties' Joint Stipulation of Voluntary Dismissal of Defendant. (Doc. 160). Upon careful consideration of the Stipulation and the entire court file, it is hereby ORDERED:

1. Pursuant to the Parties' Joint Stipulation of Voluntary Dismissal of Defendant (Doc. 160) this action is **DISMISSED** with prejudice as to Defendant, Florida Department of Corrections. Each party is to bear its own fees and costs.

2. The Clerk is directed to enter judgment dismissing this case with prejudice, terminate all pending motions, and close the file.

**DONE** and **ORDERED** in Ocala, Florida on April 5, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties